# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHA DANIELS, as an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>BIG GRRRL BIG TOURING, INC, a Delaware Corporation; MELISSA JEFFERSON (aka "LIZZO"), as an Individual; CARLINA GUGLIOTTA, as an Individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-03571-FLA-PVCx<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS PRODUCED BY ORDER DKT. #51 [DKT. #53]** |

On June 30, 2025, Plaintiff filed an Application for Leave to File Under Seal Documents Produced by Order Docket No. 51.

The court, having considered Plaintiff's Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. Docket No. 52 is Ordered sealed from the public record.

IT IS SO ORDERED.

Dated: July 3, 2025

_____
HON. PEDRO V. CASTILLO
United States Magistrate Judge

-1-
ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
DOCUMENTS PRODUCED BY ORDER DKT. #51