1  **MARTIN D. SINGER (SBN 78166)**
   mdsinger@lavelysinger.com
2  **MICHAEL E. WEINSTEN (SBN 155680)**
   mweinsten@lavelysinger.com
3  **MELISSA Y. LERNER (SBN 285216)**
   mlerner@lavelysinger.com
4
5  **LAVELY & SINGER**
   **PROFESSIONAL CORPORATION**
6  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
7  Telephone: (310) 556-3501
8
9  Attorneys for Defendant
   BIG GRRRL BIG TOURING, INC.
10
11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**

13  | ASHA DANIELS, an Individual, | Case No.  2:24-cv-03571 FLA (PVCx) |
    |---|---|
14  | | [Hon.  Fernando L. Aenlle-Rocha] |
    | Plaintiff, | |
15  | | **DECLARATION OF MELISSA Y.** |
    | vs. | **LERNER IN SUPPORT OF** |
16  | | **DEFENDANT BIG GRRRL BIG** |
    | | **TOURING, INC.'S MOTION FOR** |
17  | BIG GRRRL BIG TOURING, INC., a | **SUMMARY JUDGMENT OR, IN** |
    | Delaware Corporation; CAPS | **THE ALTERNATIVE, PARTIAL** |
18  | PAYROLL, an unknown California | **SUMMARY JUDGMENT** |
    | Business Organization; MELISSA | |
19  | JEFFERSON (aka "LIZZO"), as an | |
    | Individual; CARLINA GUGLIOTTA, as | **[EXHIBITS 1-12]** |
20  | an Individual; AMANDA NOMURA, as | |
    | an Individual, and DOES 1 through 10, | Date:  August 22, 2025 |
21  | inclusive, | Time: 1:30 p.m. |
    | | Hon. Fernando L. Aenlle-Rocha |
22  | Defendants. | Courtroom:  6B |

23
24
25
26
27
28

7488-4

# DECLARATION OF MELISSA Y. LERNER

I, Melissa Y. Lerner, declare as follows:

1.      I am an attorney at law duly licensed to practice before all the courts of this state and am a partner of the law firm Lavely & Singer Professional Corporation, attorneys for Defendant BIG GRRRL BIG TOURING, INC. ("BGBT" or "Defendant"). I have personal and first-hand knowledge of the matters set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath.

2.      On June 27, 2025, I contacted counsel for Plaintiff, Ronald L. Zambrano, to schedule a telephonic conference of counsel to discuss Defendant's anticipated Motion for Summary Judgment ("MSJ").  Mr. Zambrano agreed to a call on July 3, 2025. On July 3, 2025, I participated in a telephonic conference of counsel with Mr. Zambrano and my colleague, Megan Mallonee, regarding the bases for Defendant's anticipated MSJ. As part of our discussion, I informed Mr. Zambrano that no stand-alone cause of action for failure to engage in the interactive process exists under the Americans with Disabilities Act ("ADA"), in contrast to California's Fair Employment & Housing Act ("FEHA"). It was on this basis that BGBT would seek summary judgment as to Plaintiff's sixth claim for relief. Before the call ended, we agreed that my colleague, Ms. Mallonee, would send Mr. Zambrano legal authority regarding this subject. At 2:47 p.m. on July 3, 2025, Ms. Mallonee sent an email citing case law and requesting that Mr. Zambrano notify our office if Plaintiff would dismiss the fifth claim for relief. I sent a follow-up email on July 11, 2025 regarding the same issue and received no response. Attached hereto as **Exhibit 1** are true and correct copies of Ms. Mallonee's July 3 email and my July 11 email to opposing counsel. As of the date of this Declaration, we have received no further communication regarding Plaintiff's plan to pursue or dismiss her fifth claim for relief.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Request for Dismissal of the Complaint as to Defendant Amanda Nomura without prejudice, which was filed on April 30, 2024 in the Los Angeles Superior Court action styled as *Asha Daniels v. Big Grrrl Big Touring, Inc. et al.*, Los Angeles Superior Court Case No. 23SMCV04465, and which was returned by the Clerk on May 1, 2024, reflecting the entry of dismissal on April 30, 2024. **Exhibit 2** is the subject of Defendant's Request for Judicial Notice, filed concurrently herewith.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the June 2, 2025 deposition of Plaintiff Asha Daniels.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of March 2023 messages in the Whatsapp group "LZO::: Special Tour – Crew," which was marked as Exhibit 2 at the June 2, 2025 deposition of Asha Daniels (*see* Exhibit 3 hereto at 15:9-17:3).

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a photo sent on March 11, 2023 in the Whatsapp group "LZO::: Special Tour – Crew," which was marked as Exhibit 3 at the June 2, 2025 deposition of Asha Daniels (see Exhibit 3 hereto at 15:9-18:25).

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff's Charge of Discrimination submitted against BGBT to the Equal Employment Opportunity Commission on December 20, 2023, which was marked as Exhibit 4 at the June 2, 2025 deposition of Asha Daniels (*see* Exhibit 3 hereto at 22:14-23:11).

8.      Attached as **Exhibit 7** is a true and correct copy of a February 2023 email from Dulce Martin to Plaintiff with the subject line "LZO::: Special Tour – PPE Reminder," which was marked as Exhibit 7 at the June 2, 2025 deposition of Asha Daniels (*see* Exhibit 3 hereto at 199:22-200:11).

9.      Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the June 17, 2025 deposition of Plaintiff Asha Daniels.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiff's social media post, which was marked as Exhibit 26 at the deposition of Plaintiff Asha Daniels (*see* Exhibit 8 at 256:11-257:17).

11.    Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff's February 2023 direct messages about the Tour, which was marked as Exhibit 31 at the deposition of Plaintiff Asha Daniels (*see* Exhibit 8 at 336:5-337:23, 339:21-25, 340:5-14).

12.    Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the December 9, 2024 deposition of Amanda Nomura.

13.    Attached hereto as **Exhibit 12** is a true and correct copy of text messages from February 2023 between Amanda Nomura and Plaintiff, which was marked as Exhibit 10 at the deposition of Amanda Nomura (*see* Exhibit 11 at 112:14-114:14).

14.    Attached hereto as **Exhibit 13** is a true and correct copy of a February 2023 email from Amanda Nomura to Plaintiff which was marked as Exhibit 12 at the deposition of Amanda Nomura (*see* Exhibit 11 at 122:5-124:20, 125:1-11).

15.    Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the June 16, 2025 deposition of Carlina Gugliotta.

16.    Attached hereto as **Exhibit 15** is a true and correct copy of text messages from February 2023 through March 2023 between Plaintiff and Carlina Gugliotta, which was marked as Exhibit 25 at the deposition of Carlina Gugliotta (*see* Exhibit 14 hereto at 14:17-15:9).

17.    Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the June 18, 2025 deposition of Chris Coffie.

18.    Attached hereto as **Exhibit 17** is a true and correct copy of BGBT's Crew Daysheets provided to Plaintiff during her employment, which was marked as Exhibit G at the deposition of Chris Coffie (*see* Exhibit 16 at 31:8-32:14).

DECLARATION OF MELISSA Y. LERNER ISO DEFENDANT'S SUMMARY JUDGMENT MOTION

19. Attached hereto as **Exhibit 18** is a true and correct copy of January 2023 correspondence about Plaintiff's start date with BGBT, which was marked as Exhibit I at the deposition of Chris Coffie (*see* Exhibit 16 at 35:13-37:5).

20. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the June 4, 2025 deposition of Arianna Davis.

21. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the June 5, 2025 deposition of Crystal Williams.

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the June 6, 2025 deposition of Noelle Rodriguez.

23. Attached hereto as **Exhibits 22** and **23** are true and correct copies of an excerpt from Plaintiff's Objections and Responses to BGBT's Requests for Admission, Set One and Plaintiff's signed verification thereto, respectively.

24. Attached hereto as **Exhibit 24** is a true and correct copy of hotel vouchers for Tour crewmembers, which were marked as Exhibit 29 at the June 17, 2025 deposition of Asha Daniels (*see* Exhibit 8 at 308:29-310:2, 311:9-18) and at the deposition of Chris Coffie (*see* Exhibit 16 at 94:14-98:6).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of July, 2025, at Los Angeles, California.


                                          s/ *Melissa Y. Lerner*
                                          MELISSA Y. LERNER

DECLARATION OF MELISSA Y. LERNER ISO DEFENDANT'S
SUMMARY JUDGMENT MOTION

# EXHIBIT 1

**Melissa Y. Glass**

| | |
|---|---|
| **From:** | Megan Mallonee |
| **Sent:** | Thursday, July 3, 2025 2:47 PM |
| **To:** | Ronald Zambrano |
| **Cc:** | Madilaine Venzon; Crystal Mohsin; Martin Singer; Michael Weinsten; Melissa Y. Glass |
| **Subject:** | RE: Time Sensitive - Expert Discovery Issues |

Thanks Ron, we will get this on file.

Please see below for the discussed authority on Plaintiff's claim for failure to engage in the interactive process, which is not a basis for a standalone claim:

> "[T]here is no independent cause of action under the ADA for failing to engage in an interactive process." *Weeks v. Union Pac. R.R. Co.*, 137 F. Supp. 3d 1204, 1217 (E.D. Cal. 2015) (citing *Kramer v. Tosco Corp.*, 233 Fed.Appx. 593, 596 (9th Cir.2007)). In *Kramer*, the court ruled that the trial court properly refused to give a jury instruction that "would have misled the jury into erroneously believing that there existed an independent cause of action for failing to engage in the interactive process." *Kramer*, 233 Fed.Appx. at 596.

> "In other words, there exists no stand-alone claim for failing to engage in the interactive process. Rather, discrimination results from denying an available and reasonable accommodation." *Snapp v. United Transportation Union*, 889 F.3d 1088, 1095 (9th Cir. 2018) (noting that an employer faces liability only if it fails to engage in the interactive process *and* "a reasonable accommodation would have been possible.")

Please let us know if Plaintiff plans to dismiss this claim for relief.

Best,

**MEGAN S. MALLONEE** | Lavely & Singer P.C.
Tel.: (310) 556-3501 | Cell: (704) 773-2294



-------------------------------------------------------------------
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PC IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES.  THANK YOU.

**From:** Ronald Zambrano <ron@westcoasttriallawyers.com>
**Sent:** Thursday, July 3, 2025 1:56 PM
**To:** Megan Mallonee <mmallonee@lavelysinger.com>
**Cc:** Madilaine Venzon <madilaine@westcoasttriallawyers.com>; Crystal Mohsin <crystal@westcoasttriallawyers.com>; Martin Singer <MDSinger@lavelysinger.com>; Michael Weinsten <mweinsten@lavelysinger.com>; Melissa Y. Glass

**Melissa Y. Glass**

---

| | |
|---|---|
| **From:** | Melissa Y. Glass |
| **Sent:** | Friday, July 11, 2025 3:48 PM |
| **To:** | Ronald Zambrano; Crystal Mohsin |
| **Cc:** | Marlyn Cortez; Megan Mallonee; Michael Weinsten |
| **Subject:** | (Time Sensitive) Disposition of Plaintiff's Fifth Cause of Action |
| | |
| **Importance:** | High |

Dear Ron and Crystal,

Please let us know **no later than 5 pm Pacific on Monday, July 14,** whether Plaintiff will voluntarily dismiss her fifth cause of action against BGBT (for failure to engage in the interactive process under the ADA) with prejudice.

I am copying below the legal authority Megan sent to Ron on July 3, reflecting the well-settled proposition that no such stand-alone claim is recognized under the ADA (unlike FEHA).

Should you agree to dismiss this claim, we would appreciate that you file the dismissal with the Court no later than 5 pm Pacific on Tuesday, July 15, given our upcoming summary judgment deadline. I appreciate your prompt attention to this matter.

Sincerely,

Melissa

* * *

Please see below for the discussed authority on Plaintiff's claim for failure to engage in the interactive process, which is not a basis for a standalone claim:

"[T]here is no independent cause of action under the ADA for failing to engage in an interactive process." *Weeks v. Union Pac. R.R. Co.*, 137 F. Supp. 3d 1204, 1217 (E.D. Cal. 2015) (citing *Kramer v. Tosco Corp.*, 233 Fed.Appx. 593, 596 (9th Cir.2007)). In *Kramer*, the court ruled that the trial court properly refused to give a jury instruction that "would have misled the jury into erroneously believing that there existed an independent cause of action for failing to engage in the interactive process." *Kramer*, 233 Fed.Appx. at 596.

"In other words, there exists no stand-alone claim for failing to engage in the interactive process. Rather, discrimination results from denying an available and reasonable accommodation." *Snapp v. United Transportation Union*, 889 F.3d 1088, 1095 (9th Cir. 2018) (noting that an employer faces liability only if it fails to engage in the interactive process *and* "a reasonable accommodation would have been possible.")

Please let us know if Plaintiff plans to dismiss this claim for relief.

---------------------------------------------------------------------------------
**MELISSA Y. GLASS (née LERNER)**
LAVELY & SINGER
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501 x 264
Facsimile: (310) 556-3615
E-Mail: mlerner@lavelysinger.com
Website: www.lavelysinger.com



---

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PROFESSIONAL CORPORATION IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES.  THANK YOU.

# EXHIBIT 2

CIV-110

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY:** STATE BAR NO: 255613 | | **FOR COURT USE ONLY** |

NAME: Ronald L. Zambrano, Nick Yasman (State Bar No. 325488)

FIRM NAME: WEST COAST EMPLOYMENT LAWYERS, APLC

STREET ADDRESS: 1147 South Hope Street

CITY: Los Angeles    STATE: CA    ZIP CODE: 90015

TELEPHONE NO.: 213-927-3700    FAX NO.: 213-927-3701

E-MAIL ADDRESS: efilings@westcoasttriallawyers.com

ATTORNEY FOR (Name): Plaintiff Asha Daniels

**FILED**
Superior Court of California
County of Los Angeles

04/30/2024

David W. Slayton, Executive Officer / Clerk of Court

By: _____ J. Morgan _____ Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES

STREET ADDRESS: 1725 Main Street

MAILING ADDRESS: 1725 Main Street

CITY AND ZIP CODE: Santa Monica, 90401

BRANCH NAME: Santa Monica Courthouse

Plaintiff/Petitioner: Asha Daniels

Defendant/Respondent: Big Grrrl Big Touring, Inc., et al.

| **REQUEST FOR DISMISSAL** | CASE NUMBER: 23SMCV04465 |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. **TO THE CLERK: Please dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☒ Without prejudice
   b. (1) ☒ Complaint    (2) ☐ Petition
   (3) ☐ Cross-complaint filed by (name):                        on (date):
   (4) ☐ Cross-complaint filed by (name):                        on (date):
   (5) ☐ Entire action of all parties and all causes of action
   (6) ☒ Other (specify):* as to Defendant AMANDA NOMURA ONLY

2. (Complete in all cases except family law cases.)
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: 04/30/2024

Ronald L. Zambrano, Esq.
_____

(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

► _____ (SIGNATURE)

Attorney or party without attorney for:
☒ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

3. **TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:

_____

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

► _____ (SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

(To be completed by clerk)

4. ☐ Dismissal entered as requested on (date):

5. ☑ Dismissal entered on (date): 04/30/2024 as to only (name): Օ̃ ą)å₳ᴀᴘ̘[ { ᵕ̆æ

6. ☐ Dismissal **not entered** as requested for the following reasons (specify):

7. a. ☑ Attorney or party without attorney notified on (date): 05/01/2024
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

David W. Slayton, Executive Officer / Clerk of Court

Date: 05/01/2024    Clerk, by _____ J. Morgan _____, Deputy

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use Judicial Council of California CIV-110 [Rev. Jan. 1, 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.; Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390 www.courts.ca.gov |

CIV-110

| Plaintiff/Petitioner: Asha Daniels | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Big Grrrl Big Touring, Inc., et al. | 23SMCV04465 |

---

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

---

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*

   a. ☐ not recovering anything of value by this action.

   b. ☐ recovering less than $10,000 in value by this action.

   c. ☐ recovering $10,000 or more in value by this action.  *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court  *(check one):*    Yes      No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____         ▶ _____

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                                    (SIGNATURE)

---

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1147 South Hope Street, Los Angeles, CA 90015.

On April 30, 2024, I served the foregoing document **REQUEST FOR DISMISSAL on** the interested parties in this action by placing a true copy or original thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Martin Singer, Esq. | LAVELY & SINGER, APC |
| *mdsinger@lavelysinger.com* | 2049 Century Park East, Suite 2400 |
| Michael E. Weinsten, Esq. | Los Angeles, California 900671 |
| *mweinsten@lavelysinger.com* | |
| Melissa Y. Lerner, Esq. | Counsel for Defendants, |
| *mlerner@lavelysinger.com* | Melissa Jefferson (pka Lizzo), |
| Megan Mallonee | Big Grrrl Big Touring, Inc., Carlina |
| *mmallonee@lavelysinger.com* | Gugliotta, and Amanda Nomura |
| Noelia Echesabal | |
| *nechesabal@lavelysinger.com* | |

☐  **BY MAIL (CCP §1013(a) and CCP §2015.5):** I am readily familiar with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X  **BY ELECTRONIC MAIL (CCP §1010.6; CCP §1013(g) and CCP §2015.5):** I caused the document(s) to be sent from e-mail address *marlyn@westcoasttriallawyers.com* to the persons at the electronic notification address listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

☐  **BY OVERNIGHT DELIVERY (CCP §1013(c)(d) and CCP §2015.5):** I caused such documents to be delivered via express service carrier to the office of the addressee.

☐  **BY PERSONAL SERVICE (CCP §1011 and CCP §2015.5):** I caused such documents to be hand-delivered to the office of the addressee.

X State      ☐ Federal

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 30, 2024, at Los Angeles, California.

_____
Marlyn Cortez

**PROOF OF SERVICE**

# EXHIBIT 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


ASHA DANIELS,
an individual,

        Plaintiff,

     vs.

BIG GRRRL BIG TOURING, INC., a
Delaware corporation; CAPS
PAYROLL, an unknown California
Business Organization; MELISSA
JEFFERSON (aka "LIZZO"), as an
individual; CARLINA GUGLIOTTA,
as an individual; AMANDA NOMURA,
as an individual, and
DOES 1 through 10, inclusive,

        Defendants.
_____

Case No.
2:24-CV-03571
FLA(PVCx)


VIDEOTAPED DEPOSITION OF ASHA DANIELS

VOLUME I

MONDAY, JUNE 2, 2025

9:16 A.M. - 2:52 P.M.


2049 Century Park East, Suite 2400

Los Angeles, California



Reported By:
PAMELA A. STITT
CSR No. 6027
Lexitas Job No. 124840

Asha Daniels                                                    June 2, 2025

```
 1               UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3

 4   ASHA DANIELS,
     an individual,
 5
                        Plaintiff,
 6
         vs.                              Case No.
 7                                        2:24-CV-03571
     BIG GRRRL BIG TOURING, INC., a       FLA(PVCx)
 8   Delaware corporation; CAPS
     PAYROLL, an unknown California
 9   Business Organization; MELISSA
     JEFFERSON (aka "LIZZO"), as an
10   individual; CARLINA GUGLIOTTA,
     as an individual; AMANDA NOMURA,
11   as an individual, and
     DOES 1 through 10, inclusive,
12
                        Defendants.
13   _____

14

15

16

17

18          Videotaped Deposition of ASHA DANIELS, taken

19   on behalf of Defendants, commencing at 9:16 a.m. and

20   ending at 2:52 p.m. on Monday, June 2, 2025,

21   stenographically reported before Pamela A. Stitt,

22   CSR No. 6027.

23

24

25
```

Asha Daniels                                                    June 2, 2025

```
 1    APPEARANCES:

 2

 3    For Plaintiff:

 4        WEST COAST EMPLOYMENT LAWYERS, APLC
          BY:   RONALD L. ZAMBRANO
 5              ATTORNEY AT LAW
          1147 South Hope Street
 6        Los Angeles, California 90015
          213.927.3700
 7        ron@westcoasttriallawyers.com

 8

 9    For Defendants Melissa Jefferson aka Lizzo, Big
      Grrrl Big Touring, Inc. And Carlina Gugliotta:
10
          LAVELY & SINGER
11        BY:   MICHAEL E. WEINSTEN
                MELISSA Y. LERNER
12              MEGAN MALLONEE
                ATTORNEYS AT LAW
13        2049 Century Park East
          Suite 2400
14        Los Angeles, California 90067-2906
          310.556.3501
15        mweinsten@lavelysinger.com
          mlerner@lavelysinger.com
16

17    The videographer:

18        SEAN KEANE
          LEXITAS
19

20

21

22

23

24

25
```

Asha Daniels                                                    June 2, 2025

1      A.    243 Troy Avenue, Apartment 4D, Brooklyn, New

2   York 11213, I believe.

3      Q.    Okay.  Ms. Daniels, you understand you just

4   took an oath?

5      A.    Yes, I do.

6      Q.    And you understand that oath requires you to

7   testify as truthfully and accurately as if you were in a

8   court of law?

9      A.    Yes, I do.

10     Q.    And you understand it carries with it the

11  penalty of perjury should you lie to us today?

12     A.    Yes, I do.

13     Q.    Ms. Daniels, you worked for Big Grrrl Big

14  Touring between February 14th and March 5th, 2023; is

15  that correct?

16     A.    I'm sorry.  Can you say those dates again.

17     Q.    February 14th and March 5th, 2023.

18     A.    Yes, that is correct.  I don't know if it makes

19  sense, but I also designed for them earlier in the

20  previous year, but as far as touring those dates are

21  correct.

22     Q.    Okay.  Did you receive W-2s when you were

23  designing for them in the previous year?

24     A.    I'm honestly not sure, but I know that's

25  something that I could look through my e-mail and find

Asha Daniels                                                      June 2, 2025

1    out for sure.

2         Q.   Do you know if your 109- --

3              In other words, were you an employee or were

4    you doing this as an independent contractor?

5         A.   Independent --

6              MR. ZAMBRANO:  Hold on.  The designer stuff?

7              MR. WEINSTEN:  Yes.  This is pre.  We're --

8              THE WITNESS:  Oh, the designer stuff.  Okay.

9    Definitely as an independent contractor.

10   BY MR. WEINSTEN:

11        Q.   Okay.  At that time you worked for somebody

12   named Mondo?

13        A.   That is correct.

14        Q.   So Mondo was your employer back then in

15   that previous --

16        A.   Technically --

17        Q.   -- year?

18        A.   -- you could say that, yes.

19        Q.   Okay.  By the way, what is Mondo's full name?

20        A.   Mondo Guerra.

21        Q.   Okay.  So right now I just want to focus on

22   your time with the touring.

23             What was your title or did you have a title?

24        A.   I was, I believe, wardrobe assistant.

25        Q.   Okay.  And what were your responsibilities as

Asha Daniels                                              June 2, 2025

1    at the wardrobe assistant?

2         A.    My responsibilities were to take care of the

3    garments that I also helped design and produce, so if

4    something busted, needed to be taken in, I would sew it

5    or fix it.

6              I also was in charge of a team of local workers

7    in each city that we went to, so I was in charge of

8    delegating tasks to them, taking care of them, assigning

9    them breaks and just making sure that we got the work

10   that we needed to get done done in a timely manner so

11   that the tour could run smoothly.

12             We also laundered the girls' clothing, got

13   stains out, just everything to make sure that they

14   looked good on stage.

15        Q.    Okay.  When you talk about taking care of the

16   garments, are you talking about the dancers' garments,

17   Lizzo's garments or both?

18        A.    Both.

19        Q.    And, in fact, you never actually met Lizzo when

20   you were on tour between February 14th and March 5th; is

21   that correct?

22        A.    I never formally met her.  I saw her in the

23   hallway once and I smiled at her and waved.

24        Q.    I'm sorry.  What was the last part?

25        A.    I smiled at her and waved.

Asha Daniels                                                    June 2, 2025

1       Q.    Oh, you smiled at her and waved.

2             But you never spoke words to her?

3       A.    That is correct.

4       Q.    Was that the only time you ever saw her and

5    interacted with her, was the smiling and wave?

6       A.    It was the only time I directly interacted with

7    her, but I saw her every time we had a tour date.

8       Q.    Now, you filed a complaint in this action,

9    correct?

10      A.    That is correct.

11      Q.    And you are now on the second amended

12   complaint; is that correct?

13      A.    I believe so.

14      Q.    Okay.  And you read this before you filed it?

15      A.    Yes.

16      Q.    And you understood when you make a filing in a

17   court it's a very serious matter when you are making

18   allegations about somebody, particularly if it is a

19   public figure, correct?

20      A.    Absolutely.

21      Q.    So you made sure when you read through this

22   complaint everything in there was accurate and true,

23   correct?

24      A.    Absolutely.

25      Q.    Okay.  And in fact -- Excuse me.

Asha Daniels                                             June 2, 2025

1          I'm going to mark as Exhibit 1 the "Second

2    Amended Complaint," which is the operative complaint in

3    the case.

4          MR. ZAMBRANO:  Thank you.

5          MR. WEINSTEN:  And ask that you turn to page 8,

6    paragraph 30.

7          THE WITNESS:  Okay.

8          (Deposition Exhibit 1 was marked.)

9    BY MR. WEINSTEN:

10     Q.   In paragraph 30 -- I will read this into the

11   record -- it states:

12          "Compounding the dissolutionment with

13          Lizzo's tour, Plaintiff also endured

14          sexual harassment by Lizzo's team.

15          Specifically, there was a group chat of

16          over 30 plus people from the BGBT team,

17          which included Lizzo's tour management

18          and Plaintiff.  In the group message, a

19          backstage manager sent a photo

20          graphically depicting male genitalia.

21          No one from Lizzo's management team

22          addressed this graphic sexual imagery

23          in the workplace appropriately.

24          Instead, Lizzo's management found the

25          image to be comical, further

Asha Daniels                                                    June 2, 2025

1              encouraging an unsafe, sexually charged

2              workplace culture."

3              Am I correct that this is one of your claims

4    for sexual harassment --

5         A.   Yes.

6         Q.   -- in the workplace?

7         A.   And it is true.

8         Q.   And you were offended by this; is that right?

9         A.   Yes.

10        Q.   And it altered your working circumstances; is

11   that right?

12        A.   Yes.

13             MR. WEINSTEN:  Okay.  We will introduce as

14   Exhibit 2.  Exhibit 2 is a screen grab of a social media

15   post that was produced by your counsel in this case.

16             (Deposition Exhibit 2 was marked.)

17   BY MR. WEINSTEN:

18        Q.   This is the image that you received that you

19   found to be offensive; is that correct?

20             MR. ZAMBRANO:  Hold on.  I will object to the

21   extent this is not a social media post.

22             MR. WEINSTEN:  Whatever.  I'm sorry.  It's a --

23             MR. ZAMBRANO:  It's a WhatsApp message.

24             MR. WEINSTEN:  It's a WhatsApp.  Sorry.  My

25   apologies.  Thank you for correcting that.

Asha Daniels                                    June 2, 2025

1      Q.    This is the WhatsApp post that you were

2   referring to in your complaint; is that correct?

3      A.    That is correct.

4      Q.    Okay.  And when you received this, you received

5   this on a cell phone?

6      A.    That is correct.

7      Q.    And so it is fair to say that the image that we

8   are looking at in Exhibit 2 when you received it on the

9   cell phone, it was actually smaller than what we're

10  seeing here on the page; is that correct?

11     A.    That is correct.

12     Q.    And the male genitalia you are referring to, if

13  you look in the image on Exhibit 2 where it says

14  "Thanks" and there is a photograph above the "Thanks,"

15  which frankly I can't even make out in this blowup

16  version, that is the male genitalia you are referring

17  to; is that correct?

18     A.    Not only that.  The entire word "Thanks" I

19  believe is made of penises.

20     Q.    I'm sorry.  The what?

21     A.    The work "Thanks" is entirely made of penises.

22     Q.    Okay.  But how can you see that in this?

23     A.    I believe this is just a pixelated printout,

24  but I -- You know, if you have it on your phone and you

25  click on it, which is what people normally do when they

Asha Daniels                                                    June 2, 2025

1   get a text message, you can see it clearly.

2       Q.   Now, when you received this -- this WhatsApp,

3   did you have to blow it up to be able to make out that

4   there was actually male genitalia in this?  Did you have

5   to --

6       A.   No.  And just to also complete my last

7   answer -- I'm sorry -- there is also a picture on the

8   bottom left of a man with a penis and then the two

9   things he's holding are penises as well.

10      Q.   In fact, Ms. Daniels, this post was sent on

11  March 11th of 2023; isn't that right?

12      A.   I don't have a clear memory of the exact date

13  that this happened, but I know that is something that

14  can be pulled up as a fact.

15          MR. WEINSTEIN:  Let's mark as Exhibit 3,

16  Ms. Daniels.

17          (Deposition Exhibit 3 was marked.)

18  BY MR. WEINSTEIN:

19      Q.   This is another document produced by your

20  counsel, which he got from you, indicating that the post

21  was sent on March 11th -- or the WhatsApp was sent on

22  March 11th.

23          Do you see that?

24          MR. ZAMBRANO:  Wait.  Hold on.  I'll -- I'll

25  object to the extent that's not what it supposedly says.

Asha Daniels                                                    June 2, 2025

1              MR. WEINSTEN:  No coaching.  Just if you

2    object, just say misrepresents --

3              MR. ZAMBRANO:  I'm sorry.

4              MR. WEINSTEN:  -- the document.  I'm going to

5    ask her the question.

6              MR. ZAMBRANO:  I will say whatever I want to

7    say.  If you want to stop, we can stop because you don't

8    like that.  Can I just finish?

9              MR. WEINSTEN:  What I am going to say is I'm

10   not going to allow you to coach the witness, okay, so

11   say your objection concisely in accordance with the

12   rules and then we'll move forward with an answer.

13             MR. ZAMBRANO:  Okay.  So I will start again.

14             Objection.  Misstates the document, lacks

15   foundation, assumes facts.

16             Go ahead.

17   BY MR. WEINSTEN:

18       Q.   Am I correct, Ms. Daniels, that, in fact, the

19   WhatsApp that you received that you were suing my client

20   over was actually sent on March 11th; isn't that right,

21   Ms. Daniels?

22       A.   To be honest, as I stated, I don't know the

23   exact date that it comes, but I believe I was unfairly

24   sent home and fired on March 4th and I know that I

25   received this before then.

Asha Daniels                                                    June 2, 2025

1      Q.    So if I have all of the other 30 people who saw

2   this WhatsApp and show that it was on March 11th, your

3   testimony is that, in fact, all of those people are

4   lying because you, in fact, received it before you were

5   sent home; that's your testimony?

6      A.    I cannot speak on what other people would or

7   wouldn't say, if it's a lie or not, but my testimony is

8   I know that I received this and I know that when I was

9   sent home I was put out of the group chat.

10     Q.    Do you still have that WhatsApp on your phone

11  that was printed and produced by your lawyer in this

12  case?

13     A.    I might.

14     Q.    Okay.  Can you take a look at your phone --

15          MR. ZAMBRANO:  She's not doing --

16  BY MR. WEINSTEN:

17     Q.    -- and tell me the date.

18          MR. ZAMBRANO:  She's not doing that now.  Move

19  on.

20  BY MR. WEINSTEN:

21     Q.    This is the only document you produced in the

22  case, Ms. Daniels.  I would like to know during the

23  break take a look at the WhatsApp.  I'm going to ask

24  your lawyer to produce the version of this that you say

25  under oath that you received prior to the time you were

Asha Daniels                                          June 2, 2025

1    terminated.  Okay?

2       A.   Okay.

3            MR. ZAMBRANO:  And for the record, I'm not

4    agreeing to do that, but you can ask whatever you want.

5            MR. WEINSTEN:  Counsel, you have been asked to

6    produce this stuff.  We have the witness here.  She is

7    under oath, she has made the statement by the way

8    previously under oath, I have a dozen witnesses who will

9    testify that, in fact, she is lying on one of the

10   critical issues in the case.  She now has an opportunity

11   sitting here today before she gets sued for malicious

12   prosecution to correct the record and say she made a

13   mistake.

14           I'm giving you that opportunity during the

15   break.  If you don't take the opportunity, then it's on

16   you.

17           MR. ZAMBRANO:  So are you going to ask

18   questions or are you just going to pontificate?

19           MR. WEINSTEN:  No.  I asked --

20           MR. ZAMBRANO:  You should probably follow the

21   rules as much as you are asking me to follow the rules.

22           MR. WEINSTEN:  Counsel --

23           MR. ZAMBRANO:  Okay?

24           MR. WEINSTEN:  Counsel, I'm asking --

25           MR. ZAMBRANO:  What's your next question?

Asha Daniels                                                    June 2, 2025

1          MR. WEINSTEN:  This is directed to you in

2    order -- it's a request.  You were supposed to produce

3    the documents that we requested.  You produced one image

4    dated March 11th.  There is no image that you produced

5    dated any earlier date so we will move on.

6       Q.  Now, not only did you swear to these facts that

7    you received this e-mail or this WhatsApp, you didn't

8    just swear here today, previously prior to filing your

9    lawsuit you stated under oath that -- Sorry -- you

10   stated under oath that, in fact, this was a post that

11   you received that altered your working circumstance; is

12   that right?

13      A.   I'm sorry.  Can you say the question again.

14      Q.  The testimony you just gave now, this is not

15   the first time you testified about receiving this

16   WhatsApp during your employment.  Prior to filing the

17   lawsuit you signed a sworn statement that you provided

18   to the EEO- -- to the U.S. Equal Employment Opportunity

19   Commission where you also stated under oath that that

20   WhatsApp that is Exhibit 3 was sent to you during your

21   working time, correct?

22      A.   I don't believe that the issue of when I

23   received this has ever come up.  I think the issue is is

24   that this is totally inappropriate and it makes women

25   feel uncomfortable and unsafe.

Asha Daniels                                                June 2, 2025

1      Q.   Well, let's take a look at Exhibit 7 (sic) so

2  we have exactly what you testified to under oath to the

3  EEOC.

4      A.   Okay.

5           MR. WEINSTEN:  We will mark as Exhibit 4 your

6  sworn statement to the EEOC.

7           MR. ZAMBRANO:  You initially said 7.

8           MR. WEINSTEN:  No.  No.  It is Exhibit 4.

9  Sorry.  It was my Tab 7 in my binder.

10          MR. ZAMBRANO:  Got it.

11          (Deposition Exhibit 4 was marked.)

12 BY MR. WEINSTEN:

13     Q.   Okay.  If you turn to page 56.

14          MR. ZAMBRANO:  He means this page (indicating).

15          THE WITNESS:  Oh, okay.

16 BY MR. WEINSTEN:

17     Q.   By the way, what day -- under your testimony

18 what day did you receive the WhatsApp?

19          MR. ZAMBRANO:  Asked and answered.

20          You can answer it again.

21 BY MR. WEINSTEN:

22     Q.   Did you say March 4th?

23     A.   No, I did not say that.

24     Q.   Okay.

25     A.   I said I'm not sure when I received it, but I

Asha Daniels                                              June 2, 2025

1   know for a fact that I received it and I know that it is

2   inappropriate.

3        Q.    Okay.  My question is:  What day did you

4   receive it?

5        A.    I don't know.  I can't recall.

6        Q.    Did you receive it one day before you were

7   fired or --

8        A.    I can't recall.

9        Q.    -- was it two days before?

10       A.    I can't recall.

11       Q.    Was it a week before?

12       A.    So the reason that I'm saying that I can't

13  recall is this happened quite a while ago, and what I do

14  know is that I received this and it made me extremely

15  uncomfortable and it made me feel unsafe, but I do not

16  have a perfect memory.  While I was on tour I was sleep

17  deprived and, yeah, I don't think a lot of people would

18  be able to recall the exact date and time that they

19  received a text message.

20       Q.    By the way, I'm also going to ask your counsel,

21  because you testified that you were able to see the

22  genitalia on your phone, I'm going to ask your counsel

23  to have you when you pull up the WhatsApp on your phone

24  during this deposition I would like you to show it to

25  the camera so that the jury, if this case ever were to

Asha Daniels                                                    June 2, 2025

1   make it to a jury, can see exactly what we are talking

2   about here; is that fair?

3      A.   I believe my lawyer --

4        MR. ZAMBRANO:  Hold on.  Hold on.  Just say

5   "yes" or "no."

6        THE WITNESS:  And what is the question?

7        MR. ZAMBRANO:  I'm not sure what the question

8   is.

9   BY MR. WEINSTEN:

10     Q.   I'm asking that after the break when you pull

11  up that WhatsApp image on your phone, I'm going to ask

12  that you show it to the camera because you testified

13  that somehow when you looked at it on your phone,

14  despite that I cannot even see any genitalia in the

15  blown up image, I would like you to show the jury on

16  your phone how you were able to see it without blowing

17  it up.  That's it.  Are you willing to do that?  That's

18  it.  It's "yes" or "no."

19     A.   I find it hard to believe that you can't see a

20  penis here.

21       MR. ZAMBRANO:  Don't argue -- Hold on.  Let's

22  not argue with him.

23       THE WITNESS:  Sorry.

24  BY MR. WEINSTEN:

25     Q.   On the blowup version --

Asha Daniels                                                    June 2, 2025

1          A.    You can see it, right?

2          Q.    I would like you to show it to us on the phone.

3                Okay.

4                MR. ZAMBRANO:   What's the --

5                MR. WEINSTEN:   It's all right.   We can move on.

6                MR. ZAMBRANO:   Okay.

7                MR. WEINSTEN:   We'll take our break in an hour

8    or whatever and then we'll come back with your WhatsApp

9    and you will show it to the video so the whole jury can

10   see it.

11               MR. ZAMBRANO:   I'm not going to let her do

12   that.  We can have it --

13               MR. WEINSTEN:   Then we are going to bring a

14   motion to compel and I will bring her back here.  That's

15   just nonsensical.  What's the basis to not have her do

16   that?

17               MR. ZAMBRANO:   I'm not meeting and conferring

18   with you --

19               MR. WEINSTEN:   Okay.  Whatever.

20               MR. ZAMBRANO:   -- on the record right now.  Can

21   you ask her questions about her memory.

22         Q.    Now, if you go back to --

23               That is about her memory.  And now I'm

24   challenging her memory.

25               MR. ZAMBRANO:   Okay.

Asha Daniels                                                June 2, 2025

1   BY MR. WEINSTEN:

2        Q.    By the way -- Okay.

3             Let's just turn to pages 56 to 57, if you look

4   at paragraph 17 of your sworn statement.  Just read it

5   to yourself.

6             MR. ZAMBRANO:  I'm sorry.  Which paragraph?

7             MR. WEINSTEN:  Paragraph 17.

8        Q.    Could you read that to yourself, please.

9             And then my question is:  That is the exact

10  same statement that we just read in paragraph 13 of your

11  Second Amended Complaint.  If you could just confirm

12  that for me.

13       A.    I'm sorry.  Can you repeat the question.

14       Q.    Can you please read paragraph 17 --

15       A.    I did.

16       Q.    -- to yourself and my question to you is:

17  Could you confirm that paragraph 17 is, in fact, the

18  same allegations that we just reviewed in your complaint

19  that was in paragraph 30?

20       A.    That is correct.  And there is no date or time

21  of when I received the text message.

22       Q.    Now, can you take a look at page 57.

23       A.    Okay.

24       Q.    Where it says you "declare under penalty of

25  perjury under the laws of the United States the

Asha Daniels                                    June 2, 2025

1    foregoing is true and correct," that is your signature;

2    is that correct?

3        A.    That is an imposed signature.  That's not my

4    actual signature.

5        Q.    Were you intending to sign this document under

6    penalty of perjury?

7        A.    That is correct.

8        Q.    Okay.  Now, in your statement at paragraph 17

9    signed under penalty of perjury you state here that:

10            "...Lizzo's management found the image

11            to be comical, further encouraging an

12            unsafe, sexually charged workplace."

13            Who in Lizzo's management found the image to be

14   comical?

15       A.    So this was not just a text message that was

16   sent to our group chat.  It also -- This happened in

17   person as well so this was a running joke amongst a lot

18   of the production and management team and I can't say

19   that I have exact names but for sure Kyle and Maureen

20   thought it was funny as --

21       Q.    I'm sorry.  Hold on.  I have to take the names.

22   So the people that you say found the image, the one in

23   the WhatsApp, to be funny is the first name is who?

24       A.    Kyle, who is in the image.

25       Q.    I'm sorry.  What's Kyle's last name?

Asha Daniels                                              June 2, 2025

1    A.    I'm not sure.

2    Q.    And what is Kyle's position?

3    A.    I want to say that he was in Ambiance but don't

4    quote me on that because I'm not sure.

5    Q.    Okay.  Who was the second person?

6    A.    Maureen, who is the one who sent the picture.

7    Q.    Who else?

8    A.    And then as you can see four people have liked

9    and laughed at it, like with an Emoji reaction.

10   Q.    Okay.  Who are those people?

11   A.    I'm not sure.  If --

12   Q.    So you --

13   A.    -- it's still on my phone, I know that is

14   something that we can find out but I'm not sure.

15   Q.    So sitting here today the only two people in

16   management that you are aware of that laughed and found

17   this comical are Kyle and Maureen; is that correct?

18   A.    No.  It would also be the four people that

19   laughed at it.  And there's --

20   Q.    But you don't know that they are in management;

21   isn't that right?

22   A.    I'm not sure because I don't know who those

23   people are --

24   Q.    That could have been --

25   A.    -- offhand.

Asha Daniels                                          June 2, 2025

1     Q.   That could have been you, couldn't it?

2     A.   There's no way it could have been me.

3     Q.   It could have been other low-level people

4  within the organization; isn't that right?

5     A.   I don't really look at people as low level or

6  high level so to me that's --

7     Q.   Okay.  Well, here in your sworn statement you

8  said "management."  "Management" would be upper level;

9  isn't that right?

10     A.   It depends on who you ask.

11     Q.   Okay.  Now, what is Maureen's last name?

12     A.   I believe it's Collett because that's what it

13  says but I'm not sure.

14     Q.   And what was Maureen's position?

15     A.   I believe she was also in Ambiance.

16     Q.   What is Ambiance?

17     A.   They were in charge of the layout of where

18  people went backstage and they also set up Lizzo's room

19  and worked closely with her to get her like a bathtub

20  everywhere we went and, like, plants and all the things

21  she required.

22     Q.   Did you speak to Kyle about this image?

23     A.   No.

24     Q.   Did you see Kyle looking at this image?

25     A.   No.

Asha Daniels                                          June 2, 2025

1      Q.   Did you see Kyle talking about this image?

2      A.   Yes.

3      Q.   Okay.  Where did you see Kyle talking about

4   this image?

5      A.   This was an ongoing joke backstage, so I also

6   saw this in person, it wasn't just on my phone.

7      Q.   Okay.  You didn't say that in your sworn

8   statement or in your complaint; isn't that correct?

9      A.   There is a lot of small details that weren't

10  put in my statement.  That doesn't mean that it's not

11  true.

12     Q.   So just to be clear, is it your testimony now

13  for the first time because you didn't swear to the EEOC

14  about this, is it your testimony that this image that we

15  are looking at here you saw this somewhere before it was

16  sent to the group chat; is that correct?

17     A.   That is correct.

18     Q.   Okay.  And in what form was the image?

19     A.   So you see it in person.  This is a pretty big

20  case and the lid is lifted up and there is a bunch of

21  penises that make out the word "Thanks" and then there

22  is two pictures of men that are erect and their penises

23  are being shown and there were candies that were

24  penises.

25     Q.   Okay.  And when did you first see the image?

Asha Daniels                                                    June 2, 2025

1    When did you first see it in person?

2        A.    I cannot say the exact date that I saw it in

3    person.

4        Q.    Just give me an estimate.

5            You said before you left you saw this in

6    person --

7            By the way, was this gentleman here who is in

8    the image, was he in that picture that you saw?

9        A.    Are you asking me is he in the picture that I'm

10   looking at?

11       Q.    No.  When you saw --

12           You said the image that we're looking at, you

13   saw some version of it, presumably the board here that

14   we're looking at with these things posted, presumably

15   you are saying that is what you saw in person; is that

16   right?

17       A.    That is correct, I saw this case with the

18   penises in person.

19       Q.    Okay.  And this gentleman wasn't standing there

20   when you saw it in person; is that correct?

21       A.    He was in the room.

22       Q.    He was in the room.  Okay.

23           And when did you first see this?

24       A.    Once again, I cannot tell you an exact date but

25   it was while I was on tour.

Asha Daniels                                                    June 2, 2025

1        Q.   Okay.  Is it this person --

2             Was it his birthday, the guy who was --

3             Who is this by the way?

4        A.   His name is Kyle.

5        Q.   That's Kyle?

6        A.   Yes.

7        Q.   Okay.  And it was his birthday?

8        A.   I believe so.

9        Q.   Okay.  Do you know when Kyle's --

10            Was it presented to him as a birthday gift?

11       A.   I wasn't part --

12            MR. ZAMBRANO:  Calls for speculation.

13            Please answer.

14            THE WITNESS:  I wasn't part of this so I don't

15   know.

16   BY MR. WEINSTEN:

17       Q.   Okay.  When did you --

18            So you think it was a week before you were

19   fired?

20            Whether you were fired or quit, we don't know,

21   but was it a week before March 5th that you saw this --

22   not the image -- not the photo but the board here,

23   whatever this is?

24            What is that, by the way?

25       A.   What is what?

Asha Daniels                                              June 2, 2025

1      Q.   What is this an image of?

2      A.   So these are large cases that get moved that

3   have equipment, costumes, all the things we need on

4   tour, and once again, I cannot tell you the exact date

5   that I saw it in person or that I received it.

6      Q.   And you have no estimate whatsoever?

7      A.   It was while I was on tour.

8      Q.   How many times did you see it when you were on

9   tour?

10          MR. ZAMBRANO:  Are we talking --

11          Hold on.  Are we talking about the picture or

12   in person?

13          MR. WEINSTEN:  Right now we're just talking

14   about the in person.

15          MR. ZAMBRANO:  Okay.  In person.

16   BY MR. WEINSTEN:

17      Q.   How many times did you see that on tour?

18      A.   I saw it throughout the day.

19      Q.   On one day?

20      A.   I believe so.

21      Q.   Okay.  So you saw it on one day and where was

22   it located?

23      A.   It was located in one of the rooms --

24      Q.   Which room?

25      A.   -- backstage.

Asha Daniels                                        June 2, 2025

1           It would be kind of impossible to tell you

2   which room because backstage there's a ton of rooms and

3   people just work out of the rooms, so it's not like I

4   could say it was in room A.

5       Q.   Was this at a stadium or at a venue?

6       A.   Correct.

7       Q.   Which venue was it?

8       A.   I do not remember.

9       Q.   Are you sure about that?

10      A.   I'm positive.

11      Q.   So you don't remember if it was in Oslo?

12      A.   I do not remember.

13      Q.   You don't know if it was in Copenhagen?

14      A.   Once again, I do not remember where it was.  We

15   went to so many cities and I was sleep deprived so I

16   could not tell you.

17      Q.   Okay.  When you saw it on that one day --

18           By the way, you went in the room a couple of

19   times.  What were you doing in the room?

20      A.   Working.

21      Q.   What was in the room that required you to be in

22   there?

23      A.   I had to talk to people in this room so I went

24   in and out of a lot of the rooms to coordinate with

25   people and to, yeah, get my job done.

Asha Daniels                                              June 2, 2025

1      Q.   Okay.  But what else was in the room besides
2   this case?
3      A.   I don't have a memory of what exactly was in
4   the room, but I was likely in there to talk to someone
5   for coordination purposes.
6      Q.   You were likely or you were in there to talk to
7   somebody?
8      A.   As I told you, I don't remember.  But it's such
9   a long workday that I could not tell you exactly why I
10   was in there every time I was in there, but I had to
11   coordinate with these people, they were my co-workers.
12      Q.   When you went in there and you saw the case
13   that you found to be so offensive, who were you talking
14   to when you were in there?
15      A.   I don't remember.
16      Q.   Okay.  Who else was in the room when you walked
17   in the first time and you saw the case?
18      A.   I don't remember.  It would be impossible to
19   tell you who was in every room that I ever walked in
20   because I worked really long hours, and like I said, I
21   was running low on sleep and I had a million things
22   going on, so I don't think anyone on the tour could tell
23   you who was in what room at any given time.
24      Q.   What was -- Did you discuss -- When you
25   walked in --

Asha Daniels                                            June 2, 2025

1          Were you offended when you first walked in and

2   saw it?

3       A.   When I saw it, I was both offended but also --

4   like I had a pit it my stomach.  It made me really

5   uncomfortable.

6       Q.   Okay.  Did you tell anybody when you walked

7   into this room with the people who you don't recall who

8   were there having a conversation you don't recall

9   having, when you walked in there, did you tell anybody

10  that you were offended by it?

11          MR. ZAMBRANO:  Hold on.  Misstates prior

12  testimony.

13          You can answer.

14  BY MR. WEINSTEN:

15      Q.   Did you tell anybody you were offended when you

16  first walked in the room and you saw that?

17      A.   No, I did not.  I did not have many people that

18  I could trust or be friends with on tour that I could

19  say something like that to.  I was isolated.

20      Q.   Okay.  What about this --

21          How many times did you walk in the room with

22  this offensive image?

23      A.   There is no way I could tell you how many

24  times.

25      Q.   Was it more than once?

Asha Daniels                                                      June 2, 2025

1      A.    Absolutely.

2      Q.    More than twice?

3      A.    Yes.  But I don't know how many times.  I did a

4  lot of walking in and out of rooms to do my job.

5      Q.    Was it more than five times?

6      A.    Probably.

7      Q.    Was it more than ten times?

8      A.    I couldn't tell you.

9      Q.    Did it at any time occur to you don't go into

10  the room because there is something in there that

11  offends me?

12      A.    I didn't have that option.  I had a job to do.

13      Q.    But who were you meeting with that you had to

14  keep going into this room which --

15            By the way, what else was in the room besides

16  this case?

17      A.    I don't have a photographic mem- -- a

18  photographic memory.  Probably tables, chairs, a desk,

19  but --

20      Q.    Was there --

21      A.    -- I don't have a photographic memory of it.

22      Q.    Was there any wardrobe in the room?

23      A.    Wardrobe would go in and out of that room.

24      Q.    Okay.  Was any wardrobe in the room when you

25  walked in there?

Asha Daniels                                              June 2, 2025

1              MR. ZAMBRANO:  Hold on.  Vague and ambiguous as
2    to time.
3              Please answer the question.
4              THE WITNESS:  I'm not sure.  It's likely I
5    might have been holding some costumes but I'm not sure.
6    BY MR. WEINSTEN:
7         Q.    Now nobody on tour ever made sexual advances
8    towards you personally --
9              By the way -- sorry -- you never -- you wrote a
10   number of texts to Ms. --
11             By the way, how do you pronounce it, is it
12   Gugliotta or Gugliotta?
13        A.    Gugliotta, I believe.
14        Q.    Gugliotta.  Okay.
15             You sent Ms. Gugliotta a number of texts where
16   you were complaining about things in the workplace; is
17   that right?
18        A.    That is correct.
19        Q.    So you felt when you did that that she was
20   somebody you could speak to if you had a problem; isn't
21   that right?
22        A.    I hoped that she was, but I wasn't sure.
23        Q.    Okay.  You never texted Ms. Gugliotta that you
24   had a problem because you saw penises in an image in a
25   room on tour, correct?

Asha Daniels                                                          June 2, 2025

1          A.   There were a lot of things that I wasn't able
2     to report to her because I had to report what I thought
3     were really pressing at the time.  Every day a lot of
4     bad things happened.
5          Q.   The question is:  You never once complained to
6     Ms. Gugliotta about the images that you were offended by
7     that had the penises on them, correct?
8          A.   No.
9          Q.   No, not correct or I am correct?
10         A.   No, I never complained to her about this
11    specifically.
12         Q.   And I think you testified --
13         A.   And I will say --
14         Q.   Just to be clear, you testified you didn't
15    complain to anybody else, right?
16         A.   If I did, it was like one of the few people
17    that I could kind of tell things to.  But I will also
18    say that Kyle was a friend of Carlina so I wouldn't feel
19    comfortable telling her that this was inappropriate and
20    offensive and made me feel unsafe.
21         Q.   Is that why you didn't tell Ms. Gugliotta about
22    the offensive images?
23         A.   I will say that I didn't know if I could trust
24    her or the way they handle inappropriate things in the
25    workplace and that I wouldn't be retaliated against if I

Asha Daniels                                                    June 2, 2025

```
 1  did.
 2      Q.   Okay.  So all the other things that you
 3  complained to her about, including your boss Ms. Nomura,
 4  those things you felt you could tell Ms. Gugliotta
 5  without being retaliated against but you felt you would
 6  be retaliated if you told her you saw some penises that
 7  offended you; is that correct?
 8           MR. ZAMBRANO:  Hold on.  Lacks foundation, not
 9  -- misstates her testimony.
10           You can answer the question.
11  BY MR. WEINSTEN:
12      Q.   You can answer.
13      A.   That's not true.
14      Q.   Now, no one on --
15           I don't know if you answered this question.  No
16  one on tour ever made sexual advances towards you,
17  correct?
18      A.   Not in a direct way.
19      Q.   Okay.  Now, are you familiar with a club in
20  Amsterdam called Bananenbar?
21      A.   I've heard of it but I've never been.
22      Q.   What's your understanding as to what Bananenbar
23  is?
24      A.   It's a sex performance club, I believe.
25      Q.   Do you know what happens at Bananenbar?
```

Asha Daniels                                                    June 2, 2025

```
 1        A.   That --
 2             MR. ZAMBRANO:  Hold on.  I'm going to -- We're
 3    getting outside the scope of this case so --
 4             MR. WEINSTEN:  How is it outside the scope?
 5    She is suing for sexual harassment of things that
 6    happened on tour.  One of them is Bananenbar.  Is your
 7    point that Bananenbar is not part of her case?
 8             MR. ZAMBRANO:  No, it's not part.
 9             MR. WEINSTEN:  It's not part of the case?
10             MR. ZAMBRANO:  It's not part of Asha Daniels'
11    case because it's not even in the complaint.
12             MR. WEINSTEN:  Okay.  Okay.
13        Q.   Just to be clear, then, let me ask her this
14    way --
15             MR. ZAMBRANO:  Actually --
16    BY MR. WEINSTEN:
17        Q.   -- is your claim -- I want to understand
18    this -- is your claim for sexual harassment you are not
19    including events that happened at Bananenbar; is that
20    correct?
21        A.   That is correct.
22        Q.   Okay.  Thank you.  I will move on.
23             Now, to your knowledge did Ms. Nomura ever say
24    anything to you that you found to be --
25             Well, let me ask you this way:  Did
```

Asha Daniels                                                    June 2, 2025

1    Ms. Nomura --

2          You have talked about things that other people

3    have done.  Did Ms. Nomura do anything that you found to

4    be offensive in a sexual manner?

5        A.   Yes.

6        Q.   Okay.  What did Ms. Nomura do?

7        A.   She objectified the dancers and their bodies by

8    talking about them being overweight and Lizzo by talking

9    about her body and her being fat.  She also told me that

10   I was not allowed to interact with Lizzo because I was,

11   like, sexually appealing and I felt like that was really

12   inappropriate to objectify me in that way.

13       Q.   Okay.  I'm talking about something different.

14   I know that's part of your -- other parts of your case.

15   I'm just talking now about the sexual harassment part of

16   the case.

17          So far you have identified the image that is in

18   Exhibit 2 that you found to be -- to create a hostile

19   work environment on the basis of sex.  You told me

20   Bananenbar was not part of it.

21          Now what I am trying to understand:  Was

22   anything to do with Ms. Nomura part of the sexual

23   harassment case as opposed to other parts of your case?

24       A.   As far as the legal technicality of what falls

25   under sexual harassment I would have to ask my lawyer.

Asha Daniels                                          June 2, 2025

1    But I did feel like her comments that objectified me

2    felt like sexual harassment as well.

3        Q.    Okay.  But did she ever say anything to you --

4    to you or in front of you about sex itself?

5        A.    I do not have a memory of that right now, but

6    it's not to say that she didn't.

7        Q.    Okay.  Did she --

8              By the way did she ever discuss Bananenbar with

9    you?

10       A.    No.

11       Q.    Did she ever talk about sex workers with you?

12       A.    No.

13       Q.    Did she ever talk about sex workers in front of

14   you?

15       A.    She was part of a conversation about sex

16   workers that occurred in front of me.

17       Q.    Okay.  And what was that --

18             First of all, when did that conversation take

19   place?

20       A.    I believe it was the day that we got to

21   Amsterdam.

22       Q.    Okay.  Who was in that conversation?

23       A.    People in production that were on our bus that

24   I cannot tell you the exact names of.

25       Q.    So this occurred on a bus?

Asha Daniels                                              June 2, 2025

1     A.    Correct.

2     Q.    Okay.  Can you tell me any of the -- any

3  individuals who were part of this conversation other

4  than Ms. Nomura?

5     A.    I don't know their names.  There were a lot of

6  people that I did not know their actual names.

7     Q.    How many people were part of this conversation?

8     A.    Maybe three.

9     Q.    Maybe or there were three?

10    A.    I can't tell you it was definitely three.  The

11  way the bus is set up people move in and out of

12  different sections and are part of the conversation and

13  then they aren't, so I wouldn't feel comfortable giving

14  you a hard exact number.

15    Q.    Okay.  By the way, was this the bus where

16  you -- where your sleeping accommodations were?

17    A.    That is correct.

18    Q.    Okay.  And you think that this was on the way

19  to Amsterdam?

20    A.    I believe so.

21    Q.    And other than Ms. Nomura, the other two people

22  you have no idea who they are?

23    A.    I might be able to identify them if I saw a

24  picture, but I don't know their names.

25    Q.    Were they male or female?

Asha Daniels                                                    June 2, 2025

1      A.    Like I said, there were people in and out of

2    the conversation.   There were --

3      Q.    I understand.   In that conversation with the

4    three people were they male or female?

5            MR. ZAMBRANO:   Mike, if you keep interrupting

6    her, I'm going to walk out of here.   I would like to

7    take a break.

8            What is funny, Melissa?   What's funny.

9            MR. WEINSTEN:   Just go ahead.

10           MR. ZAMBRANO:   No.   No.   You have to stop

11   interrupting her.   If you keep interrupting her, we are

12   going to take a break, I'm going to let you collect

13   yourself, we'll come back and we'll try it again.

14           MR. WEINSTEN:   I don't need to collect myself.

15           MR. ZAMBRANO:   Okay.

16           MR. WEINSTEN:   I just need answers to

17   questions.   Okay.

18           MR. ZAMBRANO:   You --

19           MR. WEINSTEN:   She's all over the map, which is

20   fine.   This is good because when we bring the malicious

21   prosecution case, this will be Exhibit No. 1, but if she

22   is going to be all over the map, I have to stop her and

23   get her back on track, okay.

24           MR. ZAMBRANO:   No.   You're going to let her

25   finish and if you can't do that, we will walk and I will

Asha Daniels                                                    June 2, 2025

1    against you.  And your calling me an asshole was very

2    offensive and inappropriate and I didn't say anything

3    other than I told you that the clerk wasn't going to

4    take your call and it would be an ex parte contact and

5    inappropriate.

6          MR. ZAMBRANO:  You called me an idiot so at

7    least own it like I owned mine.

8          MR. WEINSTEIN:  I disagree.

9          MR. ZAMBRANO:  Okay.

10   BY MR. WEINSTEIN:

11       Q.   Ms. Daniels, prior to the break you testified

12   that one of the reasons you know that you received the

13   WhatsApp that has been marked as Exhibit 2 prior to your

14   leaving is because at the time you left they removed you

15   from the group chat; is that correct?

16       A.   That's not correct.  I said that I'm not sure

17   when I received it, but I believed that that might help

18   indicate when I received it.

19       Q.   Okay.  But you did testify under oath that you

20   were removed from the group chat upon being terminated,

21   correct?

22       A.   Yes.  After being terminated I was removed from

23   the group chat.

24       Q.   As you were being, the same day?

25       A.   I'm not sure, but I'm sure we can pull it up

Asha Daniels                                                    June 2, 2025

1    and like have the exact time I was removed.

2        Q.   In fact, according to Exhibit 2 you weren't

3    removed until March 13th; isn't that right?

4        A.   I'm not sure, but I know that I was removed

5    after I was terminated.

6        Q.   Well, just take a look at Exhibit 2 and then

7    confirm for me, if you look at the bottom, it says you

8    that were removed on March 13th.

9             Do you see that?

10       A.   I do.

11       Q.   So you were still on the group chat on March

12   11th when this was posted, correct?

13       A.   I believe so.

14       Q.   Okay.  Now, we were --

15             Prior to the break we were talking -- you were

16   talking about a conversation that occurred on a bus on

17   the way to Amsterdam in which Ms. Nomura was involved

18   and there were potentially two other people on the -- in

19   the conversation talking about sex workers.

20             Do you recall that?

21       A.   I'm not exactly sure how many.  I said that it

22   was at least two, but I'm not -- I can't say exactly how

23   many people were part of the conversation.

24       Q.   Okay.  Do you know if any of those other

25   individuals in the conversation with Ms. Nomura were

Asha Daniels                                          June 2, 2025

1    male?

2        A.    Yes.

3        Q.    How many?

4        A.    I couldn't tell you an exact number.

5        Q.    Were there more than one?

6        A.    Probably.

7        Q.    Okay.  Who was --

8        A.    But I can't tell you an exact number or a name.

9        Q.    Okay.  So you don't know a name or number.

10            How about were any of them female?

11       A.    Yes.

12       Q.    Okay.  Can you tell me a name?

13       A.    I cannot.

14       Q.    Do you know --

15            Could you describe what that person looked

16   like?

17       A.    I could not.  A lot of conversations happened

18   on the bus, and if you are in one room, you could hear

19   it in another and people talked in and out of rooms, so

20   I wasn't sitting there taking note of who exactly was in

21   the conversation.

22       Q.    Could you --

23            Could you describe what the male looked like

24   who was in this conversation?

25       A.    No, I could not.

Asha Daniels                                                    June 2, 2025

1      Q.   Okay.  So just to be clear, sitting here today

2  you recall a conversation that occurred two years ago,

3  you don't know who was on the conversation, you don't

4  know what they looked like, and you don't know their

5  names; is that correct?

6      A.   I know that they were people that were on our

7  bus.

8      Q.   Okay.  And what did you hear --

9           By the way, how long did that conversation take

10 place?

11     A.   I don't have an exact time.  It was just part

12 of the morning conversation.

13     Q.   Just an estimate is fine.

14     A.   I would have to estimate probably about ten

15 minutes, but I can't give an exact time.

16     Q.   Okay.  So during this ten-minute conversation

17 what did Ms. Nomura say about sex workers, if anything?

18     A.   I cannot say exactly who said what, but I can

19 tell you what was said in the conversation.

20     Q.   What was said during the conversation?

21     A.   People were joking about hiring sex workers,

22 going to sex clubs, doing hard drugs.

23     Q.   Okay.  Just to be clear, doing hard drugs,

24 hiring sex workers and what was the other one?

25     A.   Going to sex clubs.

Asha Daniels                                                    June 2, 2025

1        Q.    Where did that conversation take place on the

2   bus?

3        A.    On the back of the bus.

4        Q.    Okay.

5        A.    But like I said, conversations can go in and

6   out of rooms so I can't say it was only contained to the

7   back of the bus.

8        Q.    I'm only talking about the one that you are

9   suing my client over, and what I would like to know --

10            So it is in the back of the bus.  Describe the

11  bus for me.  When you walk --

12            Are there more than one entry into the bus?

13       A.    I believe so but don't quote me on it.   I

14  always went in and out of the same door that most of us

15  used.

16       Q.    Was that front of the bus, middle of the bus or

17  the back of the bus?

18       A.    I believe it was the middle of the bus.

19       Q.    Okay.  When you walk in through the middle of

20  the bus, what do you see when you walk in?

21       A.    So stairs lead you up.  To the right there is

22  like, I guess you could call it the kitchen area.  Up a

23  couple more stairs I believe is a more living room area

24  but it's open so there is no wall separating the two.

25  To the left there are bunk beds, and there is either one

Asha Daniels                                    June 2, 2025

1  or two rooms of bunk beds, I can't recall.  And then

2  there is a back room where people could have

3  conversations as well or hang out.

4      Q.   Is this back room, is this like a living room

5  kind of situation?

6      A.   You could call it that.  There were places to

7  sit, we kept our luggage there.

8      Q.   How many seats were back there?

9      A.   I couldn't tell you.

10     Q.   How many people could it accommodate

11 comfortably?

12     A.   I couldn't tell you because honestly I felt

13 like there were too many people on the bus, but it's --

14 You know, there is definitely room for five people,

15 probably more.

16     Q.   Okay.  And when this conversation occurred that

17 you overheard, where were you sitting at that time or --

18 were you sitting or standing?

19     A.   I was probably moving.  I was probably in

20 motion but I can't tell you exactly.  Like I said, the

21 conversation kind of goes in and out of different rooms.

22     Q.   When you say "probably in motion," were you

23 walking to the back of the bus or to the front of the

24 bus?

25     A.   I'm not exactly sure.

Asha Daniels                                              June 2, 2025

1      Q.    Okay.  So you didn't hear the whole
2  conversation of ten minutes because you were moving
3  around; is that right?
4      A.    That is correct.
5      Q.    So how much of the ten-minute conversation did
6  you hear?
7      A.    I heard enough of the conversation to hear
8  people joking and saying that they were going to hire
9  sex workers, go to sex clubs and hire people to get them
10 drugs.
11     Q.    And when you heard this, this offended you?
12     A.    Yes.
13     Q.    Did you walk away when you heard it because you
14 were so offended?
15     A.    Honestly I won't say that -- I don't think
16 offended is the correct word.  It made me feel unsafe.
17 And conversations like that regularly happened.  It's
18 not something that you can walk away from because on
19 tour there is really nowhere to go for privacy.
20     Q.    Okay.  But in this case you talked about a bus
21 that has multiple places where you could be.  When you
22 walked back and you heard this conversation going on
23 that made you feel unsafe, did you immediately walk away
24 from the conversation so you wouldn't have to hear it
25 anymore?

Asha Daniels                                            June 2, 2025

1        A.   I couldn't tell you exactly what I did.

2        Q.   Could you tell me anything that you did?

3        A.   I listened to it and was offended by it and

4    felt unsafe because of it.

5        Q.   At what point --

6             How much of the conversation did you hear

7    before you decided to walk away so you didn't have to

8    hear it anymore?

9        A.   I'm not saying that I walked away so I didn't

10   have to hear it anymore.  I'm saying I was probably in

11   motion and conversations like that weren't something you

12   could get away from necessarily.

13       Q.   When you say "probably in motion," you don't

14   have an actual memory of any of this, do you?

15       A.   I do have a memory of what was said in the

16   conversation --

17       Q.   Okay.

18       A.   -- but I don't have a memory of what I was

19   actually doing.

20       Q.   Okay.  Tell me what you heard --

21            What do you recall was said in the

22   conversation?

23       A.   I believe I already answered this question, but

24   people were joking and talking about their plans to hire

25   sex workers, to go to sex clubs and to do drugs.

Asha Daniels                                                    June 2, 2025

1      Q.    Okay.  Let's talk about the hiring of sex

2   workers.  Who said --

3           Who made a joke about hiring sex workers?

4      A.    I've already told you I don't know the names of

5   the people that had this conversation necessarily.

6      Q.    Okay.  Do you know anybody at all as part of

7   that conversation who joked about hiring sex workers?

8      A.    Amanda was part of the conversation but that's

9   not something that she explicitly said she was going to

10  do.

11     Q.    What did Amanda say?  Tell me everything that

12  you recall Amanda saying during this conversation.

13     A.    I believe that this is the conversation that

14  also included her talking about not being able to locate

15  her medication and saying that she would kill a bitch if

16  someone took her medication.

17     Q.    Okay.  Other than that she would kill a bitch

18  if someone took her medication, what -- what did you

19  hear Ms. Nomura say in this conversation?

20     A.    That was what stood out to me the most.

21     Q.    Okay.  So just to be clear as far as Ms. Nomura

22  is concerned the only thing you can recall sitting here

23  today that she said in that conversation two years ago

24  in the back of the bus while you were moving around is

25  that she would kill a bitch if someone took her

Asha Daniels                                                    June 2, 2025

1    medication; that's your testimony?

2        A.    Yes, to the best of my memory.

3        Q.    Okay.  So you have no recollection of her

4    reacting to anybody else talking about sex workers,

5    correct?

6        A.    I do.  She thought it was funny.

7        Q.    How do you know she thought it was funny?

8        A.    Because she laughed.

9        Q.    Okay.  So you do recall something else she did,

10    she laughed?

11        A.    I do.  I just said that.

12        Q.    Okay.  What was she laughing to?  What did

13    somebody say, one of these unknown, anonymous people

14    that you can't remember what they looked like or can't

15    even describe them, what did this anonymous person say

16    that made Nomura laugh?

17        A.    Not only Nomura but the -- people on the bus

18    were all laughing at this, so it wasn't just her who

19    thought it was funny or who were, like, excited about

20    making these plans.

21        Q.    The question is who -- what was said about sex

22    workers specifically that you say Ms. Nomura laughed at?

23        A.    To my memory she laughed throughout the entire

24    conversation.

25        Q.    The question is what was said about sex workers

Asha Daniels                                                June 2, 2025

1    that caused Ms. Nomura to laugh?

2        A.    Like I said already people were talking about

3    hiring sex workers, going to sex clubs and doing drugs,

4    and she thought everything in that conversation was

5    funny.  To the best of like what I saw body language

6    from her she thought that -- that was normal to her.

7        Q.    Okay.  What was said --

8              What specifically was said about hiring sex

9    workers?  What were the words or give me your best

10   estimate of what was said about hiring sex workers?

11       A.    I can't give you a direct quote, but some of

12   the men on the bus were talking about their plans to

13   hire a sex worker.

14       Q.    In the back --

15       A.    Correct.

16       Q.    -- during that conversation?

17             Okay.  Before you said there were some women

18   there.  So the women didn't talk about hiring sex

19   workers, just the men?

20             MR. ZAMBRANO:  I'm just asking you to slow

21   down.  Let him finish his --

22             THE WITNESS:  Sorry.

23             MR. ZAMBRANO:  Go ahead.

24   BY MR. WEINSTEN:

25       Q.    Just to be clear, in the back of the bus it was

Asha Daniels                                              June 2, 2025

1    the men that were going to hire the sex workers; is that

2    right?

3        A.    Definitely the men.

4        Q.    Okay.  And how many men were back there?

5        A.    As I said before, I don't recall how many.

6        Q.    So how do you know it's not just one?

7        A.    When you hear a conversation that you're not

8    really a part of and you are not partaking in, it's not

9    like you're looking at who is saying what exactly and

10   then writing it down in a journal to remember exactly

11   who said what.

12       Q.    I understand.  But you just testified under

13   oath that it was the men.  "Men" assumes there is more

14   than one.  And before you testified you didn't know that

15   there was more than one.  So which is it?

16       A.    Like I said, I can't tell you how many people

17   were in the conversation, but there was definitely men

18   in the conversation and there were women in the

19   conversation.

20       Q.    So how many people?  So you have --

21            Now, we're talking about if you have men,

22   that's more than one and women, that means more than

23   one, so there had to at least be four people in this

24   conversation; is that right?

25       A.    I already told you I can't give you an exact

Asha Daniels                                                                June 2, 2025

1    number.

2        Q.    Okay.  Have you now told me everything you can

3    recall about a discussion about hiring sex workers?

4        A.    To the best of my memory.

5        Q.    Okay.  So you don't recall if this was a --

6              By the way, did anyone actually go ahead and

7    hire a sex worker to your knowledge?

8        A.    I would not know because I was not part of that

9    and I would never be part of that so I don't know.

10       Q.    Okay.  Now you also said that -- that they were

11   joking about doing hard drugs.

12             Did you say buying hard drugs or doing hard

13   drugs?

14       A.    Both.

15       Q.    Okay.  To your knowledge did anybody actually

16   have any hard drugs on the tour?

17       A.    That was common knowledge backstage that a lot

18   of the people in production did drugs.

19       Q.    Okay.  What kind of drugs --

20             By the way, what was specifically said about

21   doing hard drugs?

22       A.    I can't tell you specifically who said what,

23   but that was part of the conversation.  They were saying

24   that last time they were in Amsterdam, I believe, that

25   they had a person that they got drugs off of, people

Asha Daniels                                              June 2, 2025

1  were sharing, like, I'll give you my connect of this

2  person who sold me these drugs so you can get some too.

3       Q.   Okay.  Did Ms. Nomura say any of that?

4       A.   She was definitely talking about doing drugs in

5  Amsterdam.

6       Q.   Okay.  Do you understand that Ms. Nomura

7  doesn't do drugs and hasn't done drugs?  Did you know

8  that?

9       A.   To my knowledge she does do drugs.

10      Q.   Okay.  What drugs does she do?

11      A.   I'm someone that is -- I've never done drugs

12  and I'm not part of that culture so I could not tell you

13  what drugs she does but I know she does illegal drugs.

14      Q.   You just said under oath you know she does

15  illegal drugs.

16      A.   Yes.

17      Q.   You have personal knowledge of this?

18      A.   Yes.

19      Q.   What illegal --

20      A.   I've heard her say it.

21      Q.   What illegal drugs does Ms. Nomura do?

22      A.   I couldn't tell you the specifics because I'm

23  not someone that deals in drugs or has knowledge of what

24  drugs are what.

25      Q.   What words did Ms. Nomura say to you or in

Asha Daniels                                                    June 2, 2025

1    front of you to suggest that she does illegal drugs?

2        A.    She was part of the conversation that I was not

3    directly involved in but heard, and she said that she

4    was definitely going to do drugs in Amsterdam.

5        Q.    She just said I'm going to do drugs, she didn't

6    say --

7        A.    I can't --

8        Q.    -- what kind of drugs?

9        A.    I'm sorry.  I can't give you a direct quote of

10   what she said.

11       Q.    I don't need a quote.  I just need an estimate.

12       A.    I told you that already, then.

13       Q.    By the way, earlier you testified that the only

14   thing you remember Ms. Nomura saying in that

15   conversation is that she would kill a bitch if someone

16   took her medication.  Wasn't that your testimony?

17            MR. ZAMBRANO:  Misstates --

18            THE WITNESS:  She also --

19            MR. ZAMBRANO:  Hold on.  Misstates prior

20   testimony.

21            Please answer the question.

22   BY MR. WEINSTEN:

23       Q.    That was your testimony, the only thing you

24   could recall.  Now your testimony is that you recall her

25   saying that she was going to do drugs; is that your

Asha Daniels                                                    June 2, 2025

1   testimony now?

2           MR. ZAMBRANO:  Misstates evidence, misstates

3   testimony.

4           Please answer the question.

5   BY MR. WEINSTEN:

6       Q.   Is that your testimony now?

7           MR. ZAMBRANO:  Same objections.

8           Please answer the question.

9           THE WITNESS:  She said both of those things.

10  BY MR. WEINSTEN:

11      Q.   Okay.  By the way, before we go on to the next

12  thing, are you going to tell me you now remember

13  something else that she said?

14      A.   To be quite honest with you --

15          MR. ZAMBRANO:  Hold on.  That is vague and

16  ambiguous and incomplete.

17  BY MR. WEINSTEN:

18      Q.   You can answer.

19          MR. ZAMBRANO:  Hold on.

20          To the extent that you understand that, please

21  answer it.

22          THE WITNESS:  Okay.  I'm sorry.  Can you say

23  the question again.

24  BY MR. WEINSTEN:

25      Q.   Let's go back to the drugs.

Asha Daniels                                                    June 2, 2025

1          Tell me to the best of your recollection what

2    you heard Ms. Nomura say with respect to buying drugs in

3    Amsterdam.

4        A.   That she planned on doing drugs.

5        Q.   And what did she --

6             What else did she say about her plans for doing

7    drugs?

8        A.   That's all I can give you as far as my memory

9    goes is that she planned on doing drugs.

10       Q.   Do you know if she ever did any drugs?

11       A.   I don't know.

12       Q.   By the way, what medications was Ms. Nomura on?

13       A.   You would have to ask her that.  I don't know.

14       Q.   Okay.  Because she testified under --

15            By the way, did you see her testimony?

16       A.   Yes, I did.

17       Q.   Okay.  You heard her testify she wasn't on any

18   medications; isn't that right?  Do you recall that

19   testimony?

20       A.   I don't recall what she said in regards to if

21   she was on medication or not.

22       Q.   But your testimony is that she had -- she would

23   cut a bitch if she couldn't find her meds; is that

24   right?

25       A.   That is correct.

Asha Daniels                                              June 2, 2025

1    Q.   But sitting here today you have no idea if she

2  was using medication or not?

3    A.   I believe that she was because she said that.

4    Q.   Okay.  What medication was she using?

5    A.   I could only speculate, and I believe she was

6  referring to mood stabilizers.

7    Q.   Okay.  You talked about --

8        You have now told me everything that you recall

9  from the conversation about sex workers, correct?

10   A.   Yes.  Everything that I can recall right now.

11   Q.   Okay.  Can you recall anything about the doing

12 of the hard drugs?  Do you recall any of that?

13   A.   What I have already told you.

14   Q.   Okay.  Now you said there was talk about going

15 to sex clubs.

16       Who was talking about going to sex clubs?

17   A.   This was a conversation among the entire bus.

18   Q.   Okay.  So now we're out of the back of the bus.

19 So the back of the bus, just to be clear, that

20 ten-minute conversation we have been talking about that

21 was only about doing hard drugs and hiring sex workers;

22 is that correct?

23       MR. ZAMBRANO:  Misstates prior testimony.

24       Please answer the question.

25 BY MR. WEINSTEN:

Asha Daniels                                    June 2, 2025

1      Q.    You can answer.

2      A.    Can you ask the question again.

3      Q.    I just want to make sure that I have your

4   testimony correct.  You testified in the back of the bus

5   you were talking -- that they were talking about sex

6   workers and doing hard drugs.  Were they also talking

7   about in the back of the bus going to sex clubs?

8      A.    So, once again, the layout of the bus -- These

9   conversations were fluid, so I don't want to testify

10  that this only occurred in the back of the bus because

11  conversations would happen in and out of all of the

12  rooms.

13     Q.    We are going to get to other parts of the bus

14  but you testified about a specific conversation for ten

15  minutes in the back of the bus where there were at least

16  three people, one of which was Ms. Nomura, that is the

17  one that I am focused on right now, and that is the one

18  that is in your complaint.  So let's get to the sex

19  clubs.

20           MR. ZAMBRANO:  Wait.  Hold on.  Misstates the

21  complaint.  What's your question?

22  BY MR. WEINSTEN:

23     Q.    In the back of the bus was there -- in that

24  ten-minute conversation did anyone discuss going to sex

25  clubs, yes or no?

Asha Daniels                                                    June 2, 2025

1      A.    Yes.

2      Q.    And you know that for a fact, correct?

3      A.    Yes.

4      Q.    What was said about going to sex clubs and by

5    whom?

6      A.    Once again, I can't tell you exactly who, but

7    people were talking about their plans to go to different

8    sex clubs.

9      Q.    Okay.  Did Ms. Nomura say she was going to go a

10   sex club?

11     A.    I don't recall if she said if she was going to

12   or not.

13     Q.    Okay.  What was said about --

14           Give me all of the specifics you can recall

15   about talking about from the back of the bus going to

16   sex clubs.

17     A.    That people planned to go to different sex

18   clubs.  Names of sex clubs were named.  I can't recall

19   exactly what they were.

20     Q.    You don't remember any of the clubs' names?

21     A.    No.

22     Q.    Okay.  Other than the con- -- ten-minute

23   conversation in the back of the bus on the way to

24   Amsterdam did you hear anyone else talking about on the

25   bus hiring sex workers in any other location of the bus?

Asha Daniels                                                    June 2, 2025

1      A.    Yes.  Like I said, this is conversation that
2    was fluid throughout the bus.
3      Q.    Okay.  Where else on the bus did you hear a
4    conversation about sex workers?
5      A.    I'm saying the back room because that's where I
6    was when the main part of that conversation I heard, but
7    like I said, someone could be talking in the back of the
8    bus and then move through the area where people were in
9    beds and still be part of that conversation because
10   there weren't hard walls that were soundproof so people
11   could talk within different rooms.
12     Q.    Well, where were --
13           So we have the ten-minute conversation in the
14   back of the bus.  Tell me what other conversation did
15   you hear that wasn't in the back of the bus discussing
16   the hiring of sex workers?
17     A.    It was all central to the back of the bus, but
18   like I said, people were part of the conversation that
19   weren't necessarily in the back of the bus.
20     Q.    Okay.  So someone was in the front of the bus
21   talking about sex workers?
22     A.    Not the front but in the bunk bed area that's
23   directly next to it.
24     Q.    Okay.  Who was in the bunk bed area talking
25   about sex workers?

Asha Daniels                                                    June 2, 2025

1    A.    I couldn't tell you the exact names.

2    Q.    Was it one person?  What it three people?  Was

3  it ten people?

4    A.    I couldn't tell you exactly.

5    Q.    Can you give me an estimate?

6    A.    A few people.

7    Q.    Okay.  So a few people in the bunk area --

8         Where were you when you heard people in the

9  bunk area talking about sex workers, where were you at

10 that time?

11    A.    I was probably in the back of the bus, but like

12 I said, I was moving through different rooms.

13    Q.    Probably or you were?

14    A.    I started off in the back of the bus, but I

15 said I probably was moving through different rooms.

16    Q.    And the people in the bed area were different

17 than the people in the back of the bus, correct?

18    A.    People would move in between the two rooms.

19    Q.    I understand.  But we're talking about -- That

20 was the ten-minute conversation in the back of the bus.

21 Now we're talking about the bed rear, in the bunk bed

22 area.  Who was -- Strike that.

23         What did you hear people say in the bunk bed

24 area of the bus?

25    A.    So this is all part of the same conversation.

Asha Daniels                                                    June 2, 2025

1    I'm just telling you that it wasn't only in the back of

2    the bus.

3        Q.    What did you hear people in the bunk bed area

4    talking about with respect to hiring sex workers?

5        A.    They were are part of that same conversation

6    and what I have already told you.

7        Q.    Okay.  So just to be clear, sitting here today

8    you can't remember the specifics of any conversation

9    that occurred on that bus with regards to hiring sex

10   workers, doing hard drugs or going to sex clubs; is that

11   correct?

12           MR. ZAMBRANO:  Misstates prior testimony,

13   misstates the evidence.

14           Please answer the question.

15   BY MR. WEINSTEN:

16       Q.    You can answer.

17       A.    I was not part of this conversation so I was

18   not trying to take notes on what sex clubs to go to or

19   oh, spell that.  That was not part of -- Like -- So no

20   I...

21       Q.    Okay.  So the answer is -- I'm not asking why

22   you don't know.  I'm asking you now because when we get

23   to trial I'm going to ask you the same questions, and

24   I'm hoping you are not going to come surprise me with

25   something new that we didn't hear.  This is my

Asha Daniels                                                    June 2, 2025

1   opportunity to ask you questions.  So I'm going to ask

2   it again and I just want a clean answer.  Clean

3   question, clean answer.

4           Am I correct that sitting here today you cannot

5   recall the specifics of any conversation that occurred

6   on the bus on the way to Amsterdam where people were

7   joking about hiring sex workers, doing hard drugs or

8   going to sex clubs; is that correct?

9           MR. ZAMBRANO:  Hold on.  Misstates prior

10  testimony.

11          Please answer the question.

12  BY MR. WEINSTEN:

13      Q.   You can answer.

14      A.   I would consider the details I have given you

15  specifics.

16      Q.   Okay.  The details you gave me are you heard

17  people joking about hiring sex workers, correct?

18      A.   That's one of the things that I said.

19      Q.   And you don't remember any of the words or any

20  of the details of -- beyond what I have just said,

21  correct?

22      A.   I cannot give you specifics of who they were

23  going to hire or what exact club they were going to

24  because it was not relevant to me.

25      Q.   Or even what they said?

Asha Daniels                                                    June 2, 2025

1        A.   I'm telling you what they said.  I'm telling

2    you I don't feel comfortable giving you a direct quote

3    because it is not something that I wrote down so that I

4    could give you a direct quote.

5        Q.   And the same could be said with respect to

6    doing hard drugs.  All you remember is people saying

7    that they were going to buy drugs in Amsterdam; is that

8    right?

9        A.   That people were going to buy drugs and do them

10   and some people had a connect of who they could buy

11   drugs from.

12       Q.   And you don't know what drugs they were talking

13   about, whether it was marijuana, whether it was

14   something harder?

15       A.   We're talking about things that are harder than

16   marijuana.

17       Q.   How do you know if you don't remember what the

18   conversation was?

19       A.   Because these are drugs that I -- you could say

20   it to me right now and tomorrow I wouldn't remember

21   because it's not relevant to me.  I don't do drugs and I

22   never have.

23       Q.   So how do you know they are talking about hard

24   drugs if you can't even remember the name of any drug

25   that anybody mentioned?

Asha Daniels                                          June 2, 2025

1    A.   I think that that is normal for someone that

2    doesn't do drugs to not latch on to an exact name of a

3    drug.

4    Q.   Okay.  And then the same with respect to going

5    to sex clubs, am I correct that the sum total of your

6    memory of being on the bus on the way to Amsterdam is

7    that people were talking about going to sex clubs but

8    you don't remember any of the details whatsoever of the

9    conversation besides people saying we're going to sex

10   clubs?

11   A.   I did not write down any of the names of the

12   places they were talking about because it wasn't

13   relevant to me and I did not want to go to any sex

14   clubs.

15   Q.   And, again, just to be clear, sitting here

16   today you don't recall the names of any of the people

17   having these conversations other than Ms. Nomura; is

18   that correct?

19   A.   While I was on tour there were plenty of people

20   that I interacted with regularly that I did not know

21   their names.

22   Q.   Okay.  But I'm asking on the bus on the way to

23   Amsterdam with all of this talk about the drugs and the

24   sex workers and all of that, sitting here today you

25   can't tell me one -- the name of anybody other than

Asha Daniels                                                    June 2, 2025

1    Ms. Nomura that you saw or heard talking about buying
2    drugs, going to sex clubs and hiring sex workers,
3    correct?
4        A.   I would not want to tell you a name and not
5    know for sure that that is that person's name because I
6    testified to be honest in this, and I honestly cannot
7    tell you the exact names of everybody that was on the
8    bus.
9        Q.   Okay.  You can't -- I'm not asking for
10   everybody on the bus.  I'm asking can you tell me one
11   person other than Ms. Nomura that you heard specifically
12   talking about going to -- going to sex clubs, purchasing
13   drugs or hiring sex workers?  Any -- One name other than
14   Ms. Nomura?
15       A.   No.  But I can tell you that there is a roster
16   of names that were on that bus, and they were people
17   that were assigned to that bus.
18       Q.   And just to be clear, this is the bus that you
19   were sleeping on for the two weeks that you were on
20   tour, correct?
21       A.   This is the same bus that I was sleeping on.
22       Q.   Okay.  And these are the people that were on
23   that bus that you were interacting with on a daily basis
24   and sleeping with, correct?
25       A.   Not sleeping with, but I slept in the same

Asha Daniels                                                    June 2, 2025

1    quarters that they did.

2        Q.    That's what I meant.  I apologize if I

3    suggested something else.  Okay.

4            Can you tell me -- describe any of the people

5    other than Ms. Nomura that were sitting on that bus

6    talking about drugs, purchasing sex workers or going to

7    sex clubs?  Can you just describe one person on that bus

8    other than Ms. Nomura?

9        A.    I wouldn't feel comfortable doing that because

10   I have sworn to be honest in this, and that is not

11   something that I can say this exact person said it.  I

12   was not looking and taking notes of who said what

13   exactly.  I know that these things were discussed.

14       Q.    Okay.  Can you tell me -- Describe --

15           Give me the name or describe anybody who was

16   laughing at these conversations about doing drugs,

17   hiring sex workers or going to sex clubs?

18       A.    Amanda Nomura.

19       Q.    Other than Ms. Nomura?

20       A.    Once again, I would not feel comfortable

21   assigning it to an exact person, but this was the

22   conversation on the bus and it was an open conversation.

23       Q.    Did you say anything at all at the time you

24   were hearing these conversations about drugs and sex

25   workers and going to sex clubs?

Asha Daniels                                          June 2, 2025

1        A.    I have already told you I was not part of this

2    conversation so no.

3        Q.    Did you do anything to separate yourself from

4    the conversations?

5        A.    The bus is such tight quarters there is nothing

6    you can do to separate yourself from this.  There is

7    really no privacy that you can ever have.

8        Q.    And just to be clear, we talked earlier about

9    the fact that you sent a whole bunch of texts to

10   Ms. Gugliotta telling her about things that you found

11   problematic, you never once said to Ms. Gugliotta that

12   people were buying drugs or talking about buying drugs,

13   hiring sex workers or going to sex clubs; isn't that

14   right?

15       A.    To be quite frank, these are people that I

16   believed to be her friends, so no, I would not feel

17   comfortable telling her that.

18       Q.    So the answer is you didn't tell her either

19   orally or in writing, correct?

20       A.    That is correct.

21       Q.    Okay.  By the way, you did complain to

22   Ms. Gugliotta about other people that were her friends;

23   isn't that right?

24       A.    I think now in hindsight I realize that Amanda

25   was her friend and I didn't necessarily know the -- I

Asha Daniels                                    June 2, 2025

1    didn't know their relationship.

2        Q.    Okay.  Other than on the bus to Amsterdam and

3    what you have described, do you recall anything else

4    about anybody at any time discussing sex workers or

5    doing drugs or -- Actually, let's do one at a time.

6            Other than what you testified on the bus to

7    Amsterdam, do you recall anyone talking about hiring sex

8    workers other than what you have testified to so far?

9        A.    I'm sorry.  Can you repeat the question.

10       Q.    Okay.  Other than what you have testified to so

11   far on the bus to Amsterdam, do you have any

12   recollection of anyone else at any time discussing the

13   hiring of sex workers?

14       A.    Yes.

15       Q.    Okay.  When was that?

16       A.    So when we got to Amsterdam this was normal

17   conversation throughout the day in many different

18   spaces.  It's just that this core memory for me it kind

19   of started in that back area of the bus when we were on

20   our way to Amsterdam.  But this was like -- You work

21   with these people for such a long day like these

22   conversations reoccur so I won't say that that is the

23   only time I heard it.  It was common conversation and it

24   was normal in that culture.

25       Q.    Was it only in Amsterdam or was it in other

Asha Daniels                                                    June 2, 2025

```
 1   cities as well?
 2       A.   People talked about doing drugs in other cities
 3   but I couldn't tell you --
 4       Q.   Sex workers.  We are only talking about sex
 5   workers right now.
 6       A.   Hiring sex workers?
 7       Q.   Yes.
 8       A.   So no it --
 9       Q.   I'm sorry.  Now you can't interrupt me or he's
10   going to walk out.
11           Am I correct --
12           Do you recall specifically with respect to
13   hiring sex workers --
14           Other than on the bus on the way to Amsterdam
15   do you recall anyone at any time discussing the hiring
16   of sex workers?
17       A.   That is my main memory.
18       Q.   Okay.  Just on the bus?
19       A.   Once again, these conversations happened
20   throughout the day in different places, but I feel most
21   comfortable talking about where I initially heard it.
22       Q.   Okay.  Well, let's talk about other than what
23   you have described on the bus, can you tell me any
24   person -- the name of any person who was discussing
25   hiring sex workers outside of the bus on the way to
```

Asha Daniels                                    June 2, 2025

1   Amsterdam?

2       A.   I can tell you there were people that worked

3   for Big Grrrl Big Touring, but I could not give you a

4   specific name.

5       Q.   Can you tell me --

6            How many of them were there?

7       A.   I couldn't tell you because these were not

8   people I considered friends and that I intentionally had

9   disgusting conversations like this with so no.

10      Q.   Okay.  How many --

11           Actually, let's do it this way:  Can you

12  describe any of the people that you heard outside of the

13  bus talking about sex workers -- hiring sex workers?

14      A.   I wouldn't feel comfortable doing that.

15      Q.   Well, I don't care if you feel comfortable.

16  Can you?

17      A.   I'm telling you that I won't because I don't

18  want to misrepresent what actually happened and I can

19  tell you these are people that were on tour with us.

20      Q.   Okay.  But you can't describe one of them; is

21  that correct?

22      A.   I don't feel comfortable doing that.

23      Q.   Can you tell me -- describe one conversation

24  that you heard that wasn't on the bus on the way to

25  Amsterdam where somebody was talking about hiring sex

Asha Daniels                                                    June 2, 2025

1    workers?

2        A.    Can you say the question again.

3        Q.    Can you tell me one conversation that you

4    recall where somebody was discussing hiring sex workers

5    outside of what you testified occurred on the bus on the

6    way to Amsterdam?

7        A.    So like I said, this was common conversation.

8    I've overheard other conversations that happened

9    backstage and in other places, but my main memory and

10   what stands out the most is what happened on the bus.

11       Q.    So the answer is you can't tell me one

12   conversation that you recall outside of the bus where

13   somebody was talking about hiring sex workers; is that

14   correct?

15           MR. ZAMBRANO:  Misstates testimony.

16           Please answer the question.

17           THE WITNESS:  I know that you are going to go

18   down this road of asking me to describe the person or

19   their name and I don't know and I cannot tell you that.

20   A lot of times when conversations are happening, if you

21   are not part of the conversation, you are not studying

22   the person or say, "Hey, can you give me your name.

23   That was interesting that you just said that."  So I can

24   tell you that these things were absolutely said by

25   people who worked on the tour, but I do not feel

Asha Daniels                                    June 2, 2025

1    comfortable telling you a name or a description because

2    I was not part of these conversations.

3        Q.   Okay.  But I'm asking you now -- I was not

4    asking you this time to describe who it was.  I'm

5    asking:  What was said?

6        A.   What I'm saying to you is that I know that is

7    what you are going to ask me and I cannot do that.

8        Q.   I know.  Right now I'm asking you what was said

9    off the bus that -- where somebody discussed hiring sex

10   workers?  What did whoever this anonymous person at this

11   time that you don't recall in the city you don't recall,

12   what did they say?

13       A.   I do recall the city.  It was Amsterdam.  And I

14   do recall the people, I just don't feel comfortable

15   giving you specific names, but this was common

16   conversation so I would overhear conversations

17   backstage, in passing, they're conversations that I was

18   not directly a part of.

19       Q.   Okay.  Let's talk about this conversation that

20   you overheard backstage.  This is backstage at

21   Amsterdam?

22       A.   I believe so.

23       Q.   What time of day did you overhear a

24   conversation about somebody hiring sex workers?

25       A.   I don't feel comfortable giving you a time of

Asha Daniels                                                    June 2, 2025

1    day because I work such long hours and I was not

2    checking my phone.  I was worried about doing my work.

3    But I know that these are conversations that I

4    overheard.

5        Q.   Was it morning?

6        A.   I couldn't tell you.

7        Q.   Was it in the evening?

8        A.   I wouldn't feel comfortable telling you exactly

9    what time of day but throughout the day.

10       Q.   What were the words --

11            So you heard this more than once -- people

12   backstage talking about hiring sex workers in Amsterdam;

13   is that correct?

14       A.   I'm sorry.  Can you say the question again.

15       Q.   Your testimony as I understand it now is that

16   more than one time you overheard people talking

17   backstage about hiring sex workers; is that right?

18       A.   That is correct.

19       Q.   Okay.  Who?

20       A.   Once again, I can't tell you specifics because

21   I was not part of that conversation.

22       Q.   Where were you when these conversations were

23   going on?

24       A.   Once again, I was not part of these

25   conversations so I could not tell you exactly where I

Asha Daniels                                                    June 2, 2025

1    was.

2        Q.    Okay.  Other than with respect to the hiring of

3    sex workers have you now told me all that you can

4    remember about conversations people had with respect to

5    hiring sex workers?

6        A.    In this moment I have told you everything to

7    the best of my recollection of what stands out as

8    relevant.

9        Q.    Okay.  Now, as far as going to --

10           Now, did anyone ever ask you to join any

11   activities such as going to a sex club?  I think you

12   testified earlier you weren't invited to Bananenbar.

13   Did anybody at any time ever invite you to go to a sex

14   club?

15       A.    I was invited to go to a place -- I could not

16   tell you the name -- and I declined because I did not

17   want to be involved at all in any of, like, the

18   debauchery.

19       Q.    Where was this?

20       A.    I cannot recall.

21       Q.    You don't recall what city?

22       A.    I believe it was Amsterdam, but I can't tell

23   you specifically where I was.  Like it is such a massive

24   backstage it would be impossible for me to tell you

25   exactly where I was.

Asha Daniels                                          June 2, 2025

1        Q.   Okay.  Who invited you to go?

2        A.   I don't know the name of this group of people,

3   but it was part of -- I want to say they were part of

4   production but I -- I wouldn't feel comfortable saying

5   that for sure.

6        Q.   How were you invited?  Was it orally or in

7   writing?

8        A.   Orally.

9        Q.   Okay.  And what time of day was it that you

10  were invited?

11       A.   I couldn't tell you.

12       Q.   Do you know if it was on the day off or the day

13  of the -- of the performance?

14       A.   It wouldn't have been the day of, so it must

15  have been the day off, but I can't exactly remember what

16  day it was.

17       Q.   Okay.  Tell me everything you recall about

18  being invited to go --

19            By the way, was this a sex club or a bar or

20  what were you invited to do?

21       A.   I'm not exactly sure what the name of it was

22  and what it was, but I knew it was in the red-light

23  district.

24       Q.   Okay.  So you were invited to go to a place in

25  the red-light district; is that right?

Asha Daniels                                          June 2, 2025

1        A.    That is correct.

2        Q.    So then it would be Amsterdam; isn't that

3   right?

4        A.    Yeah.  Which is what I said.

5        Q.    I think you originally said you weren't sure.

6   But now you are sure.  That's good.

7        A.    I said I was invited --

8        Q.    So you were invited to go to the red-light

9   district in Amsterdam.  Do you know what place you were

10  invited to go to?

11       A.    I have already testified that I do not.

12       Q.    Okay.  Could it have been a bar?

13       A.    I don't know because I did not want to go to

14  the red-light district and participate in these things.

15       Q.    Okay.  But you don't --

16             Sitting here today did anybody tell you where

17  they were going at the time?

18       A.    People talked about where they were going, but

19  once again, it wasn't relevant to me because I did not

20  plan on going.

21       Q.    No.  No.  Let's just be clear here,

22  Ms. Daniels.  You testified under oath you were asked to

23  go somewhere in the red-light district and you turned it

24  down and this was by a group of people; is that correct?

25       A.    That is correct.

Asha Daniels                                                    June 2, 2025

1      Q.   Okay.  And you don't know who any of those

2   people are, correct?

3      A.   I can't give you an exact name.

4      Q.   And you don't know what any of those people

5   looked like, correct?

6      A.   I would not feel comfortable giving you a

7   description of what they looked like because I cannot

8   tell you their names.  I know that they work for the

9   touring company.

10     Q.   I'm not asking you for their name.  I'm asking

11  you what they looked like?

12     A.   I could not tell you.

13     Q.   Okay.  And you don't know how many people

14  invited you?

15     A.   I was in a room and it was like the

16  conversation, so I wouldn't feel comfortable saying how

17  many people or who exactly.

18     Q.   Okay.  And you said you were in a room.  Where

19  was the room?

20     A.   Backstage.

21     Q.   I'm sorry.  It was backstage?

22     A.   Yeah.

23     Q.   And what did the --

24          What was the invitation?  Tell me everything

25  you recall about the invitation?

Asha Daniels                                                    June 2, 2025

1      A.   You should go with us to this place, which I

2   cannot recall the name of the place.  And I said that

3   I -- thank you but no.

4      Q.   So if you don't recall the place, how do you

5   know it was in the red-light district?

6      A.   Because that was part of the conversation.

7   Everybody was making plans to go to the red-light

8   district.

9      Q.   Okay.  And sitting here today you don't know if

10  it was a bar, if it was a -- it could have been

11  anything?

12     A.   Something in the red-light district.

13     Q.   Okay.  And you turned them down, correct?

14     A.   That is correct.

15     Q.   Is that the only time on the tour that you were

16  invited to go someplace where you turned them down?

17     A.   To the best of my memory I believe so.

18     Q.   Okay.  How did --

19     A.   Actually --

20     Q.   -- you avoid --

21     A.   -- I'm sorry.  I was invited somewhere else.

22  This isn't relevant to the red-light district and I

23  didn't -- in fact, several places.  I think the girls

24  went to Disney World and they invited me and I didn't

25  go.  And there was also Shirlene Quigley invited me to a

Asha Daniels                                              June 2, 2025

1    skating party that I did not go to.

2        Q.    Okay.  That is not part of your complaint,

3    though, correct?

4        A.    No.

5        Q.    Okay.  And you --

6              How did you avoid going to this place in the

7    red-light district?

8        A.    I had a visitor coming so that was kind of

9    my -- I don't want to say excuse, but that was the

10   reason that I could not.

11       Q.    So you told them that you were going out with a

12   friend or something like that?

13       A.    A guy that I was dating at the time.

14       Q.    Okay.  In your complaint at paragraph 46 -- I

15   will just read into the record -- you say:

16             "As another example of this, when the

17             tour got to Amsterdam, Plaintiff

18             witnessed Nomura, crew, and Lizzo's

19             management openly discussing hiring sex

20             workers for lewd sex acts, attending

21             sex shows, and buying hard drugs."

22             And then you go on to say:

23             "Plaintiff felt pressured to join such

24             activities and found a way to secure

25             one of her few days off to escape."

Asha Daniels                                                        June 2, 2025

1              Do you see that?

2         A.    I don't see it.  But that is correct.

3              MR. ZAMBRANO:  Hold on.  It's this complaint.

4    Go to -- It's this one, right?  Mike, it's this one?

5              MR. WEINSTEN:  It's the complaint.

6              MR. ZAMBRANO:  All right.  46.

7    BY MR. WEINSTEN:

8         Q.    You say here that you felt pressure to join

9    such activities and found a way to secure one of your

10   few days off to escape.

11             What day did you take off?

12        A.    It was the day that everybody had off when we

13   were in Amsterdam.

14        Q.    Okay.  So, in fact, that day off was the day

15   you arrived; isn't that right?

16        A.    I believe so.

17        Q.    So it wasn't -- So what you're test- --

18             So by your own testimony, then, if it happened

19   backstage in Amsterdam that you were invited to go to

20   the red-light district, you already had a day off; isn't

21   that right?

22             MR. ZAMBRANO:  Vague and ambiguous as asked.

23             Please answer the question.

24   BY MR. WEINSTEN:

25        Q.    What do you mean when you say in order to

Asha Daniels                                                    June 2, 2025

1    avoid --

2         By the way, you are referring here when you

3    said you found a way to secure one of your few days off

4    to escape, you're talking about your invitation to the

5    red-light district, correct?

6         A.   Yes.

7         Q.   Okay.  So my question, then, is:  How did --

8    How did --

9         You just testified a minute ago the way you

10   escaped was you said you were going out with your

11   boyfriend.  So what did you mean when you stated in your

12   complaint that you -- to avoid going to the red-light

13   district you found -- you found a way to secure one of

14   your few days off to escape?

15        A.   I'm not sure I understand the question.

16        Q.   I'm asking you what did you mean --

17        By the way, you said this under oath too.

18   Under paragraph -- In your complaint to the EEOC --

19        MR. ZAMBRANO:  Can we take a bathroom break

20   soon.

21        MR. WEINSTEN:  We're going to finish this

22   question first.

23        MR. ZAMBRANO:  Yeah.

24   BY MR. WEINSTEN:

25        Q.   You said under oath to the EEOC that you felt

Asha Daniels                                                    June 2, 2025

1    pressure to join such activities and found a way to

2    secure one of your few days off to escape.

3           Do you recall that testimony?

4      A.    Yes.

5      Q.    Okay.  And, again, you're talking about

6    avoiding going to the red-light district when you got

7    that invitation, correct?

8      A.    Yes.  But there were other things that I didn't

9    want to go to also so I don't want to say that that is

10   specific only to that instance.

11     Q.    Okay.  So my question is:  You said you found a

12   way to secure one of your few days off.  You didn't do

13   anything to go get a day off; isn't that right?  You

14   were already off.

15     A.    So what I'm actually talking about is, like I

16   said, we had few days off and I wasn't even entitled to

17   my off days.  A lot of times when there was an off day,

18   Amanda would try to rope me in to doing something to --

19   to do extra work so when I say that I mean a lot of days

20   that I was supposed to have off it was kind of in limbo

21   whether I actually would with everyone else or not.

22     Q.    But this statement is not true.  You just

23   testified that in order to get out of going to the

24   red-light district with those people that invited you,

25   you just told them that you had a -- you were going out

Asha Daniels                                                    June 2, 2025

1   with your boyfriend.  You didn't go secure a day off.

2   That's not true, is it, Ms. Daniels?

3       A.   What I mean by secure a day off is that I did

4   not want to feel like they were entitled to my time on

5   my day off.  So I think you're looking at it as I, like,

6   got a day off that nobody else got.  That's not what

7   this says.

8       Q.   That's not what I'm talking about.  What I'm

9   talking about is your false testimony to the EEOC under

10  penalty of perjury where you told the EEOC that in order

11  to avoid going on this invitation to the red-light

12  district, you found a way to get a day off so you didn't

13  have to go to the red-light district.  That's what you

14  were telling them; isn't that right?

15          MR. ZAMBRANO:  Misstates testimony, misstates

16  the document.

17          Please answer the question.

18  BY MR. WEINSTEN:

19      Q.   You can answer.

20      A.   Yes, it is misrepresenting what I'm saying.

21  You are misrepresenting or misunderstanding what I am

22  saying.

23      Q.   I'm only saying what you said --

24          MR. ZAMBRANO:  Hold on.

25  BY MR. WEINSTEN:

Asha Daniels                                                    June 2, 2025

```
1   BY MR. WEINSTEN:
2        Q.   Okay.  I am going to ask again that you do it.
3             Is the answer you don't have it or you didn't
4   even check?
5        A.   I'm not sure.
6        Q.   You're not sure if you checked?
7        A.   No.  I'm not sure if I have it --
8        Q.   Well, did you destroy it --
9        A.   -- but no, I did not --
10       Q.   -- after the case was --
11       A.   No.  That's why we have screen shots.
12       Q.   Okay.
13            MR. ZAMBRANO:  We will do it over lunch.  We'll
14   figure it out.
15            MR. WEINSTEN:  Okay.  Fine.
16       Q.   Ms. Daniels, have you now told me all of the
17   instances in which you believe you were subjected to a
18   hostile work environment based on sex?
19            MR. ZAMBRANO:  Vague and ambiguous as asked.
20            Please answer the question.
21   BY MR. WEINSTEN:
22       Q.   You can answer.
23       A.   What do you mean by "based on sex"?
24       Q.   Well, you sued my client for sexual harassment/
25   hostile work environment.  You testified that you heard
```

Asha Daniels                                                            June 2, 2025

1   people talking about sex workers on a bus and possibly

2   even off the bus, you talked about being invited to a --

3   the red-light district in Amsterdam, and you said

4   Bananenbar was not part of this and then -- I think

5   that -- Yeah, I think that was it.

6         Is there anything else that you haven't told us

7   so far that -- Oh, I'm sorry.  And you also testified

8   about receiving the WhatsApp message and what was --

9   having seen the images that are in the content -- in the

10  content of the WhatsApp message.

11        Other than those things is there anything else

12  you believe created a hostile work environment for you

13  based on sex, like sexual harassment?

14     A.   To the best of my memory right now that covers

15  everything.

16     Q.   Okay.  And I think you already testified but

17  let me just ask it one more time to be clear.

18        You never complained to Ms. Gugliotta about

19  sexual harassment in the workplace, correct?

20     A.   I didn't because the people that I would have

21  to complain to her about I believed to be her friends.

22     Q.   Okay.  And you didn't complain to anybody else

23  other than Ms. Gugliotta about sexual harassment in the

24  workplace; isn't that right?

25     A.   This is probably something I talked about with

Asha Daniels                                                      June 2, 2025

1    my sister, but as far as people who work for Big Grrrl

2    Big Touring, yes.

3        Q.   Okay.   And you never discussed sexual

4    harassment --

5            Putting aside the people at Big Grrrl Big

6    Touring you never -- and possibly your sister, you never

7    discussed sexual harassment on the tour with anybody at

8    all, correct?

9            MR. ZAMBRANO:  Vague and ambiguous as asked.

10           Please answer the question.

11           THE WITNESS:  Are you asking did I discuss it

12   with anyone who worked for the tour?

13   BY MR. WEINSTEN:

14       Q.   Anybody who is not in management.  You never

15   discussed feeling that you were in a -- feeling that

16   there was sexual harassment with anybody during the

17   tour, correct?

18       A.   Not that I can recall.

19       Q.   In fact, all of your complaints that you voiced

20   during the tour to anybody within the tour were all

21   about Nomura and her alleged bullying; isn't that right?

22           MR. ZAMBRANO:  Misstates evidence.

23           Please answer the question.

24           THE WITNESS:  Can you ask the question one more

25   time?

Asha Daniels                                                    June 2, 2025

```
 1   BY MR. WEINSTEN:
 2        Q.   Am I correct that all of the complaints you
 3   voiced to anybody on the tour were all about Nomura and
 4   her alleged bullying of you, correct?
 5             MR. ZAMBRANO:  Same objections.
 6             Please answer.
 7             THE WITNESS:  That was not all I complained
 8   about.
 9   BY MR. WEINSTEN:
10        Q.   I'm sorry?
11        A.   That was not all I complained about.
12        Q.   Okay.  You're saying you complained about other
13   things besides Nomura and her alleged bullying and abuse
14   of you, correct?  That's what your testimony is now?
15        A.   That is correct and it always has been.
16        Q.   Okay.  And nothing has ever --
17             You never put any of your complaints in writing
18   that didn't involve Nomura and her alleged abuse of you,
19   correct?
20        A.   That is not correct.
21        Q.   Okay.  What in writing, because you produced or
22   I believe your counsel has produced all of your texts
23   and WhatsApps, et cetera, in the case, what other
24   complaints did you make in writing that did not involve
25   Nomura and her alleged bullying of you?
```

Asha Daniels                                              June 2, 2025

1       A.   I can't swear if I have documentation of me

2    putting it in writing, but I know that we have evidence

3    that it was something that was talked about but I

4    complained that the dancers didn't have enough mirrors

5    once.  I would have to go, like, through the

6    documentation to give you every other complaint but it

7    wasn't just about Amanda.

8       Q.   Okay.  But that has nothing to do with --

9    You're not complaining --

10          You're not suing my client because the dancers

11   didn't have enough mirrors --

12      A.   No.

13      Q.   -- are you?

14      A.   No.

15      Q.   Okay.  So as far as the things that you are

16   suing my client over am I correct that the only things

17   that you're suing my client over about which you were

18   complaining during the tour were all about Nomura and

19   her alleged bullying; is that right?

20          MR. ZAMBRANO:  Hold on.  Misstates the

21   evidence.

22          Please answer the question.

23          THE WITNESS:  So no, that is not everything

24   that this lawsuit is about.

25   BY MR. WEINSTEN:

Asha Daniels                                              June 2, 2025

1      Q.   Okay.  No, I get that.  I get that you're --
2   the lawsuit is bigger.  What I am talking about is --
3   Let me back up.
4         Let me just do it this way:  During the tour
5   you said you made -- we know that you made certain
6   complaints to Ms. Gugliotta in writing, correct?
7      A.   Yes.  Correct.
8      Q.   And those are all the complaints that you made
9   to Ms. Gugliotta, correct?
10     A.   I don't think that would be fair to say correct
11  because I also had conversations with her in person --
12     Q.   Okay.
13     A.   -- that I'm sure was outside of the scope of
14  what exactly was in the texts.
15     Q.   Okay.  Other than Ms. Gugliotta did you
16  complain to anybody else about problems you were having
17  on the tour?
18     A.   Yes.
19     Q.   Okay.  Who else?
20     A.   I talked about it with a lot of people because
21  there was a certain point on tour that it became obvious
22  that I was being bullied, and so there were people like
23  in production, people who worked backstage, some of the
24  dancers who -- like it became, like, common knowledge
25  and people would ask me about it and I was forthcoming

Asha Daniels                                                    June 2, 2025

1    when they asked me about it.

2         Q.    Okay.  You believe --

3              Did you believe that you fulfilled your job

4    duties during the two weeks you were on the tour?

5         A.    I fulfilled my job duties and so much more,

6    yes.

7         Q.    Okay.  Do you think you did a good job?

8         A.    I know that I did a good job.

9         Q.    And nothing stopped you from doing a good job?

10        A.    There was a lot that could have stopped me from

11   doing a good job but I rose to the occasion.

12        Q.    Okay.  So nothing to your knowledge prevented

13   you from doing this good job that you did over the two

14   weeks, correct?

15        A.    There was a lot that could have prevented me

16   but I did a good job.

17        Q.    Okay.  That's not the question.  The question

18   is really simple, and I am going to ask you to listen to

19   the question and answer only the question asked because

20   if we were in court the judge is going to make you

21   answer the question.

22             The question is:  Nothing did, in fact, stop

23   you from doing a good job during those weeks of your

24   employment, correct?

25        A.    That's a confusing question.  Can you say it in

Asha Daniels                                                    June 2, 2025

1    a different way?

2        Q.    What is confusing about it?

3              MR. ZAMBRANO:  Wait.  Hold on.  Argumentative.

4              Please answer.

5              MR. WEINSTEN:  No.

6        Q.    You said something is confusing.  What part of

7    my --

8              Could you -- I'm going to ask the court

9    reporter --

10             MR. ZAMBRANO:  She also asked you to say it a

11   different way.

12             MR. WEINSTEN:  Can you not interrupt.  You made

13   this whole big deal about people interrupting.

14             MR. ZAMBRANO:  I did.

15             MR. WEINSTEN:  I'm going to ask the court

16   reporter to read the question back, and then my question

17   to you, Ms. Daniels, is:  Tell me what is confusing

18   about that sentence.  Whether it's a word or whatever it

19   is that you're having a problem with, just let me know.

20             (Record read as follows:

21             "Question:  So nothing to your

22             knowledge prevented you from doing this

23             good job that you did over the two

24             weeks, correct?")

25             THE WITNESS:  So that question is confusing to

Asha Daniels                                          June 2, 2025

1  me because it feels like you're implying that if I did a

2  good job there was nothing that was a detriment to me

3  doing a good job, and there were a lot of things that

4  should have stopped me from doing a good job but I went

5  above and beyond to do a good job.

6  BY MR. WEINSTEN:

7      Q.   So the answer is nothing stopped you from doing

8  a good job; isn't that right?

9      A.   I think that's up to who you ask that question

10  to.

11      Q.   I asked it of you.

12      A.   Yes.

13      Q.   You're the only person I'm talking to here.

14          MR. ZAMBRANO:  Hold on.

15  BY MR. WEINSTEN:

16      Q.   Did you --

17          Did you do a good job through the whole time,

18  yes or no?

19          MR. ZAMBRANO:  Vague and ambiguous, misstates

20  evidence.

21          Please answer the question.

22          THE WITNESS:  Yes, I did a good job.

23  BY MR. WEINSTEN:

24      Q.   Okay.  And so nothing stopped you from doing a

25  good job because you were doing a good job.  Doesn't

Asha Daniels                                                    June 2, 2025

1    that make sense, Ms. Daniels?

2            MR. ZAMBRANO:  Same objections.

3            Please answer the question.

4            THE WITNESS:  It feels unfair to say nothing

5    stopped me because a lot of things got in my way, so I

6    don't feel comfortable saying that.

7    BY MR. WEINSTEN:

8        Q.   Okay.  I will move to strike as nonresponsive.

9    We will let you explain to the jury why you won't answer

10   that question.

11           Okay.  If we get to a jury, which I don't

12   suspect based on this deposition that's ever going to

13   happen.

14           MR. ZAMBRANO:  You haven't finished.

15   BY MR. WEINSTEN:

16       Q.   Now, you claim --

17           Actually, at any time --

18           We talked about Ms. Nomura's comments or

19   actually you said she didn't make a comment, she was

20   just laughing at things on the bus.

21           Other than the things that Ms. Nomura was

22   laughing about on the bus to Amsterdam, at any time did

23   Ms. Nomura make a comment that -- to you that offended

24   you?

25       A.   Can you say the question again.

Asha Daniels                                                    June 2, 2025

```
1        Q.   Other than --
2             That wasn't even a comment so let me just do it
3   this way:  At any time during your time working at Big
4   Grrrl Big Touring did Ms. Nomura make any comment
5   directly to you that you found to be offensive?
6        A.   Yes.
7        Q.   Okay.  When was the first time Ms. Nomura made
8   a comment to you that offended you?
9        A.   The first day that I got on tour she asked me
10  to come straight to the venue and not have a moment to,
11  you know, gather myself at the hotel.  She knew I was
12  coming off of, like, not sleeping that night before on a
13  long flight, and when I get to the backstage to meet
14  her, she is kind of giving me the lay of the land,
15  introducing me to certain people, showing me what
16  different rooms are and when she got to where the
17  dancers' dressing room was, she was pointing out that
18  there was not enough space or tools that they needed to
19  get ready and telling me that they were going to blow up
20  and kind of have a diva fit about it, and so me being
21  new and on the job and a problem solver I said, "Well,
22  let's fix it.  I can talk to Kyle," who I did not know
23  at the time yet.  He was in charge of putting people in
24  different rooms.  And I said, "I volunteer to talk to
25  him," because I'm, like, "I'm a girls' girl.  I can
```

Asha Daniels                                                          June 2, 2025

1    explain to him that we need more space," and I was
2    instructed not to talk to him.  And I said, "Okay, well,
3    I can go to whatever the local, you know, similar store
4    to Walmart is and get more mirrors, more tables so that
5    the girls can have what they need to feel comfortable
6    and perform good that night."  And she told me no and to
7    let it happen, and I found that offensive because as a
8    black woman a lot of times microaggressive things happen
9    where we are kind of set up for failure, and I know that
10   because I've experienced that in my own career and so I
11   thought it was offensive that these women were being set
12   up to have a blowup and they, in fact, didn't, so I
13   would say that is the first of many offensive things
14   that happened.
15        Q.   Okay.  Is that part of any of your claims in
16   the case?
17        A.   Yes.
18        Q.   What --
19        A.   I believe so.
20        Q.   -- claim does that relate to?
21            MR. ZAMBRANO:  Calls for a legal conclusion.
22   BY MR. WEINSTEN:
23        Q.   Well, I'm just asking you.  Are you saying is
24   that a racist thing because Ms. --
25            Am I correct that you're claiming that because

Asha Daniels                                              June 2, 2025

1  Ms. Nomura said don't fix the dressing room, that's a

2  racist comment?

3      A.   I think you're simplifying it, but yes, that is

4  a racist microaggression.

5      Q.   Okay.  What is the --

6           And that's the first one.

7           So what was the next thing that Ms. Nomura said

8  to you that offended you?

9      A.   I believe later that day Bree Runway came into

10  the room and she needed a pair of fishnet stockings and

11  so at the time I was under the understanding that the

12  stock was for everybody that was on tour, so I gave her

13  a pair.  She was really grateful.  And when Amanda came

14  back in the room I said, "Hey, just so you know I gave

15  Bree Runway a pair of tights," and she blew up on me and

16  yelled and said I was not to do that and was really

17  upset.  And that was extremely offensive and another

18  racist microaggression.

19      Q.   Who is Bree?

20      A.   Bree Runway was the opener on tour.

21      Q.   Okay.  Well, if she's the opener, don't they

22  bring their own fishnet stockings?

23           MR. ZAMBRANO:  Calls for speculation.

24           Please answer.

25  BY MR. WEINSTEN:

Asha Daniels                                                    June 2, 2025

1      Q.   Isn't that what Ms. Nomura told you, that the
2   opening act brings their own stockings, you're not
3   supposed to be giving Lizzo's dancers' stockings to the
4   opening act?
5      A.   She did not tell me that previous to me giving
6   her those stockings.
7      Q.   So this is something you believe to be racist
8   because Ms. Nomura told you not to give Lizzo's tour
9   stockings to another act; is that your testimony?
10     A.   I know that that is a racist microaggression.
11     Q.   By the way, if Ms. Nomura was black and said
12  the same thing to you, would that be a racist
13  microaggression?
14     A.   I honestly can't imagine a world where that
15  would be something that a fellow black woman would say
16  because we know how things are, and I think it's part of
17  our culture to take care of each other, so I don't think
18  that's a fair question that I could ask.
19     Q.   So, in fact, Ms. Daniels, isn't it you that is
20  the one that is being racist because if a black person
21  said it, it wouldn't be racist but if a white person
22  says it, then it is racist?  Aren't you the one being
23  racist, Ms. Daniels?
24          MR. ZAMBRANO:  Hold on.  I'm not going to have
25  her answer that question.  That's harassing --

Asha Daniels                                                    June 2, 2025

```
 1              MR. WEINSTEN:  Actually, she's the one who made
 2    these comments to Ms. Gugliotta that are pure --
 3              By the way --
 4              MR. ZAMBRANO:  I'm instructing her not to
 5    answer.
 6              (Instruction by counsel.)
 7    BY MR. WEINSTEN:
 8       Q.   -- do you have a problem with Asian people,
 9    Ms. Daniels?
10              MR. ZAMBRANO:  You can answer that.
11              THE WITNESS:  I love Asian people.  My
12    brother-in-law is Asian, his mom is Asian and they are
13    family to me.
14    BY MR. WEINSTEN:
15       Q.   Okay.  Ms. Nomura is Asian, right?
16       A.   She is half Asian.
17       Q.   Okay.  So now you testified about you are
18    upset, that Ms. Nomura told you not to give the
19    stockings to the opening act, you're upset that she told
20    you not to do anything with regards to the dancers'
21    room.
22              Other than these two things did Ms. Nomura say
23    anything else to you that you found to be offensive?
24       A.   Yes.  A lot.  There is a lot more.
25       Q.   We are going to go through every single one.
```

Asha Daniels                                                          June 2, 2025

1        A.    Great.

2        Q.    So what is the next one?

3        A.    The next one is after she yelled at me about

4   giving Bree those stockings, even though she told me --

5   she did not tell me not to, the next day -- the next

6   morning she pulled me into a conversation --

7            So she was kind of like on a mission to make a

8   big deal out of this, so she was talking to security

9   asking them to follow all of the black women that are

10  her dancers, her tour manager on Instagram to try to

11  catch them breaching their security protocol so that she

12  could get them kicked off of tour.

13       Q.    I'm sorry.  Say this -- That is confusing to

14  me.  Ms. Nomura asked security to do what?

15       A.    To follow all of the black female dancers, Bree

16  Runway, who is a black woman, and her tour manager, who

17  is a black woman, on Instagram so that they could try --

18  excuse me -- so that they could try to catch them

19  breaching security protocol so that she could get them

20  kicked off of the tour.

21       Q.    Did she say follow the black female dancers?

22       A.    No.  I'm pointing out that these are black

23  women to kind of make you -- help you understand that

24  these are things that black women know are racist

25  microaggressions.

Asha Daniels                                                    June 2, 2025

1    Q.   Okay.  So she --

2    A.   She didn't -- For example, Bree Runway's team

3    had, I believe, two white men.  She did not ask the

4    security to follow them.  She only asked them to follow

5    the black women.

6    Q.   But the point is she didn't say to follow the

7    black women, what she said was -- just to be clear, she

8    said follow the dancers on social media; is that

9    correct?

10   A.   She had them follow the dancers, Bree Runway

11   and Bree Runway's tour manager, who all happen to be

12   black women.

13   Q.   I'm sorry.  What is "free runway"?

14   A.   Bree.  Bree Runway.

15   Q.   Oh, Bree.  Bree.  I'm sorry.  I thought you

16   said "free."

17        So she wanted to follow Bree Runway and -- who

18   is -- What is her job again?

19   A.   She was the opening act on tour.

20   Q.   So she wanted to follow the opening act and the

21   dancers, so people who are performing, to see if they

22   are complying with security protocols, correct?

23   A.   Also her tour manager.

24   Q.   Whose tour manager?

25   A.   Bree Runway's tour manager.

Asha Daniels                                               June 2, 2025

1    BY MR. WEINSTEN:
2        Q.    Am I correct that by your testimony Ms. Nomura
3    said to security that they wanted security to follow the
4    opening act's dancers and tour manager on Instagram to
5    ensure that they are complying with security protocols?
6    Did that happen?
7        A.    She asked them to follow them but also the tour
8    opener to see if they were because she wanted to get
9    them kicked off tour, and that is what I found
10   offensive.
11       Q.    Okay.  Just to be clear, did she say to
12   security, "I want to get them kicked off tour"?
13       A.    Yes.
14       Q.    Did she say why she wanted to get them kicked
15   off tour?
16       A.    She did not say why but I can tell you what I
17   understood from it, but no, she did not say why.
18       Q.    Okay.  So to be clear Ms. Nomura didn't say
19   anything about anybody being black or anything else, all
20   she said was I want to make sure that --
21           Let me back up.  Move to strike that -- not
22   move to strike.  I will withdraw that question.  Let me
23   try it again.
24           Just to be clear, the comment from Ms. Nomura
25   that you found to be offensive, was it that she asked

Asha Daniels                                                    June 2, 2025

1    security to follow the opening act and their tour

2    manager on Instagram to ensure that they are complying

3    with security protocols because she wanted to get them

4    kicked off tour, correct?

5        A.   I found it offensive that she wanted to get

6    them kicked off tour and was going out of her way and

7    doing something that wasn't part of her job title to do

8    it.

9        Q.   Okay.  But the question is:  Those are the

10   words that she said to the security, correct?

11       A.   In so many words that was the conversation.

12       Q.   Okay.  Does Ms. Nomura have any authority over

13   the opening act to kick them off?

14       A.   No, she doesn't, and it wasn't part of her job

15   description, but she went out of her way to do it and it

16   was a wide-known thing that she was trying to do that

17   and nobody that I saw told her, "Hey, this actually

18   isn't your job to do."

19       Q.   Okay.  You now talked about three things that

20   you believe Ms. Nomura said that were offensive.  What

21   was the next thing that she said that you found to be

22   offensive?

23       A.   After she did that she made me come into a room

24   with Bree Runway's tour manager and she instructed me to

25   be quiet and she told -- she talked in a very nasty tone

Asha Daniels                                                      June 2, 2025

1    to Bree Runway's tour manager and said your dancers are

2    not to be part of Lizzo's prayer circle, they are not to

3    interact with Lizzo's dancers, they are not to use,

4    like, the bathrooms or the accommodations of Lizzo's

5    dancers even after they are done with them and it's

6    inconsequential to anybody.  She also said that they are

7    not to talk to basically, like, the Lizzo side of

8    things, and I found that offensive because I -- I went

9    into the tour assuming that Lizzo would want her opening

10   act being taken care of and it was a harsh awakening

11   that this was even going on and being allowed.

12        Q.    That's not your job to decide whether or not

13   Lizzo's people want the opening act to be separated from

14   Lizzo's group, isn't that right?

15            MR. ZAMBRANO:  Hold on.  Hold on.  Compound,

16   argumentative.

17            Go ahead.  Please answer.

18   BY MR. WEINSTEN:

19        Q.    It's not --

20            MR. ZAMBRANO:  Let me just get it out.  I just

21   want to get it out.

22            MR. WEINSTEN:  Okay.

23        Q.    It's not your responsibility to decide whether

24   or not it's appropriate for Lizzo's team to want

25   separation from the opening act; isn't that right?

Asha Daniels                                                    June 2, 2025

```
 1              MR. ZAMBRANO:  Vague, ambiguous, misstates
 2    testimony.
 3              Please answer the question.
 4              THE WITNESS:  It's not part of my job title
 5    while on tour.
 6    BY MR. WEINSTEN:
 7         Q.   Okay.  And have you now told me --
 8              And you found this to be offensive, and again
 9    you believe this is racial discrimination; is that
10    right?
11         A.   That is correct.
12         Q.   By the way, do you believe it is racial
13    discrimination if Ms. Nomura were to say to Lizzo's
14    dancers, "We don't want you intermingling with the
15    opening group," is that a racist -- would that have been
16    a racial microaggression?
17         A.   Yes.
18              MR. ZAMBRANO:  Hold on.  Incomplete
19    hypothetical.
20              MR. WEINSTEN:  Okay.
21         Q.   Have you now told me everything that you can
22    recall about the conversation with Ms. Nomura about
23    keeping Lizzo's team separate from the opening act?
24         A.   Yes.
25         Q.   Okay.  What was the next thing that Ms. Nomura
```

Asha Daniels                                                          June 2, 2025

1    did that you -- Was there --

2            Did Ms. Nomura say anything else that you found

3    to be offensive?

4        A.    Yes.

5        Q.    What was the next thing that she did that you

6    found to be offensive?

7        A.    To be honest, every day she said something that

8    was offensive.

9        Q.    We will go through every single one of them.

10   So let's just take the next one.

11       A.    Okay.  Okay.  That night the -- she was

12   struggling with a rolling rack to get the rolling rack

13   out of Lizzo's backstage area.  And so I went to help

14   her with the rolling rack, and she was so frantic in

15   trying to rush to get that rolling rack out that she ran

16   over my foot, and so when I told her, like, "Ouch, you

17   ran over my foot, that hurts, I need a second," she

18   pushed me and she told me, "Don't make excuses.  Take

19   this rolling rack," but it was not my job to take the

20   rolling rack, I was just trying to help her.  It was her

21   job to do so, and so I was -- I don't know if offended

22   is the right word.  I was hurt and traumatized by that

23   situation.

24       Q.    Okay.  Where did that occur?

25       A.    Backstage.

Asha Daniels                                                    June 2, 2025

1          Q.    In what city?

2          A.    I believe it was Oslo.

3          Q.    By the way, the rolling rack, was this the rack

4    for Lizzo or was it the rack for the dancers?

5          A.    It was the rack for Lizzo.

6          Q.    And just to be clear, where was she taking the

7    rack, from where to where?

8          A.    She was taking it from Lizzo's backstage

9    dressing area and she was taking it down to the wardrobe

10   area.

11         Q.    How far a distance is that?

12         A.    It would be -- I don't know if I have, like, a

13   measure of units that I could use.  Is there a way you

14   would like me to kind of give you a reference?

15         Q.    How long would it take to get a rack from her

16   wardrobe area -- I'm sorry -- from backstage to the

17   wardrobe area?  Is that a --

18         A.    Maybe five minutes.

19         Q.    -- one-minute --

20               Five minutes.  Okay.

21         A.    Yeah, maybe five.

22         Q.    Okay.  So it's a long distance?

23         A.    Yes.

24         Q.    And where was -- when you went to go help

25   Ms. Nomura where was that?  Was it backstage?  Was it on

Asha Daniels                                                    June 2, 2025

```
 1    the way to the wardrobe area?  Was it in the wardrobe
 2    area?
 3         A.   It was backstage.
 4         Q.   And was the rack in her office or was --
 5              Where was it exactly?
 6         A.   In Lizzo's backstage dressing area.
 7         Q.   Okay.  So it was in Lizzo's dressing area?
 8         A.   That is correct.
 9         Q.   Okay.  And you said this was in Oslo.  Okay.
10              Which foot did she run over, your right or your
11    left?
12         A.   My right foot.
13         Q.   And what were you wearing on your foot at the
14    time?
15         A.   I don't know if I can recall exactly.
16         Q.   Were you wearing Crocs?
17         A.   It's possible, but I can't swear to it.
18         Q.   Were your toes covered?
19         A.   Yes.
20         Q.   And how big a rack --
21              How much was on the rack?  Was it loaded with
22    clothes or was it --
23         A.   It was loaded with heavy clothes that she wore
24    for the performance, and if my memory is correct, there
25    were some things on the bottom part of the rack as well,
```

Asha Daniels                                              June 2, 2025

1    the time it went over your foot your hands are on the

2    rack pulling the rack; isn't that right?

3        A.    No.  So this kind of happened in two parts.  I

4    helped her get it down from the lip, and once it was

5    there I probably still had my hands on the rack but I

6    wasn't moving it anymore and she pushed it in a rush and

7    it ran over my foot.

8        Q.    Were your hands on the rack when it went over

9    your foot?

10       A.    I believe so.

11       Q.    Okay.  Were you pushing or pulling at the time?

12       A.    I wasn't doing anything.  A lot of times when

13   you get something over a lip you like wait a second

14   because I wasn't necessarily intending on helping her

15   take it all the way down.  I was trying to help her get

16   it off of that lip.

17       Q.    How fast were you moving at the time you were

18   pulling --

19             When you were pulling the rack before it went

20   over your foot, how fast were you moving?

21             MR. ZAMBRANO:  Vague and ambiguous as asked.

22   BY MR. WEINSTEN:

23       Q.    You can answer.

24       A.    At a normal pace that anyone would probably try

25   to pull it.

Asha Daniels                                                    June 2, 2025

1        Q.    Did you pull hard?

2        A.    Yes.

3        Q.    So you were pulling hard --

4              Was it on the lip when you were pulling hard

5    and then it just popped up?

6        A.    I was pulling hard to get it off of the lip and

7    then it was stationary.

8        Q.    Did the rack ultimately get where it needed to

9    go?

10             MR. ZAMBRANO:  Calls for speculation.

11             Please answer.

12             THE WITNESS:  Yes, it did.

13   BY MR. WEINSTEN:

14       Q.    How did it get there?

15             MR. ZAMBRANO:  Calls for speculation.

16             Please answer.

17             THE WITNESS:  If my memory serves me correctly,

18   I believe that she -- Let's see.  She pushed me and told

19   me don't make excuses.  And then I must have taken it

20   down to the wardrobe area.

21   BY MR. WEINSTEN:

22       Q.    Okay.  So you took the rack down?

23       A.    I believe so but...

24       Q.    Why did you take it and not Ms. Nomura?

25       A.    My goal was just to help her.  I had other

Asha Daniels                                              June 2, 2025

1  things that I needed to do.  I needed to take the

2  dancers' rack down but I think she took me helping her

3  as, okay, now it's your job, and so I think that was --

4  we were on two different pages for that.

5       Q.   Okay.  So the rack rolled over your foot.  You

6  say Ms. Nomura pushed you.  Where was she --

7            In what way did she push you?

8       A.   She was standing next to me and so, like I

9  said, when I helped her get it over the lip, it was

10  stationary and my guess was we were going to talk about,

11  you know, next step or if she needed me to help her or

12  if she had it at that point and she pushes me and says,

13  "Don't make excuses.  Take it."

14      Q.   So she pushed you before or after she ran over

15  your foot?

16      A.   After.

17      Q.   So it runs over your foot.  Did you say

18  anything to Ms. Nomura at the time it ran over your

19  foot?

20      A.   Yes.  I said, like, "Ouch, you just ran over my

21  foot, that hurt," something like that.

22      Q.   And then at that point in time --

23           So she was on the side of the rack, you are in

24  front of the racket.  It runs over your foot, you get it

25  over the lip, and then at what point in time did

Asha Daniels                                                    June 2, 2025

1    Ms. Nomura push you?

2        A.    So the order is we get it over of the lip

3    first, and then she pushes it over my foot and then she

4    pushes me.

5        Q.    And pushed you with two hands?  One hand?

6        A.    Two hands.

7        Q.    Where was she standing when she was pushing?

8        A.    Next to me.

9        Q.    To your right or to your left?

10       A.    To my left.

11       Q.    How hard did she push?

12       A.    Hard enough for me to roll my ankle so pretty

13   hard.

14       Q.    Did you fall?

15       A.    I didn't fully hit the ground but yes, I fell.

16       Q.    Where did you land on?  Where did you land?

17       A.    Like I caught myself on the rack.

18       Q.    So you didn't fall, you stumbled?

19       A.    I think that's semantics of what you would

20   consider falling.

21       Q.    So you were --

22             You were falling backwards, forwards, to the

23   side, which way?

24       A.    Like kind of forward and to the side at the

25   same time.

Asha Daniels                                                    June 2, 2025

```
 1        Q.   Okay.  And which way -- And then you stumbled;
 2   is that right?
 3        A.   Yes.
 4        Q.   And you stumbled into the rack or away from the
 5   rack?
 6        A.   Into the rack.
 7        Q.   Okay.  Did the rack move?
 8        A.   I'm sure that it did.
 9        Q.   Okay.
10        A.   But at that point I was hurt so that wasn't my
11   primary attention.
12        Q.   So you used the rack to hold yourself up; is
13   that right?
14        A.   I kind of caught myself with the rack.
15        Q.   Okay.
16             Now, did you break any bones as a result of the
17   rack rolling on your foot?
18        A.   No.
19        Q.   Was the skin breached?
20        A.   I had a swollen ankle and it was bruised.
21        Q.   I'm not talking about the ankle.  Right now
22   we're talking --
23        A.   Do you mean was I cut?
24        Q.   -- about the foot.  You said the rack rolled
25   over your foot.  Starting with the foot, was any skin
```

Asha Daniels                                                    June 2, 2025

```
 1   breached on the foot?
 2       A.   By "breached" do you mean broken?
 3       Q.   Yeah.
 4       A.   No.
 5       Q.   Okay.  Was it bruised or swelling, the foot?
 6       A.   Yes.
 7       Q.   Okay.  Was the foot bruised and swelling
 8   because of the rack or because of the twisting of the
 9   ankle?
10       A.   I'm not a doctor.  I think like the foot and
11   the ankle are part of the same body part, so I think all
12   of these things contributed to the swelling of it.
13       Q.   Okay.  Where was the swelling?
14       A.   On my right ankle and like the top of the foot.
15       Q.   But the rack rolled over the left foot
16   according to your testimony?
17       A.   That's not what I said.
18       Q.   So you believe you had swelling.  Was there
19   bruising?
20       A.   I don't believe I did have swelling and
21   bruising.
22       Q.   Which -- Did you have no bruising or swelling?
23       A.   Can you ask the question again?
24       Q.   After this incident with the rack did you have
25   bruising or swelling on your foot or ankle?
```

Asha Daniels                                                          June 2, 2025

1      A.    I had both.

2      Q.    Okay.  On the foot, the ankle or where?

3      A.    Both.

4      Q.    Okay.  Where on the foot was the bruising?

5      A.    I have already answered this question.  It was

6  the right foot and the right ankle --

7      Q.    The question is --

8      A.    -- the top of the right foot.

9      Q.    -- where on the foot?  Was it on the top of the

10  foot, the bottom of the foot, the side of the foot, the

11  ankle, where?

12      A.    I answered this question.  I said on the top of

13  my right foot.

14      Q.    Okay.  On the top.  And the swelling was where?

15      A.    On my ankle and the top of my right foot.

16      Q.    Okay.  Did you sprain your ankle?

17            MR. ZAMBRANO:  (Inaudible.)

18            THE COURT REPORTER:  I --

19            MR. ZAMBRANO:  Calls for a medical opinion.

20  Sorry.

21            Go ahead.  You can answer.

22  BY MR. WEINSTEN:

23      Q.    Was your ankle sprained?

24      A.    I'm not a doctor but I believe so.

25      Q.    Okay.  Did you get it checked out?

Asha Daniels                                          June 2, 2025

1       A.    No.

2       Q.    Why not?

3       A.    I was not allowed to.

4       Q.    Who said you couldn't get your ankle checked

5   out?

6       A.    Amanda.

7       Q.    When did she say this?

8       A.    I believe the next day is when I realized that

9   this is going to be hard to work like this, which back

10  to your previous question, these are things that could

11  have stopped me from doing a good job but I pushed

12  through, so yeah, I complained for quite a while to

13  Amanda.  I was like I would love to see someone, my

14  ankle is not good, I would love to at the very least be

15  able to sit down during some of these tasks and I was

16  not allowed to.

17      Q.    We are talking right now about seeing a doctor.

18  So my question is:  Isn't there a doctor that travels

19  with you?

20      A.    There should be, but there is not; and if there

21  was, I did not know about it and it was not provided to

22  me, but I'm pretty sure there was no doctor.

23      Q.    Okay.  So you say that you asked Ms. Nomura.

24  What did you say to Ms. Nomura about getting your ankle

25  checked out?

Asha Daniels                                                    June 2, 2025

1     A.    Is there someone I can see about my ankle.

2     Q.    And she said what?

3     A.    No.

4     Q.    And did you complain to Ms. Gugliotta saying,

5  you know, I need to get my ankle checked out?

6     A.    I don't believe that I did because by the time

7  I talked to Carlina this was like not the most pressing

8  thing to talk to her about.

9     Q.    You just said you were in pain.  Isn't this

10  important to you to get your ankle checked out by a

11  medical professional in case something more serious was

12  going on?

13     A.    Of course it was, but this was something that I

14  talked to Amanda about and she told me that I was only

15  to talk to her, I was not to talk to anybody else about

16  anything that happened on the job with me and her.

17     Q.    Okay.  But let's go back to the -- you said --

18  what specifically did you say to Ms. Nomura that --

19          This was the day after it occurred that you

20  asked her about seeing a doctor?

21     A.    Yes.

22     Q.    Okay.  What time of day was that?

23     A.    The morning.

24     Q.    Why didn't you ask her that day, the day that

25  it happened if you could go see a doctor?

Asha Daniels                                                    June 2, 2025

1        A.   Amanda is really hard to talk to when she gets

2   in like a manic moment, and so she was pretty hostile

3   towards me after that happened and I didn't feel

4   comfortable talking to her.

5        Q.   But the next morning you felt comfortable all

6   the sudden talking to her?

7        A.   She would have mood swings where sometimes she

8   was calm and sometimes she was irate and on a mission.

9        Q.   When you --

10           At the time that you asked Ms. Nomura about

11  going to see a doctor, where did that conversation take

12  place?

13       A.   In wardrobe.

14       Q.   And again we are still in Oslo, right?

15       A.   I believe so.

16       Q.   Was this --

17       A.   I don't want to say that we were in Oslo.  I

18  don't know.  I'm not sure.  I shouldn't say something

19  I'm not exactly sure of.

20       Q.   How many days into the tour were you at the

21  time this happened?

22       A.   I believe it was the next day.

23       Q.   When you say "the next day," the next day of?

24       A.   So this happened during the nighttime and the

25  next morning is what I'm referring to.

Asha Daniels                                                      June 2, 2025

1       Q.   You testified that this incident happened in

2   Oslo, right?

3       A.   I believe so.

4       Q.   Okay.  Was it during the rehearsal --

5            Was it on the day of a rehearsal or was it --

6       A.   No.  This was --

7       Q.   -- the actual show?

8       A.   It was --

9            MR. ZAMBRANO:  You have to wait.

10           THE WITNESS:  Sorry.  This was the actual tour

11  so this was after the performance had ended.

12  BY MR. WEINSTEN:

13      Q.   Okay.  So that was on February 17th so that's

14  three days into the -- four days into since you arrived,

15  correct?

16      A.   I'm not sure.  But I know there is

17  documentation that could give us those exact dates.

18      Q.   Well, you arrived on the 14th, you had a

19  rehearsal in Oslo on the 15th, rehearsal on the 16th and

20  then you performed on the 17th.  Does that sound about

21  right, Friday?

22      A.   Yes, maybe that is correct, but like I said, I

23  can't for sure tell you.

24      Q.   So the incident happened you recall on a day

25  that you were actually performing?

Asha Daniels                                                    June 2, 2025

1          A.    I was not performing.

2          Q.    I don't mean you.  The group was performing.

3          A.    That is correct.

4          Q.    Okay.  And the next day you left for

5    Copenhagen; isn't that right?

6          A.    I'm not exactly sure what city, but I know

7    there is documentation that could tell you the order of

8    the cities that we went to.

9          Q.    So I guess the question I would have is:  If,

10   in fact, it was the next day that you spoke to

11   Ms. Nomura, that wouldn't have happened backstage or --

12   I'm sorry -- in wardrobe in Oslo because you would have

13   been on the bus heading to Copenhagen, there would be no

14   reason for you to be back in wardrobe on that day; isn't

15   that right?

16              MR. ZAMBRANO:  Hold on.  Compound, vague and

17   ambiguous, assumes facts, argumentative.

18              Please answer.

19   BY MR. WEINSTEN:

20         Q.    Isn't that right?

21         A.    What I am saying is --

22              MR. ZAMBRANO:  Same objections.

23              Please answer.

24              THE WITNESS:  What I'm saying is I might not

25   know the exact city we were in because we went to a lot

Asha Daniels                                                    June 2, 2025

1    of cities, but I had this conversation the next time

2    that we were in wardrobe in the morning.

3    BY MR. WEINSTEN:

4       Q.    Okay.  So it may have happened a couple of days

5    later where you had the conversation?

6       A.    That is not what I remember but I am not sure.

7       Q.    Okay.  Tell me everything you said to

8    Ms. Nomura on this conversation where you don't recall

9    where it happened, when it happened, et cetera?

10          Go ahead.

11      A.    I do recall where it happened.  I'm saying that

12   I don't know the exact city that it happened in.  And it

13   was a short conversation.  I told her that night it was

14   swollen and it hurts really bad and I said was there

15   anyone that I could see that was a medic, a doctor, that

16   should have been on tour and she told me no.

17      Q.    And what did you say to her when she said no?

18      A.    That was the end of the conversation.  There

19   wasn't much more to say.

20      Q.    You didn't follow up with her again later and

21   ask her again?

22      A.    I wouldn't have asked her about a doctor again

23   because she already told me that there was not a doctor

24   that I could see, but I definitely told her that my

25   ankle hurt so that was like a constant conversation.

Asha Daniels                                              June 2, 2025

1      Q.    Hold on.  When you say she told you there was

2    not a doctor to see, she didn't say to you that you

3    can't go see a doctor, she just said there's not one

4    around here; is that right?

5      A.    I believe the implication was that there was no

6    doctor there and that I was not going -- I don't know

7    what doctors are in whatever city we were in so the

8    answer was -- it ways a no, I was not going to get to

9    see a medical professional.

10      Q.    I need to understand the exact words here

11    because words are important.  Did she say to you you may

12    not see any medical professional at all or did she say

13    to you words to the effect that we don't have somebody?

14      A.    She told me that we don't have anyone here,

15    that there was no medic on site.

16      Q.    So she did not say you can't call up a doctor

17    outside and go get checked up; is that right?

18      A.    She did not say that specifically, but I was

19    not allowed to leave the premises.

20      Q.    How do you know you weren't allowed?  Did you

21    ever ask to leave the premises?

22      A.    She told me that we were not allowed to leave

23    the premises, and she told me that people often get left

24    on tour and it was kind of like a scare tactic to make

25    sure that I stayed on the premises.

Asha Daniels                                                    June 2, 2025

1      Q.   Did she say to you when you were in that
2   conversation about a doctor that you can't leave the
3   premises to go see a doctor?
4      A.   No.  That was something that she had already
5   told me.
6      Q.   Did you ask her, "Hey, I'm really hurting here,
7   I would like to go see somebody in town to check out my
8   ankle"?  Did you say words to that effect?
9      A.   I asked her was there a medical professional
10  that I could see, and she told me no.  And she had
11  already established that there was no leaving the
12  premises that we were working on.
13     Q.   Did you get crutches for your ankle?
14     A.   No.
15     Q.   Did you ask for crutches?
16     A.   No.
17     Q.   At any time --
18          By the way, how long was the -- for how long
19  was the ankle hurting?
20     A.   The entire time that I was on tour.  It
21  definitely subsided, but the entire time I was on tour
22  my ankle hurt.
23     Q.   After you were off tour and you were no longer
24  under this mandate that you can't leave the premises,
25  did you go see a doctor then?

Asha Daniels                                                    June 2, 2025

1          A.    Not specifically about my ankle.

2          Q.    Okay.  Why didn't you go see a doctor about

3    your ankle if it was in pain through the whole tour?

4    Why didn't you go see a doctor as soon as you got home?

5          A.    Because like I said, the pain had subsided and

6    it was more of a dull pain at that point, and it was

7    something that I had learned to just live with so I

8    didn't.

9          Q.    You didn't --

10               You weren't concerned that maybe it was

11   fractured or potentially sprained and that you should at

12   least get an X-ray?

13         A.    That was not my -- That wasn't the head space

14   that I was in when I was sent home.  I was trying to

15   unpack all of the traumatic things that happened on

16   tour.

17         Q.    By the way, you told Ms. Gugliotta that

18   Ms. Nomura ran you over with a rack -- isn't that right?

19   -- ran over your foot with a rack?

20         A.    I believe so, but I -- I believe so.

21         Q.    But you didn't actually tell her, you told her

22   that in writing; isn't that right?

23         A.    I would have to review the documents to know if

24   I told her it in writing or in person.

25         Q.    We will get to that in a minute.

Asha Daniels                                          June 2, 2025

1              You never told Ms. Gugliotta that you were

2     denied medical care for your ankle; isn't that right?

3          A.   I'm not sure.  I talked to Ms. Gugliotta about

4     a lot of things both in person and things that we have

5     documentation on so I'm not sure.

6          Q.   Did you ask Ms. Gugliotta if you could go see a

7     doctor?

8          A.   No.

9          Q.   Is there a reason you would be talking to her

10    about this specific incident in writing and complaining

11    about Ms. Nomura and not ask to see a doctor?

12         A.   Can you ask the question again.

13         Q.   I'm trying to understand.  You sent a text to

14    Ms. Nomura complaining about -- I'm sorry -- to

15    Ms. Gugliotta complaining that Ms. Nomura ran over your

16    foot with a rack but you never in that same text

17    indicated that you needed medical attention; isn't that

18    right?

19         A.   I would have to review the text messages to

20    tell you for sure.

21         Q.   But sitting here today you don't recall ever

22    asking Ms. Gugliotta if you could go see a doctor; is

23    that right.

24         A.   Not to my memory right now.

25         Q.   Did you take any photos of your foot or your

Asha Daniels                                                    June 2, 2025

1    ankle at that time?

2        A.   I don't believe so.

3        Q.   Why not?

4        A.   It wasn't something that crossed my mind.

5        Q.   Did you request to take time off at that time?

6        A.   No.

7        Q.   Did you request any accommodations with respect

8    to your ankle at that time?

9        A.   Yes.

10       Q.   What accommodations did you ask for?

11       A.   The work that we did we did a lot of it on our

12   feet and it was unnecessary for us to be on our feet,

13   and so I asked if we could have better seating where I

14   could do some of the work while being off of my ankle

15   and I was denied that.

16       Q.   Did you ask for any other accommodations other

17   than better seating?

18       A.   I did.  I also asked to not be on the top bunk

19   of our tour bus and I was denied that.

20       Q.   By the way, how many -- in the tour bus, the

21   bunks, how many bunks are there?  Is it three?

22       A.   I don't have the best memory but there is at

23   least three levels.

24       Q.   Right.  And, in fact, you weren't on the top

25   bunk, you were in the middle bunk where you were

Asha Daniels                                                    June 2, 2025

```
 1   assigned and you were in that same bunk the entire time
 2   you were working; isn't that right?
 3        A.   No.
 4        Q.   Were you in the same bunk the entire time you
 5   were working?
 6        A.   I believe so.
 7        Q.   So if I were to show you the bunk designation
 8   showing that you were, in fact, in the middle bunk, you
 9   would say that's a lie because I was always in the top
10   bunk the entire time; is that right?
11             MR. ZAMBRANO:  Incomplete hypothetical.
12             Please answer the question.
13             THE WITNESS:  I was always in the top bunk, and
14   there was not a, like, diagram of who got what.
15   BY MR. WEINSTEN:
16        Q.   There were assignments as to --
17             When you arrived on the tour, there were
18   assignments as to which bunk you would be assigned to;
19   isn't that right?
20        A.   No.
21        Q.   How did you know which bunk to take?
22        A.   Amanda told me.
23        Q.   By the way, how did you get to the top bunk?
24        A.   It was terrible.  I had to kind of like use my
25   arms and legs to shimmy up.
```

Asha Daniels                                                    June 2, 2025

```
 1    the -- that Ms. Nomura told you not to fix the dressing
 2    room, that she told you not to give stock -- stockings
 3    to the opening act, that she asked security to follow
 4    the opening act's social media, that she told --
 5    wanted -- or told the dancers for the opening act to
 6    stay separated from Lizzo's dancers, and then we talked
 7    about the incident with the foot and the rack.
 8         Do you recall all of that generally?
 9    A.    In so many words.  You missed a few things, but
10    yes.
11    Q.    Okay.  I want to go to the next thing.  So
12    the -- number five was the rack incident.
13         What was the next thing after, if there was,
14    that Ms. Nomura said or did to you that you found to be
15    offensive?
16    A.    So there were quite a few instances where she
17    would make fun of the dancers in a way that I felt was
18    racially motivated, imitating the way that they talk.  A
19    lot of gossip sessions happened in wardrobe where
20    different people would kind of come back and talk to
21    Amanda and they would make fun of both Lizzo and the
22    dancers.
23    Q.    Okay.  When was the first time this happened in
24    your -- do you remember where -- Let's just start
25    with --
```

Asha Daniels                                              June 2, 2025

1        A.    I can't --

2        Q.    -- where you were.  Do you remember what --

3        A.    In wardrobe.

4        Q.    -- venue?

5        A.    I don't remember what venue.  Sorry.

6              MR. ZAMBRANO:  Let him finish.

7    BY MR. WEINSTEN:

8        Q.    Okay.  Was it five days in, two weeks in?  How

9    far in?

10       A.    I'm not exactly sure but it was definitely in

11   February.

12       Q.    Okay.  Well, most of your time was in February.

13             So can you give me your best approximation of

14   how many days into the tour when you first heard

15   Ms. Nomura make fun of the dancers?

16       A.    Well, technically it would be the first day

17   when she was telling me that they were going to blow up

18   about the accommodations.

19       Q.    How was that making fun of them?  Actually,

20   I'll skip that.

21             After that incident what's -- when is the first

22   time -- Yeah, I want to do it this way.

23             When is the first time after telling you that

24   she's not going to fix the dressing room, when was the

25   next time you heard her making fun of the dancers?

Asha Daniels                                                    June 2, 2025

1      A.   It was probably in the same week but I can't

2    give you an exact day.

3      Q.   Okay.  Tell me what happened in that instance.

4      A.   So these things were in passing and it happened

5    often.  I can, like, speak to things that I know that

6    she said but I can't give you the exact day, time.

7      Q.   Okay.  Tell me the first thing that you recall

8    her saying in passing that made fun of the dancers.

9      A.   Someone came back into the wardrobe area and

10   she was mimicking one of the dancers and using, like,

11   stereo typical gestures that make fun of a black woman,

12   are kind of like set to call that woman ghetto.

13     Q.   Okay.  Which dancer was she mimicking?

14     A.   I'm not sure which one, but I knew it was one

15   of the dancers.

16     Q.   Can you describe for the video what exactly she

17   did to mimic the dancers?

18     A.   Yeah.  Talking like this (indicating).

19     Q.   Okay.  Other than --

20          Did she say words when she did this signal you

21   just gave?

22     A.   Yes, she did, and I can't tell you exactly what

23   the words were.

24     Q.   And how many times did she move her hand in

25   that gesture in that --

Asha Daniels                                                    June 2, 2025

1        A.    I can't give you --

2        Q.    -- in the first instance?

3        A.    -- the exact amount of times.

4     Q.    Okay.

5           MR. ZAMBRANO:  Do your best to let him finish

6  talking --

7           THE WITNESS:  Sorry.

8           MR. ZAMBRANO:  -- before you start talking.

9           THE WITNESS:  Okay.

10          MR. ZAMBRANO:  Thank you.

11  BY MR. WEINSTEN:

12       Q.    And who was she saying that to?

13       A.    I believe it was Molly.

14       Q.    Okay.  So it wasn't to you, it was to Molly.

15          And who's Molly?

16       A.    I don't know Molly's official title, but I know

17  that she was in charge of taking care of the dancers.

18       Q.    What's her last name?

19       A.    I'm not sure what her last -- last name is.

20       Q.    Where were you when this -- when --

21          By the way, was it just Molly and Ms. Nomura in

22  that conversation?

23       A.    Yes, to my memory.

24       Q.    And where were you -- what were you doing?

25          Were you part of that conversation?

Asha Daniels                                                    June 2, 2025

1      A.   No, I was not part of the conversation.  I was
2  attending to some work.
3      Q.   Okay.  How close were you to the conversation?
4      A.   Within earshot.
5      Q.   Okay.  But you don't remember what she said?
6      A.   She wasn't talking to me so it wasn't -- Once
7  again, I wasn't, like, part of that conversation so, no,
8  I can't say exactly what she said.
9      Q.   So sitting here today you don't know who the
10  dancer was, you don't know when it happened, you don't
11  know where it happened, you just remember a hand
12  gesture.
13          You don't know the context in which that hand
14  gesture was made; isn't that right, Ms. Daniels?
15          MR. ZAMBRANO:  Hold on.  Misstates testimony,
16  misstates the evidence.
17          Please answer the question.
18          THE WITNESS:  I'm sorry.  Can you ask the
19  question again.
20  BY MR. WEINSTEN:
21      Q.   Well, based on the testimony you've given so
22  far, you have no idea the context in which that hand
23  gesture was made, do you?
24      A.   I do.
25          MR. ZAMBRANO:  Hold on.  Vague and ambiguous.

Asha Daniels                                                June 2, 2025

1   BY MR. WEINSTEN:

2       Q.    Okay.  Then what was the conversation about

3   when you saw the hand gesture?

4               MR. ZAMBRANO:  Hold on.

5               Vague and ambiguous as asked.

6               Please answer the question.

7   BY MR. WEINSTEN:

8       Q.    You can answer.  What were they discussing?

9       A.    I knew that she was mimicking one of the

10  dancers.

11      Q.    Okay.  But that's not the question,

12  Ms. Daniels.  If you -- If the answer is -- is --

13              Give me the answer or it's "I don't know."

14  Your speculative thinking is not helpful here, so let me

15  try this again.

16              Ms. Daniels, what were they discussing, what

17  was Molly and Ms. Nomura discussing when you saw

18  Ms. Nomura make the hand gesture?

19      A.    They were discussing something that one of

20  dancers said and I don't know exactly what.

21      Q.    Okay.  Do you know whether or not when the

22  dancer said what she said she made the hand gesture that

23  you just gave?

24      A.    No, I did not see the reference.

25      Q.    So it wouldn't necessarily be mimicking the

Asha Daniels                                                    June 2, 2025

1    dancer if you don't even know that she made -- that the

2    dancer made that gesture; isn't that right?

3            MR. ZAMBRANO:  Argumentative.  Vague and

4    ambiguous as asked.

5            Please answer the question.

6            THE WITNESS:  As a black woman we know when

7    we're being made fun of and called ghetto.  It's

8    something that probably any black woman you'd ever meet

9    could tell you that at some point in her life, if not

10   many, a non-black woman has used those gestures to make

11   fun of her.

12   BY MR. WEINSTEN:

13       Q.   By the way, you said "called ghetto."

14            Did Ms. Nomura use the word "ghetto" in the

15   conversation?

16       A.   I did not say that.

17       Q.   You used the word "ghetto."

18            Did anybody in that conversation accuse anybody

19   being of ghetto?

20       A.   "Being of ghetto"?

21       Q.   Being ghetto.

22       A.   That was the implication.

23       Q.   That's the implication, but what were the

24   words?  This is your perception of whatever it is.

25   Whether you're being truthful or not, I don't know.  All

Asha Daniels                                                    June 2, 2025

1   I can do is tell the jury here is what was said, here's

2   the gesture that was made.

3          Sitting here today all you can tell me is a

4   gesture was made, you don't know what they were talking

5   about, you don't know what they were mimicking, you

6   don't know the context; isn't that right?

7          MR. ZAMBRANO:  Vague, ambiguous, compound,

8   overbroad, misstates testimony.

9          Please answer the question.

10         THE WITNESS:  That is not what I said.

11  BY MR. WEINSTEN:

12     Q.   Okay.  How do you know that Ms. Nomura was

13  mimicking a dancer if you don't know what the dancer was

14  doing that they were talking about?

15         MR. ZAMBRANO:  Vague and ambiguous,

16  unintelligible as asked.

17         Please answer the question.

18         THE WITNESS:  Because this is something that's

19  well documented that are things that people do to make

20  fun of black women.

21  BY MR. WEINSTEN:

22     Q.   By the way, have you ever seen white girls,

23  perhaps younger white girls, who make that same gesture

24  to each other in a non-racial way, have you ever seen

25  that?

Asha Daniels                                                    June 2, 2025

1      Q.   What was the next time Ms. Nomura mocked the

2   dancers?

3      A.   She would make fun of the smell of their

4   costumes and would have her friends in wardrobe and

5   would talk about how this girl smells bad, this girl

6   will have an accident and like soil her costume, and I

7   felt like that was really inappropriate.

8      Q.   Okay.  Where did that take place?

9      A.   In wardrobe.

10     Q.   In which wardrobe?  There's -- You were in

11  multiple different cities.

12          When you saw Ms. Nomura talking about smelling

13  of the costumes, what city was that in?

14     A.   I don't recall.

15     Q.   How --

16          And who was she speaking with when that

17  happened?

18     A.   I don't recall.

19     Q.   Can you --

20          Was it a man or a woman?

21     A.   A woman.

22     Q.   Okay.  What did the woman look like?

23     A.   Brown hair.  I can't remember the woman's name

24  but she had a friend that worked backstage that often

25  would come into the production room.

Asha Daniels                                                June 2, 2025

1      Q.    And were you part of this conversation?

2      A.    No.

3      Q.    Where were you when the conversation was going

4   on?

5      A.    Working in the room.

6      Q.    Were you within hearing distance of the

7   conversation?

8      A.    Yes.

9      Q.    Okay.  Tell me everything that Ms. Nomura said

10  during that conversation.

11     A.    I just told you.  She made fun of the fact that

12  certain dancers smell bad and she was laughing about how

13  some of them will soil their costumes or have accidents

14  on themselves.

15     Q.    Which of the dancers soiled themselves?

16          MR. ZAMBRANO:  Calls for speculation.

17          Please answer.

18          THE WITNESS:  I'm not sure.

19  BY MR. WEINSTEN:

20     Q.    How many of the costumes did she say smelled

21  bad?

22     A.    I'm not sure.

23     Q.    How long did this conversation last about the

24  smelling of the costumes?

25     A.    I don't know if I can put a direct number on

Asha Daniels                                    June 2, 2025

1    it.  It definitely was at least five minutes but --

2        Q.   Okay.  So --

3        A.   -- people often came in and out of that room to

4    have a conversation, pick it back up.  It was normal.

5        Q.   Okay.  So for five minutes she was talking

6    about smelling costumes?

7        A.   Not for five minutes but that's how long

8    that would -- people have different topics within a

9    conversation so --

10       Q.   Did she pick up any of the costumes and put

11   them in her hands when she was having this conversation?

12       A.   No.

13       Q.   Were there any costumes near her when she was

14   having the conversation?

15       A.   Yes.

16       Q.   So she just randomly came out and talked about

17   smelling of the costumes?

18            MR. ZAMBRANO:  Calls for speculation.

19            Please answer the question to the extent you

20   know.

21            THE WITNESS:  I wasn't part of the lead-up to

22   the conversation so I don't know if I would consider it

23   random or not.

24   BY MR. WEINSTEN:

25       Q.   Okay.  What was Molly's --

Asha Daniels                                                June 2, 2025

```
 1              This was with Molly, this conversation --
 2              Or you didn't know the woman.
 3    A.   No.
 4    Q.   This was the woman with the brown hair.
 5              So the woman with the brown hair, what was her
 6    response to what Ms. Nomura said?
 7    A.   Laughing, agreeing with her, making fun of the
 8    dancers.
 9    Q.   What did she say?
10              Did she say anything or just laughed?
11    A.   She had a conversation with her but I can't
12    tell you verbatim what she said.
13    Q.   Okay.  What did --
14              Can you tell me anything Ms. Nomura said other
15    than the -- the -- that the costumes smelled bad and
16    that some of the women would soil themselves?
17    A.   Can you say the question again.
18    Q.   Other than that the costumes smelled bad and
19    some of the girls would soil themselves, what else did
20    Ms. Nomura say in that conversation?
21    A.   I can't give you verbatim quotes, but she was
22    talking about, like, her dislike for the dancers and the
23    fact that some of them were gross.
24    Q.   Okay.  What did she say to the effect that she
25    disliked dancers?
```

Asha Daniels                                                    June 2, 2025

1        A.   She would say things to insinuate that they

2    were nasty or they didn't have good hygiene.

3        Q.    In that conversation?

4        A.   Yes.

5        Q.   Anything else that you can recall from that

6    conversation where she was talking about smelling of the

7    costumes and dancers soiling themselves?

8        A.    Not at the moment.

9        Q.   And just to be clear, your insinuation from

10   this because she had an issue with the dancers, it could

11   only be because they were black and had nothing to do

12   with anybody's individual personality or any run-ins she

13   may have had with them, et cetera; is that correct?

14            MR. ZAMBRANO:   Hold on.

15            Vague and ambiguous, overbroad as phrased, also

16   -- That's it.

17            Please answer the question.

18            THE WITNESS:   I think that that was part of it

19   because these kind of conversations were reserved for

20   the black female performers.

21   BY MR. WEINSTEN:

22       Q.   Well, all the female --

23            All of the performers were black; isn't that

24   right?

25       A.   That is almost correct.  I think Noelle is not

Asha Daniels                                                    June 2, 2025

1    black but most of them are.

2        Q.    But she made fun of Noelle too you said.

3        A.    I did not say that.

4        Q.    Did she make fun of Noelle?

5        A.    Not to my knowledge.

6        Q.    So --

7              But you didn't know which dancers she was

8    making fun of; is that correct?

9        A.    That is correct.

10       Q.    Okay.  So you have no idea sitting here today

11   if Ms. Nomura's issue was not a race issue but instead

12   she has an issue with people that dance; is that a

13   possibility?

14             MR. ZAMBRANO:  Vague and ambiguous, overbroad

15   as asked.

16             Please answer the question.

17             THE WITNESS:  Well, Noelle is a woman of color

18   so I don't think that that separates her from receiving

19   racist treatment necessarily.

20   BY MR. WEINSTEN:

21       Q.    Okay.  But my question -- That's not the point

22   I'm making.

23             You have no idea from that conversation that

24   any of it had to do with race, it could have just as

25   easily been about an issue with dancers and the way they

Asha Daniels                                                            June 2, 2025

1    behave; isn't that right?

2           MR. ZAMBRANO:  Same objections.

3           Please answer.

4           THE WITNESS:  I don't agree because I have

5    worked with dancers on many different platforms and this

6    is something that I've never witnessed so I do think

7    that this was specific.

8    BY MR. WEINSTEN:

9         Q.   But you never met Ms. Nomura before, correct?

10          MR. ZAMBRANO:  Vague and ambiguous, lacks

11   foundation.

12          Please answer.

13   BY MR. WEINSTEN:

14        Q.   You never met her before on tour, correct?

15        A.   I did.

16        Q.   You did?

17        A.   (Witness nods head.)

18        Q.   Okay.  After --

19          After the incident with the smelling of the

20   costumes, what was -- was there another incident with

21   Ms. Nomura that you -- that offended you?

22        A.   Yes.

23        Q.   Okay.  What was the next thing?

24        A.   And I'll -- I'll say that is -- Conversations

25   like these were normal, so there would be a million

Asha Daniels                                                    June 2, 2025

```
 1   times I'd have to tell you that --
 2        Q.   Well, we're going to go through all million --
 3        A.   Yeah.
 4        Q.   -- so let's just do it.
 5        A.   Well, I'm --
 6        Q.   What's the next one?
 7        A.   And we can.
 8             MR. ZAMBRANO:  Hold on.  Hold on.
 9             We're interrupting each other.
10             So what is the question?
11   BY MR. WEINSTEN:
12        Q.   By the way, did Amanda help you get the job?
13        A.   Amanda asked me to take the job as a favor to
14   her.  I did not care --
15        Q.   Okay.
16        A.   -- to take the job.
17        Q.   So at the time she's asking you for the job --
18   to help her and come join the tour, you didn't think she
19   was racist then, right?  By the way -- Let me back up.
20             At the time Amanda asked you to come on to the
21   tour, she knew you were black, right?
22        A.   Yes.
23        Q.   Okay.  So you would agree if she had a problem
24   with black people she wouldn't be asking you to come on
25   tour with them, she'd go find a white wardrobe manager;
```

Asha Daniels                                                June 2, 2025

```
 1    isn't that a fair statement?
 2         A.    I don't think it is.
 3         Q.    Okay.  What was the next incident --
 4              After the smell of the costumes incident, what
 5    was the next thing that Ms. Nomura did that offended
 6    you?
 7         A.    She told me not to talk to Bree Runway's entire
 8    team and she told me that I should not defy her or that
 9    I could go home.
10         Q.    Okay.  After that conversation, what was the
11    next thing that Ms. Nomura did that offended you?
12         A.    So we would have locals in each city, a small
13    team of usually women that I was in charge of, and some
14    days she would send people home I'm guessing to, you
15    know, kind of have budget cuts and I noticed a pattern
16    that she would regularly send women of color,
17    specifically black women, home.  And one instance that
18    stands out to me, there was a young lady who in talking
19    and getting to know her, like, while we were working she
20    let me know that she was in whatever city we were in
21    because she was sex trafficked and that she was rescued
22    from that and now she lives in that city.  And so in
23    talking to her I knew that she really needed the money
24    from that day because they're kind of like temp workers,
25    and so when Amanda wanted to send her home I asked her
```

Asha Daniels                                                    June 2, 2025

1    not to because, A, she was doing an amazing job but also

2    I knew that she needed that money, and Amanda did not

3    care and she sent her home anyway.

4        Q.    When you say "send home," does that mean --

5             First of all, you're talking about people that

6    don't work for Big Grrrl Big Touring, these are the

7    locals who come and -- and help out with the shows; is

8    that right?

9        A.    Yes.

10       Q.    And when you say "send home," they're already

11   home; isn't that right?

12       A.    No, not in that sense.

13       Q.    Okay.  But they --

14             When you say "send them home," what does that

15   mean?  That's saying we don't need your services

16   anymore?

17       A.    It means that they were promised to have a full

18   day of work with us and sometimes they would get there

19   at the beginning of the day and she would send them

20   home.

21       Q.    Okay.  How do you know that their job wasn't

22   done at the time that she sent them home?

23       A.    Because I was the one in charge of delegating

24   what the work that needed to be done and there was no

25   way to complete the job until after the performance was

Asha Daniels                                              June 2, 2025

1    done and even more tasks were done after that.

2        Q.    Okay.  In the time you were there, the three

3    weeks, how many women did -- did Nomura send home as you

4    refer to that term?

5        A.    I can't give you an exact number, but it was at

6    least I want to say three.

7        Q.    So she sent three people home in three weeks,

8    and of those three how many were black?

9        A.    They were all women of color.

10       Q.    I'm talking about black.

11              When you say "women of color," what are you

12   referring to?

13       A.    I mean non-white women.

14       Q.    But what does that mean?  Does that mean --

15       A.    There was definitely one Indian girl.

16       Q.    Okay.

17       A.    There was definitely one black girl and I can't

18   recall.

19       Q.    By the way, do you refer to Asians as women of

20   color?

21       A.    Yes, I do.

22       Q.    Okay.  So if somebody was A- -- Oh, that's

23   fine.

24              So one of the --

25              So in the three weeks you were there,

Asha Daniels                                                    June 2, 2025

1    Ms. Nomura sent three people home which you considered

2    to be early; is that right?

3        A.   I think anyone would.  It was -- Yes, it --

4        Q.   Okay.

5        A.   -- it was obviously early.

6        Q.   Okay.  And of those three people you believe

7    one was Indian, one was black, and what was the third

8    person?

9        A.   I don't recall.

10       Q.   And do you --

11            Did Ms. Nomura give a reason for sending these

12   people home?

13       A.   She felt like they were dumb and lazy.

14       Q.   Okay.  Of the three people, what were their

15   jobs?  So let's start with the Indian lady.

16       A.   So they would all have the same jobs.  The team

17   of locals, they would have to get there in the morning,

18   we would start with laundry and then we would sew the

19   fishnet stockings that were busted, which was pretty

20   much a regular occurrence.  Instead of buying new ones

21   or using new ones, they would have to hand sew the

22   stockings back together.  They would dry the costumes.

23   They would hand wash Lizzo's costumes and fan dry them.

24   If there were any damages, they would fix the damages.

25   They would steam the garments sometimes; sometimes they

Asha Daniels                                                    June 2, 2025

1    would, like, shine the shoes.  They --

2        Q.   Okay.  Who -- You told me enough.

3             Who is it that hired these women?  Was it

4    Ms. Nomura?

5        A.   I believe -- Don't quote me on it, but I

6    believe the stadium had people that they would assign to

7    the task.

8        Q.   So just to be clear, who picks the people?

9             This sounds like all jobs within the wardrobe

10   department.  Who was it that said okay, I'll take these

11   people?

12       A.   They were assigned I believe.

13       Q.   Assigned by whom?

14       A.   I'm not exactly sure.

15       Q.   And how many of them were there in -- in the

16   three weeks you were there, how many different locals?

17       A.   It depends.  We'd have a new group in every

18   city and sometimes it would be three women, sometimes it

19   would be four.

20       Q.   Okay.  And --

21       A.   It kind of just depended.

22       Q.   And of the three or four women that would be

23   hired in each location, how -- what percentage of those

24   were black?

25       A.   I don't think I could give you a percentage.

Asha Daniels                                          June 2, 2025

1    Sometimes it was all white women, sometimes it was a
2    mix.
3        Q.   So is it fair to say that some black women
4    weren't sent home?
5        A.   Yes.
6        Q.   Okay.  Would you say that the percentage of
7    black women that were not sent home was bigger than the
8    percentage of women that were sent home?
9        A.   I don't think I could give you a fair answer
10   because I'm not looking at those statistics.
11       Q.   But you are because you're the one who's saying
12   that that's a racist move, aren't you?
13           MR. ZAMBRANO:  Hold on.
14           Argumentative, vague and ambiguous, misstates
15   testimony.
16           Please answer the question.
17           THE WITNESS:  I think that compounded with the
18   fact that she would refer to these women as dumb and
19   lazy is what makes it racist.
20   BY MR. WEINSTEN:
21       Q.   Okay.  So just to be clear, there were over
22   nine cities that you worked in; isn't that right?
23       A.   I'm not sure of the exact number.
24       Q.   It's approximately nine.
25           Well, let me just go through them with you.

Asha Daniels                                        June 2, 2025

1           Oslo is one; is that right?  You went to Oslo?

2      A.   Yes, but I cannot confirm every city because I

3  did not know.

4      Q.   Well, you -- you were there, weren't you?

5      A.   I was there.

6      Q.   Okay.  So you were in Oslo, right?

7      A.   I for sure was in Oslo.

8      Q.   You were in Copenhagen, right?

9      A.   I believe so.

10     Q.   You were in Hamburg, right?

11     A.   Yes.

12     Q.   You were in Amsterdam, right?

13     A.   Yes.

14     Q.   You were in Antwerp, right?

15     A.   I believe so.

16     Q.   And you went to Cologne?

17     A.   I believe so.

18     Q.   You went to Berlin?

19     A.   I believe so.

20     Q.   You went to Milan?

21     A.   I believe so.

22     Q.   You went to Zurich?

23     A.   I'm not sure.

24     Q.   Okay.  Well, Zurich was before Paris.

25          Did you leave before Zurich or after Zurich?

Asha Daniels                                                    June 2, 2025

1       A.    I left when we were in Paris.

2       Q.    Okay.  So that's ten cities that you were in,

3   multiplied by three, so you believe there were

4   approximately by your estimate somewhere more -- upwards

5   of 30 people that were brought in to do these tasks

6   within wardrobe that are locals, correct?

7            MR. ZAMBRANO:  Misstates testimony.

8            Please answer the question.

9   BY MR. WEINSTEN:

10      Q.    You can answer.

11      A.    Can you ask the question again.

12      Q.    Am I correct you were in ten cities, you

13  testified that it was approximately three or four locals

14  that were hired for wardrobe in each city, that would be

15  over 30 people that were hired in the time you were

16  there; is that correct?

17      A.    That's correct.

18      Q.    And of those 30, three of them, two who were

19  black, one who was Indian, were sent home, correct?

20      A.    That is correct.

21      Q.    And according to Ms. Nomura they were lazy --

22  is that correct? -- they weren't doing their job?

23      A.    Yes, but that was not true.

24      Q.    Okay.  In your view.

25            Were you with these people the entire time they

Asha Daniels                                              June 2, 2025

1    were there?

2         A.   More or less.

3         Q.   Is it possible that maybe Ms. Nomura has higher

4    standards than you do?

5              MR. ZAMBRANO:  Argumentative, vague and

6    ambiguous.

7              Please answer.

8              THE WITNESS:  Not possible.

9    BY MR. WEINSTEN:

10        Q.   Let me ask you:  Did Ms. Nomura ever call you

11   lazy?

12        A.   No.

13        Q.   Okay.  Did she call anybody lazy other than

14   these three locals who out of the 30-plus people that

15   were hired during the time you were there --

16             MR. ZAMBRANO:  Assumes --

17   BY MR. WEINSTEN:

18        Q.   -- did she call anybody else lazy?

19             MR. ZAMBRANO:  Assumes facts.

20             Please answer.

21             THE WITNESS:  She probably did.

22   BY MR. WEINSTEN:

23        Q.   No.  I mean to you.  You said "probably."  I

24   want to know did you.  I'm not having you speculate as

25   to what she may or may not have done.

Asha Daniels                                                    June 2, 2025

1          Other than these three people, did you
2    personally witness her call anybody else lazy?
3          MR. ZAMBRANO:  Hold on.  Misstates evidence.
4          Please answer the question.
5          THE WITNESS:  That is what I remember right
6    now.
7    BY MR. WEINSTEN:
8       Q.    Just the three, correct?
9       A.    Today right now, that is what I remember.
10      Q.    Okay.
11          Okay.  What's the next thing that you recall
12   Ms. Nomura doing that you found -- saying or doing that
13   you found to be offensive?
14      A.    One day I had two young ladies that were
15   locals, they got in, and we didn't have our cases yet so
16   there wasn't work to be done because everything we
17   needed to do were in the cases so they hadn't been
18   delivered yet or taken off of the truck, and so I told
19   them since it was my job to delegate and be responsible
20   for them that they should go take a break, get some
21   food.  That was a regular occurrence, locals at every
22   city regularly ate food, they were sent home with food.
23   It was like a normal thing.  And so I did, and these two
24   young women came back pretty upset and told me that
25   Amanda had confronted them and yelled at them in the

Asha Daniels                                                    June 2, 2025

1    cafeteria and that she had snatched the food out of one

2    of the young woman's hands and told them that they could

3    not be eating the food and that they could not be on

4    break.

5         Q.    Okay.  Were these women black?

6         A.    No.  These were two young white women.

7         Q.    Okay.  So this is not part of your claim, then,

8    because this is not -- you're not saying she's racist

9    against whites, right?

10        A.    No, I'm not.

11        Q.    Okay.  So is this --

12             This is not part of your claim for hostile work

13   environment and sexual harassment, race -- race

14   discrimination, all that; is that right?  This is --

15        A.    I --

16        Q.    -- just a thing that upset you that Ms. Nomura

17   did?

18        A.    That is the definition of a hostile work

19   environment.

20        Q.    Okay.  But it's not -- this is not one that you

21   believe was racially motivated or sexually charged; is

22   that right?

23        A.    That is correct.

24        Q.    Okay.

25             Okay.  What was the next thing you did -- that

Asha Daniels                                                    June 2, 2025

```
 1   Ms. Nomura did --
 2            By the way, what city did that happen in?
 3       A.   I'm not sure.
 4       Q.   What was the next thing that Ms. Nomura did
 5   that you found to be offensive?
 6       A.   So at a certain -- Oh, there was a time that we
 7   got on the bus pretty late after the performance had
 8   happened -- I'm not sure what city -- and she took me in
 9   a private area to yell at me, and I was so upset that I
10   left our conversation crying.  And people on the bus
11   were, like, "What was that about?  We heard her yelling
12   at you.  Are you okay?"  And so this was kind of, like,
13   the beginning of me starting to tell people what was
14   going on because they could kind of tell from my body
15   language and her body language that something was
16   happening but they weren't exactly sure what.  And I
17   told both Maureen and Kyle about it specifically and
18   they were pretty upset and Maureen told me that she has
19   black people in her family and she said this is racist
20   and there's no way she would stand for it.  And Kyle --
21       Q.   Who --
22            Who is Maureen?
23       A.   Maureen was the woman we talked about earlier
24   that I believe was in Ambiance.
25       Q.   Okay.  What did Ms. --
```

Asha Daniels                                           June 2, 2025

1           By the way, what city were you in when this
2   occurred?
3       A.   I'm not sure.
4       Q.   How early into the tour was it or early or
5   late?
6       A.   Somewhere in the middle.  I'm not exactly sure.
7       Q.   Okay.  So you're saying that Ms. Nomura took
8   you off the bus.
9           Were you actually on the bus?
10      A.   No.  This happened while we were on the bus.
11      Q.   While you were on the bus?
12      A.   Yes.
13      Q.   Okay.  Where were you when this argument --
14   when this discussion occurred?
15      A.    In the back area.
16      Q.   Who else was there?
17      A.   Just me and her.
18      Q.   But everybody could hear because based on your
19   own testimony, everybody could hear everything on the
20   bus, right?
21      A.   That is correct.
22      Q.   How many people on the bus at the time?
23      A.   And I won't say that --  Sorry.  I wasn't done
24   with my answer.
25           MR. ZAMBRANO:  Okay.  Go ahead.

Asha Daniels                                                    June 2, 2025

1    BY MR. WEINSTEN:

2        Q.   You can go ahead.

3        A.   So I won't say that everybody heard everything

4    that was being said but I know that they heard her

5    yelling at me.

6        Q.   Okay.  And what did Ms. Nomura yell at you

7    about?

8        A.   She was yelling at me about the fact that my

9    walkie-talkie got misplaced and I went and asked Dulce

10   about it and she was upset with me for talking to

11   someone outside of her.

12       Q.   Anything else?

13       A.   That was the gist of the conversation.

14       Q.   Was Ms. Nomura upset that you lost your

15   walkie-talkie?

16       A.   Yes.  She was irate.

17       Q.   Are you --

18            Are there any -- Well, strike that.

19            Okay.  What's the next incident or either

20   comment or thing that Ms. Nomura did that you found to

21   be offensive?

22       A.   So after my initial conversation with Carlina

23   to let her know what was going on, the fact that I was

24   injured, the fact that I was being bullied and harassed,

25   I -- like I said, I wasn't really sure who I could trust

Asha Daniels                                              June 2, 2025

1   or what people's relationships were but I went out on a

2   limb and talked to her because Kyle made the connection

3   for me, and after I talked to her I asked her, "Can you,

4   you know, talk to Amanda in a way that this won't

5   escalate and she won't be even worse to me?"

6            And she said, "Absolutely, for sure."

7            And of course she talks to Amanda, Amanda comes

8   back and she is upset with me and she yells at me again.

9   Q.    Okay.  So you're saying at some later point she

10  yelled at you again.

11           What did she --

12           What did she say?  Why was she yelling at you?

13  A.    She was yelling at me for, quote, unquote,

14  going over her head and talking to Carlina about the

15  abuse that I had suffered and the injury that I had

16  suffered.

17  Q.    Okay.  Did she say anything else?

18  A.    She told me that she wanted me to go home.

19  Q.    And what did you say?

20  A.    I told her that I wasn't going to go home and

21  that I had cleared my schedule to be here and I'm not

22  someone who is just going to go home and that I was -- I

23  planned on staying.

24  Q.    Okay.  Did --

25           Was anything else discussed between you and

Asha Daniels                                          June 2, 2025

```
 1    Ms. Nomura on that ins- -- instance?
 2        A.   I'm sure but that is the main conversation that
 3    I can recall right now.
 4        Q.   Okay.  What -- What's the next --
 5             Is there another incident -- I'm sorry.
 6             Did Ms. Nomura say anything else that you found
 7    to be offensive or did she do anything else that you
 8    found to be offensive?
 9        A.   Yes.
10        Q.   What was the next thing?
11        A.   So I accidentally broke my phone, and this
12    isn't necessarily the next thing.  Things are just
13    coming back to me.  And, like I said, there's a lot of
14    them.  But I accidentally broke my phone pretty early on
15    in February, and she was upset with me for the fact that
16    I had broken my phone.
17        Q.   Okay.
18        A.   And so she -- In our conversation about it she
19    once again, like, threatened me about I could get left
20    in the middle of nowhere and that I, you know, better
21    stay on the premises.
22        Q.   She was saying that in the context because you
23    didn't have a phone so you need to stay close; isn't
24    that what she's saying?
25        A.   No.  In the beginning when I still had my
```

Asha Daniels                                                    June 2, 2025

1    phone, she was very clear that I was not allowed to

2    go -- She didn't want me to make any moves unless I have

3    asked her first and I was not allowed to go off of the

4    premises to seek medal -- medical attention or anything.

5        Q.   What is the next incident that you recall with

6    respect to Ms. Nomura, either something she said to you

7    or something she did?

8        A.   She called Bree Runway a bitch.

9        Q.   I'm sorry.  Who?

10       A.   Bree Runway, the opening act.

11       Q.   Is Bree Runway an individual?

12       A.   Yes.

13       Q.   And she said she was a bitch.  In what context?

14   What did she say?

15       A.   So we oftentimes got placed close to Bree

16   Runway's team.  It would vary.  And seeing Bree Runway,

17   her dancers and her tour manager, just -- just the sight

18   of them upset Amanda, and so oftentimes she would come

19   back in the room after running into them in the hall and

20   she would just go on a tyrant about how she didn't like

21   them, they're bitches, she wants them off tour.

22       Q.   Well, you -- you had no personal knowledge, do

23   you, as to any issues that may have arisen between

24   Ms. Nomura and Bree Runway?  You weren't with the two of

25   them the entire time, correct?

Asha Daniels                                                    June 2, 2025

1      A.    That is correct.

2      Q.    So you don't know if something happened between

3   the two of them that could have made Ms. Nomura have an

4   issue with Ms. Runway; isn't that right?

5      A.    I don't think anything should have resulted in

6   her calling her a bitch or talking about her in a

7   derogatory way.

8      Q.    How do you know if you're not with the two of

9   them the whole time?

10         You have no idea what's going on between the

11   two of them, so how do you know how one should behave

12   towards the other?

13      A.    Because I --

14         MR. ZAMBRANO:  Hold on.  Hold on.  Let me get

15   an objection in.

16         So it's vague and ambiguous, overbroad and

17   misstates the testimony.

18         Please answer the question.

19         THE WITNESS:  I've worked in a lot of

20   high-pressure work environments and as a black woman I'm

21   not allowed to get out of pocket, to call people names,

22   to laugh in people's faces, to do anything

23   disrespectful, I have to handle it with a lot more grace

24   and couth, and there should be no work environment,

25   nothing that anyone can do to make you call them out of

Asha Daniels                                                    June 2, 2025

1    their name.

2    BY MR. WEINSTEN:

3        Q.    Okay.  So it's your opinion that no one should

4    ever call anyone a bitch period; is that your testimony?

5        A.    I'm saying that's inappropriate for the

6    workspace.

7        Q.    And by the way, Bree Runway didn't work for Big

8    Grrrl Big Touring; isn't that right?

9        A.    I don't know the details of her contract.

10       Q.    Well, there's no workplace when you have an

11   opening act and a separate act, they're not -- they

12   don't work for Big Grrrl Big Touring.  So if Ms. Nomura

13   is calling someone at the other -- in the other band or

14   dancing group, whatever -- I don't know what Bree Runway

15   does -- but calls them -- has an issue with them, that's

16   not a workplace thing, is it, that's somebody has an

17   issue with the warm-up band; isn't that right?

18            MR. ZAMBRANO:  Assumes facts --

19            MR. WEINSTEN:  I -- I'll withdraw that.  That

20   was a long-winded question so I will move on.

21       Q.    Okay.  Other than calling Bree Runway a bitch,

22   do you recall anything else that Ms. Nomura said or did

23   that you found to be offensive?

24       A.    Yes.

25       Q.    Okay.  What's the next one?

Asha Daniels                                                    June 2, 2025

1          A.   The woman that I mentioned earlier with brown

2    hair who was her friend, there was a situation where

3    Amanda was threatening to quit the tour, and I believe

4    that's in the evidence that we've submitted -- Excuse

5    me -- and Amanda pushed her friend and it was a big

6    thing, and Amanda came back and this was one of the few

7    times that she actually confided in me and was, like,

8    "Oh, she's so dramatic," like, you know.

9              And I was, like, "I understand that you're

10   upset but you really should not put hands on anyone.

11   You also pushed me."  And I found it offensive that she

12   thought it was appropriate workplace behavior to put her

13   hands on yet another woman.

14         Q.   By the way, is -- is Amanda -- I'm sorry, not

15   Amanda.

16              The woman that you mentioned that Amanda

17   pushed, is she black?

18         A.   No.

19         Q.   So this was not a racial thing, this is just

20   she pushed somebody?

21         A.   The only -- I would say the -- Amanda did a lot

22   of things that were racist but she also did a lot of

23   abusive things to people that had nothing to do with

24   race.

25         Q.   Okay.  But my question:  This instance is not a

Asha Daniels                                                    June 2, 2025

1    race instance, correct?

2        A.   No.

3        Q.   And you have no idea what the argument was

4    about or whether there was even an argument that

5    preceded the pushing; is that right?

6        A.   I do know what the argument was about.

7        Q.   What was the argument about?

8        A.   Amanda told her that she wanted to quit and she

9    told someone else.  So I told you things travel quickly

10   and there's like a lot of things that people share and

11   then it will get to the next group, the next group.  So

12   it got back to Amanda that her friend had told other

13   people that she wanted to quit, and so she confronted

14   her and she pushed her.

15       Q.   And did Amanda -- I'm sorry.

16            Did this woman have any injuries?

17       A.   I know that she was hurt from being pushed but

18   I could not speak specifically to what injuries.

19       Q.   Did you witness the pushing?

20       A.   No.

21       Q.   So it's all hearsay based on what this other

22   person told you, correct?

23       A.   Based on what Amanda told me and what the other

24   person told me.

25       Q.   What did Amanda tell you?

Asha Daniels                                                              June 2, 2025

1        A.    That she pushed her.

2        Q.    Okay.  What's the next -- next thing that you

3    believe Ms. Nomura did that was either -- that she said

4    or did that you believe to be offensive?

5        A.    So while I was dealing with my injury, my

6    swollen, injured ankle and foot, I had to wear Crocs,

7    hard-toed Crocs that have, like, the sport mode strap.

8    And when we had a conversation about what to expect,

9    what to bring, what to be prepared for before I ever

10   even got on the plane to go on tour, I asked her to give

11   me everything to expect -- I'm someone who likes to be

12   prepared, I'm organized -- and she never mentioned to me

13   any rule about shoes.

14           And so when I injured my ankle I began wearing

15   the Crocs and then all of a sudden she said, "You're not

16   allowed to wear those," and she knew why I was wearing

17   those, it's because the only gym shoes I had were tight

18   and they weren't lace-up so there was, like, no way to

19   make them, you know, bigger, more comfortable, and so I

20   told her that, and she said, oh, it's like some rule,

21   code for backstage and I told her, like, you're putting

22   me in an impossible situation, there's no doctor I can

23   see, there's no medical aid that I can get and I

24   literally can't fit my ankle comfortably into the only

25   gym shoes I had.

Asha Daniels                                                    June 2, 2025

1        THE WITNESS:  I wasn't.

2        MR. ZAMBRANO:  Okay.

3   BY MR. WEINSTEN:

4        Q.   You can continue.

5        A.   There were certain times where my ankle was so

6   bad that I could not fit it comfortably into those

7   shoes, so there was basically nothing else I could do.

8        Q.   But, in fact, you were told on the first day

9   you were not supposed to be wearing the Crocs, you were

10  supposed to be wearing special shoes as part of the

11  requirements of the job; isn't that right?

12       A.   I don't believe so, but, like I said, in

13  preparation of everything that I needed to bring, that

14  was never told to me.  So by the time I was overseas and

15  not allowed to leave the premises, there would be no way

16  that I could make changes to what I was told to bring.

17       Q.   Did you ever ask anybody to be able to leave

18  the premises so you could purchase proper shoes?

19       A.   I don't know if I can recall right now.  That

20  sounds like something that I probably did have a

21  conversation about but I can't fully recall.

22       Q.   All right.  Here's exhibit -- I'm introducing

23  Exhibit 7 which was a -- a -- I guess it purports to be

24  a reminder from Dulce Martin dated February 20, 2023 and

25  it states to undisclosed recipients.

Asha Daniels                                                    June 2, 2025

1              (Deposition Exhibit 7 was marked.)

2     BY MR. WEINSTEN:

3          Q.    You were one of the recipients here, correct?

4          A.    I believe so.

5          Q.    And it says here:

6                "This is a friendly reminder that

7                everyone needs to wear their PPE while

8                loading in if you're on the floor -

9                that means steel toes and hard hats."

10               Do you see that?

11         A.    Yes.

12         Q.    And you were told, by the way, on multiple

13    occasions you need to have proper footwear, both before

14    and after you injured your ankle; isn't that right?

15         A.    That is not correct.

16         Q.    When --

17               What --

18               Which part of that is not correct?

19         A.    I was not told that I needed those shoes before

20    I was injured.

21         Q.    So you're telling me when you showed up on day

22    one nobody told you you can't wear the Crocs?

23         A.    I don't believe so.

24         Q.    Okay.  In fact --

25               Okay.  What was the next thing that Ms. Nomura

Asha Daniels                                                    June 2, 2025

1    did that you found -- did or said that you found to be

2    offensive?

3        A.    So she would regularly make fun of a lot of

4    people.  Dulce, now that we're talking about her, is one

5    of the people that she called a bitch and didn't like

6    and was very vocal about it.

7        Q.    Is Dulce black?

8        A.    I'm not sure what Dulce's race is.

9        Q.    Okay.  Anybody else?

10           What was the next thing that you recall

11   Ms. Nomura doing or saying that you found to either be

12   offensive or -- that you found to be offensive?

13       A.    So she had quite a few conversations about

14   Lizzo that I thought were offensive.  I know I have

15   touched on some of those conversations before, but she

16   often had conversations about Lizzo saying that Lizzo

17   was jealous of her, that Lizzo's boyfriend wanted to get

18   with her and that upset Lizzo.  Her and some of the

19   other women would come in wardrobe and they would say

20   that Lizzo can't dance or that she --

21       Q.    I'm sorry.  Just to be clear, when you say

22   Lizzo -- Lizzo's boyfriend wanted to get with her, who

23   are you talking about?  Nomura?

24       A.    Yes, she would say that Lizzo's boyfriend

25   wanted to get with her, he was, like, looking her up and

Asha Daniels                                              June 2, 2025

1    down in a sexual way.

2        Q.    Okay.  What else did she say about Lizzo?

3        A.    She said Lizzo can't dance.  She said she

4    couldn't sing.  She said that she was fake.  And there

5    were -- So they would bring back conversations that

6    involve Lizzo to talk about.

7        Q.    I'm sorry.  Say that last part.

8        A.    They would bring back conversations of, like,

9    things Lizzo said, like they'd come back in the room

10   and --

11       Q.    Who's "they"?

12       A.    Amanda and, like, any number of her friends, so

13   sometimes it was Molly, sometimes it was the woman --

14   the brunette woman that I can't recall her name.

15       Q.    Okay.  Are these conver- --

16             Just to be clear, I'm asking the conversations

17   that you had.  So the conversations that you --

18             THE COURT REPORTER:  I'm sorry.  "I'm asking

19   about conversations" or "I'm not" -- that you --

20   BY MR. WEINSTEN:

21       Q.    No, I'm saying I'm asking about conversations

22   that you had with Ms. Nomura.

23             So you said that Ms. Nomura told you that Lizzo

24   was jealous of her, correct?

25       A.    That is correct.

Asha Daniels                                          June 2, 2025

```
 1        Q.   And that Lizzo's boyfriend wanted to get with
 2   her, correct?
 3        A.   That is correct.
 4        Q.   And she told you that Lizzo can't dance; is
 5   that right?
 6        A.   That is correct.
 7        Q.   And she told you that Lizzo can't sing; is that
 8   correct?
 9        A.   That is correct.
10        Q.   And she told you that Lizzo is fake, correct?
11        A.   That is correct.
12        Q.   Okay.  Did she say anything else to you about
13   Lizzo?
14        A.   Yes.
15        Q.   Okay.  What else did she say to you about
16   Lizzo?
17        A.   She said that Lizzo would -- This was something
18   that was shocking to me, but she said that Lizzo would
19   talk about, like, women that we see as like black heros,
20   like Beyonce, Megan Thee Stallion, Janet Jackson, and
21   she would call them racial slurs and talk about them in
22   a derogatory way.
23        Q.   Who would call them racial slurs?
24        A.   Lizzo.
25        Q.   Okay.  And what else --
```

Asha Daniels                                              June 2, 2025

1              Did she say anything --

2              Did Ms. Nomura say anything else to you about

3    Lizzo?

4       A.   She would complain that Lizzo was hard to work

5    with, hard to satisfy, demanding.  So sometimes she

6    would go and have a fitting with Lizzo and she'd come

7    back, one of the other rare times that she would confide

8    in me, and just be, like, you know, "I can't do anything

9    to please her, like she's impossible to work with."

10      Q.   Okay.  Anything else that she said to you about

11   Lizzo?

12      A.   Not that I can recall at the moment.

13      Q.   Is there anything that you can think of that

14   might refresh your recollection?  We have all your

15   documents.  I'm happy to show you your documents if

16   anything else can refresh your recollection.

17      A.   Well, these would be conversations we'd have in

18   person, so I think I would just have to think about it,

19   like even in this conversation certain things have come

20   up that I had forgotten about so --

21      Q.   Okay.  Other than the things you just described

22   that she said about Lizzo, is there anything else that

23   Ms. Nomura did that you found to be either -- did or

24   said that you found to be offensive?

25      A.   Yes.

Asha Daniels                                                    June 2, 2025

1        Q.    What else?

2        A.    There was one stop where we had a group of

3    older very sweet women but none of them were young and

4    she was really irritated with them moving slow, just

5    with their inability to kind of go as quickly as we

6    normally went when we would have younger people and that

7    felt offensive to me as well.

8        Q.    Were these older women black?

9        A.    No.  These were white older women.

10        Q.    Anything else that you can recall that

11    Ms. Nomura did or said that you found to be offensive?

12        A.    Yes.

13        Q.    Okay.  What else?

14        A.    Once she got to a certain level of being so

15    irate that I talked to Carlina, she yelled at me and

16    said that I was not to talk to Carlina anymore and that

17    she wanted me off the tour and that she was going to

18    work on finding my replacement and she would say "Just

19    go home now."

20        Q.    Okay.  Anything else?

21        A.    Yes.  One time she apologized to me for her

22    poor behavior and abusive behavior and told me that she

23    couldn't have gotten through the workdays without me and

24    that I was doing a good job and she -- like I said

25    earlier, I knew that she was on some type of mood

Asha Daniels                                                    June 2, 2025

```
 1              found that offensive.")
 2    BY MR. WEINSTEN:
 3        Q.    Okay.  When you say "alcohol," you're talking
 4    about like beer or wine or something like that?
 5        A.    I believe it was vodka.
 6        Q.    Okay.  She would drink from the vodka bottle
 7    that was used to get stains out?
 8        A.    Yes.
 9        Q.    And was there --
10              She would drink vodka from the vodka bottle or
11    drink water from the vodka bottle or something else?
12        A.    Vodka.
13        Q.    Okay.  So were you offended that she would
14    drink vodka?
15        A.    It was inappropriate for the workplace.
16        Q.    Okay.
17              Okay.  Anything else?
18        A.    Yes.
19        Q.    What else?
20        A.    At a certain point because she knew that I had
21    designed some of the work that the dancers were still
22    wearing, she asked me -- I think it was our first off
23    day, I believe, when we were finally getting a hotel and
24    a proper bed, and so she met with me after we had
25    checked into the hotel and asked me to basically stay up
```

Asha Daniels                                          June 2, 2025

```
 1   were stealing designs from someone else so she wasn't
 2   going to use your designs, you understand that's her
 3   position, right?
 4        A.   That is an outright lie.
 5        Q.   Okay.  That's my next question:  Do you have
 6   pictures of those designs that you say you created to
 7   give to Ms. Nomura to use on tour?
 8        A.   I believe I submitted them in evidence.
 9             MR. WEINSTEN:  Do you have those?
10             MS. LERNER:  I'll take a look.
11   BY MR. WEINSTEN:
12        Q.   In fact, the designs you submitted were stolen
13   from Cardi B -- isn't that right? -- from Cardi B's
14   tour?
15        A.   That is not correct.
16        Q.   Are you sure about that?
17        A.   I'm positive.
18        Q.   Okay.  Did you ever work for Cardi B?
19        A.   No.
20        Q.   By the way, you -- Actually I will come back to
21   that.
22             Okay.  Anything else that Ms. Nomura did that
23   you found to be offensive?
24        A.   Yes.
25        Q.   What else?
```

Asha Daniels                                                June 2, 2025

1        A.   On -- So I obviously had been injured.  I had

2    had other moments where I didn't feel great and I still

3    showed up to work.  And I guess I can say like blanket

4    statement it was offensive to me that other people that

5    were on tour, their workdays looked a lot different and

6    our workdays were harsh by choice.  So other people who

7    worked on tour, they would take time in the middle of

8    the day to go take a nap when they needed to because we

9    weren't getting long hours to sleep on the tour bus and

10   they took their breaks, they could eat breakfast, lunch,

11   dinner, they had places to sit because it was a long day

12   and that was not my reality, and so I guess I can say,

13   like, blanket statement when I realized that I was being

14   worked this hard in a really unnecessary way I found

15   that to be offensive.

16        Q.   So you didn't want to work hard?

17        A.   I -- That's --

18             MR. ZAMBRANO:  Hold on.  Hold on.

19             THE WITNESS:  All I do is work hard.

20   BY MR. WEINSTEN:

21        Q.   I'm sorry.  You didn't want to work as hard as

22   you were being asked to work?  Is that --

23             MR. ZAMBRANO:  Misstates -- I'm sorry.  Are you

24   done with your question?

25             MR. WEINSTEN:  I'll withdraw the question.  I

Asha Daniels                                                    June 2, 2025

```
 1    BY MR. WEINSTEN:

 2        Q.   Did you design for Lizzo's outfit?

 3        A.   What's the question?

 4        Q.   Did you design Lizzo's outfit for --

 5             You said there were two -- one that Mondo did,

 6    one that you did.

 7             Did you design the one for Lizzo?

 8        A.   So the question is confusing because we're

 9    talking about two different things.

10        Q.   Okay.  I'll come back to it.  It's later in my

11    outline.

12             Okay.  Anything --

13             Prior to the break we were talking about things

14    you believe Amanda Nomura said that were offensive --

15    either said or did that were offensive to you.

16             Do you have anything else to add?

17        A.   Yes.

18        Q.   Okay.  What else?

19        A.   So I was -- And once again, I don't know if

20    "offended" is the proper word for this, but I had

21    extensive conversations with Amanda before going on tour

22    to know exactly what -- what was expected of me, what

23    the work environment looked like, and there were several

24    major things that she swore to me would not be expected

25    of me or the case, and once I got there there was a
```

Asha Daniels                                          June 2, 2025

1   total bait and switch.  So one of those things was that

2   I would not be expected to carry or move any heavy

3   equipment things.  I told her that wasn't something I

4   was interested in doing, and she said, "Don't worry.  We

5   don't do that."  And once I got there pretty much every

6   time we moved I was forced to do that moving.

7       Q.   Okay.  Anything else?

8       A.   Yes.

9       Q.   Anything else that Ms. Nomura did or said to

10  you that you found to be offensive in the three whole

11  weeks that you were on this tour?

12      A.   Yes.

13      Q.   Okay.  What else?

14      A.   I was regularly denied taking breaks, sometimes

15  bathroom breaks, often food breaks, breaks to just

16  relax.  I was not allowed to go and take a nap when I

17  was running low on sleep after I had gotten my work

18  done.  I didn't really have, like, agency over my own

19  body and even, like, something as simple as taking a

20  shower, I didn't have privacy to take a shower and have

21  that alone time.

22      Q.   That claim has been thrown out of the case by

23  the judge, so I'll -- I'll move on to the next one.

24           Anything else that Ms. Nomura did that you

25  found to be offensive, did or say?

Asha Daniels                                                    June 2, 2025

1          A.    Yes.

2          Q.    All right.  What else?

3          A.    I can't recall if I've said it already, but

4     Amanda commented on my looks and the way that I dressed

5     and told me that I needed to tone it down and not wear

6     makeup, not wear nice clothes.

7          Q.    Anything else that Ms. Nomura did or said that

8     you found to be offensive?

9          A.    Yes.

10         Q.    What else?

11         A.    I'm sorry.

12               Ron, can we take another break?  I'm not

13    feeling great.  But there's more things.  I just -- I

14    need a second.

15         Q.    Well, I'm not going to have you go get coached.

16    You either remember or you don't.

17               Do you have anything else?

18         A.    I do remember but I'm -- I'm not feeling great.

19               MR. ZAMBRANO:  Okay.  Can we take --

20               MR. WEINSTEN:  Well, I just don't want her to

21    go be coached right now.  It's like you either remember

22    or you don't.  Your lawyer is not there to tell you.  I

23    mean, I assume you've made up half of this stuff you've

24    already testified about.

25               MR. ZAMBRANO:  All right.  So we'll take a

Asha Daniels                                                    June 2, 2025

1              DECLARATION UNDER PENALTY OF PERJURY

2

3

4

5

6

7

8

9              I, ASHA DANIELS, do hereby certify

10    under penalty of perjury that I have read the foregoing

11    transcript of my deposition taken on JUNE 2, 2025;

12    that I have made such corrections as appear noted on the

13    deposition errata page, attached hereto, signed by me;

14    that my testimony as contained herein, as corrected, is

15    true and correct.

16              Dated this _____ day of _____,

17    20_____, at _____, _____.
                            (City)                    (state)

18

19

20            _____
                         ASHA DANIELS

21

22

23

24

25

Asha Daniels                                                      June 2, 2025

```
1                    DEPOSITION ERRATA PAGE

2    Page No. _____   Line No. _____

3    Change: _____

4    Page No. _____   Line No. _____

5    Change: _____

6    Page No. _____   Line No. _____

7    Change: _____

8    Page No. _____   Line No. _____

9    Change: _____

10   Page No. _____   Line No. _____

11   Change: _____

12   Page No. _____   Line No. _____

13   Change: _____

14   Page No. _____   Line No. _____

15   Change: _____

16   Page No. _____   Line No. _____

17   Change: _____

18   Page No. _____   Line No. _____

19   Change: _____

20   Page No. _____   Line No. _____

21   Change: _____

22   Page No. _____   Line No. _____

23   Change: _____

24

25   _____   _____
     Asha Daniels                        Dated
```

Asha Daniels                                                    June 2, 2025

1                        REPORTER'S CERTIFICATE

2

3              I, PAMELA A. STITT, a Certified Shorthand

4    Reporter, do hereby certify:

5              That the foregoing proceedings were taken

6    before me at the time and place therein set forth, at

7    which time the witness was put under oath by me;

8              That the testimony of the witness, the

9    questions propounded, and all objections and statements

10   made at the time of the examination were recorded

11   stenographically by me and were thereafter transcribed;

12             That a review of the transcript by the deponent

13   was requested;

14             That the foregoing is a true and correct

15   transcript of my shorthand notes so taken.

16             I further certify that I am not a relative or

17   employee of any attorney of the parties, nor financially

18   interested in the action.

19             I declare under penalty of perjury under the

20   laws of the State of California that the foregoing is

21   true and correct.

22             Dated this 16th day of January, 2025.

23

24   _____
     PAMELA A. STITT
25   CSR No. 6027

# EXHIBIT 4



EXHIBIT 2
WIT: Daniels vol.1
DATE: 6-2-2025
Pamela A. Stitt, CSR

DAN 000032

2.1

# EXHIBIT 5





DAN 000033

# EXHIBIT 6

# E-File for Attorneys Information

**EEOC Charge Number: 530-2024-02044**
**Date: 12/20/2023**

**Verified Path**

Receiving Office: Philadelphia District Office

## Attorney Information

Name: Ronald  L. Zambrano
Pronouns: He/Him
Address: 1147 S. Hope Street
Los Angeles, CA 90015
Email Address: ron@westcoasttriallawyers.com
Login.gov Email Address: ron@westcoasttriallawyers.com
Primary Phone: 213-927-3700
Secondary Phone: 213-797-5531
Fax: 213-927-3701

Language Needs:
Disability Needs:

Bar Number: 255613
Bar Jurisdiction: California

## Client Information

Name: Ms. Asha Daniels
Pronouns: She/Her
Address: 61 Malcolm X Blvd #1B
Brooklyn, NY 11221
Email Address: ashaamadaniels@gmail.com
Primary Phone: 513-370-7881
Secondary Phone:

Date of Birth:
Gender:  Female
Disability: No
Hispanic or Latino: No
Race: Black or African American
Ethnicity/National Origin Group: Unavailable
Ethnicity/National Origin: Unable to Obtain Information from Charging Party

Language Needs:
Disability Needs:

## Respondent Information

Name: Big Grrrl Big Touring, Inc.
Address: 1013 Centre Road Suite 403s
Elsmere, DE 19805
Primary Phone: 888-400-6650
Fax:

EXHIBIT 4
WIT: Daniels vol. 1
DATE: 6-2-2025
Pamela A. Stitt, CSR

**DAN 000052**

4.1

Institution Type: Private Employer
Number of Employees: 15 - 100 Employees

North American Industry Classification System (NAICS) Code:
Tax Identification Number:

Worksite Address:
1013 Centre Road, Suite 403s, Elsmere, DE, 19805

Service Address: 1013 Centre Road, Elsmere, DE, 19805

## Allegation Information

Allegations: Disability, Race, Retaliation, Sex

## Additional Information

Class: I dont know

Policy: I dont know

Related Inquiries/Charge: I dont know

Related Lawsuit: Yes
I filed on Ms. Daniel's behalf asserting claims under California's Fair Employment and Housing Act.  Los
Angeles Superior Court Case No. 23SMCV04465.  Case is still pending.

Requested Immediate Notice of Right to Sue: Yes

Requested Mediation: N/A

DAN 000053

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
# E-FILE FOR ATTORNEYS

**RE:** EEOC Charge No. 530-2024-02044

1. I acknowledge that I am submitting a charge of discrimination with the EEOC on behalf of Ms. Asha Daniels against Big Grrrl Big Touring, Inc..

2. I acknowledge that the EEOC is required to serve notice of the charge on Big Grrrl Big Touring, Inc., and that the notice may include Ms. Asha Daniels's name or other identifying information.

3. I certify that (1) I am an attorney licensed to practice law, (2) I represent Ms. Asha Daniels, (3) this client has authorized me to submit this charge, and (4) the information I am providing is true and correct to the best of my knowledge.

**Signature**

Ronald Zambrar

Ronald  L Zambrano

**Date**

12/20/2023

**DAN 000054**

4.3

## DECLARATION OF ASHA DANIELS

1. I, Asha Daniels, declare as follows:

2. In or about September 2022, Plaintiff designed custom pieces for the dancers on LIZZO's tour.

3. In or about January of 2023, Defendant NOMURA contacted Plaintiff and requested that Plaintiff join LIZZO's tour. NOMURA was LIZZO's Wardrobe Manager and was Plaintiff's primary point of contact representing LIZZO's management team. Since Plaintiff designed custom pieces for the tour, NOMURA reasoned Plaintiff would be the best individual to assure the dancers' clothing is altered and repaired correctly during the tour. Plaintiff rearranged her schedule, canceling her fashion show and missing out on other work opportunities to accept joining LIZZO's tour as a favor to NOMURA.

4. Plaintiff was looking forward to working with LIZZO and her team because of the values LIZZO portrays in public, i.e., a healthy, diverse environment with virtues of respect and empowerment of women. Unfortunately, the opposite turned out to be true. Plaintiff believes the following experiences of degradation, forced physical labor, denial of medical care, sexual harassment, and racial harassment were allowed to take place by LIZZO's management without consequence because she is a Black woman.

5. On or about February 14, 2023, Plaintiff began working on LIZZO's tour. Plaintiff reported to NOMURA, who was Plaintiff's supervisor for the entirety of her employment with LIZZO's tour.

6. The disappointing reality of working on LIZZO's tour sunk in at the get-go. Plaintiff often worked seven (7) days a week, from approximately 6:00 a.m. to 2:00 a.m., and was frequently denied breaks by NOMURA. Plaintiff's movement and communication with others were constantly monitored and policed by NOMURA. Even during the rare, designated days off, Plaintiff was pressured to always be on her feet and available to work while she was on the tour. Plaintiff is informed and believes this directive came from LIZZO's management.

7. Adding to the uncomfortable environment of LIZZO's tour, Plaintiff was specifically instructed to never interact with LIZZO herself because LIZZO would be jealous. Plaintiff was instructed to "tone it down" if she was ever to interact with LIZZO - specifically referencing not to dress attractively in front of LIZZO. NOMURA shared that one time LIZZO was bothered NOMURA was seen by LIZZO's boyfriend, and became very upset and jealous towards NOMURA. NOMURA explained that LIZZO would get upset the same way with Plaintiff if Plaintiff interacted with LIZZO and/or LIZZO's boyfriend.

8. Almost immediately, Plaintiff was introduced to the culture of racism and bullying on LIZZO's tour. Plaintiff witnessed LIZZO's approximately ten (10) background dancers (including Arianna Davis, Crystal Williams and Noelle Rodriguez) being forced to change in and out of their clothing in small, tight, changing areas during all the shows with little to no privacy whatsoever. Members of LIZZO's stage crew, primarily white males, would lewdly gawk, sneer, and giggle while watching the dancers rush through their outfit-changes.

9. Plaintiff expressed concern to NOMURA about utter lack of privacy and necessary accommodations and tools Black female performers would need on tour. However, NOMURA merely laughed at the dancers' poor accommodations, and "advised" Plaintiff not to alert anyone else about the issue or try to fix the issue. Plaintiff would later learn details that led her to believe this was a set up to humiliate, degrade, alienate, and, in some cases, fire, the Black female performers.

**DAN 000055**

4.4

10. Often, the background dancers would directly inform Plaintiff when they would rip their fishnet stockings or other dance gear while dancing. The first time this happened, Plaintiff provided the dancer with an additional pair of stockings since there was a fully stocked inventory of fishnet stockings. However, Plaintiff was scolded by LIZZO's management for giving the dancer additional stockings and instructed her not to do so again. Plaintiff was also specifically instructed to not give certain dancers panties, mirrors, or items they would need and ask for, despite those items being stocked.

11. Additionally, throughout the entirety of her employment, Plaintiff was forced to hear racist and fatphobic comments from NOMURA. Plaintiff witnessed NOMURA mock both LIZZO & LIZZO's background dancers on multiple occasions. NOMURA would imitate the dancers and LIZZO by doing an offensive stereotypical impression of a Black woman. NOMURA would also refer to Black women on the tour as "dumb," "useless," and "fat".

12. Plaintiff, a Black woman, was offended by NOMURA's disgusting comments. Plaintiff told NOMURA directly her comments and imitations were offensive, especially in a work setting. NOMURA ignored Plaintiff's concerns much like Plaintiff's prior concerns of the lack of privacy and accommodations for the dancers.

13. In or around mid-February of 2023, Plaintiff and NOMURA were transporting a heavy rack of clothing, when NOMURA rolled the rack over Plaintiff's foot. Plaintiff stopped and informed NOMURA she needed to sit down, as her foot was in serious pain. Shockingly, NOMURA proceeded to shove Plaintiff into the rack of clothing, while asserting Plaintiff should not make excuses about her foot and must help NOMURA transport the clothing.

14. Due to being shoved, Plaintiff lost her balance and rolled her ankle. The following day, Plaintiff came to work in "croc" shoes which minimized the pain. When NOMURA noticed the Plaintiff's orthopedic shoes, she demanded Plaintiff to change into tennis shoes. Plaintiff explained her ankle was swollen and injured after the rack incident, and that it was painful to walk in tennis shoes. However, NOMURA forced Plaintiff to wear the painful tennis shoes so that she could move heavy cases while injured.

15. Before agreeing to the tour, Plaintiff was explicitly promised that she would not have to perform physically demanding duties. This made the demand to change shoes unreasonable and caused unnecessary, compounded injury to Plaintiff. Not only was Plaintiff denied medical treatment (on this occasion and others) but was also forced to be on her feet the majority of the day and denied any rest – even after rolling her ankle. Despite LIZZO's team knowing of the injury, Plaintiff was forced to sleep in a top bunk without a ladder, even after requesting an accommodation be made. This caused her to reinjure her ankle constantly.   In addition, while being forced to help with loading heavy cases, Plaintiff broke 2 acrylic nails past the nail bed resulting in open, bleeding wounds and was expected to continue with physical labor without medical treatment.

16. On several occasions, NOMURA made statements and/or took physical actions to threaten Plaintiff and the entire crew: (1) she threatened Plaintiff and others that she would "kill a bitch" and "stab a bitch" when she could not find her medication.  (2) she shoved a crew member in retaliation for revealing she was threatening to quit. (3) NOMURA snatched food out of a local worker's hand for merely attempting to take an assigned break. (4) she expressed that she would "kill a bitch if it came down to it" if anyone threatened her job.
   LIZZO's Management was well aware of this pattern of behavior. Defendant GUGLIOTTA, LIZZO's Tour Manager, even requested Plaintiff to record NOMURA without her knowledge, which Plaintiff did not do as it was both unethical and possibly unlawful.

17. Compounding the disillusionment with LIZZO's tour, Plaintiff also endured sexual harassment by LIZZO's team. Specifically, there was a group chat of over 30+ people from the BGBT team, which included LIZZO tour management and Plaintiff. In the group message, a backstage manager sent a photo graphically depicting male genitalia. No one

DAN 000056

4.5

from LIZZO's management team addressed this graphic sexual imagery in the workplace appropriately. Instead, LIZZO's management found the image to be comical, further encouraging an unsafe, sexually charged workplace culture.

18. As another example of this, when the tour got to Amsterdam, Plaintiff witnessed NOMURA, crew, and LIZZO's management openly discussing hiring sex workers for lewd sex acts, attending sex shows, and buying hard drugs. Plaintiff felt pressured to join such activities and found a way to secure one of her few days off to escape.

19. Enough was enough. Despite being instructed not to speak with management, Plaintiff bravely decided to come forward. Later in the month of February 2023, Plaintiff informed GUGLIOTTA of the widespread racial and sexual harassment taking place on the tour. Specifically, Plaintiff told GUGLIOTTA that the Black dancers were being mocked, objectified, and denied accommodations by the stage crew and NOMURA. Plaintiff also told GUGLIOTTA that she and her local teams were victims of NOMURA's verbal and physical abuse, racist comments, bullying, and withholding of accommodations. Plaintiff explained she believes NOMURA's behavior was racially motivated, and stated, "It's not lost on me that I'm one of the only Black women working behind the scenes and I feel like [NOMURA] is treating me like I'm a slave."

20. Plaintiff expected Gugliotta to inform LIZZO of what was happening on LIZZO's team because she believed LIZZO would not tolerate racist bullying towards her dancers or the few Black women that worked behind the scenes on her tour. Women who, after all, look just like LIZZO. Plaintiff is informed and believes GUGLIOTTA did, in fact, relay to LIZZO Plaintiff's reports of racism and mistreatment towards herself and the dancers. GUGLIOTTA reassured Plaintiff that bullying would not be tolerated.

21. The toxic work environment continued without change. LIZZO's team ultimately fired Plaintiff without notice or reason. Plaintiff was later informed by GUGLIOTTA that "everyone knows [NOMURA] is crazy." GUGLIOTTA apologized to Plaintiff several times and acknowledged that although management was aware of NOMURA's behavior, she would be too hard to replace and NOMURA "wanted [Plaintiff] gone" for speaking up. Throughout the tour, Plaintiff received positive feedback for her designs and other work from performers, local crews, Gugliotta, and even NOMURA herself.

22. In fact, The Big Grrls and tour musicians requested a meeting with management to dispute Plaintiff's firing and their request was denied. Plaintiff was abruptly fired before her contract was set to end and put on a March 6, 2023 flight home.

23. Earlier on the day Plaintiff was fired, she suffered an allergic reaction that she notified both NOMURA and LIZZO's management about. Plaintiff was denied medical care, was yelled at for taking time to even look for medicine, and was pressured by NOMURA to keep working or be sent home. Despite the industry standard to have a medical team available at least by phone, no medical attention was ever provided.

24. Audaciously, LIZZO's Management has since requested further design work from Plaintiff.

25. Due to the racist and sexualized work environment, and also the unreasonable physical requirements of the Plaintiff, she suffered constant anxiety and panic attacks during the tour from the racist and sexualized environments; she continues to suffer ongoing anxiety and PTSD after the tour; and she suffers from migraines and migraine-induced eye twitch and ocular distortions, brain fog, and fatigue.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

December 11, 2023

DAN 000057

4.6

Declarant, Asha Daniels

DAN 000058

4.7

# EXHIBIT 7

 Inbox      

 **Dulce Martin**     2/20/23
To: undisclosed-recipien... & 1 more >

# LZO::: Special Tour - PPE Reminder

Hey, guys!

I hope you're all doing well!

This is a friendly reminder that everyone needs to wear their PPE while loading in if you're on the floor – that means steel toes and hard hats.

We have a H&S Authority in all Germany shows, who are a bit lenient, however in places like Zurich and Milan they're very strict about it, and you will get fined if you're not wearing the required equipment. Needless to say, the tour won't be covering those fines :)

               

DEFS_000111

CONFIDENTIAL

EXHIBIT 7
WIT: Daniels - vol 1
DATE: 6-2-2025
Pamela A. Stitt, CSR

7.1

# EXHIBIT 8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


ASHA DANIELS,
an individual,

            Plaintiff,

      vs.

BIG GRRRL BIG TOURING, INC., a
Delaware corporation; CAPS
PAYROLL, an unknown California
Business Organization; MELISSA
JEFFERSON (aka "LIZZO"), as an
individual; CARLINA GUGLIOTTA,
as an individual; AMANDA NOMURA,
as an individual, and
DOES 1 through 10, inclusive,

           Defendants.
_____

Case No.
2:24-CV-03571
FLA(PVCx)


VIDEOTAPED DEPOSITION OF ASHA DANIELS

VOLUME II

TUESDAY, JUNE 17, 2025

9:25 A.M. - 1:05 P.M.


2049 Century Park East, Suite 2400

Los Angeles, California



Reported By:
PAMELA A. STITT
CSR No. 6027
Lexitas Job No. 127062

Asha Daniels                                                    June 17, 2025

```
1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4    ASHA DANIELS,
     an individual,
5
                          Plaintiff,
6
          vs.                              Case No.
7                                          2:24-CV-03571
     BIG GRRRL BIG TOURING, INC., a        FLA(PVCx)
8    Delaware corporation; CAPS
     PAYROLL, an unknown California
9    Business Organization; MELISSA
     JEFFERSON (aka "LIZZO"), as an
10   individual; CARLINA GUGLIOTTA,
     as an individual; AMANDA NOMURA,
11   as an individual, and
     DOES 1 through 10, inclusive,
12
                          Defendants.
13   _____

14

15

16

17

18          Videotaped Deposition of ASHA DANIELS,

19   VOLUME II, taken on behalf of Defendants, commencing at

20   9:25 a.m. and ending at 1:05 p.m. on Tuesday, June 17,

21   2025, stenographically reported before Pamela A. Stitt,

22   CSR No. 6027.

23

24

25
```

Asha Daniels                                                    June 17, 2025

```
 1   APPEARANCES:

 2

 3   For Plaintiff:

 4       WEST COAST EMPLOYMENT LAWYERS, APLC
         BY:   RONALD L. ZAMBRANO
 5             ATTORNEY AT LAW
         1147 South Hope Street
 6       Los Angeles, California 90015
         213.927.3700
 7       ron@westcoasttriallawyers.com

 8

 9   For Defendants Melissa Jefferson aka Lizzo, Big
     Grrrl Big Touring, Inc. and Carlina Gugliotta:
10
         LAVELY & SINGER
11       BY:   MICHAEL E. WEINSTEIN
               MEGAN MALLONEE
12             ATTORNEYS AT LAW
         2049 Century Park East
13       Suite 2400
         Los Angeles, California 90067-2906
14       310.556.3501
         mweinsten@lavelysinger.com
15       mmallonee@lavelysinger.com

16

17   The videographer:

18       GIANNI ORTIZ
         LEXITAS
19

20

21

22

23

24

25
```

Asha Daniels                                          June 17, 2025

```
 1  hand.

 2

 3                    ASHA DANIELS,

 4        having been first duly sworn, was examined

 5             and testified further as follows:

 6

 7                 EXAMINATION   (Resumed)

 8  BY MR. WEINSTEN:

 9     Q.   Ms. Daniels, when we were here last time you

10  recall I was asking you questions concerning things that

11  Ms. Nomura either did or said to you that you found to

12  be offensive.

13          Do you remember that?

14     A.   Yes.

15     Q.   Okay.  And when we left off I had asked you the

16  question anything else that Ms. Nomura did or said that

17  you found to be offensive you answered yes and then I

18  said what else, and then you asked for a break and then

19  didn't come back until now.

20          So I'm going to let you answer that question:

21  What else that you haven't testified to so far that you

22  found -- that Ms. Nomura did or said that you found to

23  be offensive?

24     A.   So one other thing that happened, I guess,

25  every day, every night, was that I wasn't allowed to
```

Asha Daniels                                          June 17, 2025

1    take just, like, normal showers and have normal privacy

2    at the end of the day, and oftentimes Amanda would -- So

3    we would have to shower in, like, these open stalls and

4    she would make me go last after everyone else had and

5    then she would rush me and kind of like time me and say,

6    like, you have five minutes to do it.  So that's

7    definitely something that also -- I don't know if

8    offended is the word but made me feel uncomfortable and

9    didn't allow me, like, the privacy that I needed.

10       Q.   Okay.  Was there anything else?

11       A.   Yes.

12       Q.   Okay.  What else?

13       A.   So the day that I was fired I came in that

14   morning and I had an allergic reaction and I let her

15   know and once again said that I needed to see a doctor

16   or, like, some medical professional and I was denied

17   that.  And so the way our workday was split up was we

18   would bring the cases in and then we'd get a morning

19   work, like kind of the morning things that needed to be

20   done, and like I already testified I was in charge of

21   the dancers' costumes and kind of like delegating things

22   to the local workers at every tour stop.  And so I had

23   them kind of start off the day, like we did our

24   mendings, we did our washing of clothes and so then

25   there's a period of course where things needed to dry

Asha Daniels                                                June 17, 2025

1   and so once I got everything done on schedule for the

2   morning and I let Amanda know I still didn't feel good.

3   She started harassing me and saying that I should just

4   go home then.  So by this point I was talking to Carlina

5   about things.  I believe I shot her a text message

6   saying that I had an allergic reaction, I wasn't feeling

7   good and that I wanted to talk to her, but at that

8   point, like I said, I had done my morning work,

9   everything was in a good spot, and so I told Amanda that

10  I was going to go take a nap because I wasn't feeling

11  good and I had done everything in the morning and that I

12  would be back in time to finish everything like I always

13  did on time for the show and she was upset about that

14  and started yelling at me.  And so I just went ahead and

15  went to the tour bus and for the first time ever on tour

16  I took a nap, I think, probably like 30 minutes.

17          All the other workers regularly took naps,

18  slept in the middle of their day, I was never allowed to

19  do so.  So I took a nap and when I came back, word had

20  kind of spread that I wasn't feeling good.  Everyone

21  kind of knew at this point that Amanda was actively

22  bullying me and so I went to the cafeteria and one of

23  the chefs that I had considered a friend, who knew I was

24  having an allergic reaction and wasn't being given any

25  medical attention, he gave me some type of pill that was

Asha Daniels                                                          June 17, 2025

1    like a medical pill, I don't know what exactly it was,
2    but he was, like, "This will make you feel better, it's
3    like an allergic reaction thing."  So normally if I
4    wasn't in a position like this, I don't like to take
5    medicine, I don't like to really take medicine like
6    that, but I was in such a desperate place I took
7    whatever the pill was, but he told me, like promise that
8    you will sit down and eat because if you don't have a
9    full stomach and you take this pill, you'll be throwing
10   up and you'll be a mess and so I sat down to eat and so
11   Amanda came and found me at the cafeteria and began
12   yelling at me in front of everyone as if I wasn't more
13   than on schedule for the work that I needed to do.
14          And so I once again not feeling great, took the
15   pill, ate, handled her yelling at me in front of
16   everyone, and so then I decided to go back to work.  And
17   so as I'm checking on some of the garments, I realize in
18   my e-mail that I had a flight home sent to me with,
19   like, no explanation, and so I started asking around
20   just different people, like, "Hey, do you guys know why
21   I got this flight home?"  And I could tell that people,
22   like, knew but didn't want to tell me whatever was going
23   on.  So I went to Dulce and I said, "Hey, Dulce, like I
24   got a flight home in my e-mail.  Do you know what that's
25   about?"

Asha Daniels                                               June 17, 2025

1          And she said, "No, I have no clue."

2          And so then I sent a message to Carlina telling

3   her about the flight and just asking can we talk, like

4   wondering what it was, and so she told me she'd be in

5   later today so I continued my work for the day, Amanda

6   being really hostile throughout the day, and the locals

7   that day were a group of sweet older women who saw what

8   was going on and they just really went out of their way

9   to take care of me and say, like, you know, Amanda --

10  like this is poor treatment, no one should be treated

11  this way and they just made sure that I was eating and

12  made sure that I sat more than I normally did.  They

13  knew about my ankle injury, they knew about the

14  treatment, and so they really just came around me and,

15  like, kind of mothered me all day.

16         So when Carlina came in everyone left the room,

17  and she pulled me aside and said that she had to send me

18  home because she knew that I did not want to make a

19  career out of being on tour and that I was there as a

20  favor to Amanda, and so she was, like, Amanda is hard to

21  replace, we're in the middle of a tour, we know that you

22  don't want to continue with the tour, you're just here

23  for the stint that you're here for, and she apologized

24  to me and said, you know, everyone knows she's crazy

25  but, like, she's just going to be really hard to replace

Asha Daniels                                          June 17, 2025

1  and she apologized and said that she still wanted my

2  designs and to continue working with me after this.

3          And so it was like a really, you know, calm

4  conversation.  I was definitely upset and disappointed,

5  but there was really nothing that I could do.  And so I

6  said do you want me to -- I had gotten the work to a

7  really good spot where not a ton else needed to be --

8          MR. ZAMBRANO:  You've answered his question.

9          THE WITNESS:  Oh, I'm sorry.

10         MR. ZAMBRANO:  He's not interrupting you out

11  of --

12         MR. WEINSTEN:  Let her tell the story.  Don't

13  interrupt her.

14         MR. ZAMBRANO:  Oh.  Okay.

15         MR. WEINSTEN:  You were complaining to the

16  judge --

17         MR. ZAMBRANO:  I was.

18         MR. WEINSTEN:  -- that we were interrupting

19  you, which was not true, and now you interrupted the

20  witness --

21         MR. ZAMBRANO:  She can keep going.

22         MR. WEINSTEN:  -- in the middle of a question.

23         MR. ZAMBRANO:  Keep going.

24         MR. WEINSTEN:  That's inappropriate.

25         MR. ZAMBRANO:  Keep going.

Asha Daniels                                                    June 17, 2025

1          MR. WEINSTEN:  Keep going.

2          THE WITNESS:  Sorry if I'm being long-winded.

3          MR. ZAMBRANO:  Go ahead.

4          MR. WEINSTEN:  You're answering the question.

5    Please.

6          THE WITNESS:  Okay.  So Carlina -- I said do

7    I -- like do you want me to finish out the day of work,

8    and she knew that I had been feeling bad and all this

9    terrible stuff had happened, so she was, like, "No, and,

10   in fact, please stay and watch the show and enjoy, like,

11   you deserve it."

12         And so I said, "Okay."

13         And so the sweet ladies that had been taking

14   care of me, they were like excited that I was going to

15   get to stay and watch the show and so they were working

16   at the table and asked me to stay and talk with them

17   like as a final goodbye, and so I was doing my makeup

18   and Amanda came in and started yelling at me to get out

19   of the room and that I needed to leave, and so I told

20   her I was told by Carlina to please stay, like there's

21   no reason for me to leave, I'm not bothering you.

22         And she continued to just like yell at me about

23   it.  And so I -- I think she got security on me to come

24   in and security knew that it was ridiculous and so he

25   was, like, "Asha, do you mind just, like, switching

Asha Daniels                                                    June 17, 2025

1    rooms so that she can calm down and leave you alone."

2          And so I said, "Yeah, I don't mind."  So I went

3    to Bree Runway's room.  Throughout the night she would

4    just like -- I could hear her yelling in the other room

5    and obviously about me.  And so, yes, to not get

6    long-winded that is -- I think that's like the last of

7    the many things that I can recall right now that Amanda

8    did to offend me or make me feel uncomfortable.

9      Q.   Okay.  So I will just ask the follow-up

10   question.  I think I know the answer.

11         Have you now told us everything that you found

12   that Amanda did -- that Ms. Nomura did -- did or said

13   that you found to be offensive?

14     A.   That I can recall right now, yes.

15     Q.   Okay.  Thank you.

16         Other than Ms. Nomura did anyone else do

17   anything -- say or do anything that you found to be

18   offensive?

19     A.   Yes.

20     Q.   Okay.  Who?

21     A.   Molly was part of the conversations where they

22   would make fun of the Big Grrrls and Lizzo and I found

23   that to be offensive.  She was also part of the

24   conversations I mentioned before about some, like, big

25   black female artists like Beyonce, speaking in a

Asha Daniels                                                        June 17, 2025

1   derogatory way about her.  I've mentioned Kyle's --

2        Q.   Let's -- I'm going to get to Kyle.

3             You mentioned Molly so I want to take these one

4   at a time.

5        A.   Okay.

6        Q.   So you found Molly to be offensive.  By the

7   way, who is Molly again?

8        A.   I don't know what her direct title is, but I

9   know that she was in charge of taking care of the Big

10  Grrrls, like, I think, making sure that they have

11  everything they need.

12       Q.   Now, you said she was part of a conversation

13  making fun of the Big Grrrls.  What did she say in that

14  conversation?

15       A.   I don't know if I can recall something she

16  directly said but she definitely laughed at what Amanda

17  had to say.

18       Q.   Okay.  So to your knowledge sitting here today

19  you don't recall anything that she specifically said

20  that was offensive, it was just that she was laughing at

21  something that Ms. Nomura said?

22       A.   That is correct, and I will say that she

23  participated in the conversation, but I don't know if I

24  feel comfortable giving a direct quote about what she

25  said.

Asha Daniels                                                      June 17, 2025

1      Q.   Do you recall where that conversation took

2   place?

3      A.   Yes.  In -- In -- Multiple conversations but

4   mostly in the wardrobe room.

5      Q.   How long was the conversation?

6      A.   These conversations happened all the time.

7   Sometimes they would be like short, you know, a couple

8   minute interactions, sometimes they'd be longer.

9      Q.   So there's multiple conversations, you can't

10   recall a single thing that Molly said that you found to

11   be offensive?

12      A.   To be honest I wasn't a direct part of the

13   conversation, and like I said, I wouldn't feel

14   comfortable giving a direct quote, but I know that she

15   was part of the conversation.

16      Q.   Did you complain to anybody about what Molly

17   said during these conversations?

18      A.   Not Molly directly but definitely Amanda.

19      Q.   Okay.  You also said Molly was part of a

20   conversation regarding Beyonce.  What did Ms. --

21        What did Molly say during that conversation?

22      A.   I would say the same thing.  I wouldn't feel

23   comfortable giving a direct quote about what she said

24   but...

25      Q.   Can you tell me generally what Molly said

Asha Daniels                                                June 17, 2025

1    during that conversation?

2        A.   I know that she was part of agreeing to the

3    conversation and expounding upon whatever Amanda said.

4        Q.   And what did Amanda say?

5        A.   They -- So they would say several things.

6    There was conversation about Lizzo constantly calling

7    Beyonce a racial slur in a derogatory way.  They thought

8    that was funny.  And there was also conversation between

9    the two of them and also Shirlene who is the dance

10   captain about Beyonce being a devil worshiper.

11       Q.   Anything else?

12       A.   That's the main thing that sticks out to me

13   right now.

14       Q.   Okay.  Are we done with Molly?  Did she do

15   anything else that offended you?

16       A.   I will say it offended me that she did not take

17   her job and caretaking for the Big Grrrls seriously and

18   I had to kind of do a lot of her job and kind of take on

19   things that she should have been handling because I knew

20   the Big Grrrls were kind of suffering without certain

21   things so I just took it upon myself to make sure it

22   happened.

23       Q.   Okay.  What was Molly's job again?

24       A.   I don't know the exact title but to take care

25   of the Big Grrrls and kind of coordinate for them and

Asha Daniels                                        June 17, 2025

1    make sure they had everything they needed.

2        Q.    In wardrobe or what kind of stuff?

3        A.    No.  She was more of their, like, full-time

4    caretaker but definitely not wardrobe, but there were

5    things in wardrobe that would cross into her territory.

6        Q.    Okay.  Other than Molly --

7              So have you now told me everything you can

8    recall that Molly did or said that you found to be

9    offensive?

10       A.    Yes.  That I can recall right now.

11       Q.    Okay.  What about --

12             You were about to mention Kyle.  Did Kyle do

13   something that you found to be offensive?

14       A.    The big thing with Kyle was the dick pictures.

15       Q.    What did Kyle --

16             Did Kyle create that display that you found to

17   be offensive?

18       A.    I don't know who created it.

19       Q.    Okay.  What did Kyle do with respect to the

20   dick pictures that you found to be so offensive?

21       A.    So he had dick candies in like, I don't know,

22   like small dick figurines maybe that he had around and

23   he would make, like, sexually suggestive, I guess,

24   movements and remarks.

25       Q.    Now, Kyle is a gay man; is that correct?

Asha Daniels                                          June 17, 2025

1        A.    That is correct.  I believe so.

2        Q.    Okay.  Was he making these comments and

3    suggestions to you personally?

4        A.    No.

5        Q.    Okay.  You observed it?

6        A.    Yes.

7        Q.    And when you saw it, did you walk away?

8        A.    It wasn't always a situation I could walk away

9    from so no.

10       Q.    Why not?

11       A.    Because it was in a room that I was working in

12   and I had to do that work there.

13       Q.    Did you report to anybody that you were

14   offended by Kyle playing with these figurines?

15       A.    It was something that I talked about with

16   Carlina.

17       Q.    When did you talk to Carlina about it?

18       A.    I couldn't give you the exact time, but Carlina

19   and I had many conversations in person about everything

20   that was going on.

21       Q.    Okay.  Why don't you tell me the first time you

22   recall Kyle playing with these dick figurines?

23       A.    I believe --

24       Q.    By the way, how many were there --

25       A.    How many dick figurines?

Asha Daniels                                                    June 17, 2025

1      Q.    -- of the figurines?  How many figurines did he

2  have?

3      A.    He had a bag of I couldn't tell you how many

4  dicks.  I believe it was candy but I can't say for sure

5  and I believe it was in Amsterdam but I can't know that

6  for sure.

7      Q.    Okay.  So your testimony is that Kyle had a bag

8  of dick candy and you believe it was in Amsterdam.  Do

9  you think he purchased it in Amsterdam?

10     A.    I wasn't with him when he got it so I don't

11  know.

12     Q.    By the way, was Kyle in your -- in your bus?

13     A.    Yes.

14     Q.    Okay.  And where was it that he was playing

15  with the dick candy?

16     A.    He had it in -- I'm not exactly sure which room

17  it was designated as.  Maybe it was the production room.

18  It would be hard for me to say for sure what room.

19     Q.    Okay.  So he had the dick candy in the

20  production room and you walked -- you walked into the

21  production room?

22     A.    Yes.

23     Q.    What were you doing in the production room?

24     A.    I can't say for sure, but I had to go to many

25  rooms while working so I'm not sure what at that exact

Asha Daniels                                                    June 17, 2025

1   moment I was in there for.

2       Q.   Okay.  And this is in Amsterdam?

3       A.   I can't say for sure that it was in Amsterdam

4   but I believe it was.

5       Q.   So the best of your recollection sitting here

6   today you walked into a production room and where was

7   Kyle at the time?

8       A.   So it would be hard for me to say because

9   people are moving around all the time so I can't stick

10  him to one --

11      Q.   Was he moving around with a bag of the big

12  dicks?

13      A.   Yes.  So like I was saying, I can't stick him

14  to one place because he moved around with it and he had

15  it throughout the day, other people had it throughout

16  the day.

17      Q.   So he had this bag of dick candy that he is

18  passing around to different people?

19      A.   I didn't say that.

20      Q.   Okay.  What --

21           What was he doing with the dick candy that you

22  found to be so offensive?

23      A.   So he had it, he would take it out and, like,

24  make tongue gestures with it similar to the one that's

25  in the picture.  Just like, you know, how kids will make

Asha Daniels                                                    June 17, 2025

1    dick jokes that are inappropriate, things like that.

2        Q.   Okay.  Well, what did he say about the dick

3    candy that you found to be offensive?  Did he say

4    anything or was it just that he was eating the candy or

5    licking the candy or whatever?

6        A.   Once again, I wouldn't feel comfortable giving

7    a direct quote.

8        Q.   Can you give me anything, any words that he

9    said that you found to be offensive that --

10       A.   Yeah.  I don't feel comfortable giving a direct

11   quote because it was over two years ago, but it was

12   definitely sexually suggestive jokes.

13       Q.   And when did you speak --

14            So this is in Amsterdam.  When did you have

15   your conversation with Carlina about the dick candy?

16       A.   I couldn't tell you an exact date.

17       Q.   Okay.  What did you say to Carlina about the

18   dick candy?

19       A.   It was more of a general conversation of

20   everything that I kind of felt uncomfortable about, and

21   it was just a note on the list of things that I felt

22   uncomfortable about.

23       Q.   Okay.  Where did that conversation take place?

24       A.   I believe it was in her personal office.

25       Q.   Okay.  And you believe it was in --

Asha Daniels                                              June 17, 2025

1          Since you are talking about the dick candy, it

2    had to be at least in Amsterdam; is that right?

3        A.   I wouldn't feel comfortable saying for sure,

4    but I believe it would be after Amsterdam.

5        Q.   Okay.  And did Carlina --

6          What was Carlina's response when you told her

7    about the bag of the dick candy?

8        A.   She was surprised about all of the things that

9    I was telling her and she said that they would be

10   addressed.

11       Q.   Now, was there anything about the dick candy

12   that prevented you from doing a great job that you

13   testified that you did the last time you were here?

14       A.   No.

15       Q.   Okay.  So you kept going about your business?

16   You saw the dick candy, you were offended, but you went

17   about your business and did your job and you did a great

18   job, right?

19       A.   I wouldn't say I was offended.  As a woman it

20   makes you feel uncomfortable --

21       Q.   But it didn't affect your job performance?

22       A.   -- and unsafe.

23          Yeah.  I mean, I think it is something that

24   could have affected it but it did not.  But it

25   definitely made me feel uncomfortable and, of course, a

Asha Daniels                                               June 17, 2025

1    healthy safe work environment is when people do their
2    best work, but I was able to still do good work but it
3    definitely made me uncomfortable.
4        Q.    Did you tell Kyle to put the dick candy away
5    because it made you uncomfortable?
6        A.    No, I did not.
7        Q.    Why not?
8        A.    In a situation like this I was definitely low
9    man on the totem pole and it was obvious and it was said
10   to me and it was part of what made me feel uncomfortable
11   as the only black woman that I knew of backstage and so
12   I already was in a position where I didn't really feel
13   comfortable speaking to too many people about things
14   that made me feel uncomfortable or unsafe, which is why
15   I talked to Carlina about it.
16       Q.    What was Kyle's position?
17       A.    I believe he was in Ambiance.
18       Q.    He is not higher level than you are in the
19   hierarchy there; isn't that right?
20       A.    Amanda made it very clear that I was lowest on
21   the totem pole, so in reality I should not have felt
22   that way but that is what I was told and how I was
23   treated, which is part of why I felt like it was
24   racially motivated.
25       Q.    So just to be clear, the only reason you didn't

Asha Daniels                                                    June 17, 2025

1     talk to Kyle and tell him that you were offended is you
2     didn't feel you were in a position to talk to your
3     co-worker and tell him that you were offended about the
4     dick pics; is that right?
5          A.    I didn't feel comfortable because --
6          Q.    Not the dick pics, I mean the dick candy.
7          A.    I didn't feel comfortable because it was clear
8     that I was low man on the totem pole and I did not know
9     these people and I was overseas in a position where I
10    felt uncomfortable and that is why I talked to Carlina
11    about it.
12         Q.    Okay.  But you talked to Carlina.  Why couldn't
13    you talk to Kyle?  He is more your level than talking to
14    the boss.  Wouldn't you be more comfortable talking to
15    somebody at your level than the boss?
16         MR. ZAMBRANO:  Hold on.  Hold on.  Assumes
17    facts, lead- -- argumentative.
18         Please answer.
19         THE WITNESS:  Yeah.  I think if you talk to any
20    woman who has been in a position where something sexual
21    has happened and she feels uncomfortable, we feel more
22    comfortable talking to other women, and it's a hard
23    thing to talk to another man about, something he has
24    done to make you feel sexually uncomfortable.
25    BY MR. WEINSTEN:

Asha Daniels                                                    June 17, 2025

1    Q.   By the way, do you have a problem with gay men?

2    A.   No, not at all.

3    Q.   So what is it about him eating dick candy that

4  you found to make you so uncomfortable if you don't have

5  a problem with gay men?

6         MR. ZAMBRANO:  Hold on.  Compound.

7         Please answer.

8         THE WITNESS:  Yeah.  That -- You're saying two

9  things that are totally separate.  Him being gay has

10 nothing to do with it.  I have plenty of gay friends and

11 people in my family, so it's kind of absurd to say I

12 have an issue with gay men.  The issue is while you are

13 at work, especially overseas as a woman by yourself,

14 things like penises should not be part of your work

15 equation and it is highly inappropriate and it makes

16 women feel unsafe and uncomfortable.

17 BY MR. WEINSTEN:

18    Q.   So your testimony just to be clear, you felt

19 unsafe because your co-worker, a gay man, had a bag of

20 dick candy, that made you feel unsafe; is that right?

21    A.   All of the things we are talking about

22 collectively is part of what made me feel unsafe.

23    Q.   I'm asking about the dick candy.  You said it

24 made you feel unsafe.

25         What about Kyle eating the dick candy made you

Asha Daniels                                                                June 17, 2025

1    feel unsafe?

2              MR. ZAMBRANO:  Misstates testimony.

3              Please answer.

4              THE WITNESS:  Yeah.  That is not what I said.

5    BY MR. WEINSTEN:

6        Q.    Okay.  So it didn't make you feel unsafe?

7        A.    That's --

8              MR. ZAMBRANO:  Misstates.

9              THE WITNESS:  -- also not what I said.

10   BY MR. WEINSTEN:

11       Q.    Okay.  Did it make you feel unsafe?

12             MR. ZAMBRANO:  Vague as to "it."

13             Go answer.  Please answer.

14   BY MR. WEINSTEN:

15       Q.    Did Kyle eating the dick candy make you feel

16   unsafe?

17       A.    What made me feel unsafe is that there were

18   sexually suggestive jokes and props being used at a work

19   place.

20       Q.    Okay.  And so your testimony is those things

21   made you feel unsafe, that's your testimony?

22       A.    Unsafe and uncomfortable, yes.

23       Q.    Okay.  What about your safety were you afraid

24   of when you say that you felt unsafe?

25       A.    When you're in a workplace where sexual jokes

Asha Daniels                                                    June 17, 2025

1   and sexual things are being discussed freely and lightly

2   and laughed at and upper management is part of the

3   conversation, it makes you feel like this is something

4   that's highly inappropriate and so so many other

5   sexually inappropriate things can go on.

6        Q.   So you thought this was going to cause

7   something else to happen?

8        A.   No.  It's reflective of what is allowed at a

9   workplace.

10       Q.   Okay.  The last time we were here you talked

11  about -- you said you injured your ankle.

12            Do you recall that testimony?

13  A.   Yes.

14       Q.   Okay.  I am going to introduce --

15            We are at Exhibit?

16            THE COURT REPORTER:  26.

17            MR. WEINSTEN:  26.  I am going to introduce as

18  Exhibit 26 some images from the Internet.  I believe

19  this is from your social media.

20            (Deposition Exhibit 26 was marked.)

21  BY MR. WEINSTEN:

22       Q.   Actually, before I get to this one, let me ask

23  real quick:  You said other than Kyle and Molly and

24  Ms. Nomura did anybody else do anything or say anything

25  to you on the tour that you found to be offensive?

Asha Daniels                                                      June 17, 2025

1      A.   I mentioned Shirlene Quigley talking about

2   Beyonce in a derogatory way.

3      Q.   Okay.  Anybody else?

4      A.   I mentioned the conversations going into

5   Amsterdam about sex and drugs whose names I can't

6   recall.

7      Q.   That was last time, yeah.

8      A.   Yeah.  I'm just recalling.

9           I think as of right now that is everything that

10  I can recall.

11     Q.   Okay.  Let's turn then to Exhibit 26.

12          Am I correct that these are pages from your

13  social media?

14     A.   No.

15     Q.   Okay.  Where are these pictures from?  Is this

16  Big Grrrls social media?

17     A.   This is from my website but it's a pull from --

18     Q.   From your website so that's --

19     A.   It's a pull from their social media.

20     Q.   Okay.  But just to be clear, are pages --

21          There are three pages to this document.  Are

22  these things all on your website?

23     A.   So this is on my website or was on my website.

24          MR. ZAMBRANO:  Try to be description like the

25  first page.

Asha Daniels                                          June 17, 2025

1  BY MR. WEINSTEN:

2      Q.    The first page is from your website?

3      A.    Yes.  Exhibit 26 is from my website and it

4  is -- that video is from their social media.

5          The second page of Exhibit 26 is from my

6  Instagram.

7      Q.    Okay.

8      A.    And the third page looks like it's from Bree

9  Runway's Instagram but I can't say for sure.

10     Q.    Okay.  Let's turn to the second page.  Am I

11 correct that this is a picture of you and Bree Runway on

12 March 5th, 2023 after you were terminated?

13         MR. ZAMBRANO:  Are we looking at the top one?

14         THE WITNESS:  Yeah.

15         MR. ZAMBRANO:  Okay.  Thanks.

16         THE WITNESS:  I can't be for sure of the date,

17 but yes, this is the day that I was terminated.

18 BY MR. WEINSTEN:

19     Q.    Okay.  What shoes are you wearing?

20     A.    I'm wearing some combat boots.

21     Q.    Boots.  Okay.  Are those high heels?

22     A.    No.

23     Q.    Okay.  Did --

24         Was your ankle hurting in this picture?

25     A.    Yes.

Asha Daniels                                                    June 17, 2025

1       Q.   Why were you wearing high heeled boots if it
2   was hurting your ankle?
3            MR. ZAMBRANO:  Misstates testimony.  She just
4   said it wasn't high heels.
5            Please answer the question.
6   BY MR. WEINSTEN:
7       Q.   Why were you wearing boots if that was hurting
8   your ankle as opposed to Crocs.  You were no longer
9   under any -- any restriction since you were no longer
10  working for the tour.  Why are you wearing boots that
11  are hurting your ankle?
12           MR. ZAMBRANO:  Hold on.  Compound, requires a
13  legal opinion.
14           Please answer the question.
15           THE WITNESS:  These boots I wore on and off as
16  my ankle swelling went down.  I did regularly wear these
17  boots backstage.  I didn't only wear Crocs.  I wore the
18  Crocs when I had a particularly swollen ankle day.  So
19  this day I was able to have them on.  My ankle still
20  hurt, but I was able to fit my ankle into the boot so
21  that's why I have them on.
22  BY MR. WEINSTEN:
23      Q.   Okay.  Am I correct then sometimes you were
24  wearing Crocs after you hurt your ankle and sometimes
25  you were wearing boots; is that right?

Asha Daniels                                               June 17, 2025

1        A.    That is correct.  I was forced to put them on.

2        Q.    And, in fact, how often were you wearing the

3   Crocs while your ankle was hurting?

4        A.    It's hard to give an exact number but often I

5   would say -- It's hard to give an exact number.  I would

6   say after I injured my ankle it was probably at least

7   half of the time, and some days I would -- if Amanda was

8   particularly hostile about my shoes, I would wear my

9   Crocs while -- so the issue was they wanted me to

10  wear -- Let me say this clearly.  I was not told about

11  the shoe situation before I came on to the tour, and I

12  also was told that I would not be part of loading in and

13  loading out, and so to my understanding once I got on

14  tour kind of as part of the harassment of me after I

15  injured my ankle, the shoe requirement was for the

16  loading in and loading out, I didn't have to have them

17  on all day.  So if I -- During the day it was fine to

18  have on the Crocs but it was the load in and load out

19  where there was this, like, legal requirement for it if

20  that makes sense.

21       Q.    So just to be clear, after you hurt your ankle

22  when you weren't loading in or loading out you were

23  wearing the Crocs and then when you were loading in or

24  loading out you wore boots?

25       A.    Sometimes.

Asha Daniels                                                    June 17, 2025

1    Q.   Okay.  What else would you wear when you were

2  loading in and loading out?

3    A.   I believe I had my gym shoes with me as well,

4  but they are the type that don't lace up, they're like

5  slide-on gym shoes, so they did not have a ton of -- it

6  wasn't like I could loosen them up to accommodate my

7  swollen ankle so sometimes I would have my gym shoes as

8  well.

9    Q.   So you found workarounds for your ankle?

10    A.   I did the best I could, yeah.

11    Q.   Okay.  By the way, when you're -- in this

12  picture with Bree Runway that is on the second page of

13  Exhibit 26 were you having an allergic reaction at this

14  point in time?

15    A.   The pill that the chef gave me actually did

16  lighten my symptoms, so I'm not a doctor and there were

17  no doctors provided so I couldn't tell you if I was

18  still technically in that zone but I definitely felt

19  much better.

20    Q.   Okay.  So you look pretty happy --

21        Were you happy in this picture?

22    A.   I think that would be kind of like a flat

23  statement.  I was, of course, sad, traumatized from what

24  I had experienced, but I had a happy moment of after I

25  was fired all of the girls who I took care of, the Big

Asha Daniels                                                    June 17, 2025

1   Grrrls, Bree Runway and her team, some of the people

2   backstage who witnessed my bullying, they came around me

3   and really let me know, Carlina included actually,

4   really let me know that I did a great job and really

5   just kind of gave me my proverbial flowers and so it was

6   nice to feel that type of love on a day that, you know,

7   was really heartbreaking.

8       Q.   Okay.  But just to be clear, in this picture

9   you're smiling, Bree is smiling -- Actually, let me

10  withdraw that question.

11       Let me ask this:  What were the circumstances

12  surrounding taking this photo?  How did that come about?

13       A.   So Bree Runway's team, they really surrounded

14  me with a lot of love after learning that I was unfairly

15  fired and her photographer wanted to get a picture of me

16  and Bree and she asked us to walk down the hallway and

17  let her take some pictures of us.

18       Q.   Okay.  So it's like a photo shoot effectively?

19       A.   Not really.  It was, like, maybe three photos

20  taken in the hallway.

21       Q.   Okay.  And this is before Bree went on,

22  correct?

23       A.   I believe it -- Okay.  So this is over two

24  years ago.  It is hard for me to remember exactly.  I

25  believe it was after she went on.  I can't exactly

Asha Daniels                                                    June 17, 2025

1    remember but it was close to show time.  But I believe

2    it was -- No.  It was after.  It was after I'm pretty

3    sure.

4         Q.   By the way, did you have tennis shoes with you

5    on the tour?

6         A.   That's what I was just telling you, I had those

7    slip-on gym shoes as well.

8         Q.   I'm sorry.  Clip-on tennis shoes?

9         A.   Slip-on gym shoes.

10        Q.   Oh, slip-on gym shoes.

11        A.   Yes.

12        Q.   What kind of shoes were they?

13        A.   I believe they're Pumas.  They don't have

14   laces.  You just slide your foot in them and they are --

15   like they have a high -- they're high-tops.

16        Q.   Okay.  The tour bus that you were in, was it a

17   single -- was it a double-decker?

18        A.   I don't really know what that means.  Is that

19   like a second floor on top of one floor?

20        Q.   Yeah.

21        A.   No.  But it had levels to it so -- but there

22   was not like a second floor on top of one floor.

23             MR. WEINSTEN:  All right.  I am going to mark

24   this as 27.  This is also Plaintiff's C but since I'm

25   introducing it, I am going to mark it as 27.

Asha Daniels                                          June 17, 2025

```
 1        Q.    Was Simon Salt on the bus?

 2        A.    I don't know.

 3        Q.    Was Tayu Lopez-Rivera on the bus?

 4        A.    I don't know that person either.  I don't know.

 5        Q.    Was Ian Mackenzie on the bus?

 6        A.    I don't know.

 7        Q.    Was anybody on the bus that's not listed here

 8   in Exhibit 28?

 9        A.    Yes.

10        Q.    Who?

11        A.    I don't remember her name.  It was another

12   young lady in catering.  She had dark hair.  I'm sure I

13   could find it somehow on my phone, but I don't remember

14   her name but she was on our bus too.

15        Q.    Anybody else?

16        A.    Not that I can recall.  But like I said, I

17   didn't really know these people.  I never got a formal

18   introduction, so I couldn't tell you how many people or

19   if these exact people were on the bus.

20        Q.    How many empty bunks were on the bus?

21        A.    I'm not sure.  But I know that there were no

22   empty bunks on the level that I wanted to be on, which

23   was the lower level, to accommodate my injury.

24        Q.    Did you ask anyone else -- any of the people on

25   the bus if they would mind switching with you?
```

Asha Daniels                                                    June 17, 2025

1      A.   I asked Amanda and she told me that I better

2   not ask anyone else.

3      Q.   The question is not that.

4           The question is:  Did you ask anybody else on

5   the bus if they minded switching with you, yes or no?

6      A.   Yes.  I asked Amanda.

7      Q.   Okay.  Other than Amanda did you ask any of the

8   other people if they would mind switching with you?

9      A.   She told me I couldn't.

10     Q.   That's not the question.

11          Is there anything about the question you don't

12  understand?

13     A.   No.

14     Q.   Okay.  So can you please answer the question

15  because the jury is going to see your evasiveness and

16  they're not going -- If you're trying to establish

17  credibility, it doesn't help your case to be evasive so

18  let me try it again.

19          MR. ZAMBRANO:  What's your next question?  Just

20  go to the next question.

21  BY MR. WEINSTEN:

22     Q.   Did you ask any of the other people other than

23  Ms. Nomura on the bus if they would be willing to switch

24  with you, yes or no?

25     A.   I don't need to be disrespected to be asked

Asha Daniels                                                    June 17, 2025

1   these questions.  I don't mind answering them, but there

2   is a fuller picture than just a yes or no.  I would have

3   asked someone else but I was told not to.

4       Q.   It's a "yes" or "no" -- It's a "yes," "no" or

5   "I don't know."  Those are the three possible answers.

6   So my question to you one more time so the jury can see

7   your answer:  Yes or no, did you ask anybody other than

8   Ms. Nomura if you could trade bunks with them?

9       A.   No.

10      Q.   Okay.  Did you ask Carlina in all these

11  conversations you had with Carlina and the e-mails you

12  had, texts you had with her, did you ever ask Carlina if

13  you could switch bunks?

14      A.   It's something that I talked about with her in

15  person.

16      Q.   Okay.  And did she say you could switch bunks,

17  yes or no?

18      A.   She said that she would get back to me and

19  never did.

20      Q.   Okay.  When did that happen?

21      A.   I couldn't give you an exact date but it was

22  one of the conversations --

23      Q.   I don't need an exact date.

24      A.   -- that we had.

25      Q.   Give me an approximate.  Do you recall what

Asha Daniels                                    June 17, 2025

1    city --

2              Was it an in-person --

3         A.   I don't.

4         Q.   -- conversation?

5         A.   It was an in-person conversation.

6         Q.   It was in person.  In what city?

7         A.   I couldn't tell you.

8         Q.   Was it in her office?

9         A.   Yes.

10        Q.   Okay.  Tell me exactly what you said to Carlina

11   about the bunk situation?

12        A.   I can't give you a direct quote, but I told her

13   that I was injured, I told her that I asked Amanda about

14   switching bunks to accommodate my injured ankle and that

15   Amanda told me no, she would not switch with me and that

16   I better not ask anyone else to switch with me.

17        Q.   Okay.  And what did Carlina say in response?

18        A.   She was surprised that that had happened and

19   she felt really bad and embarrassed that I was even

20   saying that to her and she said that she would get back

21   with me about it.

22        Q.   Okay.  And your testimony is that she didn't

23   get back to you?

24        A.   Correct.  About that exact situation she did

25   not.

Asha Daniels                                                    June 17, 2025

1      Q.    Did you then go to Carlina and say, "Carlina,
2    you were supposed to get back to me"?
3      A.    I had many conversations with her about so many
4    different things, so yes, I brought it up again but I
5    never got an answer about it.
6      Q.    So how many times did you bring up with Carlina
7    that you wanted to switch bunks?
8      A.    Probably twice.
9      Q.    Probably twice.
10           Can you tell me any of the places where that
11   occurred?
12     A.    It was always in her office.
13     Q.    Okay.  In her office in what city?  She had
14   different offices in different places; is that right?
15     A.    That is correct.  She always had a room that
16   was designated as her office, and I couldn't tell you
17   what city.
18     Q.    We've heard testimony now from two different
19   witnesses including women who are plaintiffs against
20   Lizzo, and my understanding is the top level bunk here
21   it is actually at waist level so all you would have to
22   do to get into the bunk is to basically slide into it.
23           Is it your testimony that you had to climb into
24   the bunk and you couldn't just slide into it?
25           MR. ZAMBRANO:  Misstates testimony, assumes

Asha Daniels                                                June 17, 2025

1    facts.

2          Please answer.

3          THE WITNESS:  Yes.  From my height I had to

4    climb into it.

5    BY MR. WEINSTEN:

6      Q.    Okay.  How tall are you?

7      A.    Five-five-and-a-half.

8      Q.    And when you say you had to climb into it, did

9    you use your arms in any way to pull yourself up?

10     A.    Yes.

11     Q.    Okay.  So if you're using your arms to pull

12   yourself up, you don't need your ankle at all to get

13   into the bunk; isn't that right?

14     A.    No.

15     Q.    Explain to me how you would get into the bunk.

16   Before your ankle was hurt, explain to me how you would

17   get into the bunk?

18     A.    So -- So the process of getting into the bunk

19   was always pretty much the same, but you need to, like,

20   even to get on the bed you have to swing your legs

21   around which involves engaging your ankle obviously.  So

22   I -- like I would either step on other beds to kind of

23   climb up and use both my upper body and lower body to

24   get in or kind of like step to the side of them.

25     Q.    Did you pull --

Asha Daniels                                                June 17, 2025

1          You said you used your hands.  Did you put your

2    hands on this upper level to pull yourself up?

3       A.   So I would not feel comfortable using this as

4    an example because I don't think this is the exact bus

5    we were on.

6       Q.   We all know what a bunk looks like.  So let's

7    just --

8          Whatever bunk you had, how do you use your

9    hands -- In what way --

10         Before your ankle was hurt, to get into the

11   bunk how would you use your hands?  Would you put them

12   on the bunk seat itself?  Would you put them on a rafter

13   above the bunk?

14      A.   You would put them on, like, this ledge of the

15   bed and then sometimes use, like, the pillar, I guess,

16   going up and down.

17      Q.   Okay.  So you would use your hands to hoist

18   yourself into the bed, correct?

19      A.   That is correct.

20      Q.   And then with your legs would you step up on

21   one leg, use one leg to sort of push yourself up?

22      A.   I guess that's a vague statement.  That could

23   mean a lot of different things, but I would have to put

24   my feet on these beds to get up in there.

25      Q.   By the way, did you ever ask anybody for a

Asha Daniels                                                      June 17, 2025

1    ladder to get into the bunk?
2         A.   No.  There was such lack of being provided any
3    type of amenities that that would almost be ridiculous
4    to try and get that.
5         Q.   How would a ladder have helped you if either
6    way you're going to have to step up into the bunk?  How
7    is a ladder going to make it any better?
8         A.   Well, I'm telling you I did not ask for a
9    ladder.
10        Q.   But you testified -- Strike that.
11             You do understand that in your complaint that
12   you filed against my client in court you were alleging
13   there -- one of the things you're complaining about is
14   you were forced to sleep in a bunk without a ladder.
15   You understand that that was a claim that you are making
16   against Big Grrrl Big Touring; isn't that right?
17        A.   There was no ladder, so yes, that's part of it,
18   there was nothing to help you get into the bed.
19        Q.   But now you are testifying that a ladder isn't
20   going to help you based on the way you just explained
21   the way you get into a bed, so my question to you is:
22   Why are you complaining that you didn't have a ladder?
23             MR. ZAMBRANO:  Argumentative.
24             THE WITNESS:  And that's not what I said.
25   BY MR. WEINSTEN:

Asha Daniels                                         June 17, 2025

1      Q.    Okay.

2      A.    What I said is that it would -- it is obvious

3    that I would not be able to get a ladder when I wasn't

4    able to even get things that the dancers needed, so

5    that's what I'm saying is that, of course, no one was

6    going to give me a ladder.

7      Q.    Okay.  Other than this problem getting in and

8    out of the bunk and you testified something about the

9    shoes, was there anything else you expected my client to

10   do with respect to your ankle injury?

11     A.    I expected them to have a medical professional

12   available.  It's -- Yeah, I would think that there would

13   be a medical professional on staff or someone in each

14   city that we could go to.  That was not provided.

15          There should have been accommodations in the

16   wardrobe room for me to be able to sit on a chair and do

17   my work.  A lot of times I was forced to stand

18   unnecessarily.

19          I had a very clear agreement with Amanda before

20   coming on tour that I would not be part of loading in or

21   loading out or carrying any heavy objects.  She agreed

22   to that.  And so I should not have been forced to do any

23   of the loading in or loading out or moving of heavy

24   things.

25          I should have been allowed to wear my open-toe

Asha Daniels                                                    June 17, 2025

1    shoes -- not open-toe, open-ankle shoes.

2        Q.    You just testified you did, you wore your

3    Crocs.  You just testified a minute ago you were wearing

4    Crocs regularly when you weren't loading in or loading

5    out.  So are you now changing your testimony?

6        A.    No, I'm not.

7            MR. ZAMBRANO:  Hold on.  Hold on.

8    Argumentative.

9            MR. WEINSTEN:  We can move on.

10       Q.    You said that one of the things that you would

11   like is to have been able to sit down.  Were there

12   chairs backstage near the wardrobe room?

13       A.    Should I not finish the last question you asked

14   me?

15       Q.    You can finish.

16       A.    Okay.  I wasn't done answering.

17       Q.    Okay.  Go ahead.  I thought you were done.

18       A.    So also there should have been some type of,

19   like, pain medication that I should have been able to

20   take for the pain that I had.

21            It would have -- I should have been able to ice

22   my ankle if needed, like sit down, elevate, ice my ankle

23   so that the swelling could go down.

24            I should have been provided breaks and, you

25   know, time to nap since I was pulling such early and

Asha Daniels                                                    June 17, 2025

1    late hours.  My off time should have been allowed to be

2    my off time.  I should not have still had to engage with

3    Amanda, you know, on my very few off hours.

4        Q.   Did you ask for pain medication?

5        A.   Yes.

6        Q.   Okay.  Who did you ask?

7        A.   Amanda.

8        Q.   Did you ask anybody else?

9        A.   Carlina.  I talked to the chefs.

10       Q.   Did anybody --

11            Did Carlina say, "We don't have any pain

12   medication" or did she --

13       A.   Yes.

14       Q.   So your testimony --

15            Just to be clear, you saw Carlina yesterday,

16   correct?

17       A.   Yes.

18       Q.   You saw her testimony.  She flatly denies what

19   you're saying but that's fine.  Is it your testimony

20   that you asked Carlina for pain medication and she

21   denied it to you; is that your testimony?

22       A.   Yes.

23       Q.   Okay.  Did she tell you why she was denying you

24   pain medication?

25       A.   I don't know if denied is the right word.  It's

Asha Daniels                                                    June 17, 2025

1    not like she said I have it and I'm not going to give it

2    to you.  She did not have it.  And she wasn't able to

3    point me in the direction of anyone who would have it.

4        Q.   Did you ask anybody else on the tour --

5             You said by the way the chef was able to give

6    you some kind of medication for your allergic reaction.

7    Of all those people on the tour did you ask around,

8    "Does anybody here have some Tylenol or anything like

9    that?"

10       A.   Definitely.

11       Q.   Okay.  And did nobody on the whole tour have

12   any Tylenol or Advil or anything?

13       A.   I wasn't given any.

14       Q.   Did anybody have it?  Did anybody deny it to

15   you?

16       A.   My guess is that, of course, someone had to

17   have had it but I can't say that for sure.

18       Q.   So let me ask you this question:  You stayed in

19   hotels sometimes, didn't you?

20       A.   Rarely.

21       Q.   But sometimes you did, right?

22       A.   Rarely.

23       Q.   When you stayed at the hotels, did you bother

24   to go down to the front desk and ask for some pain

25   medication?

Asha Daniels                                        June 17, 2025

1        A.    No.

2              MR. ZAMBRANO:   Assumes facts.

3   BY MR. WEINSTEN:

4        Q.    Why not?

5              MR. ZAMBRANO:   Assumes facts.

6              Go ahead and answer.

7   BY MR. WEINSTEN:

8        Q.    Why not?

9        A.    At the time I had become so used to not

10  medicating it or doing anything that that was just kind

11  of like the head space I was in.

12       Q.    You said you would have liked some ice for the

13  ankle.  When you were staying in these hotels, they have

14  ice in hotels, right?

15       A.    Yes.

16       Q.    Did you get ice from anybody at the hotels?

17       A.    Yes.

18       Q.    Okay.

19       A.    Definitely.

20       Q.    So you did have ice?

21       A.    At the hotel the one time.

22       Q.    How many times --

23             What hotel were you at where you asked for

24  the -- where you got the ice?

25       A.    I don't remember the name of the hotel, but I'm

Asha Daniels                                              June 17, 2025

1    surely the documents can...

2        Q.    Can you tell me what city you were in when you

3    got the ice for your ankle?

4        A.    I can't.  But I'm sure if I, like, looked at

5    something with tour dates and what day we stayed at the

6    hotel I could.

7        Q.    By the way, did they have a freezer on the bus?

8        A.    I don't know if they had a freezer.  They had a

9    refrigerator.

10       Q.    Okay.  They actually did have a freezer, didn't

11   they, with ice in it, didn't they?

12       A.    I actually don't know that.

13       Q.    You don't know that.

14             Did you bother to check to see if on this

15   double-decker bus that there was ice in the freezer that

16   you could take and put on your ankle?

17             MR. ZAMBRANO:  Argumentative.

18             Please answer.

19             THE WITNESS:  I don't believe there was ice.

20   BY MR. WEINSTEN:

21       Q.    Was there any ice in any of the venues, these

22   big venues where you're traveling from place to place to

23   place, did you bother asking anybody at the venues, like

24   catering, "Hey, do you have some ice that I can use for

25   my ankle"?

Asha Daniels                                                    June 17, 2025

1           MR. ZAMBRANO:  Argumentative.

2           Please answer.

3    BY MR. WEINSTEN:

4       Q.   Did you ever do that?

5           MR. ZAMBRANO:  Argumentative.

6           Please answer.

7           THE WITNESS:  So while at work I knew that I

8    was not allowed to sit there and ice my ankle, so no.

9    BY MR. WEINSTEN:

10      Q.   When you're off work, did you ask for --

11           When you're going to bed and having all this

12   trouble getting into the bunk because you don't have a

13   ladder, did you bother when you're at the venue to ask

14   somebody, "Can I get some ice to ice down my ankle when

15   I go to bed?"

16           MR. ZAMBRANO:  Argumentative.

17           Please answer.

18   BY MR. WEINSTEN:

19      Q.   Did you do that?

20           MR. ZAMBRANO:  Argumentative.

21           Please answer.

22           THE WITNESS:  So it wasn't like that.  By the

23   time I got off work, it was so late into the night that

24   those services were shut down.

25   BY MR. WEINSTEN:

Asha Daniels                                          June 17, 2025

1        Q.    But during the day?

2        A.    I just --

3              MR. ZAMBRANO:  Hold on.  Hold on.

4              MR. WEINSTEN:  It's fine.  This is --

5              MR. ZAMBRANO:  Okay.

6              MR. WEINSTEN:  All right.  This is --

7              MR. ZAMBRANO:  Just wait for the next question.

8              THE WITNESS:  Okay.

9    BY MR. WEINSTEN:

10       Q.    All right.  You also claim that you broke two

11   nails; is that correct?

12       A.    Yes.  I injured all my nails, but I also broke

13   two nails.

14       Q.    Okay.  Is it your contention that that's a

15   disability for which you are suing my client --

16             MR. ZAMBRANO:  Calls for a legal conclusion.

17             Please answer.

18   BY MR. WEINSTEN:

19       Q.    -- or is that just stuff in your complaint?

20             MR. ZAMBRANO:  Hold on.  Legal conclusion.

21             Please answer.

22   BY MR. WEINSTEN:

23       Q.    Are you asserting that you were disabled

24   because you broke two nails?

25             MR. ZAMBRANO:  Legal conclusion.

Asha Daniels                                                    June 17, 2025

1              Please answer.

2              THE WITNESS:  That is definitely part of my

3     disability.

4     BY MR. WEINSTEN:

5         Q.   Okay.  And that, in fact, happened when you

6     yourself were cutting your nails; isn't that right?

7         A.   No.

8         Q.   How did you break your nails?

9         A.   So once again, like I said, moving cases that I

10    was not supposed to be moving.  Amanda was often rough

11    with things like how she was rough with rolling over my

12    ankle and so she -- we were pulling some of the cases

13    into the corner so like concrete walls into a corner of

14    where we were going to set up wardrobe and she bumped

15    her case into mine and it -- so I had acrylic nails on

16    and acrylic nails are thick and if you crack them down

17    the middle, it kind of creates this really hard way to

18    get them off for lack of a better word, and it broke all

19    the way down to my nailbed so then I had to cut them off

20    so that I wouldn't keep reinjuring it.

21        Q.   Okay.  And did that stop you from working?

22        A.   No.  I had to keep working.

23        Q.   Did you --

24             Were your nails bleeding?

25        A.   Yes.

Asha Daniels                                              June 17, 2025

1       Q.    Did you get a Band-Aid?

2       A.    Yes.

3       Q.    Okay.  So you didn't seek medical treatment for

4    the broken nails?

5       A.    I did and I was not given medical treatment.

6       Q.    Okay.  What medical treatment did you ask for

7    to treat the broken nails for which you put Band-Aids

8    on?

9       A.    That it would have been nice to see some type

10   of medical professional.

11      Q.    Okay.  So you wanted to go see a doctor because

12   you broke your nails; that's your testimony?

13           MR. ZAMBRANO:  Hold on.  Argumentative,

14   misstates testimony.

15           Please answer the question.

16   BY MR. WEINSTEN:

17      Q.    Is your testimony that you asked to see a

18   doctor because you broke two nails, yes or no?

19           MR. ZAMBRANO:  Misstates testimony,

20   argumentative.

21           Please answer.

22           THE WITNESS:  That's not what I said.

23   BY MR. WEINSTEN:

24      Q.    Did you ask to see --

25           You said you wanted medical attention.  What

Asha Daniels                                                    June 17, 2025

 1    kind of medical attention were you expecting because you

 2    broke two nails?

 3       A.    So a medical professional could be a doctor, it

 4    doesn't need to be, but when I've worked on other sets

 5    they have a medical professional, usually like an

 6    ambulance kind of person, medical professional, and they

 7    have things that are like rubber finger things that will

 8    fully protect your nails, won't let any, you know,

 9    water, anything that would further hurt, like anything

10    that stings inside, and they could like properly gauze

11    up and put those, like, finger rubber things on and, of

12    course, like some pain medicine would have been nice.

13       Q.    So Band-Aids weren't good enough, you wanted

14    rubber fingers; is that your testimony?

15           MR. ZAMBRANO:  Argumentative.

16           Please answer.

17           THE WITNESS:  So Band-Aids especially with your

18    fingers when you work with your hands, you're washing

19    things, they get wet, they fall off, alcohol can get

20    into them and it stings, it's just painful and it makes,

21    like, your hands feel like they're on fire.

22    BY MR. WEINSTEN:

23       Q.    Okay.  You testified you had conversations with

24    Ms. Gugliotta about various things you were complaining

25    about in the workplace.  You heard her testimony about

Asha Daniels                                    June 17, 2025

1   it yesterday.  Now I'm going to ask you about those

2   conversations.

3           When was the first time you spoke to

4   Ms. Gugliotta about your complaints about anything?

5       A.   I don't remember the exact date, but I'm sure

6   it's reflected in the text messages.

7       Q.   Okay.  Well, we saw -- you saw in the

8   deposition yesterday that on February 24th she reached

9   out to you to say, "Hey, Asha, let me know when you have

10  time to chat."

11          Does that sound like about the first time that

12  you sat down and talked to her in person about your

13  issues?

14          MR. ZAMBRANO:  Hold on.

15          Incomplete --

16          MR. WEINSTEN:  Here.

17          Let me do it this way.  Let me give you the

18  document.

19          MR. ZAMBRANO:  Thank you.

20          MR. WEINSTEN:  I'm going to introduce -- It has

21  already been marked as Exhibit 25.  Let me give it to

22  you again to see if this --

23          THE WITNESS:  Thank you.

24          MR. ZAMBRANO:  Thank you.

25  //

Asha Daniels                                                    June 17, 2025

```
 1              (Inadvertently referred to as

 2              previously marked Exhibit 25.

 3              Exhibit 25 is Bates DEFS_000059

 4              through DEFS_000066.)

 5   BY MR. WEINSTEN:

 6        Q.   I will draw your attention to --

 7              I mean, Ms. Gugliotta's testimony was that the

 8   first she sat down and spoke to you about your issues

 9   was in connection with this February 24 text, but you

10   can tell me if you believe you spoke to her sooner than

11   that.

12        A.   Based on these text messages my memory and what

13   the text messages show it would have been Thursday,

14   February 23rd.

15        Q.   Okay.  So on February 23rd you were in

16   Amsterdam; is that right?

17        A.   I can't say for sure.

18        Q.   Okay.  You met with Ms. Gugliotta in person?

19        A.   Yes.

20        Q.   And what did you complain to Ms. Gugliotta

21   about in that conversation?

22        A.   So this was, like, the initial conversation I

23   had with her.  I ran down everything that was happening

24   that I could recall like at the time, which had been a

25   lot, had kind of stacked up, but it was -- Yeah, it was
```

Asha Daniels                                                June 17, 2025

1    kind of like a rushed conversation, I guess I could say.

2    So do you want me to list off everything that I remember

3    talking to her about?

4        Q.    Yes.  From the first conversation tell me the

5    things that you complained to her about.

6        A.    So of course I complained about Amanda's

7    treatment of myself, of Amanda's treatment of the local

8    workers at each city that we would have.  I complained

9    to her about Amanda physically assaulting me and the

10   rack situation.  I believe I told her at that point

11   about Amanda also physically assaulting another woman

12   that she was friends with that I mentioned during the

13   first part of my testimony.

14            I told her about the lack of accommodations for

15   the dancers and that I had talked to -- I had talked to

16   Amanda about it and I was being told to deny them the

17   accommodations that they needed.  I told her about my

18   injuries, about being denied medical attention.

19       Q.    Okay.  Anything else in that first

20   conversation?

21       A.    I remember telling her that I felt like my

22   treatment was -- it had, like, a racial undertone to it.

23       Q.    Anything else?

24       A.    I believe that's what I can remember right now.

25       Q.    Okay.  When was the next time you talked to

Asha Daniels                                                    June 17, 2025

1   Ms. Gugliotta in person about complaints that you had

2   about anything?

3        A.   I'm not exactly sure of the date, but I'm sure

4   the text messages kind of are a good guide.  So probably

5   the next day, February 24th probably.

6        Q.   Okay.  And what did you discuss with her on

7   February 24th?

8        A.   So I believe this is when she checked in on me.

9   I told her that it still wasn't going good, and she said

10  that -- she asked me if it was okay with her if she

11  addressed my concerns with Amanda, and at that point,

12  once again not really being sure of how, you know, this

13  would go or like if I would actually be protected, I

14  asked her to but I asked her to also talk to her about

15  not retaliating against me because Amanda's complaints

16  with me were not about my work, it was about me

17  complaining about her bullying people including myself.

18           And she was just, like, apologetic about the

19  fact that I was being treated this way and told me that

20  it would change.

21       Q.   Anything else on the second conversation?

22       A.   Like I said, I'm going based off of text

23  messages.  I talked to Carlina so many times that it's

24  going to be hard for me to remember exactly what was

25  said in each conversation.

Asha Daniels                                                    June 17, 2025

1        Q.    Then we do our best.

2              So that's the second conversation.

3              When was the next conversation in person that

4    you had with Carlina?

5        A.    Okay.  Remembering from this these text

6    messages that she also wanted to talk to me about

7    designs.

8        Q.    When was that?

9              THE COURT REPORTER:  I'm sorry.  About?

10             THE WITNESS:  Designs.  I'm sorry.

11             I'm guessing this is still part of the 24th

12   conversation since I don't see a new date but I can't

13   say for sure.

14             And then -- This feels like it would have been

15   two separate conversations with Carlina although I don't

16   see a date change on here so I'm not exactly sure.  But

17   Carlina and I definitely talked in person about the

18   situation with the local workers, me allowing them to go

19   on a break and eat the food, which I was never told that

20   wasn't allowed.  All the other local workers were

21   allowed to eat the food and Carlina agreed with me,

22   she's, like, "Yeah, they are definitely allowed to and

23   Amanda should not be grabbing food out of anyone's hand

24   and yelling at you guys."

25             And then I know, like, later that day she said

Asha Daniels                                        June 17, 2025

1    that she checked and she was wrong and that they are

2    supposed to have separate catering, which I told her

3    that's fine but no one ever told me and the

4    disrespectful behavior doesn't need to be a part of it.

5            And then she asked me to record Amanda.

6    BY MR. WEINSTEN:

7        Q.    Did you do that?

8        A.    No.

9        Q.    Why not?

10       A.    Because recording conversations like

11   intentionally that people don't know they're being

12   recorded I don't know exactly what the law is but that

13   feels illegal and immoral, like it doesn't feel like

14   something that you should do.

15       Q.    Okay.  When was the next conversation in person

16   that you had with Ms. Gugliotta?

17       A.    We definitely talked about the screen shot I

18   sent her of Amanda saying that she was drinking, doing

19   shots.

20       Q.    That is actually complimentary text about you,

21   isn't it?

22       A.    Yeah.

23       Q.    Okay.  So what were you talking --

24            Why were you upset about that?  Or were you not

25   upset about it, you were just telling her about it?

Asha Daniels                                                    June 17, 2025

1      A.   Give me one second to read this.  I'm sorry.  I
2   want to make sure I fully remember correctly.  I think I
3   just -- I wanted her to see, like, first off Amanda like
4   doing shots while at work and then the fact that she
5   apologized to me for her behavior and that she also was
6   like actively complaining about the tour and the
7   conditions.
8      Q.   So you wanted to rat out Ms. Nomura for
9   complaining about the conditions on the tour; is that
10  the purpose of this?
11          MR. ZAMBRANO:  Argumentative.
12          Please answer.
13          THE WITNESS:  Saying the term rat out feels,
14  like, a disrespectful jab.  That's unnecessary for this
15  conversation.
16  BY MR. WEINSTEN:
17     Q.   Is that what you were doing?
18     A.   No.  I think that's disrespectful to say that
19  speaking your concerns at the workplace is ratting
20  someone out.
21     Q.   So you --
22     A.   So no.  I would say that I was letting her know
23  like this is the condition, this is some proof of the
24  unhinged behavior of Ms. Nomura, the unprofessional
25  behavior and the fact that she is attesting to I am

Asha Daniels                                         June 17, 2025

1    doing a good job and she's sorry for how she's treated

2    me so ratting out just feels disrespectful for no

3    reason.

4        Q.   By the way, you said she was drinking during

5    work.  This is after work, isn't it?  She's in the

6    shower and having a tequila shot?

7        A.   So technically you would think that, but I was

8    like always at work so that's part of my testimony, that

9    even when my day should have ended, it didn't end, like

10   there --

11       Q.   But she --

12       A.   -- were still conversations -- Can I

13   finish my --

14       Q.   But she's not at work.  All right.

15       A.   Can I finish what I said?

16       Q.   Whatever.  I will withdraw the question.  Let's

17   move on.

18            What's your --

19            What's the next thing?  So you talked to her

20   about the text.  What else did you --

21            What was the next time you complained to

22   Ms. Gugliotta about anything about your circumstances?

23            In person.  We have the texts.  I just want to

24   know about the in-person conversation.

25       A.   Like I said, it is hard for me to remember how

Asha Daniels                                              June 17, 2025

1   many times I met with her on the topic of each one so

2   that is why I'm using this kind of as a guide, but it

3   happened over two years ago and so much went on that

4   it's hard to give you an exact this date, this city,

5   this is how long the conversation went on.  It would be

6   impossible for me to recall exactly.

7       Q.   Just give me your best recollection.  If you

8   don't remember, then just say you don't know.

9       A.   Okay.  Okay.  So I guess it looks like maybe we

10  talked multiple times on February 24th, I guess.  Yeah.

11      Q.   Okay.  Previously a minute ago you testified on

12  February 4th (sic) you discussed with Ms. Gugliotta that

13  things are still not going good, that -- that she said

14  she would address the concerns and you talked about

15  bullying.

16           What else was discussed on February 24th?

17      A.   And I just want to say that you originally said

18  February 4th.  It was February 24th, not 4th.

19      Q.   I didn't think I said -- 24th.  But go ahead.

20      A.   Yeah, 24th.  I'm sorry.  Can you repeat the

21  question.

22      Q.   What else was discussed on February 24th that

23  you have not already testified to?

24      A.   Okay.  So this situation that's in the text

25  messages.  Yeah, her pulling me aside to yell at me and

Asha Daniels                                                June 17, 2025

1   say that I was talking shit to Bree Runway's crew, which
2   is not true.  Yeah, and then me telling her like I don't
3   want to be bullied and yelled at by you.  And that I was
4   ahead of schedule, which I always was, like getting
5   everything done in a timely manner.  Okay.  And then
6   obviously we're talking about Friday, February 24th at
7   1:08 her asking me to come to her room.  So yeah, I
8   guess that's everything that I remember from that day.
9       Q.   Okay.  So what was the next in-person
10  conversation you had with Ms. Gugliotta about your
11  complaints about things in the workplace?
12      A.   It looks like it was February 27th and we
13  probably had a conversation about the designs she asked
14  for as well as I probably told her about how Amanda
15  originally asked me to do these designs, and I stayed up
16  all night that first night I had in a hotel room to do
17  it, even though I needed my sleep, and then that morning
18  she told me she wanted to present the designs as an
19  anonymous designer and I told her that that was really
20  offensive and that she was not allowed to present my
21  designs if she felt she needed to do it as anonymous,
22  and that Amanda told me that the way Lizzo's team is,
23  that they are so crooked, that they would want to take
24  my designs and not pay me for them, and I told her I'm
25  not concerned about that but obviously I would never

Asha Daniels                                          June 17, 2025

1    disrespect myself as a black woman to allow you to

2    present my designs without my name on them so I just

3    withdrew my designs and told her don't submit them.  And

4    then Carlina asked for them, so I shared them with

5    Carlina and yeah, we talked about that.

6        Q.   Okay.  What else?  Anything else on

7    February 27th?

8        A.   I know that every time I talked to Carlina she

9    checked in with me about, like, what the update was,

10   like was Amanda's behavior improving, and the answer was

11   always no, it was that she was still being hostile with

12   me.  Every time she learned that I talked to Carlina she

13   got increasingly aggressive and hostile and yelling and

14   being rude.

15       Q.   Okay.  Any other in-person conversations you

16   can recall with Ms. Gugliotta?

17       A.   Well, I know that, like, outside we would have

18   bigger conversations in her office, but she would also

19   find times to peek in and do, like, smaller check-ins

20   with me.

21            And then the next time that would be indicated

22   from these text messages would be the day that I was

23   fired.  And I started off telling her that I was having

24   an allergic reaction, wasn't feeling well, and that

25   Amanda has been aggressive and hostile since I mentioned

Asha Daniels                                                    June 17, 2025

1    it and I asked her to talk.

2        Q.    Okay.  Have you now told me all of the oral

3    conversations you can recall with Ms. Gugliotta?

4        A.    No.

5        Q.    Okay.  What else?

6        A.    So then when she came in that day, I had

7    mentioned this earlier, but she apologized to me and

8    told me that the decision was made to send me home

9    because they could not replace Amanda and they knew that

10   I did not want to stay on the tour long term as, like, a

11   career move.  And she told me, like, she wanted to keep

12   working with me and, like, you know, keep asking me for

13   design submissions.  She apologized for my treatment on

14   the tour.  I thanked her for, you know, like what she

15   was able to do.  And she insisted that I stayed and had

16   fun, and I asked her, like, "Do you want me to stay and

17   finish out the day?"

18           And she said, "No," the least they could do is

19   let me have a good night and actually watch the show and

20   have fun.

21       Q.    Okay.  Have you now told me all of the oral

22   conversations you had with Ms. Gugliotta regarding your

23   complaints about things on the tour?

24       A.    No.

25       Q.    Okay.  What else?

Asha Daniels                                          June 17, 2025

1      A.    That same day Amanda was trying to get, like,

2    security to kick me out so I know I mentioned it to her,

3    that Amanda was, like, still being aggressive even

4    though I had been fired but asked to stay and enjoy the

5    show, that she was still harassing me.

6      Q.    Anything else?

7      A.    I think that's everything to the best of my

8    recollection, but it definitely -- like I said, I talked

9    to Carlina often and so I'm sure, you know, I'm not

10   giving an exact picture of how many times I talked to

11   her.

12     Q.    Okay.  But as far as the complaints that you

13   shared with Ms. Gugliotta, have you now told me

14   everything you can recall discussing with her at least

15   in generalities and topic areas complaining about things

16   on the tour?

17           Actually, can you read that question back.  I'm

18   not sure that came out as clean.

19           (Record read as follows:

20           "Question:  But as far as the

21           complaints that you shared with

22           Ms. Gugliotta, have you now told me

23           everything you can recall discussing

24           with her at least in generalities and

25           topic areas complaining about things on

Asha Daniels                                    June 17, 2025

1              the tour?")

2              MR. WEINSTEN:  I'm going to withdraw that

3    question and I'm going to ask a cleaner question.

4       Q.   Have you now told me everything that you can

5    recall orally discussing with Ms. Gugliotta regarding

6    your complaints about things that occurred on the tour?

7       A.   I think that there are several things that we

8    have already discussed in this deposition that weren't

9    just said in this section of questioning.  Do you want

10   me to go back over those things?

11      Q.   I'm only, just to be clear, only interested in

12   what you said to Ms. Gugliotta.  You talked about what

13   happened on -- a conversation on February 23rd, one on

14   February 24th, one on February 27th, one on March 5th.

15           Was there anything else that you discussed

16   orally with Ms. Gugliotta about your complaints about

17   things going on on the tour?

18      A.   Okay.  These are things that I believe I have

19   already said in the deposition so far but not in this

20   section that I will just go over again to make sure that

21   I'm clear.

22           We definitely discussed the, like, racial

23   stereotypes that were being used as, like, a way to

24   bully the Big Grrrls.  And Lizzo, we discussed the

25   inappropriate conversations about Beyonce and other

Asha Daniels                                              June 17, 2025

1   black female stars.  We also discussed the inappropriate

2   conversations about sex, drugs, sex workers that went on

3   with the crew including Amanda.  I definitely also told

4   her about the situation where Amanda said that she would

5   kill a bitch and stab a bitch, the situation about her

6   medication being lost, complaints about Molly not --

7   Molly/Amanda not giving the Big Grrrls the

8   accommodations they needed, being denied medical care.

9   I think -- I believe that's everything.

10      Q.   Okay.  Now, you heard Ms. Gugliotta's testimony

11  yesterday, correct?

12      A.   Yes.

13      Q.   She testified you didn't talk about any of

14  these things with her.  So is it your opinion that she

15  was lying in her testimony yesterday?

16          MR. ZAMBRANO:  Argumentative.

17          Please answer.

18          THE WITNESS:  Yes.

19  BY MR. WEINSTEN:

20      Q.   Okay.

21      A.   About that part.

22      Q.   Just to be clear, she was the one looking out

23  for you throughout this whole process; isn't that right?

24          MR. ZAMBRANO:  Assumes facts.

25          Please answer.

Asha Daniels                                                June 17, 2025

1  BY MR. WEINSTEN:

2     Q.   Just to be clear, sitting here today you think

3  Ms. Gugliotta who does not work for Lizzo anymore is a

4  liar because you said all of these things to her that

5  she denied you ever saying to her; that's your testimony

6  just so that we are clear on the record under penalty of

7  perjury?

8          MR. ZAMBRANO:  Argumentative.

9          Please answer.

10 BY MR. WEINSTEN:

11    Q.   You can answer.

12    A.   I'm saying that if she did not say these things

13 and was asked them, then yes, that would be a lie.

14    Q.   Let me ask you this:  Why is none of these

15 things about the drugs, the kill a bitch, the racial

16 overtones, why is none of that stuff in the text

17 messages that you sent to Ms. Gugliotta?  Those things

18 sound much more serious than the things that are

19 actually mentioned in the texts.  Why did you leave

20 those out?

21          MR. ZAMBRANO:  Argumentative, vague and

22 ambiguous as asked, misstates testimony, assumes facts.

23          Please answer.

24          MR. WEINSTEN:  Let me rephrase the question.

25 Let me restate the question.

Asha Daniels                                                    June 17, 2025

1        Q.   Why did you not mention any of those things in

2    the actual written complaints that you made to

3    Ms. Gugliotta?

4            MR. ZAMBRANO:  Same objections.  Please answer.

5            THE WITNESS:  So I did mention some of those

6    that you just listed but as I said --

7    BY MR. WEINSTEN:

8        Q.   Where do you talk about the drugs?  Let's just

9    go through it one at a time.

10           Where do you talk about the drugs to

11   Ms. Gugliotta in the text?

12           MR. ZAMBRANO:  So his focus is what is in

13   writing right now.

14           THE WITNESS:  Yes.

15           MR. ZAMBRANO:  So --

16   BY MR. WEINSTEN:

17       Q.   I'm asking you:  You made testimony that

18   Ms. Gugliotta is a liar, you went and complained to her

19   about all of these things, none of which show up in your

20   very detailed, meticulous texts to Ms. Gugliotta.

21           My question to you is:  Why didn't you mention

22   the drugs in the texts to Ms. Gugliotta?

23           MR. ZAMBRANO:  Objection as to the preamble.

24           Please answer.

25           THE WITNESS:  Okay.  I'm sorry.  It's a little

Asha Daniels                                              June 17, 2025

1    confusing because I was ready to answer your first

2    question.

3              MR. WEINSTEN:  That question is withdrawn.  I

4    have a new question for you.

5              THE WITNESS:  Okay.

6    BY MR. WEINSTEN:

7        Q.   Why you did not mention the drugs in the texts

8    to Ms. Gugliotta?

9        A.   There were a lot of things that I did not

10   mention because a lot was going on so I mentioned to her

11   what I could and we discussed the rest in person.

12       Q.   Okay.  Why didn't you mention the drugs?  Was

13   it not important to you?

14       A.   It was obviously important to me and I did

15   mention them.

16       Q.   Why didn't you put it in writing?  Where is it

17   in the texts?

18       A.   Not everything has to be in texts obviously.

19       Q.   Okay.  So did you put anywhere in these texts

20   about Amanda saying that she would kill a bitch?

21       A.   Not that I see here, but it's definitely

22   something we discussed in person.

23       Q.   Why didn't you put it in the texts?

24              MR. ZAMBRANO:  Well, the document speaks for

25   itself.  It actually is in the texts.

Asha Daniels                                              June 17, 2025

1          MR. WEINSTEN:  That one is not in the texts.

2          MR. ZAMBRANO:  I'm confusing it with another

3  one.

4          Go ahead.

5          THE WITNESS:  Okay.

6  BY MR. WEINSTEN:

7      Q.   Why is it not in the texts?

8      A.   So when I was able to talk to Carlina, my phone

9  was broken so I had to use my iPad to send her messages,

10  and I was often in a room isolated with Amanda so the

11  things that I did put in the texts were what I could fit

12  into a conversation without Amanda seeing me, and I

13  would put my -- you know, my iPad away so that she

14  wouldn't know that I was complaining.

15      Q.   Why didn't you put any of the stuff about Molly

16  in the texts?

17      A.   For the same reason.  I was trying to, like,

18  find a moment where Amanda was not with me to pull my

19  iPad out to be able to send her these messages.

20      Q.   Okay.  Other than Ms. Gugliotta, did you

21  complain to anybody else about your treatment at --

22  during the tour?

23      A.   Yes.

24      Q.   Who else?

25      A.   So I told pieces of this, of course, to the

Asha Daniels                                          June 17, 2025

1    young woman that I mentioned before that I don't

2    remember her name but she was on our bus, she worked in

3    catering.  I can't remember her name.  But I talked to

4    her about some of it.  I talked to Dulce about some of

5    it.

6         Q.   Did you talk to Chris Coffie?

7         A.   It's possible but I -- honestly I was never

8    formally introduced to Chris Coffie so I don't know if

9    he is someone that I talked to or not.  There were a lot

10   of people that I'm, like, I don't know their names

11   because I wasn't introduced to them.

12        Q.   Let's focus on management.

13             Other than Ms. Gugliotta did you speak to

14   anybody in management about your complaints?

15        A.   I talked to Dulce.

16        Q.   Okay.  Is she the only one?

17        A.   Like I said, I might have talked to Chris but I

18   can't put a face to his name so I wouldn't know.

19        Q.   Okay.  Did you put any of your complaints in

20   writing to Dulce?

21        A.   No.

22        Q.   Any reason for that?

23        A.   Like I said, I didn't have a phone, I only had

24   my iPhone -- my iPad, I'm sorry, and I didn't have

25   Dulce's direct contact and I was pretty afraid to talk

Asha Daniels                                                      June 17, 2025

1    to anybody about it.  And when I found Carlina I kind of

2    felt like hopefully this is someone that I can trust

3    with reporting these things to.

4        Q.    Okay.  What did you report to Dulce?

5        A.    So to Dulce -- Dulce and Amanda got into a

6    pretty big argument -- like actually several pretty big

7    arguments, so the situation I told you about in part one

8    of my deposition where I couldn't find my walkie-talkie

9    and she -- Dulce had it or helped me find it, I can't

10   really remember, and so then I told her, like, you know,

11   thank God, Amanda didn't tell me that -- all this stuff

12   about if you lose it, it's a ton of money to replace it,

13   and she told me not to talk to anyone and to just find

14   it which was kind of an impossible task.  And she was

15   like, "Yeah, sorry, Amanda's like that, she can just be

16   a nightmare," and we had like a conversation just about,

17   like, Dulce telling me how Amanda had just done things

18   to be mean to her and she just noted that she could also

19   see that Amanda was bullying me.  And so we talked about

20   just, like, smaller level things than what I talked

21   about with Carlina, about her, you know, telling me not

22   to talk to anyone.  She would see me in the middle of

23   the day and see that I was just sad and kind of, like,

24   broken down, and she would be, like, you know, "Keep

25   your head up" kind of thing.

Asha Daniels                                                    June 17, 2025

1        Q.    Anything else that you discussed with Dulce

2    that you haven't testified to so far?

3        A.    That's what I can remember at the moment.

4        Q.    Okay.  So if you go in Exhibit 25 at page 26,

5    in the second to the last text message there you write

6    to Carlina:

7              "OK - yes that's amazing & makes me so

8              happy!  I'd love to hang in Cologne!  I

9              truly have felt very welcomed by this

10             team and would love for the rest of

11             this tour to be a positive experience."

12             Were you being truthful when you said that?

13             MR. ZAMBRANO:  Compound as asked.

14             Please answer.

15             Actually withdrawn.  Vague as asked.

16             Please answer.

17             THE WITNESS:  Okay.  Can you say the question

18   again.

19   BY MR. WEINSTEN:

20       Q.    You stated to Ms. Gugliotta in a text from

21   February 24th at the time that you were voicing all of

22   these complaints about your horrible time on the tour

23   and you said that you "truly have felt very welcomed by

24   this team and would love for the rest of the tour to be

25   a positive experience."

Asha Daniels                                                    June 17, 2025

1          Were you being truthful in that statement, yes

2     or no?

3        A.    Yes.   And to be specific I was talking about

4     the Big Grrrls, the background singers, the background

5     musicians, Bree Runway and her team, like they were

6     definitely being -- and the few people, like the woman

7     in catering that I mentioned, and the caterer who looked

8     out for me when I had the allergic reaction so yes.

9              MR. WEINSTEN:  Okay.  Why don't we take a

10    break.  We've been going a little over an hour and then

11    come back.

12             What do you guys want, five?  Ten?

13             THE VIDEOGRAPHER:  We are off the record at

14    10:52 a.m.

15             (Recess taken from 10:52 a.m.

16             to 11:12 a.m.)

17             THE VIDEOGRAPHER:  We are back on the record at

18    11:12 a.m.

19             MR. WEINSTEN:  I am going to mark as

20    Exhibit 29, this is a series of hotel vouchers for the

21    European leg of the tour.  Specifically vouchers for

22    you.  Everybody else is redacted other than yours.  So

23    the document for the record is Bates numbered COF_000126

24    through 000137.  These are documents that were produced

25    by Mr. Coffie in this case, Chris Coffie, production

Asha Daniels                                    June 17, 2025

1    manager for the tour.

2             (Deposition Exhibit 29 was marked.)

3    BY MR. WEINSTEN:

4        Q.   Let me just walk through these with you very

5    quickly.  So the first page of this document, which is

6    page Bates numbered -126, is a hotel voucher for Oslo.

7             Do you recall staying in a hotel in Oslo?

8        A.   Yes.

9        Q.   Okay.  If you flip two more pages to -128 this

10   shows you staying in a hotel in Hamburg from

11   February 19th to February 20th.

12            Do you recall that?

13       A.   I remember being in Hamburg, but I can't say

14   that I remember being in a hotel.

15       Q.   You have no reason to deny that you actually

16   stayed in a hotel --

17       A.   No.

18       Q.   -- given that Mr. Coffie, the production

19   manager, has a voucher for you to stay in that hotel?

20       A.   Yeah.  No.

21       Q.   Then if you flip to page -130 this shows a

22   hotel voucher for you for Amsterdam from February 20th

23   to February 23rd.

24            Do you have any reason to believe that you

25   didn't stay in a hotel in Amsterdam from February 20th

Asha Daniels                                          June 17, 2025

1    to February 23rd?

2        A.   No.

3        Q.   Okay.  And by the way, this is after you

4    injured your ankle; isn't that right?

5        A.   Yes.

6        Q.   Okay.  So did the hotel in Amsterdam have ice?

7        A.   Yes.  I'm sure.

8        Q.   By the way --

9        A.   I shouldn't say yes.  I'm sure.

10       Q.   -- when did --

11            And you could have gotten pain medication in

12   the hotel as well, correct?

13       A.   Not necessarily.

14       Q.   Not necessarily.  Did you ask?

15       A.   I don't have a memory of being in this hotel

16   asking for pain medication but this -- we're talking

17   about Amsterdam?

18       Q.   Yes.  This three days in Amsterdam.

19       A.   This is when the guy that I was dating at the

20   time visited me and he brought me some Tylenol.

21       Q.   Okay.  So you had pain medication.

22       A.   Yes.

23       Q.   Thank you.  You left that part out of your

24   prior testimony.

25            So can you turn to page -132.

Asha Daniels                                                        June 17, 2025

1      A.    Yes.

2      Q.    This shows you staying in Cologne at a hotel

3  from February 24th to February 27th.

4          Do you recall that?

5      A.    Same thing.  I know I went to Cologne.  I can't

6  say I necessarily remember the hotel but --

7      Q.    Do you deny --

8      A.    -- I have no reason to not believe it.

9      Q.    Okay.  Let's go to page -134.  This shows you

10 staying in a hotel in Milan from March 1 to March 2.

11         Do you have any reason to believe that you

12 didn't stay in a hotel from March 1 to March 2?

13     A.    No.

14     Q.    And then this is -- go to page -136, this shows

15 Paris you staying in a hotel March 3rd to March 5th.

16         Is there any reason to doubt that you stayed in

17 a hotel in Paris from March 3rd to March 5th?

18     A.    No.

19     Q.    So, in fact, the majority of the time on the

20 tour you were actually staying in hotels not in the

21 bunks; isn't that right?

22         MR. ZAMBRANO:  Vague as asked.

23         Please answer.

24         THE WITNESS:  Yeah, I'm a little confused by

25 the question.

Asha Daniels                                                    June 17, 2025

1   BY MR. WEINSTEN:

2        Q.   You were on tour for 18 days; isn't that right?

3        A.   I don't know the exact number.

4        Q.   From February 14th -- Actually the tour started

5   on the 17th.  So it's actually less than 18 days.  One,

6   two, three, four, five, six, seven, eight, nine, ten,

7   eleven, twelve, thirteen, fourteen, fifteen, sixteen --

8   seventeen days.  You were on tour for seventeen days;

9   isn't that right?

10       A.   I wouldn't feel comfortable unless I saw it and

11  counted it myself, but I have no reason not to believe

12  that.

13       Q.   Okay.  Well, you testified earlier when you

14  started and when you stopped; isn't that right?

15       A.   Approximately what I believe.

16       Q.   It's about 18 days.  Okay.  And we have

17  vouchers here showing that you're staying in hotels for

18  12 of those days; is that right?

19       A.   You have vouchers showing my stays.  Like I

20  said, I can't fully attest to all of them but I'm not

21  disputing it.

22       Q.   Because earlier you testified that you rarely

23  stayed in hotels and that was inaccurate, isn't it?

24       A.   No.

25       Q.   Okay.  Now, the evening of March 4th, that was

Asha Daniels                                               June 17, 2025

1    a travel day --

2           March 4th was a travel day -- is that

3    correct? -- on the way to Paris?

4        A.   I'm not sure.  I couldn't tell you.

5        Q.   Let's put it this way:  You know you were in

6    Paris for a show on the 5th -- isn't that right? --

7    that's when you got fired?

8        A.   I believe so, but like I said, I -- that's not

9    something I just can recall perfectly.

10       Q.   Okay.  So you don't know what you were doing

11   the day before?

12          MR. ZAMBRANO:  Before what?

13          MR. WEINSTEN:  Before the day you got fired.

14          THE WITNESS:  I would have to look at some,

15   like, evidence documents to know exactly but...

16   BY MR. WEINSTEN:

17       Q.   I mean, I can show them to you but the bottom

18   line is you just don't remember.  Okay.  Fine.

19          The evening --

20          What did you do the evening before March 5th,

21   the day you got fired?  What did you do that night?

22       A.   I believe that I went out for a dinner with

23   Bree Runway's tour manager and I believe her

24   videographer, two other guys, I think her videographer

25   and someone else who worked on the tour with her.

Asha Daniels                                              June 17, 2025

1      Q.   Okay.  And where did you go for dinner?

2      A.   I couldn't tell you.  Some maybe Italian spot.

3    I couldn't remember.  Some nice restaurant.

4      Q.   Was anybody drinking at the dinner?

5      A.   Yes.

6      Q.   Were you drinking at the dinner?

7      A.   I believe I had a drink, but I can't say for

8    sure what it was.

9      Q.   How many drinks did you have that night?

10     A.   Not a lot.  Maybe one glass of wine, but like I

11   said, I can't remember exactly.

12     Q.   Could it have been more than three or four?

13     A.   No.

14     Q.   And when you went to bed that night, how did

15   you feel?

16     A.   Fine.

17     Q.   Okay.  And you woke up the next --

18          By the way, what time did you get home that

19   evening?

20     A.   I'm not sure.  And I guess I should say I felt

21   fine as in I did not feel sick at that point.

22     Q.   That's what I'm getting at.

23     A.   Yes.

24     Q.   So on March 4th you went to dinner.

25          Do you know about what time you went to dinner?

Asha Daniels                                                    June 17, 2025

1          A.    I don't.

2          Q.    How long was the dinner?

3          A.    I couldn't tell you.  It was probably about --

4    like at least an hour and a half, my guess.

5          Q.    And you went to bed and you felt fine?

6          A.    Yes.  But -- Yes.

7          Q.    Okay.  What time did you wake up the next day?

8          A.    I couldn't tell you.  I would have to look at,

9    like, what the schedule was for the day.

10         Q.    Didn't you testify that you were doing things

11   in the morning, you know, at work?

12         A.    So I think if I look at some of this, I can --

13   Okay.

14               MR. WEINSTEN:  I will give you the schedule.

15   We are up to 30?

16               MS. MALLONEE:  Yes.

17               MR. WEINSTEN:  I'm just going mark this as 30.

18   You guys can look at it together.

19               THE WITNESS.  Okay.

20               MR. WEINSTEN:  That's the schedule for the day.

21               THE WITNESS:  Okay.

22               (Deposition Exhibit 30 was marked.)

23   BY MR. WEINSTEN:

24         Q.    Does that refresh your recollection as to what

25   time you got to work?

Asha Daniels                                                                June 17, 2025

1          MR. ZAMBRANO:  I'm sorry.  Is this an exhibit

2    that we get a copy of?

3          MR. WEINSTEN:  Yeah.  You're going to have to

4    look on with her.  I don't have a copy.

5          MR. ZAMBRANO:  Go ahead and answer the question

6    and hand it to me.

7          THE WITNESS:  So the schedule says that the day

8    started at 6:00 a.m.  And, yeah, my guess would be that

9    I started probably a little bit earlier than 6:00.

10    Q.   Okay.  What time did you wake up?

11    A.   I couldn't tell you exactly what time I woke

12    up.

13    Q.   Typically what time -- how much before the

14    workday starts do you typically get up and start getting

15    dressed and all of that?

16    A.   Probably an hour before.  Something like that.

17    Q.   And according to what we saw you were sleeping

18    in a hotel that night; is that right?

19    A.   I believe so.

20    Q.   Okay.  So, let's say, you got up about

21    approximately 5:00 a.m.  Does that about right?

22    A.   Yeah, about.

23    Q.   How did you feel when you woke up?

24    A.   I don't remember, like, feeling poorly at that

25    point necessarily.

Asha Daniels                                          June 17, 2025

1      Q.   Okay.  Then you get to work presumably

2  somewhere close to 6 o'clock.  How did you feel when you

3  got to work?

4           Actually, let me back up a second.  When you

5  got up that morning, what was -- what was the first

6  thing you did?  Did you go to breakfast?

7      A.   So once again I cannot perfectly recall my

8  morning, but normally I would get up, I would do my

9  makeup, get dressed, maybe take a shower if I didn't the

10  night before, which I can't recall if I did it the night

11  before or that morning, and then try to grab something

12  to eat.

13      Q.   Okay.  And did you eat at the hotel that

14  morning?

15      A.   I can't remember if I ate at the hotel.  My

16  guess is that I probably ate something out of catering.

17  I don't have a perfect memory of what I ate for

18  breakfast.

19      Q.   Do they serve breakfast at catering?

20      A.   Yes, they do.

21      Q.   Okay.  And what time would that have been?

22      A.   I don't know exactly what time.  It was

23  probably whenever I could find a second to grab

24  something quick.

25      Q.   Okay.  Can I have that back, please.  I will

Asha Daniels                                                          June 17, 2025

1    give this back to you in a minute.  Okay.  And then --

2          So you get to work, probably ate something at

3    some point in time.  What was the first thing you did at

4    work?

5       A.   The first thing I did at work was -- So I can't

6    recall if we did a load in that day.  I'm thinking we

7    didn't but I can't recall.

8       Q.   Okay.

9       A.   If we didn't, it would have been a load in.

10   But I don't think we did a load in that day.

11      Q.   What is a "load in"?

12      A.   A load in -- What I've been telling you that

13   I'm not supposed -- I was told before I came on tour

14   that I would not be responsible for doing and then I was

15   told I was, so it would be moving these really heavy

16   cases that have wheels on them to get them into the

17   correct rooms.  And there was like -- Every place we

18   went there was a big group of mostly men who did it for

19   us, but I was forced into doing that work.

20      Q.   Okay.  But sitting here today you don't recall

21   doing a load in.  Assuming you didn't do a load in, what

22   was the first thing that you did when you got to work?

23      A.   I probably figured out who the locals were and

24   just gave them, like, a lay of the land, told them what

25   we would be doing for that day, like what our timeline

Asha Daniels                                          June 17, 2025

1    was to hit certain tasks at a certain time to keep us on

2    a good schedule.

3        Q.   Okay.  According to this the first local call

4    is at 7:00; is that right?

5        A.   If it says 7:00 here, that's probably around --

6             MR. ZAMBRANO:  He has it.

7             THE WITNESS:  Okay.  It's probably around what

8    time they came but locals sometimes came earlier,

9    sometimes later.  It really just depended.

10       Q.   Okay.  There's something here called a walk and

11   chalk.  What is a walk and chalk?

12       A.   So I'm not exactly sure, but I believe that has

13   something to do with the people putting the staple

14   together, maybe outlining stuff, but I'm not exactly

15   sure.

16       Q.   Okay.  And then there is something here called

17   a lobby call for transport to venue at 7:00 a.m.  What

18   does that mean?

19       A.   So if we were staying at a hotel, we had to be

20   in the lobby at a certain time to get on the bus to be

21   driven to the venue.

22       Q.   Okay.  And then there's a second local call at

23   8:00 a.m.  What does that mean?

24       A.   So the locals came in waves, but ours usually

25   came at the same time so there were a lot of local

Asha Daniels                                      June 17, 2025

1    sound check at 4:00 p.m.

2           What occurs between this third local call and

3    the sound check?  What other work is there for you to

4    do?

5       A.   So I get there in the morning, I talk to the

6    locals, give them the lay of the land, and then start,

7    you know, delegating tasks of who is going to do what.

8    Usually I would have some locals working on sewing

9    fishnet stockings that had been ripped, which would be

10   ripped every tour stop, so some of them would sit and

11   sew.  Then we would also start washing the dancers'

12   clothing, drying them.  Some of the locals would work on

13   hand washing Lizzo's garments and then I would just kind

14   of get in wherever I could fit in depending on, like,

15   where the need was and oversee everything and make sure

16   we would be on time.

17      Q.   Okay.  So between --

18           Based on your testimony am I correct that

19   between 5:00 and 9:00 a.m. you weren't hung over or

20   anything like that?

21      A.   Absolutely not.

22      Q.   You were getting your job done perfectly?

23      A.   Absolutely.

24      Q.   No problems at all?

25      A.   Vague.  Can you be a little more specific?

Asha Daniels                                              June 17, 2025

1      Q.   You were feeling good, you were starting the
2  day, getting ready for the show, doing your job from
3  5:00 to 9:00; is that correct?
4      A.   No, that's not correct.
5      Q.   Okay.
6      A.   So at some point in -- Like I said, I wasn't
7  given medical attention so I'm guessing, I'm not a
8  medical professional myself, I believe I ate something
9  that morning that made me start to feel that allergic
10  reaction.
11     Q.   Okay.  What did you eat that morning?
12     A.   I don't recall exactly what I ate.
13     Q.   What food allergies do you have?
14     A.   I'm allergic to processed orange juice.
15     Q.   Did you have orange juice that morning?
16     A.   Not that I know of but it's possible.
17     Q.   Are you --
18          Is it possible that you had orange juice
19  without knowing it?  Do you know to stay away from
20  orange juice because you are allergic to you?
21     A.   Of course I do, but like most people with
22  allergies sometimes there's orange juice in something
23  that you -- you know, it's not listed, and you drink it
24  and then you're like wait a minute, whatever.
25          But I will say I don't believe it was orange

Asha Daniels                                                    June 17, 2025

1    juice that caused the reaction, and I'm not sure exactly

2    what it was that caused the reaction.

3        Q.   Okay.  Well, how do you know it was --

4             By the way, are you allergic to anything else

5    other than orange juice?

6        A.   I'm allergic to dust but not any other food

7    allergies that I know of.

8        Q.   When you were at the hotel, were you near any

9    dust?

10       A.   I don't think it was a dust reaction.

11       Q.   Okay.

12       A.   I believe it was food related.

13       Q.   Okay.  And so sitting here today you are not

14   aware of any other food allergies you have other than

15   orange juice?

16       A.   Yes.  And I don't know what it was that gave me

17   that reaction.

18       Q.   Okay.  So you don't know if it was an allergic

19   reaction; isn't that right?

20       A.   That is correct.  I wasn't given medical

21   attention, so like I said, I'm not a medical

22   professional.

23       Q.   Okay.  And then --

24            At what time did this feeling --

25            When did you start to feel bad that day?

Asha Daniels                                                    June 17, 2025

1      A.   It would have been that morning, and I see I
2  told Carlina about it at 9:15 a.m.  So that sounds
3  right, that I, like, probably grabbed something -- Like
4  I said, it might not have been food but I probably
5  grabbed something, ate it on the go and then started
6  feeling bad that morning.
7      Q.   At what time did you start feeling bad?
8      A.   I can't give you an exact time, but it was
9  definitely before 9:15 a.m.
10     Q.   Was it an hour earlier than when you texted
11 Carlina?
12     A.   I'm not exactly sure but probably around that
13 time.
14     Q.   Okay.  Probably around 9:15 or an hour earlier?
15     A.   Probably around an hour earlier.
16     Q.   Okay.  So at that point in time you're doing
17 the load in or not doing the load in when you started to
18 feel whatever you were feeling?
19     A.   I don't have a memory of doing the load in.
20 It's not to say that it didn't happen that day, but I --
21 that morning I have memories of doing the stuff with the
22 garments and the costumes.
23     Q.   Okay.  And when did --
24          So when you started feeling whatever it was
25 that you were feeling, were you nauseous?

Asha Daniels                                          June 17, 2025

1      A.   I would say yes, but not in a way that I needed
2   to throw up.  Like I felt unsettled, like my stomach
3   felt unsettled.
4      Q.   So was the issue a stomach issue then?
5      A.   So it was partially stomach.  I felt -- Like my
6   stomach felt unsettled.  My body felt -- Like I kind of
7   felt out of body and my skin felt itchy but like not
8   rash itchy, just kind of like inflamed maybe, and I just
9   felt like a little dizzy, a little woozy.
10     Q.   Okay.  Other than feeling a little woozy and
11  the partial stomach and the itchy -- partial stomach
12  problem and the itchy skin, did you have any other
13  symptoms?
14     A.   I probably had a headache.
15     Q.   Probably or you did?
16     A.   Well, I often had a headache on tour, so I'm
17  sure I had a headache as well, but I don't know if that
18  is a direct reflection of the allergic reaction.
19     Q.   Had you ever had an allergic reaction ever in
20  your life other than to orange juice and dust?
21     A.   Yes.
22     Q.   To what?
23     A.   I'm not sure.  Like probably when I was a kid,
24  something that I hardly remember.  But I know I've had,
25  like, a few allergic reactions in my life.

Asha Daniels                                    June 17, 2025

1  correct?

2      A.    That is correct.  But my skin felt inflamed,

3  like I said.

4      Q.    Okay.  So when the symptoms came on you think

5  it was before 9:15.  This says that you were -- this is

6  the third local call.  You didn't know what that was.

7  What were you doing between 9:00 a.m. and 4:00 p.m. with

8  the Bree Runway sound check?  Walk me through your day.

9  What did you do?

10     A.    Okay.  So between 9:00 a.m. -- Can I see that

11  piece of evidence again.  I think that might help me.

12     Q.    There is nothing there.  That's why I'm asking

13  you.

14     A.    Okay.  So let me look at it.

15          Between 9:00 a.m. and 4:00 p.m., so once again,

16  I'm not going to know an exact timeline, but that work

17  it like takes up your morning, and so once the costumes

18  are already being washed and in the process of being

19  dried that was a good point that I knew that I could

20  take a break which I had never taken before.

21     Q.    Okay.  How long was the break?

22     A.    I went and took a nap on the bus for probably

23  30 minutes.  It wasn't long.

24     Q.    About what time was that?

25     A.    Once again, I'm not exactly sure, but it was

Asha Daniels                                    June 17, 2025

1    probably maybe around 11:00 a.m. but that would be me

2    guessing.

3        Q.    Okay.  And then after your nap did you -- what

4    did you do after that?  Did you go back to work?

5        A.    So after my nap I still didn't feel good and I

6    went to the cafeteria and I talked to one of the chefs

7    that I was friendly with.  He had known that I wasn't

8    feeling good and he gave me a pill.

9        Q.    By the way, why did you go to the cafeteria?

10       A.    Because like I said, I had a few people in

11   catering that I was friendly with.

12       Q.    Okay.  What did that have to do with --

13            Were you going to the cafeteria to do work?

14   Were you going there to eat?  What were you going there

15   to do?

16       A.    I was going there to see if someone had

17   something that could help me.

18       Q.    Okay.  And at that point somebody did have

19   something that could help you?

20       A.    Yes.

21       Q.    And remind me who was the person?

22       A.    It was a man in catering.  I don't remember his

23   name.

24       Q.    And you don't know what he gave you, he just

25   gave you some drug?

Asha Daniels                                          June 17, 2025

1        A.    He explained to me what it was at the time, but

2   yeah, like, it really -- I don't know what it was, but

3   he was like this is for allergic reactions.

4        Q.    So you just took some random drug --

5             You didn't know if you really had an allergic

6   reaction, you didn't know what the symptoms -- I'm

7   sorry, not the symptoms -- you didn't know what you had,

8   some guy gives you just a random drug that you don't

9   know what it is and you take it?

10            MR. ZAMBRANO:  Argumentative.

11            Please answer.

12  BY MR. WEINSTEN:

13       Q.    Is that your testimony?

14            MR. ZAMBRANO:  Argumentative.

15            Please, answer.

16            THE WITNESS:  Okay.  Yeah.  I was desperate.  I

17  wasn't feeling good.  I knew I had to get through the

18  rest of my workday, and I had taken a nap, I still

19  wasn't feeling good and he was someone that I -- I can't

20  say I fully trusted but I trusted enough to take the

21  pill that he gave me.

22  BY MR. WEINSTEN:

23       Q.    Was it a prescription drug?

24       A.    I don't remember.  I don't know.  I couldn't

25  even tell you the name of it.

Asha Daniels                                                    June 17, 2025

1      Q.    What color was it?

2      A.    I don't remember.

3      Q.    Was it a capsule or a pill?

4      A.    I don't remember.

5      Q.    Can you tell me anything about this drug that

6  would help me identify what it is?

7      A.    No.  I honestly don't remember.  It was one

8  pill, though.

9      Q.    So you took a pill from a guy without knowing

10 what it is.  How soon before the pill started to kick in

11 when you started to feel better?

12         MR. ZAMBRANO:  Argumentative.

13         Please answer.

14         THE WITNESS:  For clarity, he did tell me what

15 it was and some other people, like, vouched, like, "Oh,

16 yeah, that is something that I take," so I did as best

17 as I could to make sure that it was something that was

18 going to help me.  And he told me to promise him that if

19 I took it I would sit down and eat because it was one of

20 those pills that if you eat it on an empty stomach it

21 would make you throw up.

22     Q.    Did you eat?

23     A.    Yes, I did.

24     Q.    What did you eat?

25     A.    I don't remember.

Asha Daniels                                    June 17, 2025

1      Q.   Okay.  So you're in the cafeteria somewhere
2  around 11 o'clock, you're not exactly sure, you take the
3  pill, you sit down to eat.  How long were you in the
4  cafeteria?
5      A.   Probably around 20 minutes.  I can't say for
6  sure.
7      Q.   Okay.  When did you start feeling better?  When
8  did the pill start kicking in?
9      A.   Once again, I can't say for sure but it
10  probably took about an hour.
11      Q.   Okay.  Did you do any work prior to the pill
12  kicking in and making you feel better?
13      A.   Yes.
14      Q.   Okay.  What were you doing then?
15      A.   So once I sat down to eat Amanda came in and
16  yelled at me in front of everyone and so I finished the
17  little bit that I could and then I went back and began
18  helping the locals with the mending of the garments, and
19  just getting everything, like, hung up and set for the
20  night.
21      Q.   Okay.  How long were you helping the locals
22  mending garments?
23      A.   I couldn't give you an exact time, but it
24  started in the morning and -- I could see what time
25  Carlina came around to talk to me.  I think she said

Asha Daniels                                          June 17, 2025

1   least three occasions that you -- that she claimed you

2   showed up late for work; is that correct?

3       A.   No.

4       Q.   Okay.  She never once told you you were being

5   late for work; is that your testimony?

6       A.   No.

7       Q.   Do you want to think about that before you

8   answer that question?

9            MR. ZAMBRANO:  Mike --

10           THE WITNESS:  I'm thinking about it.

11  BY MR. WEINSTEN:

12      Q.   Did Ms. Nomura --

13           MR. ZAMBRANO:  Hold on.  Hold on.

14           MR. WEINSTEN:  Let me withdraw the question.  I

15  am going to ask it fresh.

16           THE WITNESS:  Okay.

17  BY MR. WEINSTEN:

18      Q.   Did Ms. Nomura ever complain to you that you

19  were late for work, yes or no?

20      A.   So I would say not to my memory, but I was

21  never late so...

22      Q.   That's not the question.

23           MR. ZAMBRANO:  He's just asking --

24  BY MR. WEINSTEN:

25      Q.   Did she ever complain to you that you were late

Asha Daniels                                        June 17, 2025

1    for work?

2        A.    Not to my memory, but it's possible.

3        Q.    Did Ms. Nomura ever complain to you that you

4    were refusing to take direction from her including with

5    respect to footwear?

6        A.    Can you say the question again.

7        Q.    Did Ms. Nomura ever complain to you that you

8    were not taking direction including with respect to

9    footwear?

10       A.    Ms. Nomura would yell at me about the footwear

11   situation, and yeah, like I wouldn't necessarily

12   consider it a complaint.

13       Q.    Okay.  Did she ever complain to you about

14   submitting designs that she believed were not your

15   original designs?

16       A.    Never.

17       Q.    Did she ever complain to you that you left

18   early and failed to load wardrobe cases?

19       A.    Yes, she did, which was not true by the way.

20       Q.    Now, was --

21             Damion was your boyfriend?

22       A.    He was a guy that I was dating exclusively but

23   not my boyfriend.

24       Q.    And you would text with him when you were on

25   tour?

Asha Daniels                                           June 17, 2025

1        A.    When I could.

2        Q.    Let me introduce --

3              What are we up to?  31?

4              THE COURT REPORTER:  Yes.

5              MR. WEINSTEN:  Introduce as Exhibit 31, this is

6    some text messages with Damion.

7              MR. ZAMBRANO:  Thank you.

8              (Deposition Exhibit 31 was marked.)

9    BY MR. WEINSTEN:

10       Q.    Am I correct that this is --

11             By the way, the document is Bates numbered

12   DAN000035.  It's a document that you produced in the

13   case or your counsel produced for you.

14             If you go down to just below the middle of the

15   page you write:

16             "I know babe, it's not that - I don't

17             like the way these white people on

18             production operate."

19             Do you see that?

20       A.    Yes.

21       Q.    Okay.  And who were you --

22             Which white people were you complaining about?

23       A.    So I'm talking about the way they operate on a

24   moral level and so that's obviously Amanda that I'm

25   talking about.

Asha Daniels                                            June 17, 2025

1        Q.   What other white people were you complaining

2    about?

3        A.   So I don't remember exactly everything that I

4    was able to tell him but obviously Amanda, probably

5    Molly.

6        Q.   What other white people were you complaining

7    about?

8        A.   To the best of my memory I'm guessing that's

9    what I was talking about at this point.

10       Q.   Okay.  So my question to you then is:  Why did

11   you say to your boyfriend that "I don't like the way

12   these white people on production operate" instead of

13   saying "I don't like the way my boss operates"?  Why

14   were you referring to them by their color instead of by

15   their titles or who they were?

16           MR. ZAMBRANO:  Argumentative.

17           Please answer.

18           THE WITNESS:  So first for clarification, like

19   I said, he was not my boyfriend, I was dating him

20   exclusively, but one of the big things we talked about

21   was my surprise when I got there that everybody on stage

22   with Lizzo was a black woman for the most part, and

23   everyone backstage was white, and so he knew that I was

24   surprised by that because what Lizzo stands for is black

25   women and black empowerment and so I was shocked to see

Asha Daniels                                                    June 17, 2025

1   that her management and her back of house did not

2   reflect the celebrity that she faces the world with.  So

3   he knew that I was surprised by that, and then, of

4   course, the fact that the back of stage and her

5   management was mostly white, there were a lot of things

6   like microaggressions and racism that are relevant to

7   the fact that they are white people.

8   BY MR. WEINSTEN:

9       Q.   You are talking about two people that you are

10  complaining about.  Why are you referring to them as

11  white people instead of by their names or by their title

12  or by their position?

13          MR. ZAMBRANO:  Hold on.  Argumentative and

14  asked and answered.

15          Answer it again.

16          THE WITNESS:  Okay.  So once again, those are

17  two specific people but I had already told him that the

18  back of house is mostly white, and I was shocked by

19  that.  I was the only black woman that I knew that

20  worked backstage.  And so, of course, I felt alienated

21  by that and I had already told him about a lot of

22  microaggressions and racism that I had experienced and

23  witnessed and so that's why it's relevant.

24  BY MR. WEINSTEN:

25      Q.   Okay.  So you're talking about here all the

Asha Daniels                                                    June 17, 2025

1    white people in production; is that your testimony now?

2        A.    No.

3            MR. ZAMBRANO:  Misstates testimony.

4    BY MR. WEINSTEN:

5        Q.    And, in fact, you were not the only black

6    person that is behind the scenes on the tour; isn't that

7    right?

8        A.    So Carlina told me in a text that there was a

9    black woman that -- one black woman that she would

10   introduce me to.  She never introduced me to her and I

11   never saw her.

12       Q.    Are you --

13            The question was:  Am I correct you were not,

14   in fact, the only black person working behind the

15   scenes; isn't that right?

16            MR. ZAMBRANO:  Calls for speculation.

17            Please answer.

18            THE WITNESS:  I'm the only black person that I

19   ever saw or knew of that worked behind the scenes.

20   BY MR. WEINSTEN:

21       Q.    So am I correct that you had a problem with the

22   fact that despite the fact that all the dancers and

23   Lizzo herself were black, you had an issue with the fact

24   that there were many white people working behind the

25   scenes?  That's your -- Is that correct?

Asha Daniels                                          June 17, 2025

```
 1              MR. ZAMBRANO:  Argumentative, vague and
 2    ambiguous.
 3              Please answer.
 4    BY MR. WEINSTEN:
 5       Q.   Did you have a problem with the fact that there
 6    were many white people working behind the scenes when
 7    the dancers and the people on the stage were all black?
 8              MR. ZAMBRANO:  Argumentative as phrased.
 9              Please answer.
10              THE WITNESS:  I had an issue with the output of
11    the fact that the majority of her backstage and
12    management was white because it caused for a lot of
13    racism and microaggressions and things that were
14    anti-black and anti-female.
15    BY MR. WEINSTEN:
16       Q.   You just testified a minute ago there's only
17    two people you were complaining about --
18              MR. ZAMBRANO:  Hold on.
19    BY MR. WEINSTEN:
20       Q.   -- Molly and -- and --
21              Actually I will withdraw the question.  I think
22    I've got what I need on this.
23              You were paid --
24              After you were terminated they still paid you
25    through the end of the tour even though you didn't work
```

Asha Daniels                                             June 17, 2025

1    until the end of the tour; isn't that right?

2        A.    I am not exactly sure of what the final amount

3    was, but I know that Carlina told me that she would make

4    sure that that happened.

5        Q.    And you have no reason to doubt that you were,

6    in fact, paid to the end of the tour even though you

7    didn't work to the end of tour; isn't that right?

8        A.    Can you say that again.

9        Q.    You have no reason to doubt Ms. Gugliotta's

10   testimony that you were, in fact, paid to the end of the

11   tour even though you didn't work to the end of the tour?

12       A.    I'm sorry.  Can you say it in a different way.

13       MR. WEINSTEN:  Read the question back and why

14   don't you tell me which part of that question you don't

15   understand.

16            THE WITNESS:  Okay.

17            (Record read as follows:

18            "Question:  You have no reason to doubt

19            Ms. Gugliotta's testimony that you

20            were, in fact, paid to the end of the

21            tour even though you didn't work to the

22            end of the tour?")

23            THE WITNESS:  So it's a hard question to ask

24   because like I said, I don't know the final number, and

25   I would have to, like, look through records to be able

Asha Daniels                                    June 17, 2025

1   to tell you, but also I think that kind of glosses over

2   the fact that I worked much more hours than I was

3   supposed to --

4   BY MR. WEINSTEN:

5       Q.   That's not the point.

6       A.   -- so it's a hard --

7       Q.   Hold on.  Hold on.

8       A.   -- so it's a hard question to give a simple

9   answer to.

10      Q.   It's a hard question to say that the answer is

11  you don't know whether or not you got paid to the end of

12  the tour and since you don't know you can't deny

13  Ms. Gugliotta's testimony that she paid you to the end

14  of the tour; isn't that right?

15          MR. ZAMBRANO:  Vague and ambiguous and

16  argumentative.

17          Go ahead and answer.

18          THE WITNESS:  Can you say it like in a

19  simple -- Can you make the question simple.

20          MR. WEINSTEN:  You know what, I'll let the jury

21  watch that answer and we will just move on.

22          THE WITNESS:  Great.

23  BY MR. WEINSTEN:

24      Q.   Prior to the tour had you ever suffered a panic

25  attack?

Asha Daniels                                          June 17, 2025

1        A.    Not in the way that I had panic attacks on the
2    tour and since.
3        Q.    My question is:  Prior to the tour had you ever
4    suffered a panic attack, yes or no?
5             MR. ZAMBRANO:  We are getting a little
6    aggressive, Mike.
7             MR. WEINSTEN:  It's not aggressive.  She's
8    incredibly evasive, which is good, because not that this
9    case will ever get to a jury but if it ever did, I have
10   the video showing how evasive.  I'm just trying to get
11   this done by lunch at this point.  I have all the
12   testimony I need.  I have to close this out.  I don't
13   have that much more.  I want to just get it done.
14            MR. ZAMBRANO:  Okay.
15            MR. WEINSTEN:  Okay.
16       Q.    So they're simple questions.  If you don't
17   understand the question, tell me you don't understand
18   it.  I will try to rephrase it.  Okay.
19       A.    It's not that I don't understand the question,
20   it's that you are compounding things that paint a
21   picture that's not true.
22       Q.    It's irrelevant.  You have to answer the
23   question --
24            MR. ZAMBRANO:  Mike.
25            MR. WEINSTEN:  -- that is asked.

Asha Daniels                                          June 17, 2025

```
 1              MR. WEINSTEN:  Okay.  Let's try --
 2              MR. ZAMBRANO:  Just can we move on without the
 3    lecturing, please.
 4              THE WITNESS:  Please.
 5              MR. WEINSTEN:  Let's try it one more time.
 6         Q.   Prior to going on the tour had you ever had a
 7    panic attack in your life, yes or no?
 8         A.   So the answer would be no.
 9         Q.   Okay.  Had you ever had anxiety prior to going
10    on the tour, yes or no?
11         A.   I have had anxious moments but not diagnosed
12    anxiety so no.
13         Q.   Okay.  Now, sitting here today are you
14    having --
15              Actually in the last year have you had any
16    panic attacks?
17         A.   Absolutely.
18         Q.   Okay.  How often in the last year have you had
19    panic attacks?
20         A.   I would say I'm having now a panic attack right
21    now.  The first part of my deposition I pushed through a
22    panic attack as well.  The energy for the deposition
23    really reflected the energy on tour.
24         Q.   Okay.  So how many panic attacks have you
25    had -- We are in June of 2025.  In the last year how
```

Asha Daniels                                                        June 17, 2025

1   many panic attacks have you had?

2       A.    I could not give you an exact number.

3       Q.    I don't need an exact number.  Give me an

4   estimate.

5       A.    An estimate -- What was the first time that you

6   are asking about, like what's the timeline?

7       Q.    I'm asking in the last year.

8       A.    In the last year, okay.

9       Q.    How many panic attacks would you say you've had

10  in the last year?

11      A.    So they ebb and flow and I would say that I at

12  least have a panic attack every week, but since things

13  with the trial have picked back up and I have had to

14  relive some of these terrible memories and of course it

15  has become much more often.

16      Q.    So in the last --

17            You have had at least 52 panic attacks in the

18  last year, approximate; is that right?

19      A.    Probably more.

20      Q.    Okay.  And in the year prior -- Well, let's

21  say, between the time --

22            You were terminated March 5th, 2023.  Let's say

23  in the year after, from March 5th, 2023, let's say to

24  2024, let's say March of 2024, would you say that you

25  had about the same amount of panic attacks you were

Asha Daniels                                          June 17, 2025

1    having in the last year or more or less?

2        A.   Coming off the tour I had much more panic

3    attacks right away, and then they subsided to, like, the

4    once a week, and like I said, now they've picked back

5    up.

6        Q.   Okay.  So following the tour about how many

7    panic attacks were you having in a week prior to it

8    starting to subside?

9        A.   Can you say the question again.  I'm sorry.

10       Q.   After the tour, after you were terminated from

11   the tour about how often -- how many times a week were

12   you having panic attacks before they started to subside?

13       A.   Probably once a day and sometimes several a

14   day.

15       Q.   Okay.  So one to several panic attacks per day.

16   And how long did that go on before it started to

17   subside?

18       A.   Once again, I can't be exact but probably a few

19   months.

20       Q.   Okay.  And when it started to subside, is that

21   when it just became, like, once a week or did it ever go

22   less than that?

23       A.   It's like once, give or take.  There are

24   certain things that trigger panic attacks, so it would

25   depend, but I'm just trying to give you a ballpark since

Asha Daniels                                        June 17, 2025

1   you're asking.  But there is no perfect way to put a

2   number on it.

3       Q.   Okay.  Are you taking medication for your panic

4   attacks?

5       A.   No.

6       Q.   Why not?

7       A.   Because like I said earlier, I don't like

8   taking medications.  I don't like anything that could

9   alter my health or have side effects.

10      Q.   Okay.  Well, you testified a minute ago that

11  you took a strange pill from a guy about a condition you

12  didn't even know what it was.  That didn't scare you in

13  any way whatsoever?

14          MR. ZAMBRANO:  Hold on.  Argumentative.

15          Please answer.

16          THE WITNESS:  During my answer I told you that

17  that is not something that I like to do and it shows you

18  the desperation of why I did that.

19  BY MR. WEINSTEN:

20      Q.   Okay.  So you're not on any medications at all

21  and haven't been in the last three years of any kind?

22      A.   Of course I'm on medication, yeah.

23      Q.   Okay.  So -- I'm sorry.  Now I am confused.

24          You said you don't like to take medication; is

25  that right?

Asha Daniels                                                    June 17, 2025

1      A.    That is correct.

2      Q.    What medications are you on?

3      A.    Is that something that I have to disclose?

4      Q.    Yeah.

5      A.    Okay.  So I take birth control pills but

6   they're for my fibroids.

7      Q.    Okay.

8      A.    I take vitamin C, which I know is not like a

9   doctor given medication, but a doctor told me to take

10  it.

11     Q.    Let's just talk about prescription medications.

12     A.    Okay.

13     Q.    Other than the birth control for the

14  fibroids --

15     A.    I have an inhaler for my asthma, and then I was

16  prescribed sleep medication because I have a lot of

17  trouble sleeping because of this.

18     Q.    Okay.  I just asked you a minute ago do you

19  take anything for the panic attacks.  You just -- Is the

20  sleep medication not for the panic attacks?

21     A.    No.

22     Q.    What sleep medication are you on?

23     A.    I would have to look at my, like, file online

24  to tell you, but it's something that I can provide

25  later.  I don't know the name of it.

Asha Daniels                                                      June 17, 2025

1       Q.   How long have you been taking the sleep
2   medication?
3       A.   For -- I think I was prescribed in February.  I
4   tried one, it didn't work.  I switched to another one.
5   So, yeah, like since February.
6       Q.   Just to be clear, you've taken the sleep
7   medication starting in February of this year?
8       A.   Yes.
9       Q.   Did you just start not being able to sleep in
10  February or what was going on in the last two years
11  since the tour?
12      A.   No.  I've definitely had trouble sleeping.
13      Q.   Okay.  But you waited two years before you
14  decided to take the sleep medication?
15          MR. ZAMBRANO:  Argumentative.
16          Please answer.
17          THE WITNESS:  No.  I took things that I could
18  get myself like melatonin, another natural medication
19  that I can't remember the name of, but it wasn't until
20  I'm like, okay, I'm really struggling with sleep that I
21  finally decided to do it, but like I said, I didn't want
22  to do it because of the side effects that might be
23  caused.
24  BY MR. WEINSTEN:
25      Q.   Okay.  How often are you taking the sleep

Asha Daniels                                                    June 17, 2025

1  medication?

2      A.   So I try not to take it unless, you know, it's

3  really bad, which -- yeah, I try not to take it unless

4  it's really bad, and so when I first was prescribed it,

5  I took it every night; and then, I don't know, I'd say I

6  took it for like a month and then I tried to see if I

7  could do without it, and then I picked it back up.  And

8  right now I have an appointment with that doctor to try

9  a different medication because it kind of stopped

10  working.

11     Q.   Okay.  Other than the sleep medication, the

12  inhaler for the asthma and the birth control for the

13  fibroids, are you on any other medications?

14     A.   No, I don't believe so.

15     Q.   Are you seeing a psychiatrist?

16     A.   No.  I am seeing a therapist.  I'm not exactly

17  sure what her title is.

18     Q.   You are not seeing a medical doctor?  Let me --

19          Let's just start with the psychiatrist.  You

20  are seeing a psychiatrist or you aren't or you just

21  don't know?

22     A.   I'm sorry.  I am seeing a psychiatrist.

23     Q.   Okay.  Who is the psychiatrist?

24     A.   I don't know her name offhand.  I would have to

25  look.

Asha Daniels                                                    June 17, 2025

1          Q.   When did you start seeing the psychiatrist?

2          A.   I believe in February, but I could give you

3    exact dates, I just don't know it offhand.

4          Q.   Okay.  So after you --

5               So between the time you were fired on March 5th

6    and February of this year you didn't see a psychiatrist?

7          A.   No, I don't believe so.

8          Q.   Is there a reason?

9          A.   Yeah.  Like I -- I would say this is something

10   that my culture needs to work on, but we don't really

11   like to talk to psychologists and psychiatrists, you

12   know, and be on medications for things so it is probably

13   a cultural thing.

14         Q.   Other than the psychiatrist have you seen a

15   psychologist or any other type of therapist from the

16   time that you were terminated until today?

17         A.   Yes.  So I see a therapist but I'm not sure

18   what her title is.  I don't know if she is a

19   psychologist or what but I know that she's a therapist.

20         Q.   Okay.  And how long --

21              What is the therapist's name?

22         A.   I believe it is Mary Marks but I'm not exactly

23   sure.  I could...

24         Q.   How long have you been seeing the therapist?

25         A.   Since February.

Asha Daniels                                          June 17, 2025

1    Q.   Okay.

2    A.   Ish.

3    Q.   So you have not --

4         So since February of this year you started

5    seeing a therapist, a psychiatrist and taking sleep

6    medication; is that correct?

7    A.   Yes.

8    Q.   And you weren't seeing any of these people or

9    taking these drugs between the time you were terminated

10   on March 5th and February of 2025; is that correct?

11   A.   Not those exact people, but I did reach out to

12   a therapist prior to Mary and in our, like, intake

13   session one of the things that I came up was this and

14   she was like, oh, I don't want to get involved with a

15   legal case because in the past I have and lawyers can be

16   really rude and ruthless and she was, like, I don't want

17   to, you know, have to be deposed and go through that, so

18   she was like, "I'm sorry, I can't take you on as a

19   client."

20   Q.   Okay.  I gotcha.  So these people that you

21   hired and the medications you took, they were for

22   purposes of the lawsuit not because you got fired and

23   you needed to see somebody to help you get through it;

24   is that a fair statement?

25        MR. ZAMBRANO:  Argumentative, vague and

Asha Daniels                                                    June 17, 2025

1    ambiguous, misstates testimony.

2              Please answer.

3              THE WITNESS:  No.

4    BY MR. WEINSTEN:

5         Q.   Okay.  So just to be clear --

6              By the way, so you didn't actually --

7              You went to see a therapist prior to Mary but

8    you didn't -- you didn't have more than one meeting with

9    that person, correct?

10        A.   Correct.

11        Q.   Okay.  Other than Mary and the psychiatrist

12   whose name I am going to get in a minute, have you seen

13   any other medical doctor or therapist between the time

14   you were fired and February of 2025?

15        A.   Yes, I've definitely seen medical doctors.

16        Q.   Okay.  For your anxiety or for just regular

17   checkups?

18        A.   Just regular and stuff with my fibroids.

19        Q.   Okay.  So to be clear, with respect to the

20   anxiety that you are feeling as a result of this case

21   you did not seek any psychiatric or therapeutic

22   treatment until 2025; is that correct?

23             MR. ZAMBRANO:  Misstates testimony.

24             Please answer.

25             THE WITNESS:  Can you say the question again.

Asha Daniels                                                    June 17, 2025

1    BY MR. WEINSTEN:

2        Q.    Am I correct that from the time you were fired

3    on March 5th, 2023 and February of 2025 you didn't see a

4    psychiatrist, correct?

5              MR. ZAMBRANO:  Misstates testimony.

6              Please answer.

7              THE WITNESS:  I believe that is correct.

8    BY MR. WEINSTEN:

9        Q.    Okay.  And you didn't see a therapist in that

10   period of time either, correct?

11       A.    I believe that is correct.

12       Q.    Okay.  And you didn't see any other kind of a

13   doctor with respect to any anxiety that you were feeling

14   as a result of your treatment -- alleged treatment on

15   the tour, correct?

16       A.    Correct.  Not directly but it's something that

17   I've mentioned to my other doctors.

18       Q.    Okay.  You don't know Mary's last name?

19       A.    I believe it's Marks.

20       Q.    I'm sorry.  Spell that.  M-a-r-k?

21       A.    M-a-r-k-s.

22       Q.    Marks.  Okay.  And where is she located?

23       A.    She practices in New York but she lives in

24   Florida, I believe.

25       Q.    How often did you see Mary?  How many times

Asha Daniels                                                        June 17, 2025

1    have you seen her?

2        A.    It depends.    Sometimes it is once every week.

3    When I get like busy with work or things like that, I

4    will kind of take some time off from seeing her and then

5    pick back up.

6        Q.    And you see her in New York, I assume?

7        A.    I see her virtually.

8        Q.    Okay.  Virtually.  And does she have medical

9    records regarding your condition?

10        A.    I believe she has what the psychiatrist has

11    because it's done through the same group.

12        Q.    Okay.  Who is the psychiatrist?

13        A.    I don't know her name.  I see her much less

14    regularly but I could find it.

15        Q.    Okay.  Did you have any panic attacks while you

16    were actually on the tour?

17        A.    Yes.

18        Q.    Okay.  Did you tell anybody about the panic

19    attacks on the tour?

20        A.    I probably told my friend in catering, but I

21    don't know if it was necessarily like I'm having a panic

22    attack.  It would be like me crying and telling her

23    about my day.

24        Q.    Okay.  I'm just talking about panic attacks.

25    Crying is something different.

Asha Daniels                                                    June 17, 2025

1          MR. ZAMBRANO:  Well --

2     BY MR. WEINSTEN:

3          Q.   Do you know what a panic attack is?

4          A.   Yes.

5          Q.   Okay.  What are the symptoms you have when you

6     have a panic attack?

7          A.   So panic attacks are different depending on

8     who's having them and crying is absolutely a symptom of

9     it.

10         Q.   I'm asking you.  When you have a panic attack,

11    tell me all the symptoms you have.

12         A.   Okay.  And I'll trying to finish the answer.

13    So crying would be one, sometimes crying, it would be

14    heavy breathing, feeling like your chest is closing in

15    on you, sweaty palms, feeling out of body, racing

16    thoughts, racing mind, heart race increase.

17         Q.   Okay.  And when you have these panic attacks,

18    how long do they last?

19         A.   It depends.

20         Q.   What is the longest any one has lasted?

21         A.   Probably in my deposition with you, the first

22    part of it.  So three hours and however many minutes.

23         Q.   Okay.  Let's talk about on the tour.

24              How often were you having panic attacks in the

25    three weeks you were on the tour?

Asha Daniels                                          June 17, 2025

1        A.    Every day.

2        Q.    More than once a day?

3        A.    Sometimes multiple times a day.

4        Q.    Okay.  And your testimony is despite having --

5              By the way, how long did those panic attacks

6    typically last?

7        A.    So it depends.  Like, sometimes when you are

8    having a panic attack, you can just kind of push through

9    it and act like you're okay.  Sometimes when you have a

10   panic attack it is me going in the bathroom and crying

11   and taking a second and then getting my face together

12   and going back out and getting my work done and acting

13   like I'm okay.  So it depends.  Like panic attacks can

14   last like five minutes, they can last hours.

15       Q.    Okay.  And your testimony is that the entire

16   time you were on tour you only told one person about

17   these panic attacks that you were having multiple times

18   a day for three weeks; is that your testimony?

19       A.    I'm saying I don't think I used the word panic

20   attack.  I think I told her that I was having a rough

21   day and that, you know, I went and cried in the bathroom

22   or people could tell and people would pull me aside and,

23   like, "Are you okay?"  And I would be like, "Ahh, I'm

24   all right."

25       Q.    Did you use the word "panic attack" with

Asha Daniels                                                    June 17, 2025

1   could look through my records and tell you, but I'm not

2   exactly sure.

3        Q.    Okay.  How much money have you spent to date on

4   seeing these psychiatrists and the therapist?

5        A.    I'm not sure, but they are in my coverage and

6   it -- I think it's like a $15 co-pay each time I see

7   each.

8        Q.    Okay.  Now, we were --

9            Before we went on break we were talking about

10  whether you discussed having panic attacks in those

11  specific words with anybody on the tour.  So let me ask

12  you the question again.

13           Before I even get there.  When did the panic

14  attacks start occurring?

15           MR. ZAMBRANO:  While on tour?

16  BY MR. WEINSTEN:

17       Q.    Yeah.  Well, you testified you didn't ever have

18  a panic attack before the tour so you started the

19  tour -- you arrived on February 14th, the rehearsal in

20  Oslo was February 16th.

21           When did the panic attacks start kicking in?

22       A.    I believe it would be that first day, like once

23  I realized that this is a much different situation than

24  what I was told and what I agreed to.

25       Q.    Okay.  So just to be clear --

Asha Daniels                                                    June 17, 2025

```
 1            How old are you?
 2       A.   I'm 37.
 3       Q.   37.  Okay.  So when you started the tour you
 4  were, what, 34 or is that 35?
 5       A.   I'm not sure.  I'd have to do the math on it.
 6       Q.   Okay.  So, let's say, 34.  So just to be clear,
 7  for 34 years of your life you never had a panic attack
 8  and the first time you ever had a panic attack was on
 9  your first day of work on the tour with Lizzo; is that
10  correct?
11            MR. ZAMBRANO:  Argumentative.
12            Please answer.
13            THE WITNESS:  So to be clear, what I was trying
14  to say before but you wanted just a yes or no is that I
15  of course had stressful moments, but I had never had a
16  panic attack and definitely no experience of anything
17  like what I've been through.  So that's why I'm like
18  it's not just a yes or no.
19  BY MR. WEINSTEN:
20       Q.   Okay.  Let's try this again.  I am going to ask
21  you to listen to the question and answer the question
22  that is asked.  Am I correct that in your 34 years of
23  life up until the first day of the tour with Lizzo you
24  had never had a panic attack and your very first actual
25  panic attack in those words was on the first day of the
```

Asha Daniels                                                    June 17, 2025

1    tour with Lizzo; is that correct?

2        A.    It's -- Once again it's not a clean yes or no.

3    That's why I keep trying to tell you it's not just black

4    and white.  I of course have had stressful situations

5    that have given me anxiety, but I have never had, like,

6    diagnosed panic attacks until this situation with the

7    tour.

8        Q.    Okay.  And that was on day one of the tour,

9    correct?

10       A.    Correct.

11       Q.    And you weren't diagnosed on day one, correct?

12       A.    Of course not.

13       Q.    Okay.  So how did you know you were having a

14   panic attack on day one and it wasn't just some general

15   stress?

16       A.    Because now that I have engaged with those

17   medical professionals or -- yeah, medical professionals,

18   I know what it looks like and I have a word to put to

19   it.

20       Q.    Okay.  So just to be clear, up until

21   February 2025 you were not referring to these as panic

22   attacks; is that right?

23       A.    So to be clear, I cannot -- I don't have a

24   clear memory if I used those exact words, but I

25   absolutely told the symptoms that I was having to

Asha Daniels                                          June 17, 2025

1  Carlina.

2      Q.   Okay.  I want to know if you used the words
3  "panic attack."  When you were on the tour for those
4  three weeks, did you tell anybody you were having a
5  panic attack using the words "panic attack," yes or no?

6      A.   It is possible.  But I don't know for sure.

7      Q.   You don't know.  Okay.  So am I correct that
8  the first time you ever actually started using the words
9  "panic attack" with respect to the way that you were
10 feeling as a result of the tour is when you met this
11 doctor in February of 2025; is that a fair statement?

12     A.   No.

13          MR. ZAMBRANO:  Argumentative.

14          MR. WEINSTEN:  Okay.

15     Q.   So you were paid through --

16          You were at least paid through to the end of
17 when you were terminated, correct?

18     A.   I believe so.

19     Q.   And did you get a job after you left the tour?

20          Let me back up a second.

21          Am I correct that you were only intended to
22 work on the European leg of the tour, that's what you
23 were hired for?

24     A.   Yes, as far as this situation goes.

25     Q.   Okay.  So your expectation when you joined the

Asha Daniels                                                    June 17, 2025

```
 1   tour was --
 2           Do you know when the last day of the tour was
 3   supposed to be?
 4       A.   I don't.
 5           (Sotto voce discussion between
 6            Mr. Weinstein and Ms. Mallonee.)
 7   BY MR. WEINSTEN:
 8       Q.   Did you have an understanding that it was going
 9   to be sometime in March of 2023?
10       A.   I honestly don't have a great memory of it.
11       Q.   Okay.  And did you have work lined up for
12   afterwards, after the tour?
13           March 14th.  Sorry.  Am I correct that when you
14   signed up to do the Special Tour with Lizzo your
15   intention was to work from February 17th to March 14th;
16   is that right?
17       A.   That might be correct.  It sounds correct, but
18   I don't know for sure if those are the exact dates.
19       Q.   Gotcha.  So you were not expecting to work for
20   Lizzo beyond March 14th; is that correct?
21       A.   Not on tour, but I knew there was a possibility
22   of designing for her again.
23       Q.   Okay.  And what did you do after you were
24   terminated, did you go back to work at your own company
25   or what was your next job?
```

Asha Daniels                                                June 17, 2025

1          A.   Well, like the conversations with Carlina show
2    I did some design work to submit to Lizzo for future
3    things.  And then I would have to, like, jog my memory
4    as to what, like, my next big thing was that I did.
5          Q.   Is it fair to say that you were fairly
6    regularly employed since after you left the tour?
7          A.   No, because my work doesn't really look like
8    being employed in a traditional sense.
9          Q.   Okay.  Now, in your complaint --
10              I'm sorry.  In your initial disclosures in this
11   case you provided a calculation of damages; is that
12   correct?
13         A.   I don't have a memory of that.
14         Q.   All right.  Let's make it an exhibit.
15              Let's mark this as Exhibit?
16              THE COURT REPORTER:  32.
17              MR. WEINSTEN:  32.  This is "Plaintiff Asha
18   Daniels' Initial Disclosures Pursuant to Federal Rule
19   Civil Procedure 26(a)."
20              MR. ZAMBRANO:  Thank you.
21              (Deposition Exhibit 32 was marked.)
22   BY MR. WEINSTEN:
23         Q.   Now, if you look at the third page Roman
24   numeral III it says "Calculations of Damages."  It
25   states:

Asha Daniels                                            June 17, 2025

1              "According to Plaintiff, Plaintiff has

2              suffered special and general damages

3              because of the harassment,

4              discrimination, and retaliation by

5              Defendants.  Plaintiff has suffered

6              approximately $164,250 in loss of

7              earnings, plus benefits, minus any

8              offset for subsequent employment, if

9              any."

10             What is the basis for that number?

11             MR. ZAMBRANO:  Without violating -- not

12    violating.  To the extent you can answer that without

13    revealing attorney-client communications, please answer

14    if you can.

15             MR. WEINSTEN:  Let me ask it a different way.

16        Q.   You testified that you were only supposed to

17    work through March 14th, you got paid for working

18    through March 14th or at least you can't deny it because

19    you don't know one way or the other, what are the lost

20    earnings of 164,250, what is that comprised of?

21             MR. ZAMBRANO:  To the extent that you can

22    answer that without revealing attorney-client

23    communications, please answer if you can.

24             THE WITNESS:  That would be something that I

25    defer to my lawyer on.

Asha Daniels                                                  June 17, 2025

1   BY MR. WEINSTEN:

2        Q.   Okay.  Let me ask you a different way.

3             Did you lose any earnings as a result of the

4   tour?  Forget what is said here.  Did you lose any

5   earnings as a result of anything that happened on the

6   tour, yes or no?

7             MR. ZAMBRANO:  Just to the extent that it

8   requires a legal or expert opinion, please answer.

9             THE WITNESS:  Yes.  And it is something that I

10  defer to my lawyer about.

11  BY MR. WEINSTEN:

12       Q.   I'm asking you.  I'm not asking you about

13  attorney-client communications.  I'm asking you -- I am

14  entitled to establish the facts, if you have lost money,

15  earnings, jobs, whatever it is, because of what happened

16  on the tour, I'm entitled to know what it is.

17            Forget the dollar amount.  Have you lost any

18  jobs, benefits, earnings, or subsequent employment as a

19  result of anything that happened on the tour?

20            MR. ZAMBRANO:  So subject to my prior

21  objections answer however way you can.

22            THE WITNESS:  Okay.

23            MR. ZAMBRANO:  Go ahead.

24            THE WITNESS:  So I don't know -- am I allowed

25  to ask you to say back what he said, the Last question.

Asha Daniels                                          June 17, 2025

```
 1              MR. WEINSTEN:  Yes, you can ask.
 2              (Record read as follows:
 3              "Question:  I'm asking you.  I'm not
 4         asking you about attorney-client
 5         communications.  I'm asking you -- I am
 6         entitled to establish the facts, if you
 7         have lost money, earnings, jobs,
 8         whatever it is, because of what
 9         happened on the tour, I'm entitled to
10         know what it is.
11              "Forget the dollar amount.  Have you
12         lost any jobs, benefits, earnings, or
13         subsequent employment as a result of
14         anything that happened on the tour?")
15              THE WITNESS:  Okay.  Thank you.
16              Once again, I would say it's not as clean cut
17    as how you pose the question, but you know, like I
18    wasn't at a job that I got fired from outside of this,
19    but I definitely dealing with the anxiety, the
20    depression, the loss of sleep, all of that after the
21    tour, it heavily affected my ability to work and
22    that's -- you know, that's how I make my money.  Should
23    I be more specific than that?
24    BY MR. WEINSTEN:
25         Q.   What jobs did you not take because of your
```

Asha Daniels                                                    June 17, 2025

1   anxiety, depression or anything else that affected you

2   as a result of the tour?  What jobs did you turn down,

3   let's start with that?

4       A.   It wouldn't be jobs that I turned down.  But I

5   had plans to do a fashion show and exhibit, and I pushed

6   that back to do the tour and, of course, I was supposed

7   to pick that back up, but coming back from the tour I

8   wasn't really able to work or be in a mental space to

9   get back to work.

10      Q.   What job was that?  What fashion tour are you

11  referring to?

12      A.   It's not a job.  It's fashion shows that I

13  create, collections that I create, community engagements

14  that I create.

15      Q.   What is the fashion show that you didn't return

16  to because of what happened to you on tour?

17      A.   I think you're, like, asking for -- It's kind

18  of hard to say.

19          MR. ZAMBRANO:  Just explain it the best way you

20  can.

21          THE WITNESS:  Okay.

22  BY MR. WEINSTEN:

23      Q.   You just testified that you planned to do a

24  fashion show prior to the tour, you pushed it back

25  because of what happened -- because of your going on

Asha Daniels                                    June 17, 2025

1      A.    Is that something that I can do?

2            MR. ZAMBRANO:  I would rather take a break and

3    have her do that.

4            THE WITNESS:  Okay.

5            MR. ZAMBRANO:  You can't give an estimate off

6    the top of your head?

7            THE WITNESS:  I wouldn't feel comfortable

8    because -- I wouldn't feel comfortable giving an exact

9    timeline of it.

10   BY MR. WEINSTEN:

11      Q.    What do you do --

12            You said you had a company, correct?  You have

13   of a fashion company?

14            THE WITNESS:  Am I taking a break to answer the

15   question?

16            MR. WEINSTEN:  We will come back to it.

17            MR. ZAMBRANO:  He might come back to it.  Just

18   let him -- go ahead --

19            MR. WEINSTEN:  I want to understand what

20   exactly it is that you do.

21      Q.    Prior to going on tour with Lizzo what was your

22   job?

23      A.    Maybe I can explain a couple of things that I

24   have done.

25            MR. ZAMBRANO:  Just --

Asha Daniels                                                    June 17, 2025

```
 1   BY MR. WEINSTEN:
 2        Q.   Tell me what your job was.  Did you work for a
 3   company?  Did you work on your own?
 4        A.   I work for myself.
 5        Q.   Okay.  So prior to coming on tour you worked
 6   for yourself.  Do you have a company?
 7        A.   Yes.
 8        Q.   What's the name of the company?
 9        A.   It's Asha Ama, LLC.
10        Q.   Asha.  I'm sorry.  What's the --
11        A.   Ama, A-m-a.
12        Q.   LLC?  Okay.
13        A.   Yes.
14        Q.   And what does Asha Ama, LLC do?
15        A.   Okay.  So it looks different all the time.  So
16   sometimes I'll take on projects for a celebrity or for a
17   one-off where someone is getting married and they need
18   an outfit for something in their wedding, they need a
19   birthday outfit, a special occasion outfit, and I will
20   design for them.  But then I also do collections where I
21   will do like an in-person collection, a virtual fashion
22   show, my pieces will go into a museum exhibit, and then
23   I will have like a week or two of community engagements,
24   artists talks, the releasing of the virtual fashion
25   show, and community programming that is around that
```

Asha Daniels                                          June 17, 2025

1  collection and kind of like builds on the themes of it.

2  I will also collaborate with dance companies.  Like I've

3  done a piece -- an original piece for the Cincinnati

4  Ballet and for Parsons Dance that just premiered in New

5  York.  It just looks different.  It's always fashion

6  design on some level, but sometimes it's a collection in

7  a museum exhibit and community engagements, sometimes it

8  is a direct piece for a dance company or a person.

9      Q.   So am I correct that the purpose of the company

10 is you design fashions; is that right?

11      A.   That is correct --

12      Q.   And do you manu- --

13      A.   -- but it's more than just design fashions.

14      Q.   Do you manufacture them as well or you just

15 design them?

16      A.   They are all handmade but sometimes I will have

17 a team that makes it, sometimes I won't, sometimes it's

18 just me.  It just depends on the project.

19      Q.   Okay.  So, for example, this week are you

20 working this week?

21      A.   Yes.

22      Q.   Okay.  What are you doing this week?

23      A.   So I just did a fashion show last week for the

24 Americans for the Arts Foundation, Americans for the

25 Arts Foundation and ArtsWave P&G and the Cincinnati

Asha Daniels                                          June 17, 2025

1    Chamber of Commerce.

2        Q.   Okay.  But I'm asking this week.  So you are

3    going to leave here tomorrow and/or today, whenever --

4        A.   Yes.

5        Q.   -- and you're going to work somewhere?

6        A.   Yes.

7        Q.   Okay.  Where are you going to go to work?

8        A.   So I work from home and my next piece is to

9    edit the videos and the photos and release them and

10   update social media, hand them over to those entities

11   that I just listed.

12       Q.   Okay.  So you don't have a show or anything

13   coming up this week, you're just going --

14       A.   Not a show.

15       Q.   -- to be working at home editing and doing

16   stuff like that.

17            MR. ZAMBRANO:  Wait for him to finish.

18   BY MR. WEINSTEN:

19       Q.   -- is that correct?

20       A.   Not a show this week that is correct.

21       Q.   Now, when was -- when was the next time after

22   you were let go from Lizzo's tour that you actually

23   started to design clothing again?

24       A.   So that is what I would need to look through my

25   phone and kind of get a correct answer.

Asha Daniels                                                    June 17, 2025

1      Q.    Okay.  So on page --

2            On this Exhibit 26 on the first page these are

3      the Big Grrrls?

4      A.    Yes.

5      Q.    Is this pink outfit here, is that one of the

6      ones that you designed?

7      A.    No.  This is one of the ones that I helped with

8      and that I produced.

9      Q.    Okay.  And what about this silver one here to

10     the left, is that one of yours?

11     A.    No.  This was random.  This was, like, a guest

12     dancer, I believe, and she had maybe her own outfit.  I

13     don't really know.

14     Q.    Okay.  So to be clear, then, the picture that

15     is on your web page here --

16           This is on your website?

17     A.    This was on my website.

18     Q.    Okay.  This is not your design, this is Mondo's

19     design?

20     A.    So it's mainly Mondo's design but when you work

21     with a team there is, like, elements that helped design

22     so I helped him but it is his design and it's something

23     that I produced.

24     Q.    Did you credit Mondo for the design on your web

25     page?  I don't see his name here.

Asha Daniels                                                      June 17, 2025

1        A.    It's not something that you always credit

2   everyone.   It would be impossible to credit everybody

3   that helped make this.

4        Q.    But he's the designer.  Don't you think it

5   would be appropriate to give the designer credit when

6   you are putting something on your website, an image of

7   women wearing something that seems to say -- where you

8   say "Custom Asha Ama for Lizzo Special Tour" and not

9   mention Mondo, do you think that is appropriate?

10       A.    So --

11             MR. ZAMBRANO:  Hold on.  Hold on.

12  Argumentative.

13             Please answer.

14             THE WITNESS:  Okay.  So it was, like,

15  well-known that I did these pieces with Mondo and he was

16  credited everywhere.  This is just the landing page of

17  my -- it was the landing, it isn't any longer but it was

18  the landing page of my website and it wasn't this piece

19  really to show off that this was something that I made,

20  but it was something that I made, it was more so about

21  the protect black women.

22  BY MR. WEINSTEN:

23       Q.    Okay.  When you produced this --

24             Well, this says "custom" but okay.

25       A.    It is custom.

Asha Daniels                                          June 17, 2025

```
 1   process and it turned into the lilac pieces but it was
 2   an initial design but it didn't obviously like -- It
 3   changed.
 4       Q.   Were you paid for your designs for the -- paid
 5   by Lizzo's tour company for the designs used on the
 6   European tour?
 7       A.   Yes.  But technically like it went -- I believe
 8   it went through Mondo and then we got paid from that but
 9   don't quote me on it but yes.
10       Q.   Okay.  You didn't personally contract with
11   Lizzo's tour company to sell your designs; is that
12   right?
13       A.   No.
14       Q.   It was all done through Mondo?
15       A.   This part was done through Mondo.
16       Q.   We had one question that we were going to --
17            MR. ZAMBRANO:  She was going to look through
18   her phone.
19            MR. WEINSTEN:  Why don't we take a short break
20   and you look through your phone and while you're doing
21   that --
22            By the way, as long as you are looking through
23   your phone, last time we were here you were going to
24   show --
25            THE VIDEOGRAPHER:  Off the record?
```

Asha Daniels                                                    June 17, 2025

```
 1              MR. WEINSTEN:  Are we off?

 2              THE VIDEOGRAPHER:  No.  You didn't say.

 3              MR. WEINSTEN:  No.  I want to finish here.

 4         While we were off the record I would like you

 5    to find me the -- that WhatsApp that has the dick pics

 6    in it.

 7              MR. ZAMBRANO:  Okay.  Are we off the record?

 8              THE VIDEOGRAPHER:  We are off the record at

 9    12:46 p.m.

10              (Recess taken from 12:46 p.m.

11              to 1:02 p.m.)

12              THE VIDEOGRAPHER:  We are back on the record at

13    1:02 p.m.

14    BY MR. WEINSTEN:

15         Q.   Okay.  Ms. Daniels, during the break I

16    understand you took a look at your phone to look at the

17    WhatsApp message that has the picture of Kenny (sic)

18    with the case decorated, which has been marked as

19    Exhibit 2 and also Exhibit 3 from your last day of

20    deposition.

21              My question:  Can you now confirm for me that

22    you did not receive this -- this WhatsApp message until

23    March 11 of 2023; is that correct?

24         A.   So his name is Kyle.

25         Q.   Kyle.  I'm sorry.
```

Asha Daniels                                                    June 17, 2025

1      A.   That's okay.  And, yes, I believe that is when

2   it came to that group chat.

3      Q.   Okay.  So now you also went and refreshed your

4   recollection as to when the next time you were designing

5   clothes was with respect to after you left the tour with

6   Lizzo.

7           Could you tell me when that was?

8      A.   Yes.  And this is me trying to just recall what

9   I just looked at.  I believe in April I did a one-off

10  design for a private customer.  In May I believe that's

11  when I sent designs for Lizzo to her team.

12          And then in June I did a one-off engagement

13  dress -- engagement shoot dress and a piece for a drag

14  queen, a like one-off design for a drag queen.

15     Q.   Okay.  And at some point you went down to Tulum

16  in May; is that correct?

17     A.   Yes.

18     Q.   What were doing in --

19     A.   That was for my sister's wedding.

20     Q.   I'm sorry?

21     A.   That was for my sister's wedding.

22     Q.   Okay.  How long were you in Tulum?

23          (Sotto voce discussion between

24           Mr. Weinstein and Ms. Mallonee.)

25  BY MR. WEINSTEN:

Asha Daniels                                                    June 17, 2025

DECLARATION UNDER PENALTY OF PERJURY

I, ASHA DANIELS, do hereby certify
under penalty of perjury that I have read the foregoing
transcript of my deposition taken on JUNE 17, 2025;
that I have made such corrections as appear noted on the
deposition errata page, attached hereto, signed by me;
that my testimony as contained herein, as corrected, is
true and correct.

Dated this _____ day of _____,
20_____, at _____, _____.
                    (City)                    (state)


_____
ASHA DANIELS

Asha Daniels                                                    June 17, 2025

```
 1                    DEPOSITION ERRATA PAGE

 2    Page No. _____  Line No. _____

 3    Change: _____

 4    Page No. _____  Line No. _____

 5    Change: _____

 6    Page No. _____  Line No. _____

 7    Change: _____

 8    Page No. _____  Line No. _____

 9    Change: _____

10    Page No. _____  Line No. _____

11    Change: _____

12    Page No. _____  Line No. _____

13    Change: _____

14    Page No. _____  Line No. _____

15    Change: _____

16    Page No. _____  Line No. _____

17    Change: _____

18    Page No. _____  Line No. _____

19    Change: _____

20    Page No. _____  Line No. _____

21    Change: _____

22    Page No. _____  Line No. _____

23    Change: _____

24

25    _____      _____
      Asha Daniels                      Dated
```

Asha Daniels                                                          June 17, 2025

```
 1                    REPORTER'S CERTIFICATE

 2

 3           I, PAMELA A. STITT, a Certified Shorthand

 4   Reporter, do hereby certify:

 5           That the foregoing proceedings were taken

 6   before me at the time and place therein set forth, at

 7   which time the witness was put under oath by me;

 8           That the testimony of the witness, the

 9   questions propounded, and all objections and statements

10   made at the time of the examination were recorded

11   stenographically by me and were thereafter transcribed;

12           That a review of the transcript by the deponent

13   was requested;

14           That the foregoing is a true and correct

15   transcript of my shorthand notes so taken.

16           I further certify that I am not a relative or

17   employee of any attorney of the parties, nor financially

18   interested in the action.

19           I declare under penalty of perjury under the

20   laws of the State of California that the foregoing is

21   true and correct.

22           Dated this 20th day of JUNE, 2025.

23

24   _____

     PAMELA A. STITT
25   CSR No. 6027
```

# EXHIBIT 9





EXHIBIT __26__
WIT: Daniels-vol.2
DATE: __6-17-25__
Pamela A. Stitt, CSR

26.1



26.2





**breerunway** ✔ · Follow
Paris, France

**breerunway** ✔ wow wow wow.... Paris 🇫🇷🇫🇷🇫🇷🇫🇷🇫🇷 was our last night on the special tour and I've just had to take a second to process how UNFORGETTABLE that night and this whole tour has been! - @lizzobeeating you are a LIGHT and I've always loved you but now it's like x 1000000000292929 you've inspired me to dream bigger, you've fired me up to want more and to do whatever I can to elevate all things bree runway and to your fans thank you for the warm embrace, I can still hear the loud cheers in my head I've never played arena stages before but every night I felt like I was at HOME! cheers to MORE ARENAS!!! 🙇🙇 thank you to my whole entire team, your support and energy accross this tour has been eveything and more! I'm leaving the special tour feeling reborn, I have a new sense of self! sooo pumped up, watch out for missssss runwayyyyyyyyyy!!! 🥐🥐🥐

116w

**ceeblanco** 😂😂😂

♡ ○ ◁                                    🔖

Liked by **lizzobeeating** and **others**
March 7, 2023

☺ Add a comment...

26.3

# EXHIBIT 10



9:17

**Damion**
bigboydamion

I'm fine babe. Here at work

How are you?

Got some sleep?

Ugh im feeling sleep deprived and frustrated

Babe 😢

We have to do something about that

I know. I'm actually trying not to cry bc I'm that frustrated. If I wasn't here on a mission I'd be out this bitch so quick

It's all a new experience for you. It's going get some being use to.

I know babe, its not that - I dont like the way these white people on production operate

Like on a moral level

Ok. I see

Feb 18, 8:37 AM

I'm still puzzled at the number of white people on production/ in charge of what happens behind the scenes while all the black up front. Just focus on your mission and get it over with. It will be over in no time.

❤️

Message…

EXHIBIT 31
WIT: Daniels - vol. 2
DATE: 6-17-25
Pamela A. Stitt, CSR

DAN 000035    31

31.1

# EXHIBIT 11

# Deposition Transcript

Case Number: 2:24-cv-03571-FLA-PVC

Date: December 9, 2024

In the matter of:

# ASHA DANIELS v BIG GRRRL BIG TOURING, INC, et al.

# AMANDA NOMURA

# CONFIDENTIAL



**CERTIFIED COPY**

Reported by:
Ellen Leifer

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

CONFIDENTIAL

CONFIDENTIAL TRANSCRIPT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:24-cv-03571-FLA-PVC
_____

VIDEO DEPOSITION OF AMANDA NOMURA
December 9, 2024
_____

ASHA DANIELS, as an individual,

Plaintiff,

vs.

BIG GRRRL BIG TOURING, INC., A Delaware corporation;
MELISSA JEFFERSON (aka "LIZZO"), as an individual;
CARLINA GUGLIOTTA, as an individual; and DOES 1
through 10, inclusive,

Defendants.

_____

APPEARANCES:

    WEST COAST EMPLOYMENT LAWYERS, APLC
        By Ronald L. Zambrano, Esq.
           Crystal F. Mohsin, Esq.
           Lilit Kyababchian, Esq.
           1147 South Hope Street
           Los Angeles, California 90015
           213-927-3700
           ron@westcoasttriallawyers.com
           crystal@westcoasttriallawyers.com
           lilit@westcoasttriallawyers.com
             Appearing on behalf of Plaintiff.
             (By videoconference)

```
APPEARANCES (Cont.):

     LAVELY & SINGER, P.C.
          By Michael E. Weinsten, Esq.
             2049 Century Park East
             Suite 2400
             Los Angeles, California 90067-2906
             310-556-3501
             mweinsten@lavelysinger.com
               Appearing on behalf of Defendants.

     Also Present:  Asha Daniels (By videoconference)
                    Julie Butcher, Videographer
```

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

```
 1   you refer to it, in this interview?

 2        A     Alana.

 3        Q     Do you remember Alana's last name?

 4        A     I don't recall at the moment.

 5        Q     Anyone else other than Alana that you

 6   interviewed with around this time?

 7        A     No.

 8        Q     And how did the interview take place, in

 9   the sense was it over a phone call?  Was it over

10   videoconference?

11        A     It was a phone call.

12        Q     And after the phone call, were you

13   offered employment, or did you talk to someone else

14   before you were offered employment with Big Grrrl

15   Touring?

16        A     After I spoke with Alana, then I was --

17   actually, I don't recall the exact steps.  I know I

18   just -- I received an offer that I accepted.

19        Q     Was the offer delivered to you orally or

20   in writing?

21        A     In writing.

22        Q     And did you sign a contract, or was it

23   just, Hey, here's your offer.  Accepted?

24        A     I signed a contract.

25        Q     Do you have a memory of approximately
```

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1   month and year that you signed this contract?

2        A       Approximate August 2022.

3        Q       And at the time that you signed this

4   contract around August 2022, did you already have an

5   understanding when the end date would be with this

6   particular employment with Big Grrrl Touring?

7        A       There was no -- there was no end date

8   specifically, no end date.

9        Q       Okay.  When did you stop working for Big

10  Grrrl Touring after you signed this contract in

11  August 2022?

12       A       March 2023.

13       Q       When you signed the contract in

14  August 2022, what was -- from your perspective, what

15  did you understand you were going to be doing for

16  Big Grrrl Touring?

17       A       Lizzo's wardrobe.

18       Q       And I don't work in your industry.  I

19  don't understand it.

20               So what does that specifically mean?

21  Like what would you do on a day-to-day basis or on a

22  weekly basis?  What were your responsibilities?

23       A       Maintaining the artist's wardrobe or

24  costumes for the show.

25       Q       What does "maintain" mean?  Like make

1   proper answer.

2       Q     (BY MR. ZAMBRANO)  Okay.  So we are now

3   going in circles.  I will try to maybe go off in

4   other things.

5              So I believe you were -- you had

6   previously testified that you were expected to load

7   and unload certain things as part of your duties.

8   Do you remember saying that earlier?

9       A     I said yes to -- that's what you said, so

10   I said yes.

11       Q     I did say that, and you did say yes.

12              What were the things that you were

13   loading or not loading -- excuse me.  That's a dumb

14   question.

15              What were the items that you were loading

16   during the tour?

17       A     Loading?  Costumes.

18       Q     And where would the -- I'm sorry, you

19   weren't done with your answer.

20              What was the rest of your answer?

21       A     Costumes.

22       Q     And would the costumes be in bags or in

23   boxes or crates?  Where would they be for you to

24   move them, or were they loose?

25       A     In garment bags, inside wardrobe cases.

AMANDA NOMURA                                                JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1        Q       Approximately how many wardrobe cases do

2    you have a memory of having to load and move as part

3    of your business as being in charge of

4    Ms. Jefferson's wardrobe?

5        A       I don't recall the exact number.

6        Q       Which is fair, and I did say in the

7    beginning I didn't expect you to have an exact

8    memory.

9                Can you give me a range?  Was it like one

10   to five or more than ten, something like that?

11       A       Less than ten.

12       Q       And did you -- how would you -- how big

13   were these wardrobe cases?

14               Let me ask it another way.  Did you need

15   a dolly to move these wardrobe cases, or were these

16   wardrobe cases with handles that you could pick up

17   and walk with?  How would you move them?

18       A       They were on wheels, so they rolled.

19       Q       And at one point you reached out to

20   Ms. Daniels to join the tour.  Do you have a memory

21   of that?

22               MR. WEINSTEN:  Objection.  Assumes facts

23   not in evidence.

24       Q       (BY MR. ZAMBRANO)  You can still answer.

25               Do you have a memory of that?

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1          A      I reached out to her for a

2     recommendation.

3          Q      Recommendation for what?

4          A      For an assistant.

5          Q      An assistant to you; correct?

6          A      For the tour, yes.

7          Q      Okay.  How is it that you knew of

8     Ms. Daniels at the time that you asked Ms. Daniels

9     for a recommendation?

10         A      She was an assistant to the costume

11    designer.

12         Q      Who was the costume designer?  What is

13    that person's name?

14         A      Mondo Guerra.

15         Q      Can you spell the last name?

16         A      I don't know specifically the spelling.

17         Q      Was it Mondo Guerra that had told you

18    about Ms. Daniels' existence or --

19         A      Yes.

20         Q      Yeah?  All right.

21                And when you reached out to her, had you

22    worked with her before or not?

23         A      I had met her through Mondo previously.

24         Q      Had Ms. Daniels done any work for any of

25    the artists associated with Ms. Jefferson prior to

1    you reaching out to Ms. Daniels to join the tour?

2              MR. WEINSTEN:  Lacks foundation, calls

3    for speculation.

4         Q     (BY MR. ZAMBRANO)  You can still answer,

5    to the extent that you know.  If you don't know,

6    just say "I don't know."

7         A     Can you repeat the question?

8         Q     Did you have an understanding, at the

9    time that you reached out to Ms. Daniels for a

10   recommendation for a wardrobe assistant, that

11   Ms. Daniels had already done some work for Big Grrrl

12   Touring?

13             MR. WEINSTEN:  Objection.  Assumes facts

14   not in evidence, lacks foundation, calls for

15   speculation.

16             You can answer, if you know.

17        A     She had not done previous work for Big

18   Grrrl Touring.

19             MR. ZAMBRANO:  I am going to introduce

20   some documents.  I would love to go through these

21   quickly, because this is typically where we get

22   bogged down.  So this will be Exhibit 2.

23             Exhibit 1, for the record, is the

24   objection to the notice previously shown off the

25   record.  I would like it to be part of this record.

1    generally, do you have a memory of being involved in

2    this text message exchange with -- with a person

3    named Alana and Asha and the other two participants?

4         A    Yes.

5         Q    And my followup question is, was this

6    exchange with Ms. Daniels, was this connected to her

7    joining the tour, or was this something else that

8    was not tour related?

9         A    Not tour related.

10        Q    Do you have a memory of what it was

11   about, in the sense that, what was your

12   understanding of what Ms. Daniels was doing for

13   either yourself or Alana for Big Grrrl Touring?

14             What was your understanding of what

15   Ms. Daniels was doing in trying to communicate to

16   you guys, just generally?

17        A    Well, it's -- it's kind of broken up,

18   because the beginning is related to Mondo's designs,

19   and then as you keep going, it changes into a

20   separate conversation that Alana had with Mondo to

21   create some different looks for the New York show.

22             So it's not the same from the first page

23   to page 43.

24        Q    Can you tell me where the communication

25   was Mondo directed?

1      A      Well, Asha was the assistant.  So Mondo,

2   that's -- as far as my understanding, when he

3   introduced Asha, he was working and she was his

4   assistant doing basically the communication, kind of

5   the middle person.

6      Q      Okay.  I thought -- this is what I

7   gleaned from what you just said, that Exhibit 3,

8   which is in your hand, includes communications that

9   you were a part of and that -- but there's also

10  separate communications that you were not a part of

11  that Mondo was a part of.

12             Do I have that correct?

13             MR. WEINSTEN:  Objection.  Vague and

14  ambiguous and misrepresents the testimony, and it's

15  also compound.

16      A      No.  My response was, the texts that you

17  are referring to, the first page, which is 36, now

18  going all the way to 43, where now I'm a part of

19  that conversation, it's a different -- it might be

20  the same group, but it's a different discussion.

21  It's a different --

22      Q      (BY MR. ZAMBRANO)  Understood,

23  understood.  Thank you.

24             So from 36 to 43, it's one topic, and

25  from 44 onward, it's another topic.  Is that

AMANDA NOMURA
DECEMBER 09, 2024                      CONFIDENTIAL                      JOB NO. 1335894

```
 1        Q      Here's a followup question.

 2               When -- was Ms. Nomura replacing someone

 3    as the -- well, strike that.

 4               What position was she going to have?

 5        A      Sorry, you said my name.  Are you

 6    referring to Daniels?

 7        Q      Yes.  What position was Ms. Daniels going

 8    to have on the tour?

 9        A      To oversee the dancers' wardrobe.

10        Q      Was Ms. Daniels going to have a specific

11    title like you did or no?

12        A      It was just a kind of generic wardrobe

13    assistant title.

14        Q      Was Ms. Daniels replacing someone that

15    was previously going to have the duties of

16    overseeing the dancers' wardrobe?

17        A      For Europe, no.

18        Q      Was there a -- was there an American --

19    was there a U.S. leg of the tour right before the

20    European leg?

21        A      Yes.

22        Q      Okay.  And do you have approximate memory

23    of how many weeks or months the U.S. leg was before

24    the European leg started?

25        A      The specific dates I don't recall.
```

1        Q       Not the specific dates.

2                Was it like a couple of weeks, was it

3    months, the U.S. tour, or you don't have a memory?

4        A       I don't recall the specific dates.

5    September, October probably.

6        Q       Thank you.  When you reached out for

7    recommendations to Ms. Daniels, what is your memory

8    of how it evolved that she was putting forth

9    yourself for this role?

10       A       Sorry.  Can you repeat that?

11       Q       Sure.  I understand that you called

12   Ms. Daniels asking Ms. Daniels for a recommendation

13   for someone to go on tour; correct?

14       A       Correct.

15       Q       But it was ultimately herself that went

16   on tour; right?

17       A       Correct.

18       Q       What is your memory of how the

19   conversation went from, Do you have a

20   recommendation?  Hey, you should do it?

21               Do you have a memory of how that

22   happened, when you interacted with Ms. Daniels?

23       A       I think that we just went back and forth

24   briefly.  She was going to get back to me on some

25   recommendations.  And, you know, her response was, I

 1   can't wait to work with you again.

 2            So I -- I don't know verbatim how I said

 3   it, but it was -- it's probably actually in these

 4   documents, but just if she would like to possibly, I

 5   was looking for someone for the dancers.

 6       Q       Okay.  Do you have a memory of

 7   Ms. Daniels recommending others for the role before

 8   it ultimately ended up being Ms. Daniels herself?

 9       A       No.  She had just said that she would get

10   back to me with some names.

11       Q       If we can go to the second page of this

12   exhibit, and I want to start with the top exchange

13   in the light pink bubble.  You said, "Oh, my gosh.

14   I totally know that.  Believe me."  Do you see that?

15       A       Yes.

16       Q       Do you have a memory of typing that?

17       A       Not that I can recall.

18       Q       "If they didn't have my soul locked into

19   a contract right now, I'd be saying the same thing

20   for myself LOL."

21            How about -- reading those two together,

22   does that help refresh your recollection that you

23   sent that text message?

24       A       I don't recall what the whole

25   conversation was about.

1    parents."

2              Can you tell me -- give me some context

3    how it is that you were asking about Ms. Daniels'

4    parents?

5        A    That was the previous statement that we

6    already discussed where I was explaining where she

7    was crying that she couldn't get ahold of her dad,

8    who was sick.

9        Q    Go to the next text message.  It says,

10   "Thursday, February 23rd," and it's a message from

11   you saying, "Can you send the locals down," followed

12   by "Fast, please."

13       A    Uh-hum.

14       Q    What are you referring to with locals?

15   What does that mean?

16       A    The wardrobe locals.

17       Q    What do they do in reference to what you

18   and Ms. Daniels were doing at this time?  What does

19   that mean, "wardrobe locals"?

20       A    Every show, every city, we have wardrobe

21   locals.  Every department has locals that come in

22   and assist for the show.

23       Q    Did you have locals assisting you

24   directly?

25       A    We had for the department.

1       Q       When you say "department," the wardrobe

2    department?

3       A       Correct.

4       Q       These people don't help -- I mean, what

5    would they do?  Would they clean?  Would they help

6    sew?  What would they do?

7       A       They would do laundry, steam, seamstress,

8    assist during the show Ms. Daniels.

9       Q       Go a little further down in this text

10   message.  There's a half a message that's here and

11   then a full message below it.  The half message

12   starts with, "I can go back and e-mail him again and

13   let him know that it really isn't an option.  Let me

14   know what you think.  Very weird that they're being

15   this pushy as if people don't have their own lives

16   and schedules."

17           Do you have a memory of receiving a text

18   from Ms. Daniels like this?

19       A    Yes, I do.

20       Q    Do you have a memory, sitting here today,

21   what she was referring to about e-mailing him or

22   just the context of what she was referring to?

23       A    Yes.  This is back to -- it's not in

24   order specifically, but this is back to her

25   starting, and they were going back and forth on her

```
 1          Q      What is your understanding why you
 2   stopped working on the tour at the end of the
 3   European leg?
 4          A      What is my understanding?
 5          Q      Yes.
 6                 MR. WEINSTEN:  Of what?
 7                 MR. ZAMBRANO:  Why you didn't continue to
 8   work on the tour after the European leg ended.
 9          A      I chose to leave.
10          Q      (BY MR. ZAMBRANO)  Let's stop with that.
11                 While Ms. Daniels was on tour starting in
12   14th or 13th of February, was it your understanding
13   that she was -- Ms. Daniels was reporting to you?
14          A      Yes.  I was training her.
15          Q      Before she agreed -- strike that.
16                 Before she got to you, did you explain to
17   her what would be expected of her as far as her job
18   duties and responsibilities?
19          A      Yes, I did.  We had like a three-hour
20   conversation.
21          Q      That's a long conversation.
22                 Do you have a memory of what you -- what
23   responsibilities or duties you told Ms. Daniels
24   during this conversation?
25          A      Not specifically what we talked about
```

AMANDA NOMURA                                                JOB NO. 1335894
DECEMBER 09, 2024                CONFIDENTIAL

 1    over that conversation, but I walked her through a

 2    general day so that she understood what we would be

 3    doing.

 4         Q        Do you have a memory of specifics of what

 5    you told her she would be doing?

 6         A        Yes, working with the dancers' wardrobe.

 7         Q        Did you explain to her that she would

 8    need to be physically able to move items such as

 9    wardrobe cases?

10         A        I did, yes.  I said it was very hard

11    work, which I also followed up with a WhatsApp

12    message.

13         Q        To who?

14         A        To the plaintiff.

15         Q        Okay.  So you sent Ms. Daniels a WhatsApp

16    message; correct?

17         A        Correct.

18         Q        Do you still have access to those

19    WhatsApp messages?

20         A        Yes.

21         Q        And why did you -- I'm just curious --

22    why did you go from the non-WhatsApp messages to the

23    WhatsApp messages, if you remember?

24         A        We were talking over WhatsApp while I was

25    in London because of my service.

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                     CONFIDENTIAL

1    changed?

2        A    No, because there was never a lack of

3    privacy.

4        Q    At least on one instance, there was a

5    time where they -- the tents couldn't be used, so

6    the dancers had to go somewhere else to have

7    privacy; correct?

8        A    Correct.

9        Q    And you have a memory of the one

10   instance; correct?

11       A    Correct.

12       Q    Remind me what city that was in.

13       A    I don't recall.

14       Q    I thought you said Oslo, but I am mixing

15   things up.  I'll move on.

16            Did Ms. Daniels ever express to you that

17   she felt the dancers were being treated differently

18   because they were women of color?

19       A    Never, no.

20       Q    Do you have a memory of Ms. Nomura --

21   strike that.

22            Do you have a memory of Ms. Daniels

23   expressing concern that some of the crew were saying

24   things or treating the dancers in a way that

25   Ms. Daniels viewed as racist?

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

```
 1        A       Sorry.  Can you repeat that?

 2        Q       Sure.  Did Ms. Daniels ever express to

 3   you, Hey, some of these crew members back here, I

 4   feel that they are saying things or treating the

 5   dancers because the dancers are Black or words to

 6   that effect?

 7        A       No.

 8        Q       From time to time, did you observe,

 9   Ms. Nomura, that the dancers would rip their fishnet

10   stockings or other dance gear?

11        A       Yes.

12        Q       Did you ever observe Ms. Daniels provide

13   replacements for the ripped clothing during the

14   concert?

15        A       During the concert, no.

16        Q       Did you ever observe Ms. Daniels provide

17   an item to replace a ripped item during rehearsal?

18        A       Rehearsal, no.

19        Q       Okay.  Did you ever see Ms. Daniels

20   provide a dancer an item so that they can replace a

21   ripped item?

22        A       Yes.

23        Q       And at any time when you saw Ms. Daniels

24   do that, did you ever tell her, Hey, you shouldn't

25   be providing those to them because of whatever
```

AMANDA NOMURA                                                          JOB NO. 1335894
DECEMBER 09, 2024                      CONFIDENTIAL

1    reason you had?

2         A     Yes.  I instructed her on the protocol,

3    which was to have a local seamstress repair them

4    until they weren't repairable and then replace them.

5    They were $40 a piece.

6               So with a show, it was not feasible to

7    replace every show.  We would repair them until they

8    needed replacement, is what I instructed her.

9         Q     Are fishnet stockings repairable?

10        A     Yes.

11        Q     Were there any exceptions to that rule

12   other than -- for instance, what if there was no

13   time to get a seamstress?

14        A     We had a seamstress every show.  That was

15   one of the locals.

16        Q     So there were no exceptions to the rule.

17   Is that a correct statement?

18              MR. WEINSTEN:  Objection.  Vague and

19   overbroad.

20        Q     (BY MR. ZAMBRANO)  You can still answer.

21        A     I -- exceptions, no.  It was repair until

22   they couldn't be repaired, and then replace.

23              MR. ZAMBRANO:  We have been going for an

24   additional hour.  I am happy to keep going, or we

25   can take a break.  You let me know.

```
 1         A     Not at this time.

 2         Q     (BY MR. ZAMBRANO)  Okay.  Did Ms. Daniels

 3    ever express to you that she believed you were

 4    making fun of the dancers and how they spoke?

 5         A     No.

 6         Q     Did Ms. Daniels ever express concern that

 7    she was observing you imitating the way the dancers

 8    were acting or behaving?

 9         A     No.

10         Q     Did Ms. Daniels ever use the phrase that

11    she felt what you were doing was offensive to

12    Ms. Daniels because it was expressing stereotypes of

13    Black women?

14         A     No.

15         Q     Did you ever refer to Black women or the

16    dancers on the tour as dumb?

17         A     No.

18         Q     Did you ever refer to the Black women on

19    the tour as useless?

20         A     No.

21         Q     Did you ever refer to the Black women on

22    the tour as fat?

23         A     No.

24         Q     Did Ms. Daniels ever express to you that

25    she believed you were saying those things about the
```

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1     Black women on the tour?

2          A     No.

3          Q     Do you have a memory of an incident while

4     Ms. Daniels was on the tour where she injured

5     herself?

6          A     No.

7                MR. WEINSTEN:  Assumes facts -- sorry.

8     Assumes facts not in evidence, but she answered.

9          A     No.

10         Q     (BY MR. ZAMBRANO)  Do you have a memory

11    of -- did you ever have to roll a rack of clothing

12    as part of the loading and unloading for the tour?

13         A     Yes.

14         Q     Do you have a memory of Ms. Daniels in

15    one particular instance helping you push a rack of

16    clothing?

17         A     No.

18         Q     I am going to ask this anyway.  I know

19    it's going to be obvious to you.

20               But do you have a memory of Ms. Daniels

21    pushing a rack of clothing where the rack rolled

22    over her foot?

23         A     No.

24         Q     Did you ever shove plaintiff into a rack

25    of clothing?

AMANDA NOMURA                                                          JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

```
 1        A      Never, no.

 2        Q      Did you ever tell Ms. Daniels that she --

 3   just generally, okay?  Not connected to a foot or a

 4   rack of clothing, just generally -- did you ever

 5   tell Ms. Daniels that she had to move clothing if

 6   she was instructed to do so?

 7        A      I don't understand that question.  Sorry.

 8        Q      Sure.  In a vacuum -- my question is in a

 9   vacuum.  I am not relating it to the

10   rack-of-clothing questions or the foot questions.

11   Just in a vacuum.  Okay?

12               Did you ever tell Ms. Daniels that

13   Ms. Daniels had to move clothing if Ms. Daniels was

14   instructed to do so?

15        A      No, I never instructed her to -- I

16   don't -- the question -- she moved racks of clothing

17   because she was -- it was the dancers' wardrobe.

18               So her and the locals had to move them or

19   they wouldn't get there, if that makes sense.

20        Q      Did you ever come across a scenario where

21   Ms. Daniels -- let me ask it another way.

22               From your perspective, did you ever

23   observe Ms. Daniels not move clothing that she

24   should have been moving, and thereafter you called

25   her and said, Hey, you got to make sure to move the
```

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1    clothing, or words to that effect?

2          A      Not that I can recall.

3          Q      Did a woman named Carlina -- do you know

4    who Carlina is?

5          A      Yes.

6          Q      Who is that?

7          A      The -- she was the tour manager.

8          Q      Do you remember what her last name is?

9          A      I know it starts with a G, but I don't

10   know the -- I don't even know the pronunciation or

11   the spelling.

12         Q      Okay.  I believe it's Gugliotta.  Does

13   that sound familiar?

14         A      Yes.

15         Q      Is it okay if I call her Carlina moving

16   forward?

17         A      Yes.

18         Q      Great.  Did Carlina ever come to you and

19   tell you that Carlina received notice that

20   Ms. Daniels had injured her foot?

21         A      No.

22         Q      Did you ever give a direction to

23   Ms. Daniels to change into tennis shoes?

24         A      Not specifically tennis shoes.

25         Q      Did you ever direct her to wear any type

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1    of footwear?

2         A    Yes, I did.  From February 15th, her

3    first day in Oslo, I instructed her to wear proper

4    footwear besides the orange Crocs that she was

5    wearing, and we also received an e-mail from

6    production instructing us on proper PPE for Europe.

7         Q    Is production Mr. Coffie?

8         A    And Dulce as well, yes.

9         Q    I don't want to make an assumption.

10              Do you have a memory of this PPE e-mail

11   coming from either Dulce or Mr. Coffie?

12        A    Not a recollection, no, who specifically,

13   but there was always one on copy, if that makes

14   sense.  If it was originating from Dulce, Mr. Coffie

15   was on copy in the e-mail.

16        Q    I'm sorry, I missed that.  Who was copied

17   on e-mail?

18        A    Both production manager and assistant.

19        Q    Okay.  On that e-mail, was Ms. Daniels in

20   any way copied or addressed?

21        A    It was a crew-wide e-mail, and I also

22   instructed her verbally.

23        Q    And is -- I understand the Crocs were not

24   proper footwear.

25              What would have been proper footwear?  As

AMANDA NOMURA                                          JOB NO. 1335894
DECEMBER 09, 2024                  CONFIDENTIAL

```
 1   long as they are just closed-toe shoes, or is it a

 2   category or a specific type of shoe, if you

 3   remember?

 4        A      I just said specifically closed-toe,

 5   closed-heel, not Crocs.  That was day one,

 6   February 15th.

 7        Q      Did Ms. Daniels ever express to you that

 8   it was painful to walk in closed-heel shoes because

 9   her ankle hurt?

10        A      No.

11        Q      Do you have a memory of Ms. Daniels

12   asking for any type of medical treatment?

13        A      No.

14        Q      Do you have a memory that Ms. Daniels was

15   assigned a -- let me lay a foundation.

16               Would you guys sleep in bunks while on

17   tour?

18        A      Yes.

19        Q      And did you know -- did you share bunks

20   with Ms. Daniels?

21        A      Did I what?  Sorry, I didn't -- what was

22   the question?

23        Q      Did you share -- sure.

24               Did you share a bunk with Ms. Daniels?

25        A      We shared a bus.  We were on the same
```

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

```
1    bus.
2         Q      I said --
3                MR. WEINSTEIN:  He is asking about bunks.
4         Q      (BY MR. ZAMBRANO)  Sorry.  I am using the
5    word "bunk," b-u-n-k.
6         A      No.  We had -- everyone had their own
7    bed, had their own bunk.
8         Q      Okay.  Were you aware whether Ms. Daniels
9    was assigned a higher -- a top bunk versus a lower
10   bunk?
11        A      I believe she was on the top bunk, which
12   there's a floor and a middle.  So it's not
13   specifically a top.  It's a middle.
14        Q      Did you ever observe Ms. Daniels having
15   difficulty getting into the higher bunk?
16        A      No.  I mean, the bunk is waist level, so
17   I never saw a difficulty getting into the bunk.
18        Q      Do you have a memory of Ms. Daniels
19   expressing to you that she had difficulty getting in
20   what she perceived was a high bunk?
21        A      No.
22        Q      Do you have a memory of Carlina
23   expressing to you or bringing to your attention that
24   Ms. Daniels was complaining about difficulty getting
25   into a bunk?
```

AMANDA NOMURA
DECEMBER 09, 2024                          CONFIDENTIAL                    JOB NO. 1335894

1            A       No.

2            Q       Do you have a memory of Ms. Daniels

3    breaking acrylic nails?

4            A       I recall her cutting them with scissors.

5            Q       From your perspective, her cutting them

6    with scissors was intentional on her part?

7            A       Yes.  She was trying to take them off.

8            Q       How did you become aware of her intent?

9            A       We were sitting in wardrobe together, and

10   she had a difficult time working with her nails that

11   she had on, and she took some scissors and cut them

12   off.

13           Q       Did you understand, at the time that you

14   observed this or learned about this, that the reason

15   she was cutting them off was because she had already

16   broken them and had injured her nail?

17                   MR. WEINSTEN:  Assumes facts not in

18   evidence.  You can answer.

19           A       Aware that she had broken one, and that's

20   why she cut the rest off.

21           Q       (BY MR. ZAMBRANO)  Did you understand she

22   was bleeding because one of them was broken?

23           A       She was not bleeding.

24           Q       During the tour, did you ever use words

25   to the effect of that you would kill a bitch?

1          A       I never said that.

2          Q       During the tour, did you ever use words

3     to the effect of that you would stab a bitch?

4          A       No.

5          Q       Did you ever -- let me lay a foundational

6     question.  I'm not asking for what the specifics of

7     this is.  I just want the broad category of, did you

8     ever inform people that you were looking for your

9     medication and you couldn't find it?

10         A       No.  I was never on medication.

11         Q       Did you ever threaten to quit while you

12    were on tour?

13         A       No.

14         Q       Did you ever take issue with local

15    workers eating food that you believed did not belong

16    to them?

17         A       Yes.

18         Q       And in that instance, or one of those

19    instances, did you ever physically take the food out

20    of the local worker's hand?

21         A       No, never.

22         Q       Were there -- how were the local workers

23    supposed to get their food when they were assisting

24    on the tour, to your knowledge?

25         A       We had two -- we had a tour catering and

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1    the locals had their own catering, and I instructed

2    the plaintiff that they were not supposed to be

3    going into -- the locals -- excuse me -- were not

4    supposed to be going into the tour catering.  They

5    had their own catering.

6         Q    Did you ever say words to the effect that

7    you would kill a bitch if it came down to it if

8    someone threatened your job?

9         A    No, never.

10        Q    Did you ever curse during the tour?

11        A    I'm sure.

12        Q    Did you ever curse at Ms. Daniels?

13        A    Not that I can recall, no.

14        Q    Did you ever tell Ms. Daniels that, if

15   she wouldn't do what you were instructing

16   Ms. Daniels to do -- that was a bad question.  Let

17   me start again.

18             Did you ever tell Ms. Daniels that, if

19   Ms. Daniels wasn't doing what you were instructing

20   Ms. Daniels to do, that you would send Ms. Daniels

21   home?

22        A    I never had the authority to send her

23   home.

24        Q    Okay.  I know you didn't -- you are

25   telling me you didn't have that authority.

1              My question is, did you ever tell her

2    that, even though you didn't have that authority?

3         A    I spoke with her on one occasion when --

4    after speaking to her about footwear again, then she

5    was walking around in just socks.  So going above

6    and beyond being defiant.

7              And that's when I had spoken with Carlina

8    and just said, If you continue, it's just not going

9    to work out.  I never said send her home.  I just

10   said, This is not going to work out.

11        Q    You just brought up Carlina's name in

12   this answer.  I just want to make sure, you told

13   Ms. Daniels words to the effect, If you continue,

14   this isn't going to work out?

15        A    Correct.

16        Q    Okay.  You didn't tell Carlina that;

17   right?

18        A    No.

19        Q    So you observed Ms. Daniels working in

20   just socks?

21        A    Correct.

22        Q    During what part of the day was she --

23   did you observe her doing that?

24        A    Midday, sometime in the afternoon.

25        Q    And what duties or responsibilities was

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1    she executing at the time that you saw her in socks?

2         A      I assume her and the locals were prepping

3    the dancer wardrobe.

4         Q      Is that what you saw them doing or --

5         A      Well, when I walked into the room, it was

6    her and the two locals.  So if the locals were still

7    present, then they were still working.

8         Q      Did you ever communicate your observation

9    that Ms. Daniels was in socks to anyone in writing,

10   either text message or e-mail?

11        A      Yes, I spoke with Carlina.  I also

12   created a locked message for myself, timestamped day

13   and time, so if it progressed further, I had made

14   that note:  I have already spoken to her about

15   proper shoes.  Now she is walking around in just

16   socks.

17               So I have that timestamped, that day and

18   time, locked in my phone.

19        Q      What's a locked message?  I never heard

20   of that.  What does that mean?

21        A      It can't be deleted.  It's not edited.

22   It's going to save the time I created it.

23        Q      Is that through an application?

24        A      It's just -- Apple Notes.

25        Q      So through the Apple Notes application,

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1    you can create a note that you designate as

2    something you can never change; you lock it, so to

3    speak?

4        A       You can change it, but I had it locked so

5    that it couldn't be accidentally deleted or it shows

6    any edits that have been made.

7                So it shows the original time and date

8    that I created that note.

9        Q       Did you ever forward this note, this

10   locked note, to anyone?

11               MR. WEINSTEN:  Objection to the extent it

12   calls for you to reveal attorney-client

13   communications.  Instruct you not to answer if it's

14   just to counsel that you provided it to.

15               MR. ZAMBRANO:  Let me ask it so that

16   there's no risk of this.

17       Q       (BY MR. ZAMBRANO)  Did you ever send that

18   note to anyone before Ms. Daniels stopped working on

19   the tour?

20       A       Before, no.

21       Q       Other than this locked message that you

22   didn't send to anyone before Ms. Daniels stopped

23   working on the tour, did you send any other writings

24   to anyone?

25       A       No.  I went directly to Carlina to let

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1    her know what was happening and --

2           Q       That was a verbal communication; correct?

3           A       Yes.

4           Q       And just to close this loop, you did not

5    send her a text message -- "her" being Carlina --

6    Hey, Carlina.  Asha is in socks.

7                   You didn't send that in a writing;

8    correct?

9           A       No.  I walked across the hall into her

10   office and told her that she was walking around in

11   socks.

12          Q       Did you ever tell Ms. Daniels that you

13   had smashed your finger while you were moving a

14   particular item during the tour?

15          A       I don't recall smashing my finger.

16          Q       Do you have a recollection that you

17   injured any part of your body while you were moving

18   things or rustling through things, either scrape or

19   cut or smash, anything?

20          A       No, not that I can recall.

21          Q       Did you ever seek medical treatment while

22   on the European tour?

23          A       No.

24          Q       Does the name Bree Runway sound familiar?

25          A       Yes.

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1        Q        Was there ever an issue with Bree

2    Runway's crew where you had a meeting with Bree

3    Runway's crew that Ms. Daniels was present?

Errata: change "crew" to "Bree and her TM Paris"

4        A        Yes.

5        Q        Can you tell me what happened?

6        A        I came into the wardrobe room in

7    Copenhagen, which was show 2, and Bree was in there.

8    Daniels was giving her some of our supplies from the

9    wardrobe case, and I instructed her that that's not

10   proper protocol.  It's not in our budget.  We don't

11   provide supplies for the opening artist and/or their

12   dancers.

13              Then -- I thought that was enough, just

14   verbally letting her know.  And then, same day, I

15   come back to wardrobe, and Bree is in there with her

16   tour manager, and Daniels again is giving her

17   supplies.  Bree is trying to ask for my artist

18   supplies.

19       Q        Did you ever communicate to anyone that

20   you wanted Bree Runway's crew off the tour?

21       A        No, and I don't even have that -- that

22   authority.  I do wardrobe.

23       Q        Did you communicate to anyone in writing

24   that Ms. Daniels was supposedly giving items to Bree

25   Runway's team?

AMANDA NOMURA                                    JOB NO. 1335894
DECEMBER 09, 2024              CONFIDENTIAL

1        A       Yes, I let -- not in writing, no.  Not in
2    writing.
3        Q       Who did you let know verbally?
4        A       Carlina.
5        Q       Anyone else other than Carlina?
6        A       Not that I can recall.
7                MR. ZAMBRANO:  Let's go through some
8    documents fairly quickly, hopefully.
9                This will be Exhibit 7, Counsel.  It
10   starts with DAN 9 and DAN 10.
11               (Exhibit 7 marked and electronically
12   provided to reporter.)
13               MR. WEINSTEN:  Yeah, I've got it.  I am
14   going to put it in front of her, in front of the
15   witness.
16               MR. ZAMBRANO:  Great.
17       Q       (BY MR. ZAMBRANO)  Do you have a two-page
18   document in front of you, Ms. Nomura?
19       A       Yes.
20       Q       Okay.  And you will see that the top
21   exchange is an e-mail from yourself to Ms. Daniels.
22   Do you see that?
23       A       Yes.
24       Q       On February 15th; right?
25       A       Yes.  Yes, sorry.

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1   who was in A party.  That's why the top says "LZ B

2   Party."

3        Q      So ostensibly, the folks that are in the

4   e-mails from Molly are the folks that are in the B

5   party; correct?

6        A      It should be everybody in B party.

7        Q      When you initially spoke with Ms. Daniels

8   about the possibility that Ms. Daniels was going to

9   join, did you tell her how many hours a day she

10  would be working during the tour?

11       A      That was part of that conversation where

12  I walked her through our day-to-day schedule and --

13  yes, I did.

14       Q      And how many hours a day did you throw

15  away to Ms. Daniels that she would be working --

16       A      I didn't have --

17       Q      -- if she were to join -- I'm sorry.  Go

18  ahead.

19       A      There was no set hours specifically.  It

20  was based off of show day and our production

21  schedule.

22       Q      Would you have been part of B party?  I

23  mean -- that's a bad question.

24              Would you -- in this Exhibit 7, in this

25  e-mail, see the schedule that I pulled up here?

```
 1              I know what triple triples is.  You make
 2    a reference because -- it says -- in this text
 3    message saying, "you know because I'm about to go
 4    off, hahaha."
 5              What were you referring to in that part?
 6         A    Drinking a gin and tonic.
 7         Q    Okay.  The next bubble says, "I need the
 8    locals ASAP."  Do you see that?
 9         A    Yes.
10         Q    It seems to be, just from reading this,
11    that Asha had -- was around the locals more than you
12    were.
13              Was she like the point person for the
14    locals, or you were just not in the same area?  Why
15    was it -- can you explain that to me?
16         A    She -- you know, I just had Lizzo's
17    wardrobe and she had the dancers', and so the locals
18    were there to help basically do all the legwork.
19    They did all the laundry, all the steaming, they put
20    everything away.
21              They did all -- basically all the work.
22         Q    Right.  Is it that Ms. Daniels was around
23    them while they were doing all the work more than
24    you were?
25         A    This was at the end of the night.  That's
```

1   why I'm saying the timestamp is not accurate.

2           The end of the night, the locals would

3   assist me with the racks.  So if you go through -- I

4   had texted her that on several occasions, Please

5   send the locals, please send the locals.

6           She also created her own document of her

7   own duties that she labeled, Send locals to help

8   Amanda with my racks.  So she never helped me.  It

9   was always the locals.  She even made that document

10  herself of her duties and when to send the locals.

11          I would just have to text her because --

12  I don't know -- time management or she would just

13  forget when to send them when I needed help.

14      Q     Question about the earlier text.

15          The person that you say "she's

16  showering," are you referring to Ms. Jefferson?

17      A     Correct.

18      Q     Okay.  Going back down, in this message

19  that's below Monday, February 27th, it says, "Can

20  you come help me in wardrobe real quick?"  Do you

21  see that?

22      A     Yes.

23      Q     Do you have a memory of what you needed

24  help with on that particular instance?

25      A     Yes.  It goes to the same gray bubble

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1    underneath my next text.  We were using some of the

2    merch hoodies for the show, and -- so I needed her

3    to come to wardrobe, since that was a dancer thing,

4    to then label the hoodies.

5              That was something we were adding to the

6    show.

7        Q    Sitting here today, do you have a memory

8    of whether she did as you asked on this particular

9    instance?

10       A    Between me, her, and the locals, we

11   completed that task with the hoodies.

12       Q    The last two gray bubbles here, "Can you

13   give me a full count of makeup mirrors tonight?  I

14   was told you said we were short, so I just want to

15   know by how many."  Do you see that?

16       A    Yes.

17       Q    Do you have a memory of who told you that

18   Ms. Daniels had said they were short on mirrors?

19       A    Molly Gordon.

20       Q    Was there anything in your mind wrong in

21   Ms. Daniels bringing that up if perhaps there were

22   not enough mirrors?

23       A    No.  She just didn't let me know, so I

24   was not aware that there was any missing, and then

25   she never responded.

1              So I really -- I don't even know what the

2    outcome of that was.

3         Q     Done with that document.

4              MR. WEINSTEN:  You okay?

5              How much longer?

6              MR. ZAMBRANO:  I'm sorry, Counsel?

7              MR. WEINSTEN:  No.  I was asking the

8    court reporter.  She was shaking her arms.  So I was

9    asking if she needed a break, but --

10             MR. ZAMBRANO:  Oh, we can take a five- or

11   ten-minute break.

12             THE REPORTER:  No, I'm good.

13             MR. WEINSTEN:  I'm going to have a couple

14   of questions, so why don't you finish your

15   questions, and then I am going to get a coffee,

16   because it's 3 o'clock here, and we can take a break

17   then, I think, unless you want to take --

18             MR. ZAMBRANO:  I have 30 minutes.  Would

19   the court reporter like to stop, or do you want me

20   to go --

21             THE REPORTER:  No, I'm fine.  I'm fine.

22             MR. ZAMBRANO:  Okay.  Moving on.

23             (Exhibit 11 marked and electronically

24   provided to reporter.)

25             MR. ZAMBRANO:  Counsel, this is a

```
 1    Ms. Daniels?

 2        A      No.

 3              MR. ZAMBRANO:  Exhibit 12 is another

 4    one-page document.  It's Bates stamped DAN 13.

 5              (Exhibit 12 marked and electronically

 6    provided to reporter.)

 7        Q      (BY MR. ZAMBRANO)  It's an e-mail -- do

 8    you want me to make it bigger, Ms. Nomura?

 9        A      That's great right there.

10        Q      Okay.  So this is an e-mail.  It has the

11    designation of Feb, February 25, and it says, "Hey,

12    didn't get a chance to talk to you after load out.

13    I just wanted to remind you that we're not done

14    until we have all our wardrobe cases loaded."  Do

15    you see that?

16        A      Yes.

17        Q      Do you have a memory of sending this

18    e-mail to Ms. Daniels?

19        A      Yes.

20        Q      And was it around the time that she was

21    still on the tour; correct?

22        A      Correct.

23        Q      It goes on, "I wasn't able to find you to

24    help recover a missing case and realized you went to

25    shower already."
```

AMANDA NOMURA
DECEMBER 09, 2024                     CONFIDENTIAL                     JOB NO. 1335894

1          Do you have a memory about when in the

2     schedule you were trying to look for her?

3          A     It had to be the end of the night.

4          Q     During the tour, was Ms. Daniels supposed

5     to tell you that, at least from her perspective, she

6     is done for the night, that she is going to go to

7     the bus?

8          A     Yes.  Like we -- that's the purpose of

9     the e-mail, is you -- we don't leave, and I'm saying

10    "we" as in I don't leave either, until all of the

11    work is completed.

12         Q     It goes on, "It took us about 40 minutes

13    to find it between the two loading docks and the

14    trucks that had already been loaded."

15          That's -- you found the missing wardrobe

16    case; correct?

17         A     Correct.

18         Q     Was that wardrobe case containing the

19    dancers' wardrobe or Ms. Jefferson's wardrobe, if

20    you remember?

21         A     Dancer or supply, because I had never

22    left my case -- Lizzo's cases.

23         Q     How is it that you would know a case is

24    missing?

25         A     We have a whole manifest and

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

```
 1   semi-truck -- truck pack.  I mean, I don't know how
 2   you could leave a case.  Like a truck -- a
 3   semi-truck has a pack, and it's taped onto the side
 4   wall.  The stage manager also has the truck pack PDF
 5   e-mailed, everything.  There's -- it's very
 6   detailed.  Like we are moving with semi-trucks full
 7   of cases.
 8       Q       Did Ms. Daniels respond to you in any
 9   way, to your e-mail that is displayed here in
10   Exhibit 12?
11       A       I don't recall, but do you have the
12   full -- the full e-mail?  Do you have the --
13       Q       I only have this.  This is you, Amanda.
14   So -- that's my question.  I don't know if you have
15   a memory if she replied in an e-mail, maybe she
16   walked up to you later or maybe she didn't.  I don't
17   know.
18               Do you have a memory that she responded
19   to this at all?
20       A       I don't recall, no.
21       Q       Okay.  Do you have a memory of Ms. Nomura
22   expressing to you --
23               MR. WEINSTEN:  She is Ms. Nomura.
24               MR. ZAMBRANO:  I screwed up again.
25   Excuse me.
```

AMANDA NOMURA                                                JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1       Q       (BY MR. ZAMBRANO)  Do you have a memory
2    of Ms. Daniels expressing to you, Ms. Nomura, that
3    she felt a certain manner of the way the crew was
4    talking was inappropriate and too sexualized?
5       A       No, never.
6       Q       Did Carlina ever come to you and say,
7    Hey, you know, Asha is complaining that there's too
8    much of a sexualized environment?
9               Do you have a memory of words to that
10   effect from Carlina?
11      A       No, never.
12      Q       Okay.
13              MR. ZAMBRANO:  Introducing Exhibit 13.
14   Counsel, this is Bates stamped DAN 32 to 34.
15              (Exhibit 13 marked and electronically
16   provided to reporter.)
17      Q       (BY MR. ZAMBRANO)  Do you want me to make
18   this bigger, Ms. Nomura?
19      A       No, that's -- that's great.
20      Q       Okay.  And do you have a memory of a
21   WhatsApp group being created for the crew?
22      A       Yes.
23      Q       And do you have a memory of it being
24   labeled as it is here towards the top, "LZO Special
25   Tour - Crew"?

1    pick up.

2              MR. ZAMBRANO:  Perfect.  Reviewing my

3    notes for the last questions.  Thank you.

4              MR. WEINSTEN:  All right.

5              THE VIDEOGRAPHER:  The time is 3:14 p.m.

6    We are off the record.

7              (Recess taken from 3:14 p.m. to

8    3:23 p.m.)

9              THE VIDEOGRAPHER:  The time is 3:23 p.m.

10   Mountain Time.  We are back on the record.

11        Q    (BY MR. ZAMBRANO)  Ms. Nomura, we are

12   back on the record.  Do you understand you are still

13   under oath?

14        A    Yes.

15        Q    Is there anything you talked about up to

16   this point you would like to revisit to change or

17   clarify?

18              MR. WEINSTEN:  Objection.  Vague and

19   overbroad.

20        A    Not at this time.

21        Q    (BY MR. ZAMBRANO)  Do you have a memory

22   of meeting the -- excuse me.

23              Do you have a memory of meeting with

24   Bree's tour manager, and with Asha present, where

25   you specifically told the tour manager that Asha was

1  not allowed to provide anything to them?

2            MR. WEINSTEN:  Objection.  Vague and

3  ambiguous, assumes facts not in evidence.

4       A     I recall having a conversation with, yes,

5  Bree's tour manager and Daniels.

6       Q     (BY MR. ZAMBRANO)  What do you recall

7  being said, other than the topic of the material

8  that Ms. Daniels was providing to Bree's team?

9       A     Sorry.  Can you repeat that?

10      Q     Sure.  Other than the topic of

11  Ms. Daniels providing materials or items to Bree's

12  team, Lizzo's equipment, do you have a memory of any

13  other topics coming up during this meeting where

14  Ms. Daniels was present and you were speaking to

15  Bree's tour manager?

16      A     Not that I can recall.  That was the only

17  subject to discuss at that time.

18      Q     Do you have a memory of the topic of

19  prayer circles coming up for Bree's -- the dancers

20  for Bree could not be in the same prayer circles as

21  Ms. Jefferson?

22            MR. WEINSTEN:  I am going to object and

23  instruct not to answer.  There's no allegation of

24  prayer circles.

25            You are now trying to backdoor your other

```
 1              MR. WEINSTEN:  No.  What I'm --
 2              MR. ZAMBRANO:  You are running a risk
 3    that we are just going to come back.  It's a
 4    yes-or-no question.  She can either deny or not.
 5              I am not going to follow up after that.
 6    She is either going to say yes -- or unless -- if
 7    she says, Yes, we did talk about prayer circles,
 8    then I will follow up, What happened?  But if she
 9    says no, I will move on.
10              MR. WEINSTEN:  I am going to let you
11    answer, but it's -- I am just going to make it clear
12    that I am not going to let you backdoor and get into
13    issues that are not in the case.
14              But for purposes of speeding it along, I
15    will let you answer.
16        A    This is the first time I have even heard
17    of that, so no.
18        Q    (BY MR. ZAMBRANO)  Thank you.  I will
19    move on.
20              Towards the end of Ms. Daniels'
21    employment on the tour, do you have a memory that
22    she expressed to you that she had an allergic
23    reaction?
24        A    No.
25        Q    Was there a medical team available by
```

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

```
 1        A    I don't know production's -- who they
 2   would call, urgent care.  I mean, I do wardrobe.  If
 3   there's an injury, I send them to production,
 4   whoever that is.  Locals -- like I don't have
 5   anything to do with medical.
 6        Q    (BY MR. ZAMBRANO)  Understood.  Okay.
 7             Did you ever speak with Ms. Jefferson
 8   about Asha Daniels?
 9        A    No.
10        Q    Do you remember the e-mail we looked
11   at -- and I am happy to bring it up -- where you
12   talk about -- to Ms. Daniels, You can't leave until
13   the cases are loaded or words to that effect?  Do
14   you remember that e-mail?
15        A    Yes.
16             MR. WEINSTEN:  Well, actually,
17   misrepresents what the e-mail says, but go ahead.
18             MR. ZAMBRANO:  Do you want me to bring it
19   up?  I am just trying to save time.
20             MR. WEINSTEN:  We know what -- she knows
21   what you are referring to.  You just misrepresented
22   what it says.  So that's my only objection.
23             You don't need to bring it up.
24             MR. ZAMBRANO:  All right.
25        Q    (BY MR. ZAMBRANO)  Do you remember that
```

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

```
 1    was dated on February 25th?

 2         A      Yes.

 3         Q      And do you have a memory of how many

 4    shows Ms. Daniels had already been a part of up to

 5    the point of your e-mail?

 6         A      No.

 7         Q      Up to the point of that e-mail, had you

 8    pointed out anything else or observed anything else

 9    where Ms. Daniels was not meeting your expectations

10    in her role as a wardrobe assistant?

11         A      Yes.

12         Q      What else prior to that e-mail did you

13    observe?

14         A      Being on time to work.

15         Q      Anything else?

16         A      Not that I can recall.

17         Q      Did you send anyone any writing, text

18    message or e-mail, about Ms. Daniels supposedly

19    being late to work or not being on time to work?

20         A      I texted Ms. Daniels.

21         Q      Do you still have access to that text

22    message?

23         A      I believe so.  There were three

24    occasions, at least.

25         Q      Did Carlina ever approach you to relay
```

1  other people that were on tour's concern about your

2  behavior?

3          MR. WEINSTEN:  Objection.  Assumes facts

4  not in evidence, and vague and ambiguous.

5      Q     (BY MR. ZAMBRANO)  Do you have a memory

6  of that, Ms. Nomura?

7      A     No.  I don't understand your question.

8  Can you repeat?

9      Q     Did Carlina ever come to you while you

10  were on the tour going, Hey, I don't know if this is

11  true or not, but people are complaining about you,

12  the way you are handling a situation or your

13  language or your behavior, anything to that effect?

14      A     No.

15      Q     What is your understanding why

16  Ms. Daniels stopped working for the tour?

17      A     My understanding of it was that -- that

18  she quit, basically.

19      Q     How did you come to that understanding,

20  that she had quit?

21      A     When we were in Paris that last day, she

22  didn't work -- she wasn't working, didn't let me

23  know she's late or what was happening.

24            I found her in catering.  I asked her,

25  Are you working?  Are you working today?  And she

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

```
 1    said no.
 2              So to me that is, I mean, leaving your
 3    position.
 4         Q    Okay.  Did you relay to anyone that you
 5    believe Ms. Daniels had quit?
 6         A    I spoke --
 7         Q    That's really, really vague.
 8              On the day that you saw her in catering,
 9    that day, did you tell anybody, Hey, Asha is not
10    working?  Did you say anything on that day?
11         A    Yes.
12         Q    To who?
13         A    I spoke with Carlina.
14         Q    What was Carlina's response to you, if
15    any, if you remember?
16         A    That she was basically going home.  That
17    was the final --
18         Q    Are you done with the answer?
19         A    Yes.
20         Q    Do you have a memory of being -- of any
21    exchanges, written exchanges, either text messages
22    or e-mails, where the topic of Ms. Daniels not
23    working in Paris came up?
24         A    Do I have any texts or e-mails?
25         Q    Yes.
```

1          A       Yes, I have a text from the person that
2     was sitting with her at catering.  She was the one
3     that let me know that Ms. Daniels was around,
4     because she was -- hadn't let me know what was
5     happening.  She just was gone.
6          Q       What's the name of this person?
7          A       I can't remember the name.
8          Q       Do you believe you still have access to
9     that text?
10         A       Possibly.
11         Q       Were you ever told that Ms. Daniels was
12    let go for -- involuntarily for poor performance?
13         A       Sorry.  For that tour that she was let
14    go?
15         Q       Yes.
16         A       No.  I have no followup after her not
17    showing up.  I had a show to do.  I never followed
18    up.
19         Q       Do you know what PS Business Management
20    is?  Have you heard of that?
21         A       It doesn't sound familiar.
22         Q       After Ms. Daniels stopped working on the
23    tour, did you speak with anyone about the reasons
24    why Ms. Daniels wasn't on the tour?
25         A       After she left?

AMANDA NOMURA                                                           JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

 1          Q     Before this -- yes, before the lawsuit

 2    started.  So we exclude any communications with

 3    counsel.

 4          A     Not that I can recall.

 5                MR. ZAMBRANO:  Counsel, I seem to be

 6    done.

 7                MR. WEINSTEN:  All right.  Let me ask a

 8    few questions.

 9                Anybody need a break, or are we good to

10    go?

11                I am going to be sitting here talking to

12    you, but the camera is over there.  So you may want

13    to -- you may be looking back and forth, but I just

14    want you to be cognizant, I'm not the jury.

15                            EXAMINATION

16    BY MR. WEINSTEN:

17          Q     Ms. Nomura, thank you for -- I'm Michael

18    Weinsten, as you know.  I'm your counsel and the

19    counsel for defendant in the case.  I have a few

20    questions to ask for you as well.

21                Let's just start, when did you start

22    working with Ms. Jefferson on tour?

23          A     Around August-September of 2022.

24          Q     Okay.  And could you briefly describe

25    what your job position and responsibilities were?

AMANDA NOMURA                                              JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1            A       I was supposed to just be maintaining the

2     artist's wardrobe and making sure that everything

3     was prepped and ready to go for the show; scheduling

4     the locals, you know, that we would need daily, or

5     seamstresses.  Just kind of overseeing anything

6     wardrobe-related.

7            Q       Okay.  And how long have you been a

8     wardrobe manager or -- let's just start broad.

9                    How long have you been in the business of

10    either designing or being involved with wardrobe,

11    specifically for entertainers?

12           A       Since about 2007.

13           Q       Okay.  And have you been on other tours

14    before?

15           A       Yes.

16           Q       With whom?

17           A       Gosh.  I would have to like -- there's a

18    lot, but if I'm just --

19           Q       Just give us some examples.

20           A       Green Day, the Eagles, Billie Eilish,

21    Christina Aguilera.

22                   Those are probably the -- I mean, there's

23    a lot of shorter tours in between, but as far as

24    like long term, those are probably the top.

25           Q       Okay.  And are you also a designer?

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1          A      Yes.

2          Q      Okay.  Did you do any designs for these

3    other tours that you were just describing, or were

4    you acting more as a wardrobe manager?

5          A      I did some designs, custom pieces that

6    were incorporated with the stylist's designs as

7    well.  That included.

8          Q      And how did it come to be that

9    Ms. Daniels became hired to be your assistant?  If

10   you could just briefly describe that for us.

11         A      Yeah.  I, again, had met her while she

12   was Mondo's assistant.  And that communication that

13   we had over that month of Mondo and I and Alana

14   trying to design the dancer costumes, she seemed --

15   I knew that she knew how to sew, she seemed eager,

16   always responsive when I needed to know an update.

17               And so when it came to Europe, to find

18   someone, I knew that she was aware of the costumes

19   previously while she was assisting Mondo.  So I

20   thought it would be a great transition.

21         Q      Okay.  Did there come a time where you

22   became concerned about Daniels being hired?

23         A      I would say almost as soon as she was

24   officially on the tour, part of that three-hour

25   conversation that we had, she had asked when her

AMANDA NOMURA                                                JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1    boyfriend, or I'm not sure -- her person would be

2    able to come out to the tour and visit.

3              And it was a little red flag.  That's why

4    I followed up letting her know how difficult the

5    work was, how much we were working, and if it was

6    possible for him to come out and visit on a day off,

7    then I had no issue.  But it wasn't like a hangout

8    environment.

9         Q    Okay.  Once she actually was starting to

10   work on the tour, was there -- did something come up

11   sooner rather than later that drew your attention

12   that it was problematic?

13        A    Just from day one.  She was about an hour

14   and a half late.  I had to text her, you know, Hey,

15   where are you?  She said -- I had a conversation

16   with her in wardrobe, just day one, like, You got --

17   it's crucial you're on time.  Especially the

18   industry -- it's a bus tour -- if you are late, they

19   will leave you.  I was trying to give it to her

20   upfront.

Errata: change "which was not" to "which was"

21             And then day two, which was not

22   February 17th, she was late again.  I had to text

23   her, Are you on your way?  Day two was also the day

24   that she was crying and, you know, the phone, the

25   radio lost, the radio that she lost.

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1              Our next show was on the 19th.  She was

2    late.  I had to text her again.  Something similar.

3    Are you on the way?

4              And then the proper footwear, which -- I

5    don't think she even had anything but Crocs until

6    after the four or fifth show.  So --

7         Q    Was she wearing Crocs on the first day?

8         A    Yes.

9         Q    And did you discuss that with her?

10        A    Yes.

11        Q    What did you discuss?

12        A    I walked around the venue, and I showed

13   her how -- how unsafe -- not the venue itself, but

14   there was hazards.  It's a -- it's like a

15   construction site.

> Errata: change "hazard vests and silco boots" to "Hi-vis vests and steel toe boots"

16             Everybody else was wearing hardhats and

17   hazard vests and Silco boots, and there's forklifts

18   and semi-trucks and delivery trucks and all of

19   the -- I mean, there's a million things that could

20   happen.

21             And so I tried showing her -- also part

22   of her job was laundry.  So she had to cross through

23   that whole loading dock area with the semis, with

24   forklifts, to get to the washer and dryer.  And

25   that's why I was explaining having proper footwear,

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1    just as a start.

2        Q    And after you advised her of this on the

3    first day, did she take your advice?

4        A    No.

5        Q    Did you speak to her again?

6        A    I did.

7        Q    And what was -- similar conversation?

8        A    Similar conversation, just having her be

9    aware.  Part of the e-mail from production was that

10   certain cities in Europe, they have basically like

11   European OSHA, and if you were seen without the

12   proper PPE, that you would be fined, the tour would

13   be fined.

14       Q    Did there come a time -- by the way, did

15   she do any of the designs -- to your knowledge, did

16   she do any of the designs for the European tour?

17       A    No.

18       Q    Did there ever come a time, to your

19   knowledge, that she tried to submit designs for the

20   European tour?

21       A    Yes.

22       Q    When was that?

23       A    That was probably around the fourth --

24   fourth show.

25       Q    Okay.  And did you review her designs?

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

```
 1      A    No.

 2          Q    We talked a little bit about that her

 3    last day was on March 5th.

 4               Can you tell me what happened on

 5    March 5th, to the best of your recollection?

 6          A    March 5th, Paris.  It was a huge show,

 7    had new costumes, early call, and Daniels never

 8    showed up.

 9               I spoke with Gina, a catering assistant.

10    She said that Daniels was hung over, and, you know,

11    I had work to do from the previous messages where I

12    texted her when she was late, Are you on your way?

13    Are you coming?  I kind of felt I just didn't have

14    the time to try and track her down again.

15               So when I finally saw her, it was around

16    noon, lunch, in catering, when she said she wasn't

17    working, and she told me she wasn't going to work.

18          Q    And what did you do?

19          A    I spoke with Carlina.  I told her what

20    was happening, and I went back to work.

21          Q    Did there come a time you learned that

22    she was let go because she wasn't working or sent

23    home?  Let's say the words "sent home."

24          A    I found out through Carlina that

25    production had -- had the travel agent purchase her
```

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1    ticket home.

2        Q      Okay.  Did you see her later that day

3    after she refused to work?

4        A      I did.

5        Q      And what did you see?

6        A      She was hanging out with Bree and her

7    dancers in the room directly across from mine, maybe

8    five feet away.  And they were drinking alcohol

9    until about 3 in the morning.

10        Q      Okay.  Did that upset you?

11        A      Yes.

12        Q      Was she laughing?

13        A      Yes.

14        Q      Anything else you can recall from that

15    day prior to her actually leaving?

16        A      After I found out that the travel agent

17    had purchased her ticket home and that she would be

18    leaving, I was out working, doing something in the

19    venue, and I came back into wardrobe.  She was in

20    wardrobe doing her makeup.

21              And I asked Carlina and security, like,

22    you know, if she quit or was let go.  I -- you know,

23    I just didn't want her -- she had no reason to be in

24    wardrobe, basically.

25        Q      Okay.  I want to get into some of the

1    specific allegations of the complaint now.  I will

2    just go through them in the order they show up in

3    the complaint, easiest way to do this.

4              Ms. Daniels has claimed that she designed

5    custom pieces for the tour.  Is that true?

6         A    No.

7         Q    And you know this why?

8         A    I was part of the process from the very

9    beginning, and she never designed for the tour or

10   stylist either.

11        Q    Ms. Daniels claimed also in the complaint

12   that she worked a seven-day week.

13             Is that -- to your knowledge, did that

14   ever happen?

15        A    No.

16        Q    And how do you know that?

> Errata: change "issues" to "daysheets"

17        A    The -- you have the ⟦issues⟧ that were

18   submitted, and our work schedule was just those show

19   days.

20        Q    Did she work on non-show days, to your

21   knowledge?

22        A    No.

23        Q    And in the period of time from the time

24   she was hired through the time she left, were there

25   more show days than there were non-show days or the

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1    same or less?

2          A    Gosh, that's a tough one.  I would say

3    show day, day off, show day, two days off.  I

4    mean --

5          Q    Okay.  And those days off, she wasn't

6    working.  Is that your testimony?

7          A    Correct.

8          Q    Okay.  She also claimed in the complaint

9    that she was denied breaks.

10              Are you aware of that ever happening?

11         A    No.

12         Q    Did you ever see her taking breaks?

13         A    Yes.  She would take breaks with the

14   locals.

15         Q    Okay.  Why was she taking breaks with the

16   locals?

17         A    It just made -- it made sense that, while

18   they were taking their break, that she would take

19   her break so that, when they came back from their 15

20   minutes, you know, they could get back together and

21   continue.

22         Q    Okay.

23         A    Wherever they left off.

24         Q    Okay.  Did there ever come a time that

25   you instructed Daniels not to approach Lizzo?

1        A      Yes.

2        Q      And tell me why.

3        A      Really easy answer.  Because she was not

4    hired to work with Lizzo, and there was no reason

5    that she would ever have to meet her.

6                And I never instructed her not to.  I

7    just talked to her, and I said, This is, you know,

8    the artist's backstage.  This is their personal

9    private space with their family and friends.  We are

10   not here to socialize.

11        Q      Okay.  Did Lizzo ever -- to your

12   knowledge, did Lizzo ever get upset with you for

13   speaking with her boyfriend?

14        A      No, never.

15        Q      Were there ever times that you did speak

16   with her boyfriend?

17        A      It was very simple.  It was like a hello,

18   if he said hi to me while I was in her dressing

19   room.

20        Q      Have you ever heard of or observed Lizzo

21   being jealous because somebody was speaking to her

22   boyfriend?

23        A      No.

24        Q      Had you ever had a discussion with

25   anybody about Lizzo being jealous about people

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1    speaking with her boyfriend?

2         A    No.

3         Q    Okay.  There's an allegation in the

4    complaint that there was a culture of racism and

5    bullying on Lizzo's tour.  Let's start with the

6    first one.

7              Are you aware of any facts to support the

8    claim that there was a culture of racism on the

9    tour?

10        A    No.

11        Q    Are you aware of any facts to support the

12   claim that there was bullying on the tour?

13        A    No.

14        Q    Never observed any of those things

15   yourself?

16        A    No.

17        Q    There's an allegation in the complaint

18   that the dancers were not provided a private place

19   to change their outfits, and I heard your testimony

20   a little earlier.

21             Can you describe the accommodations for

22   dancers to change their outfits?

23        A    Sure.  It was a -- then it was kind of a

24   ten-by-ten pop-up tent that had Velcro on four

25   walls.  We also supplied a full-length mirror,

AMANDA NOMURA                                                      JOB NO. 1335894
DECEMBER 09, 2024                  CONFIDENTIAL

1    somewhat of a first aid/toiletry kit that contained

2    anything they might need:  Rubber bands, Band-Aids,

3    ice packs, safety pins, sewing kit.  I even had pads

4    and tampons in there.  I mean, it was a whole thing,

5    anything the dancers could possibly need.

6              And then there was five chairs with the

7    dancer's name on each chair, one of those on stage

8    left and one on stage right.  So five dancers in

9    each tent.

10         Q     Okay.  To your knowledge, were these

11   tents -- when the dancers would be inside changing,

12   was it fully enclosed?

13         A     Fully enclosed.

14         Q     Okay.  Did you ever see any crew members

15   gawking or giggling at the dancers changing?

16         A     No.

17         Q     Are you aware of that ever happening?

18         A     No.

19         Q     Did anyone ever complain to you about

20   such a thing happening?

21         A     Never.

22         Q     Did you ever reprimand Ms. Daniels for

23   providing stockings to dancers?

24         A     Not reprimand.  I just asked just to

25   follow the protocol of making sure they were

AMANDA NOMURA                                                JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1    repaired first.  Also had to do with not providing

2    those supplies to the opener artist and her dancers.

3        Q        I skipped over one thing.

4                There was an allegation in the complaint

5    that you personally laughed at the dancers' poor

6    accommodations and advised plaintiff not to alert

7    anyone else about the issue or try to fix the issue.

8                Did that ever happen?

9        A       No.  And further on that, the dancers

10   would have notified Molly or Carlina immediately.

11               So I also was not in charge of the

12   quick-change tent.  That was the stage manager.

13       Q       Okay.  So there's an allegation here that

14   plaintiff says she was forced to hear racist and

15   fatphobic comments from you.

16               Did you ever make any racist or fatphobic

17   comments in front of Nomura (sic)?

18       A       Never.

19       Q       Did you ever call the dancers dumb?

20       A       Never.

21       Q       Did you ever call them stupid?

22       A       No.

23       Q       Did you ever call them fat?

24       A       No.

25       Q       Is that even something that you would

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1   even consider doing or thinking about?

2         A     No.

3         Q     Did you ever make fun of the dancers for

4   their weight?

5         A     No.

6         Q     Did Ms. Daniels ever complain to you

7   about comments that you made that she believed were

8   offensive?

9         A     No.

10        Q     Did she ever complain to you about you

11  making imitations of the dancers?

12        A     No.

13        Q     Did you ever make imitations of the

14  dancers?

15        A     No.

16        Q     Okay.  Now, you talked about this a

17  little bit earlier.  I want to go over it again.

18             Did you ever roll a rack over

19  Ms. Daniels' foot?

20        A     No.

21        Q     Did you ever transport a rack with

22  Ms. Daniels?

23        A     No.

24        Q     Would that have even been something that

25  could have possibly occurred?

1          A       Possibly, but I always used the locals,

2    which is part of those texts where I'm asking for

3    the -- for her to please send the locals to assist

4    me.

5          Q       Were you aware of Daniels ever injuring

6    her foot or her ankle on the tour?

7          A       No.

8          Q       Did she ever complain about injuring her

9    foot or ankle on the tour?

10         A       No.

11         Q       Did you ever observe her limping around

12   on the tour?

13         A       No.

14         Q       Were you ever aware of Daniels injuring a

15   nail?

16         A       I would say cutting them is kind of an

17   injury to yourself.  I can imagine that.

18         Q       What are you aware of -- just tell me

19   whatever you know with respect to Daniels and her

20   nails.

21         A       I just knew that she told me she had

22   broken one and that she was cutting the rest off.

23         Q       Okay.  She claims in her complaint that

24   she had bleeding wounds.

25                 Were you aware of that?

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO. 1335894

1        A       No.

2        Q       Did you ever observe her having bleeding

3    wounds around her fingers?

4        A       No.

5        Q       Did you watch her as she was cutting her

6    nails?

7        A       Yes.

8        Q       Did she ever ask you for or ask for

9    medical treatment, to your knowledge, while she was

10   on tour?

11       A       No.

12       Q       Did you ever deny her medical treatment?

13       A       No.

14       Q       Had she requested medical treatment,

15   would you have done something about it?

16       A       Yes.

17       Q       What would you have done?

18       A       I would have gone to production, and then

19   they would have, I'm sure, processed an injury

20   report.

21       Q       Okay.  Daniels claims that she was -- I

22   guess there's some problem that she had to sleep in

23   a top bunk.

24               Do you know whether or not she ever slept

25   in a top bunk?

AMANDA NOMURA                                                                JOB NO. 1335894
DECEMBER 09, 2024                          CONFIDENTIAL

1    threatened your job.

2              Did those words ever come out of your

3    mouth?

4        A    No.

5        Q    Did any words close to that ever come out

6    of your mouth?

7        A    No.

8        Q    Were you ever concerned that somebody was

9    threatening your job?

10       A    No.

11       Q    By the way, did anyone ever threaten your

12   job?

13       A    No.

14       Q    Okay.  I believe it was Exhibit 13, there

15   was a post or a -- on a group chat that was -- you

16   indicated it was a birthday post for one of the crew

17   members.

18            Do you recall that post?

19       A    Yes.

20       Q    I don't know if it's a post.  What do you

21   call it on a group chat?  Is it a post or a --

22       A    Yeah, a snap photo.

23       Q    First of all, was that post sent before

24   or after Ms. Daniels left the tour?

25       A    After.

1        Q       Okay.  Can you tell me the

2    circumstances -- do you recall the circumstances

3    under which that post was made?

4        A       I just remember that it was for his

5    birthday.  I don't know what happened before then.

6        Q       Okay.  Did anyone, to your knowledge,

7    ever complain or suggest that they were

8    uncomfortable by that post?

9        A       No.

10       Q       Were you uncomfortable by that post?

11       A       No.

12       Q       Why not?

13       A       To be honest, I didn't even see it until

14   after.  I was working so much that it was just

15   another scroll through -- not even crew people.

16   Just, you know --

17       Q       All right.  Sitting here today, are you

18   uncomfortable by that post?

19       A       No.

20       Q       Okay.  There's an allegation --

21   Ms. Daniels claims in her complaint that she

22   witnessed you, crew, and Lizzo's management openly

23   discussing hiring sex workers for lewd sex acts.

24           Let's just start with, did you ever

25   discuss hiring sex workers for lewd sex acts with

1    while you were on tour?

2        A    No.

3        Q    Are you aware of anybody discussing

4    buying hard drugs on tour?

5        A    No.

6        Q    So Ms. Daniels claims that she felt

7    pressured to join such activities, meaning hiring

8    sex workers, attending sex shows, buying hard drugs.

9             Did you -- did she ever complain to you

10   about these things?

11       A    No.

12       Q    Did you ever hear that she felt that she

13   was being pressured into issues of hiring sex

14   workers or attending sex shows or buying hard drugs?

15       A    No.

16       Q    By the way, to your knowledge, did she

17   ever attend a sex show or a lewd sex act or buy hard

18   drugs while on tour?

19       A    No.

20       Q    Did Carlina -- was she your supervisor,

21   or what was the relationship, work-wise, between the

22   two of you?

23       A    She was basically my supervisor when it

24   came to anything artist-related.

25       Q    Did she ever come to you and say that

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

1    Ms. Daniels was complaining about you?

2          A      No.

3          Q      Other than, I guess -- did you ever hear

4    from her that Daniels claimed that you wouldn't take

5    her designs because she was Black?

6          A      Oh.  That's when -- she never came to me.

7    It was when -- one of the times I had gone to her

8    with the sock -- socks incident, where she was

9    walking around.

10               So I went to let Carlina know about that,

11   and that's when she let me know about the designs

12   and that it was because she was Black.

13         Q      Okay.  Other than that, were there any

14   instances where Carlina complained to you that you

15   were mistreating Ms. Daniels?

16         A      No.

17         Q      Okay.  Did you ever mistreat -- to your

18   knowledge, now that you have heard her allegations,

19   do you feel in any way that you mistreated

20   Ms. Daniels?

21         A      No, I don't.

22         Q      By the way, did anyone, to your

23   knowledge, ever complain about your performance on

24   tour?

25         A      No.

AMANDA NOMURA                                                    JOB NO. 1335894
DECEMBER 09, 2024                    CONFIDENTIAL

```
 1    frustrated about?
 2         A      There was a few.  I mean, it's really
 3    vague.
 4                I don't understand why -- like I just
 5    said, I just chose to leave.  I didn't have a
 6    contract end date.
 7         Q      To your understanding, did your decision
 8    to leave the tour have anything to do with
 9    Ms. Daniels?
10         A      In the beginning, yes.
11         Q      In what way?
12         A      By the end of Paris, when she refused to
13    work and then was drinking alcohol in front of me
14    until 3 in the morning, was a little upsetting.
15         Q      What was she drinking?
16         A      What was she drinking?
17         Q      What did you see her drinking?
18         A      Oh.  I don't know.  I just saw the
19    bottles in the room.
20         Q      What bottles?
21         A      I don't recall.
22         Q      Were they -- do you know what type -- I
23    mean, certain alcohol, there's a certain type of
24    bottle.  Can you give me like, Oh, this type of
25    alcohol?
```

1          You have no memory of it?

2     A     No.

3     Q     Okay.  And she was -- according to you,

4  she was drinking with who?

5     A     She was drinking with Bree and the

6  dancers.

7     Q     Bree's dancers or Ms. Jefferson's

8  dancers?

9     A     Bree's dancers.

10    Q     And that really upset you?

Errata: change "While" to "well"

11    A     While she had her red Solo Cup about five

12  inches from my face laughing at me, so that was

13  upsetting, yes.

14    Q     Who did you text because you were so

15  upset about that?

16    A     Oh, Carlina.  I asked her to -- to --

17  asked -- I asked Carlina to have Ms. Daniels leave,

18  which -- that was like the last that I remember

19  communicating about Ms. Daniels that evening.

20    Q     Was this after Ms. Daniels supposedly had

21  quit?

22    A     Yes.

23    Q     Okay.  So there is a text message from

24  you to Carlina about Ms. Daniels drinking in front

25  of you; correct?

AMANDA NOMURA
DECEMBER 09, 2024                    CONFIDENTIAL                    JOB NO: 133889

1              I, AMANDA NOMURA, do hereby certify that I

2      have read the foregoing transcript and that the same

3      and accompanying amendment sheets, if any,

4      constitute a true and complete record of my

5      testimony.

6

7

8

9                              _an,_____

10                             Signature of Deponent

                               ( ) No Amendments
11                             (X) Amendments Attached

12

13              Acknowledged before me this 19th day

14      of January          , 2025.

15

16

17             Notary Public: _____

18             My commission expires: 6-24-2028

19             Seal:

20
                       ELISA NICOLE JOINER
21              NOTARY PUBLIC - STATE OF COLORADO
                       Notary ID #20244023845
22              My Commission Expires 6/24/2028

23

24

25

```
 1   STATE OF COLORADO)

 2                   ) ss.          REPORTER'S CERTIFICATE

 3   COUNTY OF DENVER )

 4            I, Ellen Leifer, do hereby certify that I

 5   am a Certified Shorthand Reporter and Notary Public

 6   within and for the State of Colorado; that previous

 7   to the commencement of the examination, the deponent

 8   was duly sworn to testify to the truth.

 9            I further certify that this deposition was

10   taken in shorthand by me at the time and place

11   herein set forth, that it was thereafter reduced to

12   typewritten form, and that the foregoing constitutes

13   a true and correct transcript.

14            I further certify that I am not related

15   to, employed by, nor of counsel for any of the

16   parties or attorneys herein, nor otherwise

17   interested in the result of the within action.

18            In witness whereof, I have affixed my

19   signature this 17th day of December, 2024.

20            My commission expires November 27, 2026.

21

22                    Ellen Leifer, CSR

23

24

25
```

```
1    ERRATA SHEET
     CHANGES IN TESTIMONY
2    ASHA DANIELS v BIG GRRRL BIG TOURING, INC, et al.
     AMANDA NOMURA
3    December 09, 2024

4    Page   Line   From                      To

5    55.    19.    "I was called"            "I recall"

6    105.   1-3    "crew".                   "Bree and her TM Paris"

7    145.   21     "which was not"           "which was"

8    146.   17     "hazard vests and silco boots".  "Hi-vis vests and steel toe boots"

9    151.   17     "issues"                  "daysheets"

10   168.   7      "had"                     "have"

11   172.   11     "While"                   "well"

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23

24   SIGNATURE:_____  DATE:_01/18/2025___

25              AMANDA NOMURA
```

# EXHIBIT 12



DAN 000024



DAN 000025



◀ Search  3:49 PM  Wed Aug 2

Edit

# Messages

**Queen** 7/4/23
B

**Carlina Gugliotta** 3/5/23
Let's connect about the designs

**Amanda Lizzo Wardr...** 2/28/23
A I was told you said we were short
so I just want to know by how ma...

**Kim Henderson** 12/31/22
KH Hey! Yes his cell is 5133707881 <3

**Gabby & +1 (615) 55...** 9/23/22
I'm outside door 2. White van.

**Ashley Berry** 9/22/22
AB Hey girl what you doing today
around 4? This guy and his boy-b...

**Lex Nicole** 9/8/22
LN Attachments: 2 Images

**Sammie** 9/6/22
Join my FaceTime

**DayJá** 9/1/22
D Website: Full Show.mp4
(dropbox.com)

**+1 (513) 547-2994** 8/2/22
Message Send Failure

---

Carlina ›

Oh god ok. I'm sorry Asha, it'll be addressed today if that's good with you?

That would be amazing. I want her to stop bullying & just be kind/respectful to me & our team. To not touch anyone physically, to stop telling me I can go home. It's not lost on me that I'm one of the only black women working behind the scenes & I feel like she is treating me like I'm a slave and can't have a voice. I truly appreciate your help & support this is exhausting. I'm constantly having to apologize to our team and others on the crew for her rude behavior. I'd also love some clarity on if the locals are allowed to eat the catering.

Ok I totally understand. I'm going to talk to her today for you. We dont want anyone to feel like they are being bullied or not having a nice time, tour is hard enough when we do get on, yet alone when this sort of stuff is going on

Yes, the locals are allowed to eat catering. I'll tell her about that too

Thank you <3 can you also tell her not to retaliate or yell at me for talking to you.

Truly appreciate you <3

Oh absolutely of course. This is to make it better not worse

Also, you arent the only black woman just so you know 😉 We are very female heavy behind the scenes on this tour which is great and we do have another black lady in video/lighting 😉

You probably havent met many people yet

We can try to change that in Cologne

Thank you. If you could also tell her not to police who I talk to. I think I told you when I told her I didn't like that she ran over my foot with the rack and then pushed me she lied and said I smashed her finger. And when I told her I don't want to be disrespected anymore she said I was disrespectful. She's also said she'd stab someone over her job. Just saying this to you because I'm sure she'll deflect with a lie.

Ok- yes that's amazing! & makes me so happy! I'd love to hang in Cologne! I truly have felt very welcomed by this team and would love for the rest of this tour to be a positive experience <3

Fully get it, you are heard so dont worry. Im not going down a "she said this, she said that" route. It just needs to stop, reset, and you guys start again. I wont tolerate people feeling bullied.

iMessage

**DAN 000026**





DAN 000028



DAN 000029



DAN 000030