# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHA DANIELS, <br> Plaintiff(s) <br> v. <br> BIG GRRRL BIG TOURING, INC., et al., <br> Defendant(s) | CASE NUMBER: <br> CV 24-3571 FLA (PVCx) <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephonic conference is set for Wednesday, August 6, 2025, at 2:00 p.m.

The Courtroom Deputy Clerk will email call-instructions to the parties.

Dated: August 4, 2025

By: L. Krivitsky for Marlene Ramirez
Deputy Clerk