Neama Rahmani (State Bar No. 223819)
  *efilings@westcoasttriallawyers.com*
Ronald L. Zambrano (State Bar No. 255613)
  *ron@westcoasttriallawyers.com*
Crystal F. Mohsin (State Bar No. 333299)
  *crystal@westcoasttriallawyers.com*
WEST COAST EMPLOYMENT LAWYERS, APLC
1147 South Hope Street
Los Angeles, California 90015
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiff,
ASHA DANIELS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHA DANIELS, as an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> BIG GRRRL BIG TOURING, INC, a Delaware Corporation; MELISSA JEFFERSON (aka "LIZZO"), as an Individual; CARLINA GUGLIOTTA, as an Individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-03571-FLA-PVC <br><br> Assigned for All Purposes to <br> District Judge: Hon. Fernando L. Aenlle-Rocha <br> Magistrate Judge: Hon. Pedro V. Castillo <br><br> **DECLARATION OF RONALD L. ZAMBRANO** <br><br> Action Filed:   September 21, 2023 <br> Removed:       April 30, 2024 <br> Trial Date:      December 1, 2025 |

**DECLARATION OF RONALD L. ZAMBRANO**

I, RONALD L. ZAMBRANO, declare as follows:

1. I am an attorney duly licensed to practice law in the Central District of California, and the Employment Litigation Chair with the law firm, West Coast Trial Lawyers, APLC, attorneys of record for Plaintiff Asha Daniels in the matter known as *Daniels v. Big Grrl Big Touring*. I declare the following as attorney of record and based thereon, I can attest the following is true and correct.

2. On December 10, 2025, in compliance with the Court's Order, I provided Plaintiff with a copy of the Report and Recommendation ("R&R") and a copy of the Court's Order.

3. On December 11, 2025, I spoke with Plaintiff regarding the R&R and the Court's Order and confirmed that Plaintiff received both documents.

4. This declaration is submitted in compliance with the Court's Order requiring Plaintiff's counsel to attest to providing Plaintiff with the R&R and the Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 15, 2025   WEST COAST EMPLOYMENT LAWYERS, APLC

BY: _____
Ronald L. Zambrano, Esq.
Attorney for Plaintiff,
ASHA DANIELS

**CERTIFICATE OF SERVICE**

I am over the age of 18 and am not a party to the above-captioned matter.

On December 15, 2025 I served the documents listed below on the Defendant by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice as follows:

Martin D. Singer, Bar No. 78166

mdsinger@lavelysinger.com


Michael E. Weinsten, Bar No. 155680

mweinsten@lavelysinger.com


Melissa Y. Lerner, Bar No. 285216

mlerner@lavelysinger.com


Megan Mallonee, Bar No. 340276

mmallonee@lavelysinger.com


LAVELY & SINGER, APC

2049 Century Park East, Suite 2400

Los Angeles, California 90067-2906


The documents served on December 15, 2025 are:

**DECLARATION OF RONALD L. ZAMBRANO**


Dated: December 15, 2025        WEST COAST EMPLOYMENT LAWYERS, APLC

                                BY: _____
                                Ronald L. Zambrano, Esq.
                                Attorney for Plaintiff,
                                ASHA DANIELS