JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ASHA DANIELS,

Plaintiff,

v.

BIG GRRRL BIG TOURING, INC., *et al.*,

Defendants.

Case No. 2:24-cv-03571-FLA (PVCx)

**JUDGMENT**

For the reasons stated in the Order Granting Defendant Big Grrrl Big Touring, Inc.'s ("Defendant") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Order"), the court ENTERS summary judgment in Defendant's favor and against Plaintiff Asha Daniels ("Plaintiff").

IT IS SO ORDERED and ADJUDGED.

Dated: September 1, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge